IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Statesman II Apartments, Inc. | : | CASE NO. 1:04-CV-805 |
| | : | |
| Plaintiff, | : | JUDGE CHARLES F. LETTOW |
| | : | |
| v. | : | |
| | : | |
| The United States of America, | : | **CORRECTED JOINT NOTICE OF** |
| | : | **INDIRECTLY RELATED CASES** |
| Defendant. | : | **PURSUANT TO RULE 40.2(B) OF THE** |
| | : | **U.S. COURT OF FEDERAL CLAIMS** |

Pursuant to Rule 40.2(b) of the U.S. Court of Federal Claims, Statesman II Apartments, Inc. (Plaintiff in the captioned case) and Beach House Development Company (Plaintiff in *Beach House Development Company v. USA*, U.S. Court of Federal Claims Case No. 1:04-CV-806, pending before the Honorable Judge Marian Blank Horn) give notice to the Court and Defendant that both cases are indirectly related. In support of this Notice, Plaintiffs state that both cases raise similar issues of law and fact as they arise from Defendant's breach of similar contracts. Additionally, Plaintiffs share many of the same members in their management teams, and they are represented by the same counsel in both cases. The cases can, therefore, proceed in a more expeditious manner if they were consolidated. Plaintiff submits that consolidation of both cases would significantly promote the efficient administration of justice as outlined in Rule 40.2(B).

Respectfully submitted,

Dated: June 8, 2004

/s/ Fred J. Livingstone

Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff

Of counsel:

Mark J. Valponi
Majeed M. Makhlouf

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing *Corrected Joint Notice of Indirectly Related Cases* was electronically filed on June 8, 2004. Service on all counsel of record is accomplished through the Court's electronic system, which can be accessed by all parties.

/s/ Fred J. Livingstone
Fred J. Livingstone