# In The United States Court of Federal Claims

No. 04-805C and No. 04-806C (Consolidated)
(Filed: August 31, 2004)

```
*********************************** )
                                    )
STATESMAN II APARTMENTS, INC.,      )
                                    )
              Plaintiff,            )
                                    )
        v.                          )
                                    )
UNITED STATES,                      )
                                    )
              Defendant.            )
                                    )
***********************************
*********************************** )
                                    )
BEACH HOUSE DEVELOPMENT CO.,        )
                                    )
              Plaintiff,            )
                                    )
        v.                          )
                                    )
UNITED STATES,                      )
                                    )
              Defendant.            )
                                    )
***********************************
```

**ORDER**

Based upon the Joint Status Reports submitted by the parties in both of the above-captioned cases, and for good cause shown, it is ORDERED that:

1. As the parties have proposed, the cases are consolidated for purposes of trial pursuant to Rule 42(a) of the Rules of the Court of Federal Claims ("RCFC"). *See*

*Franconia Assocs. v. United States*, 61 Fed. Cl. 335 (2004); *Cienega Gardens v. United States*, __ Fed. Cl. __, 2004 WL ____________ (Aug. 31, 2004). For future filings, the parties shall use Statesman II as the lead case and shall refer to Nos. 04-805C and 04-806C (consolidated) in the caption. It will not be necessary otherwise to refer in the caption to the trailing case, Beach House Development Co.

2. Also as the parties have proposed, discovery and related proceedings in preparation for trial shall take place in accord with the following schedule:

| Activity | Deadline |
|---|---|
| Initial disclosures required by RCFC 26(a)(1) | September 30, 2004 |
| Defendant's motion for summary judgment on issues of liability | November 5, 2004 |
| Plaintiffs' response and any cross-motion | January 7, 2005 |
| Defendant's reply and response to any cross-motion | February 4, 2005 |
| Plaintiffs' reply in support of any cross-motions | March 4, 2005 |

3. Also as the parties have proposed, the court provides that the expert disclosures required by RCFC 26(a)(2) shall be deferred pending resolution of motions for summary judgment regarding issues of liability.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge