IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., | ) | No. 04-805C and No. 04-806C |
| | ) | (Consolidated) |
| Plaintiff, | ) | |
| v. | ) | Judge Lettow |
| | ) | |
| United States, | ) | **UNOPPOSED MOTION FOR LEAVE TO FILE** |
| | ) | **FIRST AMENDED COMPLAINT OF PLAINTIFF** |
| Defendant. | ) | **STATESMAN II APARTMENTS, INC.** |

Plaintiff Statesman II Apartments, Inc., respectfully moves the Court under RCFC 15 for leave to file its First Amended Complaint, which is attached hereto. The First Amended Complaint alleges that the HAP Contract terminated on November 30, 2000. It therefore eliminates the breach of contract claims based upon the HAP Contract for the years 2001 and 2002, which were pled in the original Complaint.

The Government has been apprised of the intended amendment, and it has stated that it has no opposition to the amendment. (*See* Joint Preliminary Status Report, § 1.)

Respectfully submitted,

Dated: September 1, 2004

*/s/ Fred J. Livingstone*
Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff

Of Counsel:

Mark J. Valponi
Majeed M. Makhlouf

{K0167457.1}

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2004, a copy of the foregoing *Unopposed Motion for Leave to File First Amended Complaint of Statesman II Apartments, Inc.* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

*/s/ Fred J. Livingstone*

Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff