IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., | ) | No. 04-805C and No. 04-806C |
| | ) | (Consolidated) |
| Plaintiff, | ) | |
| v. | ) | Judge Lettow |
| | ) | |
| United States, | ) | **UNOPPOSED MOTION FOR LEAVE TO FILE** |
| | ) | **FIRST AMENDED COMPLAINT OF PLAINTIFF** |
| Defendant. | ) | **BEACH HOUSE DEVELOPMENT COMPANY** |

Plaintiff Beach House Development Company, respectfully moves the Court under RCFC 15 for leave to file its First Amended Complaint, which is attached hereto. The purpose of the sought amendment is to correct the amount of the Initial Contract Rent in the Complaint. The Complaint erroneously alleged the Initial Contract Rent was $567 per month for two bedroom units and $640 per month for three bedroom units. The First Amended Complaint correctly alleges that the Initial Contract Rent was $474 per month for two bedroom units and $537 per month for three bedroom units.

The Government has been apprised of the intended amendment, and it has stated that it has no opposition to the amendment. (*See* Joint Preliminary Status Report, § 1.)

Respectfully submitted,

Dated: September 1, 2004

*/s/ Fred J. Livingstone*
Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff

{K0167504.1}

Of Counsel:

Mark J. Valponi
Majeed M. Makhlouf

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2004, a copy of the foregoing *Unopposed Motion for Leave to File First Amended Complaint of Beach House Development Company* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Fred J. Livingstone

Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff