IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-805-C
No. 04-806-C

(Filed: September 9, 2004)

| | |
|---|---|
| STATESMAN II APARTMENTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| BEACH HOUSE DEVELOPMENT CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is plaintiff Statesman II Apartments, Inc.'s Unopposed Motion for Leave to File First Amended Complaint of Plaintiff Statesman II Apartments, Inc., filed on September 1, 2004. Good cause having been shown, the plaintiff's motion is GRANTED. The Clerk's Office shall file First Amended Complaint of Plaintiff Statesman II Apartments, Inc. as of this date.

Also pending before the court is plaintiff Beach House Development Company's Unopposed Motion for Leave to File First Amended Complaint of Plaintiff Beach House Development Company, filed on September 1, 2004. Good cause having been shown, the

plaintiff's motion is GRANTED. The Clerk's Office shall file First Amended Complaint of Plaintiff Beach House Development Company as of this date.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge