IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., | ) | No. 04-805C and No. 04-806C |
| | ) | (Consolidated) |
| Plaintiff, | ) | |
| v. | ) | Judge Lettow |
| | ) | |
| United States, | ) | **NOTICE OF ATTACHMENT TO FIRST** |
| | ) | **AMENDED COMPLAINT OF PLAINTIFF** |
| Defendant. | ) | **STATESMAN II APARTMENTS, INC.** |

On September 1, 2004, Statesman II Apartments, Inc. filed its Unopposed Motion for Leave to File its First Amended Complaint. The Court granted the Motion on September 9, 2004, and instructed the Clerk's Office to file the First Amended Complaint as of September 9, 2004. The attached contract is the correct attachment to Plaintiff's First Amended Complaint.

Respectfully submitted,

Dated: September 13, 2004

*/s/ Fred J. Livingstone*
Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff

Of counsel:

Mark J. Valponi
Majeed M. Makhlouf

{K0169210.1}

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2004, a copy of the foregoing *Notice of Attachments to First Amended Complaint of Statesman II Apartments, Inc.* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

Dated: September 13, 2004

*/s/ Fred J. Livingstone*

Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff