THE STATESMAN APARTMENTS II
OH-12-0008-069/042-35329-EC-PM-L8

EXHIBIT A

| SIZE | NUMBER OF UNITS | PBE | APPLICABLE RENT | GROSS RENT |
|---|---|---|---|---|
| 1 BR | 20 | $50 | $370 | $420 |
| 2 BR | 27 | $65 | $424 | $489 |

Applicable contract rents do not include unit cost of gas and electric.

OH 12-0008-069

EXHIBITS XX, B, & C OF HAP CONTRACT

The number of units by size and their applicable rents are reflected in the letter of Notice of Final Approval dated 4/9/80 , or in later letters issued by HUD.

The project description is reflected in the latest approved HUD Form 2013 and various site descriptions on file as noted below.

The services, maintenance and utilities to be provided by the Owner are reflected in the latest approved HUD Form 2013 on file as noted below, as well as those additional services, maintenance and utilities customarily provided in buildings of this type.

The official Final Proposal, together with all contained documents are on file in the Division of Processing Controls and Reports, Cleveland Insuring Office, U. S. Department of HUD, 777 Rockwell Avenue, Cleveland, Ohio 44114.

Exhibit D

5.2E:RLS:pap

Mr. Jeffrey I. Friedman
The Statesman Apartments
Development Company II
600 Beta Drive
Cleveland, Ohio 44143

Dear Mr. Friedman:

Subject: Approval of Affirmative Marketing Plan
The Statesman Apts. II, OH-12-0008-069

This letter is to inform you that your Affirmative Marketing Plan for the subject project has been approved. Enclosed is a copy of the approved Plan. The regulations require that the approved Plan be available for public inspection at your rental/sales office. A copy should be furnished to each member of your staff engaged in rental/sales activity.

In the Multifamily Programs, a Monthly Rental Report (HUD Form 935.4) shall be filed with the Director, Fair Housing and Equal Opportunity Division beginning at the end of the first month when rental occurs and continuing until 95% occupancy. A copy of the reporting form is enclosed. After 95% occupancy is achieved, you will be required to submit an Annual Occupancy Report (HUD Form 9801) to this office (copy enclosed).

You are also required to post and maintain at the dwelling and at any place of business where the dwelling is offered for sale/rent the Department approved Fair Housing Posters. The posters shall be displayed so as to be readily apparent to all persons seeking housing accomodations. You may obtain a supply of the posters from this Division.

We will evaluate your performance in terms of the results achieved. Therefore, if you desire to adapt your approved Plan to reflect changes in your marketing situation as you approach occupancy, you should contact this Division to renegotiate the Plan. You are advised to keep on file copies of all advertising material, letters to community organizations and any other documents that will indicate your efforts to fulfill the provisions of the Plan and to comply with the regulations.

If you have any questions, please contact Mr. Roger Stewart at (614) 469-6694.

Sincerely,

Jeneva C. Scott
Director
Fair Housing and Equal
Opportunity Division

Form Approved
OMB No. [illegible]

# AFFIRMATIVE FAIR HOUSING MARKETING PLAN

COMPLETE FORM AND SUBMIT TO: FAIR HOUSING AND EQUAL OPPORTUNITY DIRECTOR/SPECIALIST AREA/INSURING OFFICE

## 1. INTRODUCTION:

The Affirmative Fair Housing Marketing Regulations require that each applicant subject to these Regulations carry out an affirmative program to attract prospective buyers or tenants of all minority and non-minority groups to the housing, including Whites *(non-minorities)* and members of minority groups Negro/Black, Spanish American, American Indian, Oriental, or other minority groups in the Standard Metropolitan Statistical Areas *(SMSA)* or housing market area who may be subject to housing discrimination on the basis of race, color, religion, sex or national origin.

## 2. APPLICANT AND PROJECT IDENTIFICATION:

A. APPLICANT'S NAME: The Statesman Apartments Development Company II

ADDRESS: 600 Beta Drive
Cleveland, Ohio 44143

TELEPHONE NO.: 2k6/461-1111

B. PROJECT OR APPLICATION NUMBER: OH-12-0008-069

SECTION OF ACT: 8 NUMBER OF UNITS: 47

PRICE OR RENTAL RANGE OF UNITS:
FROM $ 395 TO $ 475

C. PROJECT:

NAME: The Statesman Apartments II

LOCATION/ADDRESS: 16705 Van Aken Boulevard

CITY: Shaker Heights, STATE: Ohio

COUNTY: Cuyahoga; CENSUS TRACT: 1835

D. FOR MULTIFAMILY HOUSING ONLY:

☒ ELDERLY ☐ NON-ELDERLY

E. APPROXIMATE STARTING DATES:

ADVERTISING 2 months prior to occupancy.

OCCUPANCY 6 months following start of rehabilitation (phased occupan

## 3. TYPE OF AFFIRMATIVE MARKETING PLAN:

☒ Project Plan; ☐ Annual Plan *(for scattered sites)*.

NOTE: A separate Annual Plan must be developed for each type area in which housing is to be built. Indicate the specific area for which this plan appli

☐ Minority Area ☒ White *(non-minority)* Area ☐ Mixed Area *(with____% minority residents)*

## 4. DIRECTION OF MARKETING ACTIVITY:

Each applicant is required to carry out an affirmative marketing program to attract buyers or tenants of all minority and non-minority groups to the housing. The purpose of this program is to assure that any group(s) of persons normally NOT likely to apply for the housing without special outreach efforts *(because of existing neighborhood racial or ethnic patterns, price, and/or other factors)* know about the housing, feel welcome to apply and have the opportunity to buy or rent. Indicate below which group(s) are least likely to apply for the housing without special outreach efforts.

☐ White *(non-minority)* ☒ Negro/Black ☒ Spanish American ☐ American Indian ☐ Oriental ☐ Other Minority *(specify)*

## 5. MARKETING PROGRAM:

All advertising will include: a) methods to attract minority and non-minority persons, especially persons in the group(s) checked above; and b) prominent use of the approved Equal Housing Opportunity Logotype, Slogan and/or Statement.

All advertisements will include Equal Opportunity logotype, slogan and statement.

A. COMMERCIAL MEDIA: Check the media to be used to advertise the availability of this housing.

☒ Newspaper(s)/Publication(s) ☐ Radio ☐ TV ☐ Billboard(s) ☐ Others *(specify)*

For the media identified above, provide the requested information: *(If more space is needed attach an additional sheet.)*

| NAME OF MEDIA | STATE IN PERCENTAGES THE RACIAL/ETHNIC IDENTIFICATIONS OF MAJOR READERS/AUDIENCE | | | | | | ADS/BROADCASTS, E | |
|---|---|---|---|---|---|---|---|---|
| | White *(non-minority)* | Negro/Black | Spanish American | American Indian | Oriental | Other Minority | Size and/or Duration | Frequency Interva |
| Plain Deale. | 90 | | 10% al | others | | | 2" x 3" | weekl |
| Sun Press | 90 | | 10% al | others | | | 2" x 3" | weekl |
| Call & Post | 10 | 90 | | | | | 2" x.3" | weekl |

NOTE: Attach copy of ad or state when it will be submitted. Two months prior to occupancy.

B. BROCHURES, SIGNS AND HUD'S FAIR HOUSING POSTER: 1) Will brochures, leaflets or handouts be used to advertise? ☒ Yes; ☐ No. If yes, atta a copy or submit when available. 2) For project site sign; indicate sign size 4" x 5"; Logotype size 10 x 10. Attach a photograph of pro sign or submit when available. 3) HUD's Fair Housing Poster must be conspicuously displayed wherever sales/rentals and showings take place. Fair Hous Posters will be displayed in the ☒ Sales/Rental Office(s); ☐ Real Estate Office(s); ☐ Model Unit(s); ☐ Other *(specify)*

C. COMMUNITY CONTACTS: To further inform the group(s) least likely to apply about the availability of the housing, the applicant agrees to establish and maintain contact with the groups/organizations located in the housing market area or SMSA listed below. If more space is needed attach an additional s Notify HUD-FHEO of any changes in this list. Submit a copy of correspondence to be mailed to these groups/organizations. *(Provide all requested informati*

| Name of Group/ Organization | Racial/ Ethnic Identification | Approximate Date of Contact or Proposed Contact | Person Contacted or to be Contacted | Address and Telephone No. | Method of Contact(s) | Indicate the specific function group/organization will undertake in implementing this plan |
|---|---|---|---|---|---|---|
| | | SEE AT | TACHED LIST | | | |

## 6. FUTURE MARKETING ACTIVITIES *(Rental Units Only)*.

Check the block(s) that best describe future marketing activities to fill vacancies as they occur after the project has been initially occupied.

☒ Newspapers/Publications ☐ Radio ☐ TV ☒ Brochures/Leaflets/Handouts ☐ Site Signs ☒ Community Contacts

☐ Others *(specify)* Resident, community agency and minority group referral.

## 7. ANTICIPATED OCCUPANCY RESULTS

*(State in number of units the occupancy [illegible] implementation of this affirmative marketing plan)* 33 White *(non-minority)* 14 Negro/Black __ Spanish American __ American Indian __ Oriental

Other Minority *(specify)* ___

[illegible] applicable, [illegible] staff persons connected with or working on this housing. NOTE: FHEO should be notified of any changes in the companies named in this chart.)

| Name of Company, Address and Telephone No. | Job Classification | | STAFFING: Present: Totals | White (non-minority) | Negro/Blk | Spanish Am. | Am. Indian | Oriental | Other Minority | Anticipated: Vacancies | Date of 1st Opening | Recruitment steps taken or to be taken to attract all persons | Company's last two [illegible] persons least likely to apply for jobs/housing: indicate name and address of the housing and racial/ethnic mix. Housing | Jobs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Developer/Sponsor The Statesman Apartments Development Company II 600 Beta Drive Cleveland, Ohio 44143 216/461-1111 | Prof. | M | 3 | 3 | | | | | | | | * 1 female custodian | for ma | |
| | | F | 1 | 1 | Partnership in process | | | | | | | | | |
| | Other | M | 1 | 1 | of formation | | | | | | | | | |
| | | F | 2 | 2* | | | | | | | | | | |
| B. Advertising (Answer if different from A) | Prof. | M | | | | | | | | | | | | |
| | | F | | | | | | | | | | | | |
| | Other | M | | | | | | | | | | | | |
| | | F | | | | | | | | | | | | |
| C. Management and Sales/Rental Staff (Answer if different from A and/or B) A.E.C. Management Company 600 Beta Drive Cleveland, Ohio 44143 216/461-1111 | ** Prof. | M | 14 | 13 | 1 | ** | Officers: | | | | | SEE ATTACHMENT C | | |
| | | F | 15 | 11 | 4 | | 5 male | | (w) | | | | | |
| | Other | M | 1 | | 1 | | 1 female | | (w) | | | | | |
| | | F | 4 | 3 | 1 | | | | | | | | | |

**9. STAFF INSTRUCTIONS:**

Fair Housing Training: All persons engaged in the sales/rental of real property have to be instructed periodically to insure that they are aware and knowledgeable of Fair Housing requirements.

A. Are regular sales/rental staff meetings conducted? ☒ Yes, when? bi-monthly ☐ No.
If yes, is Fair Housing training provided to the sales/rental staff at that meeting? ☒ Yes; ☐ No.

B. If you answered "no" for either of the questions in item 9A, when is Fair Housing training provided to the sales/rental staff?

C. Is a copy of the instructions used or proposed to be used for training sales/rental staff in Fair Housing attached to this plan? ☒ Yes. ☐ No; indicate when information will be submitted

D. Do the instructions include and relate to local, state and Federal Fair Housing Laws, including Executive Order 11063, the Civil Rights Act of 1968 and this Affirmative Marketing Plan? ☒ Yes. ☐ No; explain.

SEE ATTACHED LETTER OF DESCRIPTION FOR SPONSOR RESPONSIBILITY

**10. ADDITIONAL CONSIDERATIONS:**

Other Efforts: Please describe other efforts you plan, as part of your outreach program, to attract persons in those groups that you have designated as least likely to apply for housing in the project under consideration, that are not covered elsewhere in this plan. Efforts to attract female-headed households should be employed.

SEE ATTACHMENT "REACH OUT"

**11.** The applicant agrees to make any changes in a plan covering a multifamily project, which may reasonably be required, after initial rent-up to assure continued compliance with Section 200.620 of HUD's Affirmative Fair Housing Marketing Regulations.

| FOR FHEO'S USE ONLY | | SIGNATURE OF PERSON SUBMITTING PLAN |
|---|---|---|
| APPROVAL BY: | DISAPPROVAL BY: | [signature] |
| SIGNATURE: Jenesa C. Scott | SIGNATURE | NAME (Type or print): Jeffrey I. Friedman |
| NAME (Type or print): JENESA C. SCOTT | NAME (Type or print) | TITLE AND COMPANY: General Partner THE STATESMAN APARTMENTS DEVELOPMENT COMPANY |
| TITLE: Director, FH+EO | TITLE | |
| DATE: 12-4-79 | DATE | DATE: November 5, 1979 |