IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., | ) | No. 04-805C and No. 04-806C |
| | ) | (Consolidated) |
| Plaintiff, | ) | |
| v. | ) | Judge Lettow |
| | ) | |
| United States, | ) | **NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES** |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that on this 20th day of September, 2004, Plaintiffs served their Initial Disclosures upon Defendant by depositing a copy of same in the U.S. Mail, postage pre-paid, addressed to the following:

John E. Kosloske, Esq.
Senior Trial Counsel
Commercial Litigation Branch-Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, DC 20530

Respectfully submitted,

Dated: September 20, 2004

*/s/ Fred J. Livingstone*

Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff

Of counsel:

Mark J. Valponi
Majeed M. Makhlouf

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2004, a copy of the foregoing *Notice of Service of Plaintiffs' Initial Disclosures* was served on Defendant by depositing a copy of same in the U.S. Mail, postage-prepaid, addressed to the following:

Respectfully submitted,

Dated: September 20, 2004

/s/ Fred J. Livingstone

Fred J. Livingstone
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorney for Plaintiff