For 1 BR units this figure would be $21 (10% of $210) and for 2 BR units, this figure would be $26 (10% of $260). These figures added to comparable rents of $410 and $510 would produce adjusted comparable rent levels of $431 for 1 BR units and $536 for 2 BR units.

Since these rent levels are both above the rent levels produced by the Table One AAF of $422 and $527, respectively, then the maximum rent levels that would be permitted are the rents produced by application of the appropriate AAF published in the Federal Register.

Since adjustment by the AAF is permitted based on the comparable rents plus the initial difference, then the 1 BR rent levels would be $422 for the units in which turnover occurred and $418 for units for the units in which turnover has not occurred (including any vacant units which were vacant at the time of the last annual adjustment). In deriving the new GRP for this unit type, $422 would be multiplied by 20 (turnover units) and $418 would be multiplied by 80 (non-turnover units) to produce a monthly GRP of $8440 (for turnover units) plus $33,440 (for non-turnover units) which equals $41,880 divided by 100 units would yield a rent of $419 for all one bedroom units. The same calculation would then be preformed for the 2 BR units.

*Scenario 2: The Project is only eligible for the comparable rents*

The owner submits a form HUD-92273 for the 1 BR rents and a form HUD-92273 for 2 BR rents, both completed by a non-identity of interest, state certified, general appraiser. The Correlated Subject Rent on these forms are $400 for a 1 BR and $500 for a two bedroom. HUD receives these forms 60 days prior to the anniversary date and begins processing for a thirty day turnaround.

Applying the AAF to the current rents of $400 and $500 would result in new rent levels of $422 and $527, both above the rent levels which the comparable produced. The owner did not submit evidence of the initial difference, so the Loan Management staff would use 10% of the initial Section 8 contract rent as a substitute for the initial difference. For 1 BR units this figure would be $21 (10% of $210) and for 2 BR units, this figure would be $26 (10% of $260). These figures added to comparable rents would produce adjusted comparable rent levels of $421 for 1 BR units and $526 for 2 BR units. Since these rent levels are both below the rent levels produced by the AAF in Table 1 of $422 and $527, respectively, then the comparable rent plus the initial difference would be the maximum permissible rents HUD could approve. These rent levels would be applied to all units without regard to turnover.

**PART 2: NEW CONSTRUCTION AND SUBSTANTIAL REHABILITATION CONTRACTS WHERE THE EXISTING CONTRACT RENT FOR THE SPECIFIC UNIT TYPE DOES NOT EXCEED THE CURRENT PUBLISHED APPLICABLE EXISTING FMR; AND**

**ALL SECTION 8 LMSA AND PD CONTRACTS IN WHICH THE METHOD OF RENT ADJUSTMENT IS THE ANNUAL ADJUSTMENT FACTOR.**

Where the rent level for a specific unit type falls under one of the conditions stated above, the appropriate AAF will be applied for each unit. The only information required to be submitted by the owner will be the number of units in which turnover occurred since the last HAP contract anniversary date. If the owner fails to submit the information required by this Notice at least 60 days before the contract anniversary date, then the rent levels will not be adjusted on the contract anniversary date, rather the new rent levels will go into effect 60 days after receipt of the required information by HUD. However, if the owner fails to submit this information by the date of the FY 1996 HAP contract anniversary, then no increase will be granted for the FY 1995 contract year.

Once the information regarding unit turnover is received from the owner, then Loan Management Staff will apply the appropriate AAF to each unit, by unit type. When applying the published AAF, the factor of 1.000 should be used in all cases where the published factor is below 1.000. For units in which turnover did occur since the last HAP anniversary date, the AAF in Table 1: AAF for Units in Which Turnover Occurred, will be applied. For units in which turnover did NOT occur since the last HAP anniversary date, the AAF in Table 2: AAF for Units in Which No Turnover Occurred, will be applied. Once the rent for each unit has been determined, a new Gross Rent Potential (GRP) for that specific unit type will be calculated. This GRP will then be divided by the number of units for that specific unit type to derive what the new rent will be for all units of the specific unit type.

**UNDER NO CONDITION WILL A RENT ADJUSTMENT RESULT IN A RENT DECREASE FOR NEW CONSTRUCTION AND SUBSTANTIAL REHABILITATION PROPERTIES. UNDER THE TERMS OF THIS NOTICE, RENT REDUCTIONS WILL NOT BE PERMITTED FOR LMSA AND PD PROPERTIES.** If an owner does not request an increase or fails to submit a request based on the guidelines in this Notice, then the rents will remain the same as the current contract rents, unmodified by HUD or the Contract Administrator. Rent decreases in Section 8 New Construction and Substantial Rehab properties are specifically prohibited by law, unless the project has been refinanced and the refinancing reduces owner's periodic payments. Throughout this Notice when applying the published AAF, the factor of 1.000 should be used in all cases where the published factor is below 1.000.

**THE FIELD OFFICE WORKSHEET**: Attached in Appendix 2 are sample worksheets for both Part 1 and Part 2 adjustments, which Field Offices may use to complete the process outlined in this notice. While the format may be modified, the process which is used to calculate the rents must be adhered to, as it is based in statute. A worksheet should be completed for each unit type.

**OWNER SUBMISSION REQUIREMENTS FOR PART 1**:

Where rent levels for a specific unit type, in a Substantial Rehab or New Construction contract, exceed the Existing Fair Market Rent for that specific unit type, then the owner must submit the following items in order to be eligible to receive a rent increase for that unit type.

- ☐ form-HUD 92273, Estimates of Market Rent by Comparison, completed by a non-identity of interest, state certified, general appraiser (See Appendix 5)
- ☐ a copy of the owner certification (Appendix 3) (Only one certification per project is necessary regardless of the number of unit types for which a rent increase is requested)
- ☐ The number of units in which turnover occurred since the last HAP contract anniversary, FOR EACH UNIT TYPE (a sample format for reporting is attached in Appendix 4)

*NOTE: Appendix 3 and Appendix 4 provide sample formats in which information may be reported or certification language is presented. These formats may be modified so long as the certification language contained in Appendix 3 is presented exactly as printed and the information required by Appendix 4 is contained in the modified format.*

Optional Information:

- ☐ Evidence of the Initial Difference which existed between the original contract rents and underwriting comparable, or the Fair Market Rents at the time of initial underwriting, including any Financial Adjustment Factor (FAF) which was a part of the original rents. (If this figure, and the documentation to support this figure, is not submitted, then HUD will use 10% of the initial Section 8 contract rent as a substitute for the initial difference)

**OWNER SUBMISSION REQUIREMENTS FOR PART 2:**

Where the rent levels for a specific unit type, in a Substantial Rehab or New Construction contract, DOES NOT exceed the Existing Fair Market Rent for that specific unit type, and for all LMSA and PD Section 8 contracts where rents are adjusted by the AAF. The owner must submit the following items in order to be eligible to receive a rent increase for that unit type.

- ☐ The number of units in which turnover occurred since the last HAP contract anniversary, FOR EACH UNIT TYPE (a sample format for reporting is attached in Appendix 4)

**OWNERS OF SUBSTANTIAL REHAB AND NEW CONSTRUCTION PROPERTIES WITH BOTH PART 1 AND PART 2 UNIT TYPES**

In some situations, New Construction and Sub Rehab properties may have some unit types which meet the requirements of Part 1 and other unit types which meet the requirements of Part 2. When an owner encounters this condition at a property, they will be required to submit the information for each unit type based on what part of this notice the rent increase will be processed under. For example, the 1 BR rents at a New Construction property exceed the current FMRs, however the 2 BR rents do not. In requesting a rent increase, the owner should detail in his letter of request to the Field Office that the 1 BR units do exceed the published FMR and thus the information submitted is that required for a Part 1 request. However, the 2 BR units do not exceed the published FMR and therefore the information submitted for the 2 BR units is that required for a Part 2 request.

If you have any further questions regarding this notice please contact Janet Maccubbin at (202)708-4162, or your desk officer in the Operations Division.

Nicolas P. Retsinas

Assistant Secretary for Housing-
Federal Housing Commissioner

Appendix I



SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS FOR UNITS WITH TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | EXCLUDED | | HIGHEST COST UTILITY INCLUDED | EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1 015 | 1 015 | New England Nonmetropolitan | 1.008 | 1.005 |
| New York/New Jersey Metropolitan | 1 013 | 1 006 | New York/New Jersey Nonmetropolitan | 1.024 | 1.024 |
| Mid-Atlantic Metropolitan | 1 018 | 1.015 | Mid-Atlantic Nonmetropolitan | 1.020 | 1.012 |
| Southeast Metropolitan | 1.016 | 1 013 | Southeast Nonmetropolitan | 1.014 | 1.000 |
| Midwest Metropolitan | 1.029 | 1.030 | Midwest Nonmetropolitan | 1.014 | 1.003 |
| Southwest Metropolitan | 1.038 | 1 039 | Southwest Nonmetropolitan | 1.014 | 1.002 |
| Great Plains Metropolitan | 1.030 | 1.028 | Great Plains Nonmetropolitan | 1.022 | 1.022 |
| Rocky Mountain Metropolitan | 1.062 | 1.067 | Rocky Mountain Nonmetropolitan | 1.014 | 1.013 |
| Pacific/Hawaii Metropolitan | 1.018 | 1.016 | Pacific/Hawaii Nonmetropolitan | 1.014 | 1.011 |
| Northwest/Alaska Metropolitan | 1 038 | 1.040 | Northwest/Alaska Nonmetropolitan | 1.023 | 1.022 |
| STATE Hawaii | 1 037 | 1.032 | PMSA Akron, OH | 1.028 | 1.025 |
| MSA Anchorage, AK | 1.047 | 1.046 | PMSA Ann Arbor, MI | 1.022 | 1.025 |
| •Atlanta, GA | 1 029 | 1.025 | PMSA Atlantic-Cape May, NJ | 1.013 | 1.016 |
| PMSA Baltimore, MD | 1 024 | 1 024 | PMSA Bergen-Passaic, NJ | 1.027 | 1.025 |
| •COUNTY Berkeley, WV | 1 011 | 1 001 | PMSA Boston, MA-NH | 1.010 | 1.004 |
| PMSA Boulder-Longmont, CO | 1 068 | 1.074 | PMSA Brazoria, TX | 1.031 | 1.032 |
| PMSA Bremerton, WA | 1 024 | 1.020 | PMSA Bridgeport, CT | 1.027 | 1.025 |
| PMSA Brockton, MA | 1 010 | 1 004 | •COUNTY Brown, OH | 1.026 | 1.011 |
| PMSA Buffalo-Niagara Falls, NY | 1 037 | 1 028 | •COUNTY Carroll, GA | 1.031 | 1.025 |
| •Chicago, IL | 1 025 | 1 021 | •Cincinnati, OH-KY-IN | 1 021 | 1.013 |
| •COUNTY Clarke, VA | 1 010 | 1 002 | PMSA Cleveland-Lorain-Elyria, OH | 1.028 | 1.025 |

Appendix I

Federal Register / Vol. 60, No. 44 / Tuesday, March 7, 1995 / Rules and Regulations 12597

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS FOR UNITS WITH TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| •COUNTY Culpeper, VA | 1 010 | 1 002 | •Dallas, TX | 1 023 | 1 022 |
| PMSA Danbury, CT | 1 027 | 1 025 | •COUNTY De Kalb, IL | 1 026 | 1 021 |
| PMSA Denver, CO | 1 066 | 1 074 | PMSA Detroit, MI | 1 021 | 1 026 |
| PMSA Dutchess County, NY | 1.027 | 1.025 | PMSA Fitchburg-Leominster, MA | 1 010 | 1.004 |
| PMSA Flint, MI | 1.021 | 1.026 | PMSA Fort Lauderdale, FL | 1.039 | 1.042 |
| PMSA Fort Worth-Arlington, TX | 1.023 | 1.022 | •COUNTY Gallatin, KY | 1.027 | 1.010 |
| PMSA Galveston-Texas City, TX | 1.031 | 1.032 | PMSA Gary, IN | 1.027 | 1.019 |
| •COUNTY Grant, KY | 1 026 | 1.011 | PMSA Greeley, CO | 1.067 | 1.074 |
| •COUNTY Grundy, IL | 1.027 | 1.020 | PMSA Hagerstown, MD | 1.010 | 1.002 |
| PMSA Hamilton-Middletown, OH | 1 022 | 1.013 | •COUNTY Henderson, TX | 1.024 | 1.022 |
| PMSA Houston, TX | 1.031 | 1.032 | •COUNTY Jefferson, WV | 1.011 | 1.001 |
| PMSA Jersey City, NJ | 1.027 | 1.025 | PMSA Kankakee, IL | 1.028 | 1.019 |
| MSA Kansas City, MO-KS | 1 024 | 1.019 | •COUNTY Kendall, Il | 1.026 | 1.021 |
| PMSA Kenosha, WI | 1.026 | 1.020 | •COUNTY King George, VA | 1.011 | 1.001 |
| PMSA Lawrence, MA-NH | 1.011 | 1.004 | PMSA Los Angeles-Long Beach, CA | 1.004 | 1.002 |
| PMSA Lowell, MA-NH | 1.010 | 1.004 | PMSA Manchester, NH | 1.010 | 1.004 |
| PMSA Miami, FL | 1.039 | 1.042 | PMSA Middlesex-Somerset-Hunterdon, NJ | 1.027 | 1.025 |
| PMSA Milwaukee-Waukesha, WI | 1.028 | 1.025 | MSA Minneapolis-St. Paul, MN-WI | 1.018 | 1.013 |
| PMSA Monmouth-Ocean, NJ | 1 027 | 1 025 | PMSA Nashua, NH | 1 010 | 1.004 |
| PMSA Nassau-Suffolk, NY | 1 027 | 1 025 | PMSA New Bedford, MA | 1 010 | 1.004 |
| PMSA New Haven-Meriden, CT | 1 027 | 1 025 | •New Orleans, LA | 1 040 | 1.035 |

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS FOR UNITS WITH TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|
| PMSA New York, NY | 1.026 | 1 026 |
| PMSA Newark, NJ | 1 027 | 1 025 |
| PMSA Oakland, CA | 1 026 | 1 027 |
| PMSA Olympia, WA | 1 024 | 1 020 |
| •COUNTY Pendleton, KY | 1.025 | 1 011 |
| •COUNTY Pickens, GA | 1.032 | 1.025 |
| PMSA Portland-Vancouver, OR-WA | 1.036 | 1 036 |
| PMSA Racine, WI | 1.028 | 1 025 |
| •COUNTY St James Parish, LA | 1.042 | 1.035 |
| PMSA Salem, OR | 1.037 | 1 036. |
| PMSA San Francisco, CA | 1.026 | 1 027 |
| PMSA Santa Cruz-Watsonville, CA | 1 026 | 1 027 |
| PMSA Seattle-Bellevue-Everett, WA | 1.023 | 1 021 |
| PMSA Tacoma, WA | 1.023 | 1.021 |
| PMSA Trenton, NJ | 1.027 | 1 025 |
| PMSA Ventura, CA | 1 004 | 1.002 |
| •COUNTY Walton, GA | 1 031 | 1 025 |
| •Washington, DC-MD-VA | 1 008 | 1 004 |
| PMSA Wilmington-Newark, DE-MD | 1 014 | 1 016 |
| •COUNTY Westchester, NY | 1.026 | 1.026 |
| PMSA Newburgh, NY-PA | 1.027 | 1.025 |
| •COUNTY Ohio, IN | 1.025 | 1.011 |
| PMSA Orange County, CA | 1.003 | 1.002 |
| PMSA Philadelphia, PA-NJ | 1.013 | 1.017 |
| PMSA Pittsburgh, PA | 1.024 | 1.028 |
| PMSA Portsmouth-Rochester, NH-ME | 1.010 | 1.004 |
| PMSA Riverside-San Bernardino, CA | 1.005 | 1.002 |
| MSA St Louis, MO-IL | 1.017 | 1.016 |
| MSA San Diego, CA | 1.000 | 1.000 |
| PMSA San Jose, CA | 1.026 | 1.027 |
| PMSA Santa Rosa, CA | 1.026 | 1.027 |
| PMSA Stamford-Norwalk, CT | 1.027 | 1.025 |
| MSA Tampa-St Petersburg-Clearwater, FL | 1.029 | 1.028 |
| PMSA Vallejo-Fairfield-Napa, CA | 1.026 | 1.027 |
| PMSA Vineland-Millville-Bridgeton, NJ | 1.013 | 1.017 |
| •COUNTY Warren, VA | 1.010 | 1.002 |
| PMSA Waterbury, CT | 1 027 | 1 025 |
| PMSA Worcester, MA-CT | 1 010 | 1 004 |

Appendix I

Federal Register / Vol. 60, No. 44 / Tuesday, March 7, 1995 / Rules and Regulations 12599

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1 005 | 1 005 | New England Nonmetropolitan | 1 000 | 1 000 |
| New York/New Jersey Metropolitan | 1 003 | 1 000 | New York/New Jersey Nonmetropolitan | 1 014 | 1 014 |
| Mid-Atlantic Metropolitan | 1 0[illegible] | 1 005 | Mid-Atlantic Nonmetropolitan | 1 010 | 1 002 |
| Southeast Metropolitan | 1 006 | 1 003 | Southeast Nonmetropolitan | 1 004 | 1.000 |
| Midwest Metropolitan | 1 019 | 1 020 | Midwest Nonmetropolitan | 1 004 | 1.000 |
| Southwest Metropolitan | 1 028 | 1 029 | Southwest Nonmetropolitan | 1.004 | 1.000 |
| Great Plains Metropolitan | 1 020 | 1 018 | Great Plains Nonmetropolitan | 1 012 | 1.012 |
| Rocky Mountain Metropolitan | 1 052 | 1 057 | Rocky Mountain Nonmetropolitan | 1 004 | 1.003 |
| Pacific/Hawaii Metropolitan | 1 008 | 1 006 | Pacific/Hawaii Nonmetropolitan | 1.004 | 1.001 |
| Northwest/Alaska Metropolitan | 1 028 | 1 030 | Northwest/Alaska Nonmetropolitan | 1 013 | 1.012 |
| STATE Hawaii | 1 027 | 1 022 | PMSA Akron, OH | 1.018 | 1 015 |
| MSA Anchorage, AK | 1.037 | 1 036 | PMSA Ann Arbor, MI | 1 012 | 1.015 |
| •Atlanta, GA | 1.019 | 1 015 | PMSA Atlantic-Cape May, NJ | 1 003 | 1 006 |
| PMSA Baltimore, MD | 1.014 | 1 014 | PMSA Bergen-Passaic, NJ | 1 017 | 1.015 |
| •COUNTY Berkeley, WV | 1 001 | 1 000 | PMSA Boston, MA-NH | 1 000 | 1 000 |
| PMSA Boulder-Longmont, CO | 1 058 | 1 064 | PMSA Brazoria, TX | 1 021 | 1.022 |
| PMSA Bremerton, WA | 1 014 | 1 010 | PMSA Bridgeport, CT | 1 017 | 1.015 |
| PMSA Brockton, MA | 1 000 | 1 000 | •COUNTY Brown, OH | 1 016 | 1.001 |
| PMSA Buffalo-Niagara Falls, NY | 1 027 | 1 018 | •COUNTY Carroll, GA | 1.021 | 1.015 |
| •Chicago, IL | 1 015 | 1 011 | •Cincinnati, OH-KY-IN | 1 011 | 1.003 |
| •COUNTY Clarke, VA | 1 000 | 1 000 | PMSA Cleveland-Lorain-Elyria, OH | 1 018 | 1 015 |

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| •COUNTY Culpeper, VA | 1.000 | 1.000 | •Dallas, TX | 1.013 | 1.012 |
| PMSA Danbury, CT | 1.017 | 1.015 | •COUNTY De Kalb, IL | 1.016 | 1.011 |
| PMSA Denver, CO | 1.056 | 1.064 | PMSA Detroit, MI | 1.011 | 1.016 |
| PMSA Dutchess County, NY | 1.017 | 1.015 | PMSA Fitchburg-Leominster, MA | 1.000 | 1.000 |
| PMSA Flint, MI | 1.011 | 1.016 | PMSA Fort Lauderdale, FL | 1.029 | 1.032 |
| PMSA Fort Worth-Arlington, TX | 1.013 | 1.012 | •COUNTY Gallatin, KY | 1.017 | 1.000 |
| PMSA Galveston-Texas City, TX | 1.021 | 1.022 | PMSA Gary, IN | 1.017 | 1.009 |
| •COUNTY Grant, KY | 1.015 | 1.001 | PMSA Greeley, CO | 1.057 | 1.064 |
| •COUNTY Grundy, IL | 1.017 | 1.010 | PMSA Hagerstown, MD | 1.000 | 1.000 |
| PMSA Hamilton-Middletown, OH | 1.012 | 1.003 | •COUNTY Henderson, TX | 1.014 | 1.012 |
| PMSA Houston, TX | 1.021 | 1.022 | •COUNTY Jefferson, WV | 1.001 | 1.000 |
| PMSA Jersey City, NJ | 1.017 | 1.015 | PMSA Kankakee, IL | 1.018 | 1.009 |
| MSA Kansas City, MO-KS | 1.014 | 1.009 | •COUNTY Kendall, Il | 1.016 | 1.011 |
| PMSA Kenosha, WI | 1.016 | 1.010 | •COUNTY King George, VA | 1.001 | 1.000 |
| PMSA Lawrence, MA-NH | 1.001 | 1.000 | PMSA Los Angeles-Long Beach, CA | 1.000 | 1.000 |
| PMSA Lowell, MA-NH | 1.000 | 1.000 | PMSA Manchester, NH | 1.000 | 1.000 |
| PMSA Miami, FL | 1.029 | 1.032 | PMSA Middlesex-Somerset-Hunterdon, NJ | 1.017 | 1.015 |
| PMSA Milwaukee-Waukesha, WI | 1.018 | 1.015 | MSA Minneapolis-St. Paul, MN-WI | 1.008 | 1.003 |
| PMSA Monmouth-Ocean, NJ | 1.017 | 1.015 | PMSA Nashua, NH | 1.000 | 1.000 |
| PMSA Nassau-Suffolk, NY | 1.017 | 1.015 | PMSA New Bedford, MA | 1.000 | 1.000 |
| PMSA New Haven-Meriden, CT | 1.017 | 1.015 | •New Orleans, LA | 1.030 | 1.025 |

Appendix I



SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| PMSA New York, NY | 1.016 | 1.016 | *COUNTY Westchester, NY | 1.016 | 1.016 |
| PMSA Newark, NJ | 1.017 | 1.015 | PMSA Newburgh, NY-PA | 1.017 | 1.015 |
| PMSA Oakland, CA | 1.016 | 1.017 | *COUNTY Ohio, IN | 1.015 | 1.001 |
| PMSA Olympia, WA | 1.014 | 1.010 | PMSA Orange County, CA | 1.000 | 1.000 |
| *COUNTY Pendleton, KY | 1.015 | 1.001 | PMSA Philadelphia, PA-NJ | 1.003 | 1.007 |
| *COUNTY Pickens, GA | 1.022 | 1.015 | PMSA Pittsburgh, PA | 1.014 | 1.018 |
| PMSA Portland-Vancouver, OR-WA | 1.026 | 1.026 | PMSA Portsmouth-Rochester, NH-ME | 1.000 | 1.000 |
| PMSA Racine, WI | 1.018 | 1.015 | PMSA Riverside-San Bernardino, CA | 1.000 | 1.000 |
| *COUNTY St. James Parish, LA | 1.032 | 1.025 | MSA St. Louis, MO-IL | 1.007 | 1.006 |
| PMSA Salem, OR | 1.027 | 1.026 | MSA San Diego, CA | 1.000 | 1.000 |
| PMSA San Francisco, CA | 1.016 | 1.017 | PMSA San Jose, CA | 1.016 | 1.017 |
| PMSA Santa Cruz-Watsonville, CA | 1.016 | 1.017 | PMSA Santa Rosa, CA | 1.016 | 1.017 |
| PMSA Seattle-Bellevue-Everett, WA | 1.013 | 1.011 | PMSA Stamford-Norwalk, CT | 1.017 | 1.015 |
| PMSA Tacoma, WA | 1.013 | 1.011 | MSA Tampa-St. Petersburg-Clearwater, FL | 1.019 | 1.018 |
| PMSA Trenton, NJ | 1.017 | 1.015 | PMSA Vallejo-Fairfield-Napa, CA | 1.016 | 1.017 |
| PMSA Ventura, CA | 1.000 | 1.000 | PMSA Vineland-Millville-Bridgeton, NJ | 1.003 | 1.007 |
| *COUNTY Walton, GA | 1.021 | 1.015 | *COUNTY Warren, VA | 1.000 | 1.000 |
| *Washington, DC-MD-VA | 1.000 | 1.000 | PMSA Waterbury, CT | 1.017 | 1.015 |
| PMSA Wilmington-Newark, DE-MD | 1.004 | 1.006 | PMSA Worcester, MA-CT | 1.000 | 1.000 |