APPENDIX 2

## PART 1 ADJUSTMENTS WORKSHEET

FIELD OFFICE WORKSHEET FOR

**PROCESSING RENT INCREASES FOR AAF RENTS FOR NEW CONSTRUCTION AND SUBSTANTIAL REHABILITATION UNIT TYPES WHICH EXCEED THE EXISTING HOUSING FAIR MARKET RENTS (NOT FOR USE ON BUDGET BASED RENT INCREASES)**

Property Name:______________________________________ Unit Type: _________

ESSENTIAL INFORMATION

Existing FMR Level
for Unit Type $____________

Current Contract
Rent for Unit Type $_____________

AAF from Table 1______________

Comparable Rent
from HUD-92273 $____________
(Line 20)

Initial Difference Submitted by Owner (if any) $_______________

STEP 1: Is this contract a New Construction or Sub Rehab contract?; AND Is the current rent for this unit type (before application of the AAF) above the Existing Housing FMR?

- ☐ If the answer to BOTH questions is YES, then proceed to Step 2
- ☐ If the answer to EITHER question is NO, then this unit type should be adjusted under Part 2 of this Notice. This worksheet does not apply. Please find Part 2 Adjustments Worksheet at the end of Appendix 2.

16

STEP 2: Apply the appropriate AAF in Table 1 to the current contract rent. (NOTE: Throughout this Worksheet when applying the published AAF, the factor of 1.000 should be used in all cases where the published factor is below 1.000.)

| ______________ | X | ______________ | = | ______________ |
|---|---|---|---|---|
| Current Rent for Unit Type | | Factor Used | | Rent Level Produced by the AAF |

STEP 3: Is the Rent Level developed in Step 2, greater than the Correlated Subject Rent Level (CSR) on form 92273, for the particular unit type?

| ______________ | > | ______________ |
|---|---|---|
| Rent Level produced by the AAF | | Comparable Rent Level (CSR, form HUD 92273) |

- ☐ Yes, then go to Step 4
- ☐ No, *then the AAF is granted.* For units in which turnover occurred in the last year, use AAF Table 1 to calculate the rents. For units in which no turnover occurred in the last year use Table 2 to calculate the rents. *Go to Step 6(b) and document the new rent levels.*

STEP 4: Since the AAF rent level derived in Step 2 is greater than the comparable rent submitted by the owner, then the initial difference must be added to the comparable rent.

If documented evidence of the initial difference was submitted by the owner from the original underwriting documents, then use the dollar amount submitted by the owner. If not, then use 10% of the initial Section 8 Contract Rent as a substitute.

$______________
Dollar Amount of the Initial Difference

Method Used for the Initial Difference:

☐ Owner Submission ☐ Calculated by HUD

| $______________ | + | $______________ | = | $______________ |
|---|---|---|---|---|
| Comparable Rent Level | | Initial Difference | | Adjusted Comparable Rent Level |

STEP 5: Is the Adjusted Comparable Rent Level (derived above) greater than the rent level obtained by applying the AAF in Step 2?

| | | |
|---|---|---|
| $__________ Adjusted Comparable Rent Level | > | $__________ Rent Level Produced by the AAF (See Step 2) |

☐ Yes, *then AAF is granted.*
Rent levels cannot go higher than the AAF.
For units in which turnover occurred in the last year, use AAF Table 1 to calculate the rents. For units in which no turnover occurred in the last year use AAF Table 2 to calculate the rents. (NOTE: Throughout this Worksheet when applying the published AAF, the factor of 1.000 should be used in all cases where the published factor is below 1.000.)

*Turnover units*

| | | | | |
|---|---|---|---|---|
| $__________ Current Rent | X | __________ Table 1 Factor | = | $__________ New Rent Level |

*Units with no Turnover*

| | | | | |
|---|---|---|---|---|
| $__________ Current Rent | X | __________ Table 2 Factor | = | $__________ New Rent Level |

Document these rent levels in Step 6(b) and proceed through Steps 7 and 8.

☐ No, *then the adjusted comparable rent will be the new rent level for all units without regard to turnover. Document this rent level in Step 6(a).*

STEP 6: The new rent level(s) for _____ unit type is:

a) $__________ for all units *(Document this rent level in Step 8)*; **OR**

b) $__________ for units with turnover (Number of Units_____); AND

$__________ for units with no turnover (Number of Units_____).

STEP 7: If Step 6 resulted in different rent levels for the same unit type, then a common rent level for this unit type must be derived. Use the rent levels listed in Step 6(b) above to derive a new monthly Gross Rent Potential (GRP).

$_______ for units with turnover X _______ (No. of Units) = $__________

$_______ for units with no turnover X ______ (No. of Units) = $__________

Add the two numbers which you just calculated to derive total GRP:

| | | | | |
|---|---|---|---|---|
| $______________ | X | $______________ | = | $______________ |
| Turnover GRP | | No Turnover GRP | | Total GRP |

Divide Total GRP by the number of units for this unit type to obtain the new rent level for all _______BR units.

$_____________Total GRP divide by _______ units = $________
New Rent Level

STEP 8: The new rent level for all _______ BR units is approved at $____________.

# PART 2 ADJUSTMENTS WORKSHEET

FIELD OFFICE WORKSHEET FOR
PROCESSING RENT INCREASES FOR AAF RENTS **FOR NEW CONSTRUCTION AND SUBSTANTIAL REHABILITATION UNIT TYPES WHICH DO NOT EXCEED THE EXISTING HOUSING FAIR MARKET RENTS AND FOR ALL LMSA AND PD SECTION 8 CONTRACT TYPES.**
**(NOT FOR USE ON BUDGET BASED RENT INCREASES)**

Property Name:______________________________ **Unit Type:** ________

| ESSENTIAL INFORMATION | | |
|---|---|---|
| Existing FMR<br>Level for Unit Type $__________ | > | Current Contract<br>Rent for Unit Type $__________ |

STEP 1: **If this contract is a New Construction or a Substantial Rehab contract,** then is the current rent for this unit type (before application of the AAF) below the Existing Housing FMR?:

**OR**

**If this contract is a LMSA or PD contract,** is method of adjustment for contract rent the application of the AAF (as opposed to budget-based)? (NOTE: Budget-based rents are NOT processed under this Notice. See Chapter 7, Handbook 4350.1)

- ☐ If the answer the **applicable question** is YES, then proceed to Step 2.
- ☐ If the answer to the **applicable question** is NO, and the first question is applicable, then this unit type should be adjusted under Part 1 of this Notice. This worksheet does not apply. Please find Part 1 Adjustments Worksheet at the beginning of Appendix 2.

  If the second question is applicable and the answer is NO, then this Notice is not applicable and the rents should be adjusted under Chapter 7, Handbook 4350.1.

STEP 2: For units in which turnover occurred in the last year, use AAF Table 1 to calculate the rents. For units in which no turnover occurred in the last year use AAF Table 2 to calculate the rents. (NOTE: Throughout this Worksheet when applying the published AAF, the factor of 1.000 should be used in all cases where the published factor is below 1.000.)

Turnover units

| $________ | X________ | = | $________ |
|---|---|---|---|
| Current Rent | Table 1 Factor | | New Rent Level |

Units with no Turnover

| $________ | X________ | = | $________ |
|---|---|---|---|
| Current Rent | Table 2 Factor | | New Rent Level |

STEP 3: The new rent level(s) for ______ unit type is:

$______________ for units with turnover (Number of Units______)

$______________ for units with no turnover (Number of Units______)

STEP 4: Since the calculation in Step 3 resulted in different rent levels for the same unit type, then a common rent level for this unit type must be derived. Use the rent levels listed in Step 3 above to derive a new monthly Gross Rent Potential (GRP).

$________ for units with turnover X _______ (No. of Units) = $___________

$________ for units with no turnover X ______ (No. of Units) = $___________

Add the two numbers which you just calculated to derive total GRP:

| $______________ | X | $______________ | = | $______________ |
|---|---|---|---|---|
| Turnover GRP | | No Turnover GRP | | Total GRP |

Divide Total GRP by the number of units for this unit type to obtain the new rent level for all ________BR units.

$______________Total GRP divide by ________ units = $_________
New Rent Level

STEP 5: The new rent level for all ________ BR units is approved at $____________.

APPENDIX 3

SAMPLE FORMAT FOR
OWNER'S CERTIFICATION OF COMPLIANCE WITH THE REQUIREMENTS OF NOTICE: *Annual Adjustment Factor Rent Increase Requirements Pursuant to the Housing Appropriations Act of 1995*

Property Name:________________________________________

FHA Number:__________________________________________

Section 8 Contract Number:______________________________

The attached represents a request for a rent increase for the aforementioned property and the following unit type(s) (e.g. 1 BR, 2BR/2BA, 3 BR, etc.):

I certify as the owner of the property (or the agent empowered to act on behalf of the owner) that all of the following items are true:

- Preparation of all copies of form HUD-92273 were completed by a state certified, general appraiser who does NOT have an identity of interest relationship with the project.
- If project funds were used to pay for the completion of form(s) HUD-92273, I certify that I am in compliance with the Contracting Guidelines set forth in Paragraph 6.50 of Handbook 4381.5, REV-2.
- If a figure is submitted for the initial difference, this figure is the same dollar difference which existed between the original comparable used in underwriting (or the FMRs) and the contract rents at the time of initial occupancy. If no initial difference is submitted, then I authorize HUD to use 10% of the initial Section 8 contract rent for each unit type as the initial difference.
- The figures submitted with this request regarding the number of units in which turnover has occurred since the last HAP anniversary date are complete and accurate.

Under penalties and provisions of Title 18, United States Cost, Chapter 47, Section 1001, the statements contained in this request have been examined by me and to the best of my knowledge and belief are true, correct and complete.

____________________________________
Owner

APPENDIX 4
SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

This form or any other format may be used for reporting the number of units in which turnover occurred **since the last HAP contract anniversary date.** This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since ___/___/___ (HAP Anniversary Date)

Unit Type ____________ Total Number of Units ___________

________ Units have incurred turnover

________ Units did not incur turnover

Unit Type ____________ Total Number of Units ___________

________ Units have incurred turnover

________ Units did not incur turnover

Unit Type ____________ Total Number of Units ___________

________ Units have incurred turnover

________ Units did not incur turnover

Unit Type ____________ Total Number of Units ___________

________ Units have incurred turnover

________ Units did not incur turnover

Unit Type ____________ Total Number of Units ___________

________ Units have incurred turnover

________ Units did not incur turnover

________________________________
Owner/Agent

APPENDIX 5

# Estimates of Market Rent by Comparison

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0331 (exp 4/30/95

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0331), Washington, D.C. 20503.

| 1. Unit Type | 2. Subject Property (Address) | A. Comparable Property No. 1 (address) | | B. Comparable Property No. 2 (address) | | C. Comparable Property No.3 (address) | | D. Comparable Property No. 4 (address) | | E. Comparable Property No. 5 (address) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Characteristics | Data | Data | Adjustments - + | Data | Adjustments - + | Data | Adjustments - + | Data | Adjustments - + | Data | Adjustments - + |
| 3. Effective Date of Rental | | | | | | | | | | | |
| 4. Type of Project/Stories | | | | | | | | | | | |
| 5. Floor of Unit in Building | | | | | | | | | | | |
| 6. Project Occupancy % | | | | | | | | | | | |
| 7. Concessions | | | | | | | | | | | |
| 8. Year Built | | | | | | | | | | | |
| 9. Sq. Ft. Area | | | | | | | | | | | |
| 10. Number of Bedrooms | | | | | | | | | | | |
| 11. Number of Baths | | | | | | | | | | | |
| 12. Number of Rooms | | | | | | | | | | | |
| 13. Balc./Terrace/Patio | | | | | | | | | | | |
| 14. Garage or Carport | | | | | | | | | | | |
| 15. Equipment a. A/C | | | | | | | | | | | |
| b. Range/Oven | | | | | | | | | | | |
| c. Refrigerator | | | | | | | | | | | |
| d. Disposal | | | | | | | | | | | |
| e. Microwave | | | | | | | | | | | |
| f. Dishwasher | | | | | | | | | | | |
| g. Washer / Dryer | | | | | | | | | | | |
| h. Carpet/Drapes | | | | | | | | | | | |
| i. Pool/Rec. Area | | | | | | | | | | | |
| 16. Services a. Heat/Type | | | | | | | | | | | |
| b. Cook/Type | | | | | | | | | | | |
| c. Electricity | | | | | | | | | | | |
| d. Water Cold/Hot | | | | | | | | | | | |
| 17. Storage | | | | | | | | | | | |
| 18. Project Location | | | | | | | | | | | |
| 19. Other | | | | | | | | | | | |
| | | | | | | | | | | | |
| 20. Unit Rent Per Month | | | | | | | | | | | |
| 21. Total Adjustment | | | | | | | | | | | |
| 22. Indicated Rent | | | | | | | | | | | |
| 23. Correlated Subject Rent | | | | | | | | | | | |

☐ If there are any Remarks, check here and add the remarks to the back of page.

Note: In the adjustments column, enter dollar amounts by which subject property varies from comparable properties. If subject is better, enter a "Plus" amount and if subject is inferior to the comparable, enter a "Minus" amount. Use back of page to explain adjustments as needed.

Appraiser's Signature & Date:
X

Reviewer's & Signature Date:
X

Previous editions are obsolete

form HUD-92273 (3/95)

# *FISCAL YEAR 1997 ANNUAL ADJUSTMENT FACTOR (AAF) REQUIREMENTS*

---

*Directive Number:* **97-14**

---

U.S. Department of Housing and Urban Development

H O U S I N G

Special Attention of: Notice H 97-14 (HUD)

State Coordinators; Directors of Housing;
Directors, Multifamily Housing Division,
Multifamily Housing Management and
Development Branch Chiefs;
Contract Administrators; Owners and
Managers of Projects with Section 8
Contracts Adjusted by the Annual Adjustment Factor.

Issued: March 17, 1997
Expires: March 31, 1998

Cross References:

Subject: FISCAL YEAR 1997 ANNUAL ADJUSTMENT FACTOR (AAF) REQUIREMENTS

PURPOSE: Due to errors contained in HUD Notice H 97-03 , issued January 29, 1997, this Notice replaces Notice H 97-03. This Notice does not substantively change the FY 95 and FY 96 Adjustment procedures in HUD Notices H 95-12 and H 95-92. The purpose of this Notice is to update forms and appendices and to clarify inconsistencies found throughout HUD Notices H 95-12 and H 95-92 .

BACKGROUND: This Notice implements FY 97 rent adjustment requirements in accordance with 42 U.S.C. 1437 f(c)(2)(A) (as amended by the HUD Appropriations for FY 95 and FY 97). Under this Notice, the Overall Limitation (comparability) clause of the HAP Contract applies to Section 8 New Construction and Substantial Rehabilitation Properties where pre-adjustment Section 8 rent levels for a unit type exceed the published Existing Housing Fair Market Rents (FMR) (See Part 1, below).

The original AAF rent limitations promulgated and implemented by HUD Notice H-95-12 and H-95-92 are a statutory mandate under the FY 1995 Appropriations Act. As such, the provisions for comparability where gross project rents exceed FMR and lower AAFs for units with no turn-over supersede any field office manager's authority to grant waivers of policy directives under the Notice of Revocation and Redelegation of Authority rule (December 1994). Any request for a waiver from either of these provisions require the explicit approval of the Assistant Secretary of Housing-FHA Commissioner.

Comparability applies if the pre-adjustment gross rent (current contract rent plus any allowances for tenant-paid utilities) is above the published FMR. For Section 8 New Construction and Substantial Rehabilitation properties, the published Table 1 AAF factor is applied to the pre-adjustment contract rent. If the comparable rent level (plus any initial difference) is lower than the contract rent as adjusted by application of the table 1 AAF, the comparable rent level (plus any initial difference) will be the new contract rent. However, the pre-adjustment contract rent will not be decreased by application of comparability.

HMMM: Distribution: W-3-1,R-1,R-2,R-3-1(H)(RC),R-3-2,R-3-3,R-6,R-6-2,