| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PMSA | Ventura, CA | 1.000 | 1.000 | PMSA | Vineland-Millville-Bridgeton, NJ | 1.007 | 1.004 |
| *COUNTY | Walton, GA | 1.025 | 1.047 | *COUNTY | Warren, VA | 1.009 | 1.012 |
| | *Washington,DC-MD-VA | 1.010 | 1.011 | PMSA | Waterbury, CT | 1.015 | 1.018 |
| PMSA | Wilmington-Newark, DE-MD | 1.006 | 1.004 | PMSA | Worcester, MA-CT | 1.019 | 1.024 |

APPENDIX 2

PART I ADJUSTMENTS WORKSHEET

FIELD OFFICE WORKSHEET FOR
PROCESSING RENT INCREASES FOR AAF RENTS FOR NEW CONSTRUCTION
AND SUBSTANTIAL REHABILITATION UNIT TYPES WHICH EXCEED THE
EXISTING HOUSING FAIR MARKET RENTS
(NOT FOR USE ON BUDGET BASED RENT INCREASES)

Property Name:________________________________________________ Unit Type:_______

ESSENTIAL INFORMATION

Existing FMR Level for Unit Type $_____     Current Gross Rent for Unit Type $_____

AAF from Table 1 _______     Correlated Subject Rent from HUD-92273 $_____ (Line 23)

Initial Difference Submitted by Owner (if any) $______

STEP 1: Is this contract a New Construction or Sub Rehab contract?; AND
Is the current rent for this unit type (before application of the AAF) above the Existing Housing FMR?

- o If the answer to BOTH questions is 'YES, then proceed to Step 2
- o If the answer to EITHER question is NO, then this unit type should be adjusted under Part 2 of this Notice. This worksheet does not apply. Please find Part 2 Adjustments Worksheet at the end of Appendix 2.

1

STEP 2: Apply the appropriate AAF in Table 1 to the current contract rent. (NOTE: Throughout this Worksheet, when applying the published AAF the factor of 1.000 should be used in all cases where. the published factor is below 1.000.)

_____________ x _____________ = ______________
Current Rent for Unit Type     Factor Used     Rent Level Produced by the AAF

STEP 3: Is the Rent Level developed in Step 2, greater than the Correlated Subject Rent Level (CSR) on form 92273, for the particular unit type?

________________ > ____________________
Rent Level produced by the AAF     Correlated Subject Rent Level (CSR, form HUD 92273)

- o Yes, then go to Step 4
- o No, then the AAF is granted. For units in which turnover occurred in the last year, use AAF Table I to calculate the rents. For units in which no turnover occurred in the last year use Table 2 to calculate the rents. Go to Step 6(b) and document the new rent levels.

STEP 4: Since the AAF rent level derived in Step 2 is greater than the correlated subject rent submitted by the owner, then the initial difference must be added to the correlated subject rent.

If documented evidence of the initial difference was submitted by the owner from the original underwriting documents, then use the dollar amount submitted by the owner. If not, then use 10% of the initial Section 8 Contract Rent as a substitute.

$__________________
Dollar Amount of the
Initial Difference

Method Used for the Initial Difference:

o Owner Submission o Calculated by HUD

$________________ + $_____________________ = $________________
Correlated Subject Initial Difference Adjusted
Correlated
Rent Level Subject Rent
Level



STEP 5: Is the Adjusted Correlated Subject Rent Level (derived above) greater than the rent level obtained by applying the AAF in Step 2?

$____________ > $____________________
Adjusted Correlated Rent Level Produced by
Subject Rent Level the AAF (See Step 2)

- o Yes, then AAF is granted.
  Rent levels cannot go higher than the AAF.
  For units in which turnover occurred in the last year, use AAF Table 1 to calculate the rents. For units in which no turnover occurred in the last year use AAF Table 2 to calculate the rents.
  (NOTE: Throughout this Worksheet when applying the published AAF the factor of 1.000 should be used in all cases where the published factor is below 1.000.)

  Turnover units

  $__________ x $____________ = $______________
  Current Rent Table 1 Factor New Rent
Level

  Units with no Turnover

  $__________ x $____________ = $______________
  Current Rent Table 2 Factor New Rent
Level

Document these rent levels in Step 6(b) and proceed through Steps 7 and 8.

o No, then the adjusted correlated subject rent will be the new rent level for all units without regard to turnover. Document this rent level in Step 6(a).

STEP 6: The new rent level(s) for ____ unit type is:

a) $_________ for all units (Document this rent level in Step 8); OR

b) $_________ for units with turnover (Number of Units________);
AND

$_________ for units with no turnover (Number of Units______).

3

STEP 7: If Step 6 resulted in different rent levels for the same unit type, then a common rent level for this unit type must be derived. Use the rent levels listed in Step 6(b) above to derive a new monthly Gross Rent Potential (GRP).

$_________ for units with turnover X _____ (No. of Units) = $________

$_________ for units with no turnover X _____ (No. of Units) = $________

Add the two numbers which you just calculated to derive total GRP:

$_________ + $_________ = $__________
Turnover GRP No Turnover GRP Total GRP

Divide Total GRP by the number of units for this unit type to obtain the new rent level for all ______BR units.

$_________Total GRP divide by _______ units = $___________
New Rent Level

STEP 8: The new rent level for all ________BR units is approved at $___________.

4

PART 2 ADJUSTMENTS WORKSHEET

FIELD OFFICE WORKSHEET FOR
PROCESSING RENT INCREASES FOR AAF RENTS FOR NEW CONSTRUCTION AND SUBSTANTIAL REHABILITATION UNIT TYPES WHICH DO NOT EXCEED THE EXISTING HOUSING FAIR MARKET RENTS AND FOR ALL LMSA AND PD SECTION 8 CONTRACT TYPES.
(NOT FOR USE ON BUDGET BASED RENT INCREASES)

Property Name: ______________________________________________
Unit Type: _____________

ESSENTIAL INFORMATION

Existing FMR Current Gross

Level for Unit Type $__________ > Rent for Unit Type $________

STEP 1: If this contract is a New Construction or a Substantial Rehab contract, then is the current gross rent for this unit type (before application of the AAF) below the Existing Housing FMR?;

OR

If this contract is an LMSA or PD contract, is the method of adjustment for gross rent the application of the AAF (as opposed to budget-based)? (NOTE: Budget-based rents are NOT processed under this Notice. See Chapter 7, Handbook 4350.1)

- o If the answer to the applicable question is YES, then proceed to Step 2.

- o If the answer to the applicable question is NO, and the first question is applicable, then this unit type should be adjusted under Part 1 of this Notice. This worksheet does not apply. Please find Part 1 Adjustments Worksheet at the beginning of Appendix 2.

  If the second question is applicable and the answer is NO, then this Notice is not applicable and the rents should be adjusted under Chapter 7, Handbook 4350.1.

STEP 2: For units in which turnover occurred in the last year,[1] use AAF Table 1 to calculate the rents. For units in which no turnover occurred in the last year use AAF Table 2 to calculate the rents. (NOTE: Throughout this Worksheet, when applying the published AAF, the factor of 1.000 should be used in all cases where the published factor is below 1.000.)

Turnover units

$__________ x $__________ = $__________
Current Rent Table 1 Factor New Rent Level

Units with no Turnover

$________ x $__________ = $__________
Current Rent Table 2 Factor New Rent Level

STEP 3: The new rent level(s) for ______ unit type is:

$__________ for units with turnover (Number of Units ______)

$__________ for units with no turnover (Number of Units_____)

STEP 4: Since the calculation in Step 3 resulted in different rent levels for the same unit type, then a common rent level for this unit type must be derived. Use the rent levels listed in Step 3 above to derive a new monthly Gross Rent Potential (GRP).

$__________ for units with turnover X ______ (No. of

Units) = $________

$__________ for units with no turnover X ______ (No. of Units) = $________

Add the two numbers which you just calculated to derive total GRP:

$__________ + $__________ = $__________
Turnover GRP No Turnover GRP Total GRP

Divide Total GRP by the number of units for this unit type to obtain the new rent level for all _____BR units.

$_______ Total GRP divided by ______ units = $______
New Rent Level

STEP 5: The new rent level for all ______ BR units is approved at $_________.

2

APPENDIX 3

SAMPLE FORMAT FOR
OWNER'S CERTIFICATION OF COMPLIANCE WITH THE REQUIREMENTS OF NOTICE: Annual Adjustment Factor Rent Increase Requirements Pursuant to 42 U.S.C. 1437f(c)(2)(A).

Property Name:_____________________________________________

FHA Number:________________________________________________

Section 8 Contract Number:_______________________________

The attached represents a request for a rent increase for the aforementioned property and the following unit type(s) (e.g. 1 BR, 2BR/2BA, 3 BR, etc.):

I certify as the owner of the property (or the agent empowered to act on behalf of the owner) that all of the following items are true:

o Preparation of all copies of form HUD-92273 were completed by a state certified, general appraiser who does NOT have an identity of interest relationship with the project.

o If project funds were used to pay for the completion of form(s) HUD-92273, I certify that I am in compliance with the Contracting Guidelines set forth in Paragraph 6.50 of Handbook 4381.5, REV-2.

o If a figure is submitted for the initial difference, this figure is the same dollar difference which existed between the original comparable used in underwriting (or the FMRS) and the contract rents at the time of initial occupancy. If no initial difference is submitted, then I authorize HUD to use 10% of the initial Section 8 contract rent for each unit type as the initial difference.

o The figures submitted with this request regarding the number of units in which turnover has occurred since the last HAP anniversary date are complete and accurate.

Under penalties and provisions of Title 18, United States Cost,

Chapter 47, Section 1001, the statements contained in this request have been examined by me and to the best of my knowledge and belief are true, correct and complete.

APPENDIX 4
OWNER
SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

This form or any other format may be used for reporting the number of units in which turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since __/__/__ (HAP Anniversary Date)

Unit Type ______ Total Number of Units______

______ Units have incurred turnover

______ Units did not incur turnover

Unit Type ______ Total Number of Units______

______ Units have incurred turnover

______ Units did not incur turnover

Unit Type ______ Total Number of Units______

______ Units have incurred turnover

______ Units did not incur turnover

Unit Type ______ Total Number of Units______

______ Units have incurred turnover

______ Units did not incur turnover

Unit Type ______ Total Number of Units______

______ Units have incurred turnover

______ Units did not incur turnover

________________
Owner/Agent

APPENDIX V
Estimate of Market Rent by Comparison
form HUD-92273 (3/95)

APPENDIX 5 CONTAINS FORM HUD-82273, ESTIMATES OF MARKET RENT BY COMPARISON AND CAN BE FOUND ON HUDWEB AND THE HUD INTERNET "FORMS WAREHOUSE" ON THE WWW.

---

[Search] [Prev List] [Doc List] [Next List] [First Doc] [Prev Doc] [Curr Doc] [Next Doc] [Last Doc] [Top] [Help]

[Search] [Prev List] [Doc List] [Next List] [First Doc] [Prev Doc] [Curr Doc] [Next Doc] [Last Doc]
[Bottom] [Help] [Text Only]

# *ANNUAL ADJUSTMENT FACTORS (AAF)*

---

*Directive Number:* **98-3**

---

U.S. Department of Housing and Urban Development
Office of Housing

Special Attention of: Notice H 98-3 (HUD)
State Coordinators; Director of
Housing; Director,
Multifamily Housing Division; Issued: 23 January 1998
Multifamily Asset Expires: 31 January 1999
Management and Development Branch
Chiefs; Contract Administrators; Cross References:
Owners and Managers of Projects with
Expiring Section 8 Contracts

Subject: ANNUAL ADJUSTMENT FACTORS (AAF)

This notice announces the extension of statutory rent adjustment procedures for Section 8 projects that use the HUD-published Annual Adjustment Factors (AAF) for adjustment of the contract rent.

These procedures concern (1) the application of comparability to rent adjustment for Section 8 new construction and substantial rehabilitation projects; and (2) rent adjustment for non-turnover Section 8 units (for Section 8 new construction and substantial rehabilitation projects, loan management (LMSA) projects, property disposition (PD) projects, and renewal or extension projects). The procedures do not apply to rent adjustments for the Section 8 Moderate Rehabilitation Program or the Project-based Certificate (PBC) program.

The Section 8 rent adjustment requirements were originally enacted in the HUD appropriation for Fiscal Year 1995, and were subsequently extended through FY 1997 (amendments of 42 U.S.C. 1437f (c)(2)(A)). HUD issued a series of notices implementing the statutory adjustment requirements through FY 1997 (H 95-12 , H 9714). The Congress has enacted legislation that extends the Section 8 adjustment requirements beyond 1997, as permanent law. The HUD appropriation for FY 98 provides that the amendments of Section 1437f(c)(2)(A) are effective through FY 1998 (P.L. 10565, 111 Stat. 1344, 1364, approved October 27,1997); Administrative Provisions Section 201(c)(1) and (c)(2)). The Balanced Budget Act of 1997 provides that these amendments are in effect through FY 1999 and thereafter (P.L. 105-33, Section 2003 and 2004, 111 Stat. 251, approved August 5, 1997).

HMMM: Distribution: W-3-1, R-1,R-2,R-3-1 (H) (RC) R-3-2,R-3-3,R-6,R-6-2,R-7,
R-7-2,R-8

2

This Notice applies to Section 8 rent adjustments for HAP anniversary dates from October 1, 1997 until further notice by HUD.

Since the law is now permanent, HUD hereby extends indefinitely, until further notice, Housing Notice 97-14 , which describes procedures for implementing statutory Section 8 adjustment requirements concerning comparability for Section 8 new construction and substantial rehabilitation

projects, and requiring reduced adjustments for non turnover units.

Notice H-97-14 shall apply to the calculation of rent adjustments for Section 8 contract anniversaries on and after October 1, 1997 (as well as adjustments prior to that date). The adjustments for a HAP contract anniversary date shall be calculated using the AAF factors published in the Federal Register (Table 1 or Table 2) in effect at the HAP contract anniversary.

If you have any questions regarding this notice, please contact Peter Giaquinto at (202) 708-4162, or your desk officer in the Operations Division.

Nicolas P. Retsinas
Assistant Secretary for Housing-
Federal Housing Commissioner

---

# *Reinstatement and Extension of Notice H 98-03, Annual Adjustment Factors (AAF)*

---

*Directive Number:* **99-17**

---

Click Here or type Alt-k to Download MS Word version of Notice

**U.S. Department of Housing and Urban Development**
**Office of Housing**

**Special Attention of:** **Notice** H 99-17 (HUD)

All Multifamily Hub Directors
All Multifamily Program Center
Directors, All Project Managers
Contract Administrators, Owners and Managers
of Covered Projects

**Issued:** July 8, 1999
**Expires:** July 31, 2000

Cross References:

Subject: Reinstatement and Extension of Notice H 98-03, Annual Adjustment Factors (AAF)

Notice H 98-03 , issued January 23, 1998, provides instructions for statutory rent adjustment procedures for Section 8 projects that use the HUD-published Annual Adjustment Factors (AAF) for adjustment of the contract rent. The Notice extended and made permanent procedures outlined in HUD Notice H 97-14 , issued March 17, 1997.

This Notice reinstates and extends HUD Notice H 98-03, Annual Adjustment Factors (AAF).

William C. Apgar
Assistant Secretary for Housing-
Federal Housing Commissioner

HM: Distribution: W-3-1, R-1, R-2, R-3-1(H)(RC), R-3-2, R-3-3, R-6, R-6-2, R-7, R-7-2, R-8

---

# *Reinstatement and Extension of HUD Notice H 99-17, Annual Adjustment Factors (AAF)*

---

*Directive Number:* **00-14**

---

Click Here or type Alt-k to Download MS Word version of Notice

**U.S. Department of Housing and Urban Development**
**Office of Housing**

**Special Attention of:** **Notice** H 00-14

All Multifamily Hub Directors
All Multifamily Program Center Directors, All Project Managers
Contract Administrators, Owners and Managers of Covered Projects

**Issued:** August 9, 2000
**Expires:** August 9, 2001
Cross References:

Subject: Reinstatement and Extension of HUD Notice H 99-17, Annual Adjustment Factors (AAF)

Notice H 99-17 , issued July 8, 1999, extended instructions provided in HUD Notice H 98-3 . HUD Notice H 98-3 extended and made permanent instructions for statutory rent adjustment procedures for Section 8 projects that use HUD-published Annual Adjustment Factors (AAF) for adjustment of the contract rent as outlined in HUD Notice H 97-14 , issued March 17, 1997.

This Notice reinstates and extends HUD Notice H 99-17, Annual Adjustment Factors (AAF).

William C. Apgar
Assistant Secretary for Housing-
Federal Housing Commissioner

Distribution: W-3-1

---