*of Eligible Families*), and appropriate redeterminations shall be made by the Owner of the amount of Family contribution and the amount of housing assistance payment, all in accordance with schedules and criteria established by the Government. In connection with the reexamination, the Owner shall determine what percentage of Families in occupancy are Very Low Income Families. If there are fewer than 30 percent Very Low Income Families in occupancy, the Owner shall report the fact to the Government and shall adopt changes in his admission policies to achieve, as soon as possible, at least 30 percent occupancy by such Families.

d. Rent Redetermination after Adjustment in Allowance for Utilities and Other Services. In the event that the Owner is notified of a Government determination making an adjustment in the Allowance for Utilities and Other Services applicable to any of the Contract Units, the Owner shall promptly make a corresponding adjustment in the amount of rent to be paid by the affected Families and the amount of housing assistance payments.

e. Processing of Applications and Complaints. The Owner shall process applications for admission, notifications to applicants, and complaints by applicants in accordance with applicable Government requirements and shall maintain records and furnish such copies or other information as may be required by the Government.

f. Government Review; Incorrect Payments. In making housing assistance payments to Owners, the Government will review the Owner's determinations under this Section. If as a result of this review, or other reviews, audits or information received by the Government at any time, it is determined that the Owner has received improper or excessive housing assistance payments, the Government shall have the right to deduct the amount of such overpayments from any amounts otherwise due the Owner, or otherwise effect recovery thereof.

1.10 TERMINATION OF TENANCY.

The Owner shall be responsible for termination of tenancies, including evictions. However, conditions for payment of housing assistance payments for any resulting vacancies shall be as set forth in Section 1.6c.

1.11 REDUCTION OF NUMBER OF CONTRACT UNITS FOR FAILURE TO LEASE TO ELIGIBLE FAMILIES.

a. After First Year Of Contract. If at any time, beginning six months after the effective date of this Contract, the Owner fails for a continuous period of six months to have at least 80 percent of the Contract Units leased or available for leasing by Families, the Government may on 30 days notice reduce the number of Contract Units to not less than the number of units under lease or available for leasing by Families, plus 10 percent of such number if the number is 10 or more, rounded to the next highest number.

b. At End of Initial and Each Renewal Term. At the end of the initial term of the Contract and of each renewal term, the Government may, by notice to the Owner, reduce the number of Contract Units to not less than (1) the number of units under lease or available for leasing by Families at that time or (2) the average number of units so leased or available for leasing during the last year, whichever is the greater number, plus 10 percent of such number if the number is 10 or more, rounded to the next highest number.

c. Restoration of Units. The Government will agree to an amendment of the Contract to provide for subsequent restoration of any reduction made pursuant to paragraph a or b of this Section if the Government determines that the restoration is justified as a result of changes in demand and in the light of the Owner's record of compliance with his obligations under this Contract and if annual contributions contract authority is available; and the Government will take such steps authorized by section 8(c)(6) of the Act as may be necessary to carry out this assurance *(see Section 1.5)*.

WARNING: 18 U.S.C. 1001 provides, among other things, that whoever knowingly and willfully makes or uses a document or writing containing any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000 or imprisoned for not more than five years, or both.

OWNER ____________________

By ____________________

____________________
*(Official Title)*

Date ____________________ 19 ____

United States of America
Secretary of Housing and Urban Development

By ____________________

____________________
*(Official Title)*

Date ____________________ 19 ____

SEE EXECUTION OF CONTRACT IN STAGES

[If the project is to be completed and accepted in stages, execution of the Contract with respect to the several stages appears on the following pages of this Contract.]

52622A



HUD-52622A (6-76)

EXECUTION OF CONTRACT WITH RESPECT TO CONTRACT UNITS COMPLETED AND ACCEPTED IN STAGES
STAGE 1

This Contract is hereby executed with respect to the units described in Exhibit A-1.

EFFECTIVE DATE. The effective date of this Contract is November 14, 1980, 19__. [Insert date which shall be no earlier than the date of Government acceptance of the project.]

4 - 1BR Units
12 - 2BR Units
16 Total

16711 & 16727 VanAken Blvd.

OWNER Statesman Apartment Development Company II, an Ohio Limited Partnership

By Jerome Spevack
Managing General Partner
(Official Title)

Date January 19, 19 81

United States of America
Secretary of Housing and Urban Development

By George T. Ray, Jr.
Service Office Supervisor
(Official Title)

Date Jan. 21, 19 81

EXECUTION OF CONTRACT WITH RESPECT TO CONTRACT UNITS COMPLETED AND ACCEPTED IN STAGES
STAGE 2

This Contract is hereby executed with respect to the units described in Exhibit A-2.

EFFECTIVE DATE. The effective date of this Contract is February 1, 19 81. [Insert date which shall be no earlier than the date of Government acceptance of the project.]

12 - 1BR Units
3 - 2BR Units
15 Total

OWNER Statesman Apartment Development Co., II an Ohio Limited Partnership

By Jerome Spevack
Managing General Partner
(Official Title)

Date May 15, 19 81

United States of America
Secretary of Housing and Urban Development

By George T. Ray, Jr.
Service Office Supervisor
(Official Title)

Date 7-1-81, 19__

EXECUTION OF CONTRACT WITH RESPECT TO CONTRACT UNITS COMPLETED AND ACCEPTED IN STAGES
STAGE 3

This Contract is hereby executed with respect to the units described in Exhibit A-3.

EFFECTIVE DATE. The effective date of this Contract is April 1, 19 81. [Insert date which shall be no earlier than the date of Government acceptance of the project.]

Buildings #2 and #4
Final Stage

OWNER Statesman Apartment Development Co., II an Ohio Limited Partnership

By Jerome Spevack
Managing General Partner
(Official Title)

Date May 15, 19 81

United States of America
Secretary of Housing and Urban Development

By George T. Ray, Jr.
Service Office Supervisor
(Official Title)

Date 7-1-1981, 19__

52-622-A 6-76



HUD-52622A (6-76)

U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SECTION 8 HOUSING ASSISTANCE PAYMENTS PROGRAM
SUBSTANTIAL REHABILITATION

PART II OF THE

# HOUSING ASSISTANCE PAYMENTS CONTRACT

PRIVATE-OWNER OR PHA-OWNER PROJECT

| HAP CONTRACT LIST NUMBER AND DATE: | PROJECT NUMBER: |
|---|---|
| C-80-251 4/10/80 | OH 12-0008-069 |

Amended by: C-81-639 6/26/81

2.1 NONDISCRIMINATION IN HOUSING.

a. The Owner shall not in the selection of Families, in the provision of services, or in any other manner, discriminate against any person on the grounds of race, color, creed, religion, sex, or national origin. No person shall be automatically excluded from participation in, or be denied the benefits of, the Housing Assistance Payments Program because of membership in a class such as unmarried mothers, recipients of public assistance, etc.

b. The Owner shall comply with all requirements imposed by Title VIII of the Civil Rights Act of 1968, and any rules and regulations pursuant thereto.

c. The Owner shall comply with all requirements imposed by Title VI of the Civil Rights Act of 1964, Public Law 88-352, 78 Stat. 241; the regulations of the Department of Housing and Urban Development issued thereunder, 24 CFR, Subtitle A, Part 1, Section 1.1, et seq.; the requirements of said Department pursuant to said regulations; and Executive Order 11063 to the end that, in accordance with that Act, the regulations and requirements of said Department thereunder, and said Executive Order, no person in the United States shall, on the grounds of race, color, creed, religion or national origin, be excluded from participation in, or be denied the benefits of, the Housing Assistance Payments Program, or be otherwise subjected to discrimination. This provision is included pursuant to the regulations of the Department of Housing and Urban Development, 24 CFR, Subtitle A, Part 1, Section 1.1, et seq.; issued under Title VI of the said Civil Rights Act of 1964, and the requirements of said Department pursuant to said regulations; and the obligation of the Owner to comply therewith inures to the benefit of the Government and the said Department, either of which shall be entitled to invoke any remedies available by law to redress any breach thereof or to compel compliance therewith by the Owner.

2.2 TRAINING, EMPLOYMENT, AND CONTRACTING OPPORTUNITIES FOR BUSINESSES AND LOWER-INCOME PERSONS.[3]

a. The project assisted under this Contract is subject to the requirements of section 3 of the Housing and Urban Development Act of 1968, as amended, 12 U.S.C. 1701u. Section 3 requires that, to the greatest extent feasible, opportunities for training and employment be given lower-income residents of the project area and contracts for work in connection with the project be awarded to business concerns which are located in, or owned in substantial part by persons residing in, the area of the project.

b. Notwithstanding any other provision of this Contract, the Owner shall carry out the provisions of said section 3 and the regulations issued pursuant thereto by the Secretary of Housing and Urban Development set forth in 24 CFR, Part 135 (published in 38 Federal Register 29220, October 23, 1973), and all applicable rules and orders of the Secretary issued thereunder prior to the execution of this Contract. The requirements of said regulations include, but are not limited to, development and implementation of an affirmative action plan for utilizing business concerns located within, or owned in substantial part by persons residing in, the area of the project; the making of a good faith effort, as defined by the regulations, to provide training, employment, and business opportunities required by section 3; and incorporation of the "section 3 clause" specified by section 135.20(b) of the regulations and paragraph d of this Section in all contracts for work in connection with the project. The Owner certifies and agrees that he is under no contractual or other disability which would prevent him from complying with these requirements.

c. Compliance with the provisions of section 3, the regulations set forth in 24 CFR, Part 135, and all applicable rules and orders of the Secretary issued thereunder prior to approval by the Government of the application for this Contract, shall be a condition of the Federal financial assistance provided to the project, binding upon the Owner, his successors and assigns. Failure to fulfill these requirements shall subject the Owner, his contractors and subcontractors, his successors and assigns to the sanction specified by this Contract, and to such sanctions as are specified by 24 CFR, Section 135.135.

d. The Owner shall incorporate or cause to be incorporated into any contract or subcontract for work pursuant to this Contract in excess of $50,000 cost, the following clause:

"EMPLOYMENT OF PROJECT AREA RESIDENTS AND CONTRACTORS

"A. The work to be performed under this Contract is on a project assisted under a program providing direct Federal financial assistance from the Department of Housing and Urban Development and is subject to the requirements of section 3 of the Housing and Urban Development Act of 1968, as amended, 12 U.S.C. 1701u. Section 3 requires that, to the greatest extent feasible, opportunities for training and employment be given lower-income residents of the project area and contracts for work in connection with the project be awarded to business concerns which are located in, or owned in substantial part by persons residing in, the area of the project.

"B. The parties to this Contract will comply with the provisions of said section 3 and the regulations issued pursuant thereto by the Secretary of Housing and Urban Development set forth in 24 CFR, Part 135, and all applicable rules and orders of the Department issued thereunder prior to the execution of this Contract. The parties to this Contract certify and agree that they are under no contractual or other disability which would prevent them from complying with these requirements.

"C. The contractor will send to each labor organization or representative of workers with which he has a collective bargaining agreement or other contract or understanding, if any, a notice advising the said labor organization or workers' representative of his commitments under this section 3 clause and shall post copies of the notice in conspicuous places available to employees and applicants for employment or training.

"D. The contractor will include this section 3 clause in every subcontract for work in connection with the project and will, at the direction of the applicant for or recipient of Federal financial assistance, take appropriate action pursuant to the subcontract upon a finding that the subcontract is in violation of regulations issued by the Secretary of Housing and Urban Development, 24 CFR, Part 135. The contractor will not subcontract with any subcontractor where it has notice or knowledge that the latter has been found in violation of regulations under 24 CFR, Part 135, and will not let any subcontract unless the subcontractor has first provided it with a preliminary statement of ability to comply with the requirements of these regulations.

"E. Compliance with the provisions of section 3, the regulations set forth in 24 CFR, Part 135, and all applicable rules and orders of the Department issued thereunder prior to the execution of the Contract, shall be a condition of the Federal financial assistance provided to the project, binding upon the applicant or recipient for such assistance, its successors, and assigns. Failure to fulfill these requirements shall subject the applicant or recipient, its contractors and subcontractors, its successors, and assigns to those sanctions specified by the grant or loan agreement or contract through which Federal assistance is provided, and to such sanctions as are specified by 24 CFR, Section 135.135."

[3] Strike this Section if the Contract Rents on the effective date of this Contract, over the maximum term of this Contract, are $500,000 or less.

 HUD-52622B (11-75)

c. The Owner agrees that he will be bound by the above Employment of Project Area Residents and Contractors clause with respect to his own employment practices when he participates in federally assisted work.

2.3 COOPERATION IN EQUAL OPPORTUNITY COMPLIANCE REVIEWS. The Owner shall cooperate with the Government in the conducting of compliance reviews and complaint investigations pursuant to all applicable civil rights statutes, Executive Orders, and rules and regulations pursuant thereto.

2.4 FLOOD INSURANCE. If the project is located in an area that has been identified by the Secretary of Housing and Urban Development as an area having special flood hazards and if the sale of flood insurance has been made available under the National Flood Insurance Act of 1968, the Owner agrees that the project will be covered, during its anticipated economic or useful life, by flood insurance in an amount at least equal to its development or project cost (less estimated land cost) or to the maximum limit of coverage made available with respect to the particular type of property under the National Flood Insurance Act of 1968, whichever is less.

2.5 CLEAN AIR ACT AND FEDERAL WATER POLLUTION CONTROL ACT.[4] In compliance with regulations issued by the Environmental Protection Agency ("EPA"), 40 CFR, Part 15, 39 F.R. 11099, pursuant to the Clean Air Act, as amended ("Air Act"), 42 U.S.C. 1857, et seq., the Federal Water Pollution Control Act, as amended ("Water Act"), 33 U.S.C. 1251, et seq., and Executive Order 11738, the Owner agrees that:

a. Any facility to be utilized in the performance of this Contract or any subcontract shall not be a facility listed on the EPA List of Violating Facilities pursuant to section 15.20 of said regulations;

b. He will promptly notify the Department of Housing and Urban Development field office director of the receipt of any communication from the EPA indicating that a facility to be utilized for the Contract is under consideration to be listed on the EPA List of Violating Facilities;

c. He will comply with all the requirements of section 114 of the Air Act and section 308 of the Water Act relating to inspection, monitoring, entry, reports, and information, as well as all other requirements specified in section 114 and section 308 of the Air Act and the Water Act, respectively, and all regulations and guidelines issued thereunder; and

d. He will include or cause to be included the provisions of this Section in every nonexempt subcontract, and that he will take such action as the Government may direct as a means of enforcing such provisions.

2.6 REPORTS AND ACCESS TO PREMISES AND RECORDS.

a. The Owner shall furnish such information and reports pertinent to the Contract as reasonably may be required from time to time by the Government.

b. The Owner shall permit the Government or any of its duly authorized representatives to have access to the premises and, for the purpose of audit and examination, to have access to any books, documents, papers and records of the Owner that are pertinent to compliance with this Contract, including the verification of information pertinent to the housing assistance payments.

2.7 DEFAULT BY THE OWNER UNDER CONTRACT.

a. A default by the Owner under this Contract shall result if:

(1) The Owner has violated or failed to comply with any provision of, or obligation under, this Contract or of any Lease; or

(2) The Owner has asserted or demonstrated an intention not to perform some or all of his obligations under this Contract or under any Lease.

b. Upon a determination by the Government that a default has occurred, the Government shall notify the Owner of (1) the nature of the default, (2) the actions required to be taken and the remedies to be applied on account of the default (including actions by the Owner to cure the default, and, where appropriate, abatement of housing assistance payments in whole or in part and recovery of overpayments), and (3) the time within which the Owner shall respond with a showing that he has taken all the actions required of him. If the Owner fails to respond or take action to the satisfaction of the Government, the Government shall have the right to terminate this Contract in whole or in part or to take other corrective action to achieve compliance.

c. The availability of any remedy under this Contract shall not preclude the exercise of any other remedy available under this Contract or under any provisions of law, nor shall any action taken in the exercise of any remedy be deemed a waiver of any other rights or remedies. Failure to exercise any right or remedy shall not constitute a waiver of the right to exercise that or any other right or remedy at any time.

2.8 DISPUTES.

a. Except as otherwise provided herein, any dispute concerning a question of fact arising under this Contract which is not disposed of by agreement between the Department of Housing and Urban Development field office and the Owner may be submitted by the Owner to the Secretary of Housing and Urban Development. The decision of the Secretary or duly authorized representative for the resolution of such disputes shall be final and conclusive, unless determined by a court of competent jurisdiction to have been fraudulent, or capricious, or arbitrary, or so grossly erroneous as necessarily to imply bad faith, or not supported by substantial evidence. In connection with any proceeding under this Section, the Owner shall be afforded an opportunity to be heard and to offer evidence in support of his position.

b. This Section does not preclude consideration of questions of law in connection with the decision rendered under paragraph a of this Section; Provided, however, that nothing herein shall be construed as making final the decision of any administrative official, representative, or board, on a question of law.

2.9 INTEREST OF MEMBERS, OFFICERS, OR EMPLOYEES OF PHA, MEMBERS OF LOCAL GOVERNING BODY OR OTHER PUBLIC OFFICIALS. No member, officer, or employee of the PHA, no member of the governing body of the locality (city and county) in which the project is situated, no member of the governing body of the locality in which the PHA was activated, and no other public official of such locality or localities who exercises any functions or responsibilities with respect to the project, during his tenure or for one year thereafter, shall have any interest, direct or indirect, in this Contract or in any proceeds or benefits arising therefrom.

2.10 INTEREST OF MEMBER OF OR DELEGATE TO CONGRESS. No member of or delegate to the Congress of the United States of America or resident commissioner shall be admitted to any share or part of this Contract or to any benefits which may arise therefrom.

[4] *Strike this Section if the Contract Rents on the effective date of this Contract, over the maximum total term of this Contract, are $100,000 or less.*

2.11 ASSIGNMENT, SALE, OR FORECLOSURE.

a. The Owner agrees that he has not made and will not make any sale, assignment, or conveyance or transfer in any other form, of this Contract or the project or any part thereof or any of his interest therein, without the prior consent of the Government; Provided, however, that in the case of an assignment as security for the purpose of obtaining financing of the project, the Government shall consent in writing if the terms of the financing have been approved by the Government.

b. The Owner agrees to notify the Government promptly of any proposed action covered by paragraph a of this Section. The Owner further agrees to request the written consent of the Government in regard thereto.

c. (1) A transfer by the Owner, in whole or in part, or a transfer by a party having a substantial interest in said Owner, or transfers by more than one party of interests aggregating a substantial interest in said Owner, or any other similarly significant change in the ownership of interests in the Owner, or in the relative distribution thereof, or with respect to the parties in control of the Owner or the degree thereof, by any other method or means (e.g., increased capitalization, merger with another corporation or other entity, corporate or other amendments, issuance of new or additional ownership interests or classification of ownership interests or otherwise) shall be deemed an assignment, conveyance, or transfer for purposes of this Section 2.11. An assignment by the Owner to a limited partnership, in which no limited partner has a 25 percent or more interest and of which the Owner is the sole general partner, shall not be considered an assignment, conveyance, or transfer.

(2) The term "substantial interest" means the interest of any general partner, any limited partner having a 25 percent or more interest in the organization, any corporate officer or director, and any stockholder having a 10 percent or more interest in the organization.

(3) The Owner, and the party signing this Contract on behalf of said Owner, represent that they have the authority of all of the parties having ownership interests in the Owner to agree to this provision on their behalf and to bind them with respect thereto.

d. In the event of foreclosure, including foreclosure by the Government, and in the event of assignment or sale agreed to by the Government or made to the Government, housing assistance payments shall continue in accordance with the terms of the Contract.

[If the project is subject to 24 CFR, Section 881.125, paragraph d above shall be stricken and the following shall be used instead:

e. In the event of foreclosure, or assignment or sale to the financing agency in lieu of foreclosure, or in the event of assignment or sale agreed to by the financing agency and approved by the Government (which approval shall not be unreasonably delayed or withheld), housing assistance payments shall continue in accordance with the terms of the Contract.]

THE STATESMAN APARTMENTS II
OH-12-0008-069/042-35329-EC-PM-L8

EXHIBIT A

| SIZE | NUMBER OF UNITS | PBE | APPLICABLE RENT | GROSS RENT |
| --- | --- | --- | --- | --- |
| 1 BR | 20 | $50 | $370 | $420 |
| 2 BR | 27 | $65 | $424 | $489 |

Applicable contract rents do not include unit cost of gas and electric.

The number of units by size and their applicable rents are reflected in the letter of Notice of Final Approval dated 4/9/80 , or in later letters issued by HUD.

The project description is reflected in the latest approved HUD Form 2013 and various site descriptions on file as noted below.

The services, maintenance and utilities to be provided by the Owner are reflected in the latest approved HUD Form 2013 on file as noted below, as well as those additional services, maintenance and utilities customarily provided in buildings of this type.

The official Final Proposal, together with all contained documents are on file in the Division of Processing Controls and Reports, Cleveland Insuring Office, U. S. Department of HUD, 777 Rockwell Avenue, Cleveland, Ohio 44114.

Exhibit D

5.2E:RLS:pap

Mr. Jeffrey I. Friedman
The Statesman Apartments
Development Company II
500 Beta Drive
Cleveland, Ohio 44143

Dear Mr. Friedman:

Subject: Approval of Affirmative Marketing Plan
The Statesman Apts. II, OH-12-0008-069

This letter is to inform you that your Affirmative Marketing Plan for the subject project has been approved. Enclosed is a copy of the approved Plan. The regulations require that the approved Plan be available for public inspection at your rental/sales office. A copy should be furnished to each member of your staff engaged in rental/sales activity.

In the Multifamily Programs, a Monthly Rental Report (HUD Form 935.4) shall be filed with the Director, Fair Housing and Equal Opportunity Division beginning at the end of the first month when rental occurs and continuing until 95% occupancy. A copy of the reporting form is enclosed. After 95% occupancy is achieved, you will be required to submit an Annual Occupancy Report (HUD Form 9801) to this office (copy enclosed).

You are also required to post and maintain at the dwelling and at any place of business where the dwelling is offered for sale/rent the Department approved Fair Housing Posters. The posters shall be displayed so as to be readily apparent to all persons seeking housing accomodations. You may obtain a supply of the posters from this Division.

We will evaluate your performance in terms of the results achieved. Therefore, if you desire to adapt your approved Plan to reflect changes in your marketing situation as you approach occupancy, you should contact this Division to renegotiate the Plan. You are advised to keep on file copies of all advertising material, letters to community organizations and any other documents that will indicate your efforts to fulfill the provisions of the Plan and to comply with the regulations.

If you have any questions, please contact Mr. Roger Stewart at (614) 469-6694.

Sincerely,

Jeneva C. Scott
Director
Fair Housing and Equal
Opportunity Division

HUD-50441C

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

## SECTION 8 HOUSING ASSISTANCE PAYMENTS PROGRAM ACC/HAP CONTRACT LIST

**PART A – LIST IDENTIFICATION:**

1. OFFICE CODE: 0512
2. LIST NUMBER: C-81-639
3. TYPE OF ACTION: (1) ☐ New (2) ☒ Amended (3) ☐ Cancelled

**PART B – PROJECT IDENTIFICATION:**

1. PUBLIC HOUSING AGENCY and/or OWNER: Statesman Apt. Dev. Co. II
2. LOCATION OF PROJECT: Shaker Heights, Ohio — ☒ Metropolitan Area ☐ Non-Metropolitan Area
3. PROJECT NUMBER: OH12-0008-069 ((a) (b) (c))
4. DEVELOPMENT METHOD: ☐ New Construction ☒ Substantial Rehabilitation ☐ Existing ☐ Existing-Recently Completed
5. OWNER/SPONSOR: ☐ PHA-Owner ☒ Private-owner ☐ Private-owner/PHA (incl. HFDA)
6. HFDA SET-ASIDE: ☐ YES ☒ NO

7. NUMBER OF UNITS AND BUILDINGS:

| Building Type: | (1) Detached | (2) Semi-Detached | (3) Row | (4) Apartment (walk-up) | (5) Apartment (Elevator) | (6) Other | (7) Total |
|---|---|---|---|---|---|---|---|
| (a) Total Buildings: | | | | 0005 | | | 0005 |
| (b) Total Units: | | | | 0047 | | | 0047 |
| (c) Assisted Units: | | | | 0047 | | | 0047 |

**PART C – PROJECT ASSISTANCE DATA:**

| UNIT SIZE (1) | NUMBER OF ASSISTED UNITS (2) Elderly (A) | Family (B) | Total (C) | FAIR MARKET RENT (PUM) (3) | GROSS RENT (PUM) (4) | PHA ADMIN. FEE OR HFA FINAN. COST CONTINGENCY (PUM) (5) | MONTHLY PER UNIT ASSISTANCE (Col. 4+5) (6) | ANNUAL PER UNIT ASSISTANCE (Col. 6 x12 mos.) (7) | TOTAL ANNUAL ASSISTANCE (Col.2(c)xCol.7) (8) |
|---|---|---|---|---|---|---|---|---|---|
| Efficiency | | | | $ | $ | $ | $ | $ | $ |
| 1-Br. | | 20 | 20 | $423 | $ 420 | $ | $ 420 | $ 5040 | $ 100,800 |
| 2-Br. | | 27 | 27 | $492 | $ 489 | $ | $ 489 | $ 5868 | $ 154,436 |
| 3-Br. | | | | $ | $ | $ | $ | $ | $ |
| 4-Br. | | | | $ | $ | $ | $ | $ | $ |
| 5-Br. | | | | $ | $ | $ | $ | $ | $ |
| | | | | $ | $ | $ | $ | $ | $ |
| | | | | $ | $ | $ | $ | $ | $ |
| TOTAL | | 47 | 47 | | | | | | $ 259,236 |

**PART D – PREVIOUS PROJECT DATA** *(Complete for amended Lists only):*

1. LIST NUMBER: C-80-251
2. DATE APPROVED: 04-09-80
3. TOTAL ANNUAL ASSISTANCE APPROVED: $ 258,408
4. NUMBER OF UNITS APPROVED:

| EFFICIENCY | 1-BR | 2-BR | 3-BR | 4-BR | 5-BR | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 21 | 26 | | | | | | |

**PART E – DETERMINATION OF ANNUAL ASSISTANCE REQUIREMENTS:**

| | ASSISTED UNITS | ANNUAL ASSISTANCE |
|---|---|---|
| 1. Total Project Approved This List (PART C) | 47 | 259,236 |
| 2. Total Project Previously Approved (PART D) | 47 | 258,408 |
| 3. Increase *(If Line E.1. is greater than E.2, enter difference)* | | 828 |
| 4. Decrease *(If Line E.2. is greater than E.1, enter difference)* | ( ) | ($ ) |

This is the Change in PTU's

**PART F – REMARKS:**

FMR's from 24CFR published in F.R. for effect July 13, 1989. 105% Elderly adjustment plus 114%.

Term of contract: 20 yrs. B.A.

**PART G – RECOMMENDED FOR APPROVAL:**

[signature]
*(Signature)*

6-9-81 *(Date)* Dep. Sup. for Hsg. Dev. *(Title)*

**PART H – FUNDS VERIFIED:**

6-25-81 [initials] *(Date)*

**PART I – APPROVED:** I hereby approve the undertaking by the Department of Housing and Urban Development of Contracts with the respective public housing agency and/or owner for Federal Annual Assistance pursuant to Section 8 of the United States Housing Act of 1937, as amended, in an amount which shall not exceed the aggregate amount of the Annual Assistance approved on this List.

6-26-81 *(Date)*

[signature]
*(Signature)*
Service Office Supervisor
*(Title)*