# Rent Schedule
# Low Rent Housing

U.S. Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB No. 2502-0012 (Exp. 7-31-90)

| Project Name | FHA Project Number | Date Rents Will Be Effective (Month Year) |
|---|---|---|
| Statesman II | 042-35329 | November 14, 1992 |

**Part A – Apartment Rents**

Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Contract Rents: Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date: __/__/__) | Col. 6 Gross Rent (Col. 3 + Col.5) | Market Rents (Sec. 236 Projects Only): Col. 7. Rent Per Unit | Market Rents (Sec. 236 Projects Only): Col. 8 Monthly Market Rent Potential (Col. 2 x Col. 7) |
|---|---|---|---|---|---|---|---|
| 1 BDM, 1 B | 20 | 586 | 11,720 | 76 | 662 | | |
| 2 BDM, 1 B | 27 | 671 | 18,117 | 100 | 771 | | |
| | | | | | | | |
| Total Units | 47 | Monthly Contract Rent Potential (Add Col. 4) * | 29,837 | | | Monthly Market Rent Potential (Add Col. 8) * | |
| | | Yearly Contract Rent Potential (Col. 4 Sum x 12) * | 358,044 | | | Yearly Market Rent Potential (Col. 8 Sum x 12) * | |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Worksheet you are now submitting. Market Rent Potential applies only on Section 236 Projects.

**Part B – Items Included in Rent**

**Equipment/Furnishings in Unit:** (Check those included in rent.)

- XX Range
- XX Refrigerator
- XX Air Conditioner
- XX Disposal
- ☐ Dishwasher
- XX Carpet
- ☐ Drapes
- ☐ ______

**Utilities:** (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item): E=electric; G=gas; F=fuel oil or coal.

- XX Heating G
- XX Cooling E
- ☒ Hot Water G
- ☒ Cooking E
- XX Lights, etc. E
- ☐ ______

**Services/Facilities** (check those included in rent)

- XX Parking
- XX Laundry coin-op
- ☐ Swimming Pool
- ☐ Tennis Courts
- ☐ Nursing Care
- ☐ Linen/Maid Svc.

**Part C – Charges in Addition to Rent (e.g., parking, cable TV, meals)**

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Part D – Non-Revenue Producing Space**

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rent |
|---|---|---|
| | | |
| Total Rent Loss Due to Non-Revenue Units | | $ |

**Part E. – Commercial Space (retail, offices, garages, etc.)**

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4. Rental Rate Per Sq. Ft. (Col. 2 ÷ Col. 3) |
|---|---|---|---|
| | | | |
| | $ | Total Commercial Rent Potential | |

**Part F. – Maximum Allowable Rent Potential**

**Enter Maximum Allowable Monthly Rent Potential From Rent Computation Worksheet** (to be completed by HUD or lender) $

**Part G – Information on Mortgagor Entity**

Name of Entity

Statesman II Development Company

Type of Entity

☐ Individual ☐ General Partnership ☐ Joint Tenancy/Tenants in Common ☐ Other (specify)

☐ Corporation XX Limited Partnership ☐ Trust

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. Use extra sheets, if needed. If mortgagor is a:

- corporation, list: (1) all officers; (2) all directors; and (3) each stockholder having a 10% or more interest.
- partnership, list: (1) all general partners; and (2) limited partners having a 25% or more interest in the partnership.
- trust, list: (1) all managers, directors or trustees and (2) each beneficiary having at least a 10% beneficial interest in the trust.

| Name and Title | Social Security or EIN Number: |
|---|---|
| Jeffrey I. Friedman, General Partner | 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 |
| Jerome Spevack, General Partner | 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 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H – Owner Certification**

I certify that all of the information on this form is accurate. I also understand that 18 U.S.C. 1001 provides, among other things, that whoever knowingly and willingly makes or uses a document or writing containing any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000, or imprisoned for not more than five years, or both.

| Name and Title | Authorized Official's Signature and Date |
|---|---|
| Jerome Spevack, General Partner | [signature] SEP 16 1992 |

**Part I – HUD/Lender Approval**

| Loan Servicer's Signature and Date | Branch Chief/Lender Official Signature and Date |
|---|---|
| [signature] 9/22/92 | [signature] 10/1/92 |

**TAFT, STETTINIUS & HOLLISTER LLP**

3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707
www.taftlaw.com

CINCINNATI, OHIO OFFICE
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838
FAX: 513-381-0205

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
21 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX: 614-221-2007

DAYTON, OHIO OFFICE
SUITE 900
110 NORTH MAIN STREET
DAYTON, OHIO 45402-1786
937-228-2838
FAX: 937-228-2816

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6613

April 2, 2004

RECEIVED
DEPT. OF HOUSING & URBAN DEV.
APR 05 '04
REFERRED TO ______

Mr. Dennis G. Morton
Director, Cleveland Multifamily Program Center
Cleveland Area Office of HUD
Renaissance Building - Suite 500
1350 Euclid Avenue
Cleveland, Ohio 44115-1815

Re: Request for Rent Increases Applicable to Project No. OH-12-0008-069
Statesman Apartment Development Company II- Statesman Apartments
Years 1998 through September 30, 2002

Dear Mr. Morton:

The undersigned represent Statesman Apartment Development Company II. This is to request the appropriate automatic adjustment contract rent increases for the above Project for years 1998 through November 30, 2002 or the date of the expiration of the original Housing Assistance Payment Contract which expired on or about the latter date. Per CMHA v. U.S., 57 Fed. Cl. 751(2003), the passage of the 1994 Amendments to the Housing Act of 1937 and HUD Directive 95-12 resulted in breaches of HAP Contracts for which HUD is liable in damages.

Statesman Apartment Development Company II is documenting its request with the following enclosed material:

1. HUD Rent Survey prepared by Richard G. Racek, Jr., MAI containing HUD Forms 92-273 for the Project for each year from 1998 through 2002.

2. Letter of Addendum from Richard G. Racek, Jr. concluding that the adjusted rental rate for one bedroom units in Statesman Apartments as of the date of the Agreement to Enter the Housing Assistance Payment Contract was $325 per month thereby reflecting a $95 initial difference between that and the $420 initial contract rent (including utilities) in the HAP Contract. Said letter concludes that the adjusted rental rate for two bedroom units was $385

K0148285.1

per month thereby reflecting a $104 initial difference between that and the $489 initial contract rent including utilities in the HAP Contract.

3. Owner's Certification.

4. Report of Unit Turnover.

Also enclosed is a summation of the past due increases for the Project amounting to no less than some $154,300, calculated pursuant to the contract with adjustments per the applicable full automatic annual adjustment factor published by your agency. Please note that the enclosed summation for increases include calculation of the comparability limitation and include a 20% materiality component. See, *National Leased Housing Ass'n. v. United States*, (1991) 22 Cl. Ct. 649, 661 and subsequent 1992 and 1994 cases.

Statesman Apartment Development Company II requests that HUD immediately process and either approve or reject its claims within 60 days from the receipt of the claims. If rejected, Statesman Apartment Development Company II intends to litigate the matter in the United States Court of Federal Claims.

Sincerely yours,

Fred J. Livingstone

FJL/sks
Enclosures
cc: Martin G. Fishman, Esq.

K0148285.1

**STATESMAN HAP RENT ANALYSIS-No turnover differences**

Original HAP Expires: 11/30/2002
UTILITIES NOT INCLUDED*
HUD

| Year Applicable 12/1 to 11/30 | 1 BR | Pbiction | AdjFactor* | AAFRent | Calculation | FinalAAFRnt | CompRent | InitialDiff | Material Factor | Comp. Limit | Rent Used | Difference | Mo. Diff. | Yr. Diff. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1994 | 20 | | | | | | | | | | | | | | |
| 1995 | 20 | 03/07/1995 | 1.015 | | | | | | | | | | | | |
| 1996 | 20 | 11/03/1995 | 1.017 | | | | | | | | | | | | |
| 1997 | 20 | 12/16/1996 | 1.032 | $ 586 | $ 586 | $ 586 | | $ 70 | 1.20 | $ 84 | $ 586 | | | | |
| 1998 | 20 | 03/11/1998 | 1.018 | $ 597 | $ 597 | $ 597 | $ 570 | $ 70 | 1.20 | $ 768 | $ 586 | $ 11 | $ 211 | $ 1,477 | ** See assumption 3 below |
| 1999 | 20 | 10/01/1998 | 1.051 | $ 627 | $ 627 | $ 627 | $ 580 | $ 70 | 1.20 | $ 780 | $ 586 | $ 41 | $ 819 | $ 9,833 | |
| 2000 | 20 | 12/28/1999 | 1.033 | $ 648 | $ 648 | $ 648 | $ 600 | $ 70 | 1.20 | $ 804 | $ 586 | $ 62 | $ 1,233 | $ 14,799 | |
| 2001 | 20 | 11/07/2000 | 1.01 | $ 654 | $ 654 | $ 654 | $ 610 | $ 70 | 1.20 | $ 816 | $ 586 | $ 68 | $ 1,363 | $ 16,353 | |
| 2002 | 20 | 10/01/2001 | 1.022 | $ 669 | $ 669 | $ 669 | $ 620 | $ 70 | 1.20 | $ 828 | $ 586 | $ 83 | $ 1,651 | $ 18,157 | *** Contract expired 11/30/2002 |
| 2003 | 20 | 01/22/2003 | 1.029 | | | | | | 1.20 | $ - | $ 586 | | | $ - | |
| 2004 | 20 | 09/16/2003 | | | | | | | | | $ 586 | | | | |
| Total | | | | | | | | | | | | | | $ 60,619 | |

| Year Applicable 12/1 to 11/30 | 2 BR | Pbiction | AdjFactor* | PrelimAAF | Calculation | FinalAAFRnt | CompRent | InitialDiff | Material Factor | Comp. Limit | Rent Used | Difference | Mo. Diff. | Yr. Diff. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1994 | 27 | | | | | | | | | | | | | | |
| 1995 | 27 | 03/07/1995 | 1.015 | | | | | | | | | | | | |
| 1996 | 27 | 11/03/1995 | 1.017 | | | | | | | | | | | | |
| 1997 | 27 | 12/16/1996 | 1.032 | $ 671 | $ 671 | $ 671 | | $ 82 | 1.20 | $ 98 | $ 671 | $ - | | | |
| 1998 | 27 | 03/11/1998 | 1.018 | $ 683 | $ 683 | $ 683 | $ 660 | $ 82 | 1.20 | $ 890 | $ 671 | $ 12 | $ 326 | $ 2,283 | ** See assumption 3 below |
| 1999 | 27 | 10/01/1998 | 1.051 | $ 718 | $ 718 | $ 718 | $ 670 | $ 82 | 1.20 | $ 902 | $ 671 | $ 47 | $ 1,267 | $ 15,200 | |
| 2000 | 27 | 12/28/1999 | 1.033 | $ 742 | $ 742 | $ 742 | $ 685 | $ 82 | 1.20 | $ 920 | $ 671 | $ 71 | $ 1,906 | $ 22,876 | |
| 2001 | 27 | 11/07/2000 | 1.01 | $ 749 | $ 749 | $ 749 | $ 690 | $ 82 | 1.20 | $ 926 | $ 671 | $ 78 | $ 2,107 | $ 25,279 | |
| 2002 | 27 | 10/01/2001 | 1.022 | $ 766 | $ 766 | $ 766 | $ 700 | $ 82 | 1.20 | $ 938 | $ 671 | $ 95 | $ 2,552 | $ 28,067 | *** Contract expired 11/30/2002 |
| 2003 | 27 | 01/22/2003 | 1.029 | | | | | | | | $ 671 | $ - | $ - | $ - | |
| 2004 | 27 | 09/16/2003 | | | | | | | | | $ 671 | | | | |
| Total 3 BR | | | | | | | | | | | | | | $ 93,706 | |
| Total 2 BR | | | | | | | | | | | | | | $ 60,619 | |
| Grand Total | | | | | | | | | | | | | | $ 154,324 | |

**Assumptions:**

1. Richard Racek, Jr. Rent Survey Used for Comparables
2. Initial Contract Rent Contains 20% Initial Difference; i.e., difference between Contract Rent and Fair Market Rent.
3. Initial difference greater than 20% maximum allowed. Maximum utilized herein.

**Appendix 3**

**OWNER'S CERTIFICATION OF COMPLIANCE WITH THE REQUIREMENTS OF NOTICE: Annual Adjustment Factor Rent Increase Requirements Pursuant to the Housing Appropriations Act of 1995**

Property Name: Statesman II Apartments

FHA Number: 042--35329

Section 8 Contract No: OH12-0008-069

The attached represents a request for a rent increase for the aforementioned property and the following unit type(s):

1br units and 2br units

I certify as the owner of the property (or the agent empowered to act on behalf of the owner) that all of the items are true:

- Operation of all copies of form HUD-92273 were completed by a state certified, general appraiser who does NOT have an identity of interest relationship with the project.
- If project funds were used to pay for the completion of form(s) HUD-92273, I certify that I am in compliance with the Contracting Guidelines set forth in Paragraph 6.50 of Handbook 4381.5 REV-2.
- If a figure is submitted for the initial difference, this figure is the same dollar difference, which existed between the original comparable used in underwriting (of the FMRs) and the contract rents at the time of initial occupancy. If no initial difference is submitted, then I authorize HUD to use 10% of the initial Section 8 contract rent for each unit type as the initial difference.
- The figures submitted with this request regarding the number of units in which turnover has occurred since the last HAP anniversary date are complete and accurate.

Under penalties and provisions of Title 18, Unites States Cost, Chapter 47, Section 1001, the statements contained in this request have been examined by me and to the best of my knowledge and belief are true, correct, and complete.

Jeffrey I. Friedman
President and CEO
Statesman II Apartments, Inc.

H:\HUD\Letters\RS21 - AAF Certification (Retro).doc

# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Statesman II Project No. 042-35329

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since 12/01/1997 (HAP Anniversary Date). (From 1/1/98-12/31/98)

Unit Type: 1BR Total Number of Units: 20

0 Units have incurred turnover
20 Units did not incur turnover

Unit Type: 2BR Total Number of Units: 27

0 Units have incurred turnover
27 Units did not incur turnover

Unit Type: ______ Total Number of Units: ______

______ Units have incurred turnover
______ Units did not incur turnover

Unit Type: ______ Total Number of Units ______

______ Units have incurred turnover
______ Units did not incur turnover

Unit Type: ______ Total Number of Units ______

______ Units have incurred turnover
______ Units did not incur turnover

# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Statesman II Project No. 042-35329

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since ______________ (HAP Anniversary Date). (From 1/1/99-12/31/99)

Unit Type: 1BR Total Number of Units: 20

4 Units have incurred turnover
16 Units did not incur turnover

Unit Type: 2BR Total Number of Units: 27

4 Units have incurred turnover
23 Units did not incur turnover

Unit Type: ________ Total Number of Units: ____________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ____________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ____________

________ Units have incurred turnover
________ Units did not incur turnover

# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Statesman II Project No. 042-35329

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since ______________ (HAP Anniversary Date). (From 1/1/00-12/31/00)

Unit Type: 1BR Total Number of Units: 20

3 Units have incurred turnover
17 Units did not incur turnover

Unit Type: 2BR Total Number of Units: 27

3 Units have incurred turnover
24 Units did not incur turnover

Unit Type: ________ Total Number of Units: ________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ________

________ Units have incurred turnover
________ Units did not incur turnover

# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Statesman II    Project No. 042-35329

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since
________________ (HAP Anniversary Date). (From 1/1/01-12/31/01)

Unit Type: 1BR Total Number of Units: 20

2 Units have incurred turnover
18 Units did not incur turnover

Unit Type: 2BR Total Number of Units: 27

6 Units have incurred turnover
21 Units did not incur turnover

Unit Type: ________ Total Number of Units: ________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ________

________ Units have incurred turnover
________ Units did not incur turnover