# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Statesman II Project No. 042-35329

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since
________________ (HAP Anniversary Date). (From 1/1/02-12/31/02)

Unit Type: 1BR Total Number of Units: 20

1 Units have incurred turnover
19 Units did not incur turnover

Unit Type: 2BR Total Number of Units: 27

1 Units have incurred turnover
26 Units did not incur turnover

Unit Type: ________ Total Number of Units: ________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ________

________ Units have incurred turnover
________ Units did not incur turnover

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

DWIGHT A. KUMLER, MAI
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR., MAI
DOUGLAS P. SLOAN, MAI
ERIC M. CALABRESE
PATRICK J. CALABRESE
DANIEL L. SMITH
BRIAN J. TOBEY

March 18, 2004

Associated Estates Management Company
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: Statesman Apartments Rent Survey
Effective January 1, 1981

Dear Mr. Livingstone:

Please be advised that I have reviewed the asking rates for two apartment complexes which are located in close proximity to the subject property in Shaker Heights, Ohio. Provided below are the historical asking rates and their effective dates.

| | |
|---|---|
| Colony Apartments | Historical Rental Rates as of November, 1980 |
| 2809 Van Aken Boulevard | $275.00 for a 1 Bedroom Unit |
| Shaker Heights, Ohio | $325.00 for a 2 Bedroom Unit |
| Shaker Terrace Apartments | Historical Rental Rates as of November, 1980 |
| 19606 Van Aken Boulevard | $360.00 for a 1 Bedroom Unit |
| Shaker Heights, Ohio | $415.00 for a 2 Bedroom Unit |

The conventional apartment units that are listed in the foregoing develop unadjusted rental rates which are in a range from $275.00 per unit per month to $360.00 per unit per month for a one bedroom suite and $325.00 per unit per month to $415.00 per unit per month for a two bedroom suite. Adjusting these suites for the size units, the amenities provided, their location and overall desirability, it is concluded that the adjusted rental rate for a one bedroom unit in the buildings on the subject property, as of January 1, 1981 is $325.00 per month for a one bedroom unit and $385.00 per month for a two bedroom unit.

All accessory data and information upon the foregoing estimate is based is being retained in my file. If you have any further questions concerning this rental estimate, I would be pleased to discuss them with you at your convenience.

Very truly yours,
CALABRESE, RACEK & MARKOS, INC.

85

Richard G. Racek, Jr., MAI

# HUD RENT SURVEY
OF

Statesman Apartments
16705-16825 Van Aken Boulevard
Shaker Heights, Cuyahoga County, Ohio

Presented in a Summary Report

FOR: Associated Estates Management Company
c/o Taft Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

BY: Richard G. Racek, Jr., MAI

AS OF: December 1, 1998
December 1, 1999
December 1, 2000
December 1, 2001
December 1, 2002

:lh
6220
5394

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

DWIGHT A. KUMLER, MAI
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR., MAI
DOUGLAS P. SLOAN, MAI
ERIC M. CALABRESE
PATRICK J. CALABRESE
DANIEL L. SMITH
BRIAN J. TOBEY

March 12, 2004

Associated Estates Management Company
c/o Taft Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Statesman Apartments
16705-16825 Van Aken Boulevard
Shaker Heights, Cuyahoga County, Ohio

Dear Mr. Livingstone:

As requested, the appraiser has made a personal inspection, study, and analysis of the above captioned property and the area in which it is located. The results of this HUD Rent Survey are delineated in the accompanying summary report. The subject property is a 47 unit, apartment complex that was constructed between 1957 and 1958. Due to a strong maintenance program the overall property is in generally average to good condition. The improvements include five, two story, masonry, garden apartment buildings with various site improvements.

The purpose of this HUD Rent Survey is to estimate the market rent for the subjects one and two bedroom units. The intended use of this summary report is to assist Associated Estates Management Company in analyzing the rent schedule of the above captioned property for external reporting purposes in its "as is"condition. Market rent is defined within the report (page 8).

My opinion of the market rent for a one bedroom unit within the subject property, **in its "as is" condition**, as of December 1, 1998, is:

**$570 per month**

My opinion of the market rent for the two bedroom units within the subject property, **in its "as is" condition**, as of December 1, 1998, is:

**$660 per month**

My opinion of the market rent for the one bedroom units within the subject property, **in its "as is" condition**, as of December 1, 1999, is:

**$580 per month**

My opinion of the market rent for the two bedroom units within the subject property, **in its "as is" condition**, as of December 1, 1999, is:

**$670 per month**

My opinion of the market rent for the one bedroom units within the subject property, **in its "as is" condition**, as of December 1, 2000, is:

**$600 per month**

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Statesman Apartments
16705-16825 Van Aken Boulevard
Shaker Heights, Cuyahoga County, Ohio

My opinion of the market rent for the two bedroom units within the subject property, **in its "as is" condition**, as of December 1, 2000, is:

**$685 per month**

My opinion of the market rent for the one bedroom units within the subject property, **in its "as is" condition**, as of December 1, 2001, is:

**$610 per month**

My opinion of the market rent for the two bedroom units within the subject property, **in its "as is" condition**, as of December 1, 2001, is:

**$690 per month**

My opinion of the market rent for the one bedroom units within the subject property, **in its "as is" condition**, as of December 1, 2002, is:

**$620 per month**

My opinion of the market rent for the two bedroom units within the subject property, **in its "a condition**, as of December 1, 2002, is:

**$700 per month**

At the time of the inspection (August 1, 2000) three of the units were vacant, however, they were leased and awaiting tenants. A representative sampling of the units and all of the common areas were inspected. The units inspected ranged from average to good overall condition. Additionally, the exterior of the property has been well maintained and hence is also in average to good condition.

It is assumed by the appraiser that the subject property is free and clear of all materials or conditions that are considered hazardous by the Environmental Protection Agency. Should any materials or conditions of this nature be found, the estimated market rent will then be subject to review.

The appraiser states that they is no present or contemplated future interest in the real estate that is the subject of this report. Furthermore, it is stated that no other party has influenced the appraiser's final rent conclusion. This rent survey report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and the Standards of Professional Conduct of the Appraisal Institute, and was completed in accordance with Uniform Standards of Professional Appraisal Practices.

In conclusion, the subject property is considered to have desirable apartment units within its market, which should continue to be viable income producing units into the foreseeable future.

Respectfully submitted,

CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, Jr., MAI
Appraiser

:lh
6220/5394



Typical View of Subject Property



Rear View of Subject Property



Street Scene Facing East



Street Scene Facing West



Interior - Hallway



Interior - Party Room



Interior - Typical Living Room



Interior - Typical Kitchen



Interior - Typical Bathroom



Interior - Typical Bedroom



Interior - Basement Garage