ADDENDUM TO

Statesman Apartments
16705-16825 Van Aken Boulevard
Shaker Heights, Cuyahoga County, Ohio

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* | *Unit Type*: **One Bedroom** | *Subject's FHA #:*

| # | *Subject*: Statesman Apartments, 16705-16825 Van Aken Blvd, Shaker Heights, Cuyahoga Cnty | Data on Subject | *Comp #1*: Shaker Dale Apts, 3747 Warrensville Ctr. Rd, Shaker Hts. Cuy Cnty | | *Comp #2*: Shaker Dale North Apts, 3733 Warrensville Ctr. Rd., Shaker Hts. Cuy Cnty | | *Comp #3*: Warren Garden Apts, 3610 Warrensville Ctr. Rd., Shaker Hts. Cuy Cnty | | *Comp #4*: Shaker Park Apts, 19220 Van Aken Blvd, Shaker Hts. Cuy Cnty | | *Comp #5*: Shaker Terrace Apts, 19806 Van Aken Blvd, Shaker Hts. Cuy Cnty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | | | | | | | | | |
| 2 | **Date Last Leased (mo/yr)** | | | | | | | | | | | |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$505** | $0.70 | **$475** | $0.66 | **$510** | $0.76 | **$585** | $0.86 | **$590** | $0.92 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | WU/2 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1957-58 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | G/G | | $50 | | $50 | | $50 | | ($25) | | ($25) |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | | | | | | | | | |
| 11 | **# Bedrooms** | 1 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | 700 | | ($3) | | ($3) | | $4 | | $3 | | $8 |
| 14 | **Balcony/ Patio** | N | | | | | | | | | | |
| 15 | **AC: Central/ Wall** | C | | $15 | | $15 | | | | | | |
| 16 | **Range/ refrigerator** | R/F | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | | | | | ($15) | | ($15) | | ($15) |
| 18 | **Washer/Dryer** | L | | | | | | | | | | |
| 19 | **Floor Coverings** | C | | | | | | | | | | |
| 20 | **Window Coverings** | B | | | | | | | | | | |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ($ Fee)** | G/20 | | ($20) | | ($20) | | ($20) | | ($20) | | ($20) |
| 25 | **Extra Storage** | N | | | | | | | | | | |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N/Y | | $5 | | $5 | | | | $5 | | $5 |
| 28 | **Pool/ Recreation Areas** | N/N | | | | | | | | | | |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | | | $20 | | $20 | | $20 | | $20 |
| 34 | **Cooling (in rent?/ type)** | Y/E | | | | | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | | | | | | | $5 | | |
| 37 | **Other Electric** | Y | | $20 | | $20 | | $20 | | $20 | | $20 |
| 38 | **Cold Water/ Sewer** | Y/Y | | | | | | | | | | |
| 39 | **Trash /Recycling** | Y | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 2 | | 2 | | 2 | | 3 | | 3 |
| 41 | **Sum Adjustments B to D** | | | ($23) | | ($23) | | ($35) | | ($60) | | ($60) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | *$113* | | *$138* | | *$139* | | *$123* | | *$123* |
| | Adjusted Rent (5+ 43) | | $572 | | $567 | | $579 | | $588 | | $593 | |
| 45 | Adj Rent/Last rent | | | 113% | | 119% | | 114% | | 101% | | 101% |
| | Estimated Market Rent | $570 | $0.81 | | | | | | | | | |

[signature] Appraiser's Signature | 3/18/04 Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* *Unit Type* **One Bedroom** *Subject's FHA #:*

| # | *Subject* Statesman Apartments 16705-16825 Van Aken Blvd Shaker Heights, Cuyahoga Cnty | Data on Subject | *Comp #1* Shaker Dale Apts. 3747 Warrensville Ctr. Rd. Shaker Hts. Cuy Cnty | | *Comp #2* Shaker Dale North Apts 3733 Warrensville Ctr. Rd. Shaker Hts. Cuy Cnty | | *Comp #3* Warren Garden Apts 3610 Warrensville Ctr. Rd. Shaker Hts. Cuy Cnty | | *Comp #4* Shaker Park Apts 19220 Van Aken Blvd Shaker Hts. Cuy Cnty | | *Comp #5* Shaker Terrace Apts 19806 Van Aken Blvd Shaker Hts. Cuy Cnty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | | | | | | | | | |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | — | | — | | — | | — | | - |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $510 | $0.71 | $480 | $0.67 | $530 | $0.79 | $595 | $0.88 | $600 | $0.93 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | WU/2 | | — | | — | | — | | — | | — |
| 7 | **Yr. Built/Yr. Renovated** | 1957-58 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | G/G | | $50 | | $50 | | $50 | | ($25) | | ($25) |
| 9 | **Neighborhood** | G | | — | | — | | — | | — | | — |
| 10 | **Same Market? Miles to Subj** | | | | | | | | | | | |
| 11 | **# Bedrooms** | 1 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | 700 | | ($3) | | ($3) | | $4 | | $3 | | $8 |
| 14 | **Balcony/ Patio** | N | | | | | | — | | — | | — |
| 15 | **AC: Central/ Wall** | C | | $15 | | $15 | | — | | — | | — |
| 16 | **Range/ refrigerator** | R/F | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | | | | | ($15) | | ($15) | | ($15) |
| 18 | **Washer/Dryer** | L | | — | | — | | — | | — | | — |
| 19 | **Floor Coverings** | C | | — | | — | | — | | — | | — |
| 20 | **Window Coverings** | B | | — | | — | | — | | — | | — |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | G/20 | | ($20) | | ($20) | | ($20) | | ($20) | | ($20) |
| 25 | **Extra Storage** | N | | | | | | | | | | |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N/Y | | $5 | | $5 | | | | $5 | | $5 |
| 28 | **Pool/ Recreation Areas** | N/N | | — | | — | | — | | — | | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | | — | | — | | — | | — | | — |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | — | | $20 | | $20 | | $20 | | $20 |
| 34 | **Cooling (in rent?/ type)** | Y/E | | — | | | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | | | | | | | $5 | | |
| 37 | **Other Electric** | Y | | $20 | | $20 | | $20 | | $20 | | $20 |
| 38 | **Cold Water/ Sewer** | Y/Y | | | | | | | | | | |
| 39 | **Trash /Recycling** | Y | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 2 | | 2 | | 2 | | 3 | | 3 |
| 41 | **Sum Adjustments B to D** | | | ($23) | | ($23) | | ($35) | | ($60) | | ($60) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | ***Net/ Gross Adjmts B to E*** | | | *$113* | | *$138* | | *$139* | | *$123* | | *$123* |
| 44 | Adjusted Rent (5+ 43) | | $577 | | $572 | | $599 | | $598 | | $603 | |
| 45 | Adj Rent/Last rent | | | 113% | | 119% | | 113% | | 101% | | 101% |
| 46 | Estimated Market Rent | $580 | $0.83 | | | | | | | | | |

[signature] 3/18/04

Appraiser's Signature Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* — *Unit Type*: **One Bedroom** — *Subject's FHA #:*

| | *Subject* Statesman Apartments 16705-16825 Van Aken Blvd Shaker Heights, Cuyahoga Cnty | Data on Subject | *Comp #1* Shaker Dale Apts. 3747 Warrensville Ctr. Rd. Shaker Hts. Cuy Cnty | | *Comp #2* Shaker Dale North Apts 3733 Warrensville Ctr. Rd. Shaker Hts. Cuy Cnty | | *Comp #3* Warren Garden Apts 3610 Warrensville Ctr. Rd. Shaker Hts. Cuy Cnty | | *Comp #4* Shaker Park Apts 19220 Van Aken Blvd Shaker Hts. Cuy Cnty | | *Comp #5* Shaker Terrace Apts 19806 Van Aken Blvd Shaker Hts. Cuy Cnty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | | | | | | | | | |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | — | | — | | — | | — | | — |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $515 | $0.72 | $485 | $0.67 | $550 | $0.81 | $595 | $0.88 | $605 | $0.94 |
| | *In Parts B thru I, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | WU/2 | | — | | — | | — | | — | | — |
| 7 | **Yr. Built/Yr. Renovated** | 1957-58 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | G/G | | $50 | | $50 | | $50 | | ($25) | | ($25) |
| 9 | **Neighborhood** | G | | — | | — | | — | | — | | — |
| 10 | **Same Market? Miles to Subj** | | | | | | | | | | | |
| 11 | **# Bedrooms** | 1 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | 700 | | ($3) | | ($3) | | $4 | | $3 | | $8 |
| 14 | **Balcony/ Patio** | N | | | | | | | | | | |
| 15 | **AC: Central/ Wall** | C | | $15 | | $15 | | — | | — | | — |
| 16 | **Range/ refrigerator** | R/F | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | | | | | ($15) | | ($15) | | ($15) |
| 18 | **Washer/Dryer** | L | | — | | — | | — | | — | | — |
| 19 | **Floor Coverings** | C | | | | — | | — | | — | | — |
| 20 | **Window Coverings** | B | | — | | — | | — | | — | | |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ($ Fee)** | G/20 | | ($20) | | ($20) | | ($20) | | ($20) | | ($20) |
| 25 | **Extra Storage** | N | | | | | | | | | | |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N/Y | | $5 | | $5 | | | | $5 | | $5 |
| 28 | **Pool/ Recreation Areas** | N/N | | — | | — | | — | | — | | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | | — | | — | | — | | — | | — |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | — | | $25 | | $25 | | $25 | | $25 |
| 34 | **Cooling (in rent?/ type)** | Y/E | | — | | | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | | | | | | | $5 | | |
| 37 | **Other Electric** | Y | | $25 | | $25 | | $25 | | $25 | | $25 |
| 38 | **Cold Water/ Sewer** | Y/Y | | | | | | | | | | |
| 39 | **Trash /Recycling** | Y | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 2 | | 2 | | 2 | | 3 | | 3 |
| 41 | **Sum Adjustments B to D** | | | ($23) | | ($23) | | ($35) | | ($60) | | ($60) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | ***Net/ Gross Adjmts B to E*** | | | $118 | | $148 | | $149 | | $133 | | $133 |
| 44 | **Adjusted Rent (5+ 43)** | | $587 | | $587 | | $629 | | $608 | | $618 | |
| 45 | Adj Rent/Last rent | | | 114% | | 121% | | 114% | | 102% | | 102% |
| | **Estimated Market Rent** | $600 | $0.86 | | | | | | | | | |

[signature] 3/18/04

Appraiser's Signature — Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** — Unit Type: **One Bedroom** — Subject's FHA #:

| # | Subject: Statesman Apartments, 16705-16825 Van Aken Blvd, Shaker Heights, Cuyahoga Cnty | Data on Subject | Comp #1 Shaker Dale Apts. 3747 Warrensville Ctr. Rd, Shaker Hts. Cuy Cnty | | Comp #2 Shaker Dale North Apts 3733 Warrensville Ctr. Rd, Shaker Hts. Cuy Cnty | | Comp #3 Warren Garden Apts 3610 Warrensville Ctr. Rd, Shaker Hts. Cuy Cnty | | Comp #4 Shaker Park Apts 19220 Van Aken Blvd, Shaker Hts. Cuy Cnty | | Comp #5 Shaker Terrace Apts 19806 Van Aken Blvd, Shaker Hts. Cuy Cnty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ Last Rent / Restricted? | | | | | | | | | | | |
| 2 | Date Last Leased (mo/yr) | | | | | | | | | | | |
| 3 | Rent Concessions | | | | | | | | | | | |
| 4 | Occupancy for Unit Type | | | | | | | | | | | |
| 5 | Effective Rent & Rent/ sq. ft | | $530 | $0.74 | $485 | $0.67 | $565 | $0.84 | $600 | $0.89 | $610 | $0.95 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | Structure / Stories | WU/2 | | | | | | | | | | |
| 7 | Yr. Built/Yr. Renovated | 1957-58 | | | | | | | | | | |
| 8 | Condition /Street Appeal | G/G | | $50 | | $50 | | $50 | | ($25) | | ($25) |
| 9 | Neighborhood | G | | | | | | | | | | |
| 10 | Same Market? Miles to Subj | | | | | | | | | | | |
| 11 | # Bedrooms | 1 | | | | | | | | | | |
| 12 | # Baths | 1 | | | | | | | | | | |
| 13 | Unit Interior Sq. Ft. | 700 | | ($3) | | ($3) | | $4 | | $3 | | $8 |
| 14 | Balcony/ Patio | N | | | | | | | | | | |
| 15 | AC: Central/ Wall | C | | $15 | | $15 | | | | | | |
| 16 | Range/ refrigerator | R/F | | | | | | | | | | |
| 17 | Microwave/ Dishwasher | N/N | | | | | | ($15) | | ($15) | | ($15) |
| 18 | Washer/Dryer | L | | | | | | | | | | |
| 19 | Floor Coverings | C | | | | | | | | | | |
| 20 | Window Coverings | B | | | | | | | | | | |
| 21 | Cable/ Satellite/Internet | C | | | | | | | | | | |
| 22 | Special Features | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | Parking ($ Fee) | G/20 | | ($20) | | ($20) | | ($20) | | ($20) | | ($20) |
| 25 | Extra Storage | N | | | | | | | | | | |
| 26 | Security | Y | | | | | | | | | | |
| 27 | Clubhouse/ Meeting Rooms | N/Y | | $5 | | $5 | | | | $5 | | $5 |
| 28 | Pool/ Recreation Areas | N/N | | | | | | | | | | |
| 29 | Business Ctr / Nbhd Netwk | N | | | | | | | | | | |
| 30 | Service Coordination | N | | | | | | | | | | |
| 31 | Non-shelter Services | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | Heat (in rent?/ type) | Y/G | | | | $25 | | $25 | | $25 | | $25 |
| 34 | Cooling (in rent?/ type) | Y/E | | | | | | $5 | | $5 | | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | | | | $5 | | $5 | | $5 | | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | | | | | | | | $5 | | |
| 37 | Other Electric | Y | | $25 | | $25 | | $25 | | $25 | | $25 |
| 38 | Cold Water/ Sewer | Y/Y | | | | | | | | | | |
| 39 | Trash /Recycling | Y | | | | | | | | | | |
| 40 | # Adjustments B to D | | | 2 | | 2 | | 2 | | 3 | | 3 |
| 41 | Sum Adjustments B to D | | | ($23) | | ($23) | | ($35) | | ($60) | | ($60) |
| 42 | Sum Utility Adjustments | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | *$118* | | *$148* | | *$149* | | *$133* | | *$133* |
| 44 | Adjusted Rent (5+ 43) | | $602 | | $587 | | $644 | | $613 | | $623 | |
| 45 | Adj Rent/Last rent | | | 114% | | 121% | | 114% | | 102% | | 102% |
| | Estimated Market Rent | $610 | $0.87 | | | | | | | | | |

[signature] 3/18/04

Appraiser's Signature Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* — *Unit Type*: **One Bedroom** — *Subject's FHA #:*

| # | *Subject* | Data on Subject | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Statesman Apartments, 16705-16825 Van Aken Blvd, Shaker Heights, Cuyahoga Cnty | | Shaker Dale Apts., 3747 Warrensville Ctr. Rd., Shaker Hts. Cuy Cnty | | Shaker Dale North Apts, 3733 Warrensville Ctr. Rd, Shaker Hts. Cuy Cnty | | Warren Garden Apts, 3610 Warrensville Ctr. Rd., Shaker Hts. Cuy Cnty | | Shaker Park Apts, 19220 Van Aken Blvd, Shaker Hts. Cuy Cnty | | Shaker Terrace Apts, 19806 Van Aken Blvd, Shaker Hts. Cuy Cnty | |
| 1 | **$ Last Rent / Restricted?** | | | | | | | | | | | |
| 2 | **Date Last Leased (mo/yr)** | | | | | | | | | | | |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$600** | $0.83 | **$575** | $0.80 | **$580** | $0.86 | **$580** | $0.86 | **$600** | $0.93 |
| | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | |
| 6 | **Structure / Stories** | WU/2 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1957-58 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | G/G | | | | | | | | | | |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | | | | | | | | | |
| 11 | **# Bedrooms** | 1 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | 700 | | ($3) | | ($3) | | $4 | | $3 | | $8 |
| 14 | **Balcony/ Patio** | N | | | | | | | | | | |
| 15 | **AC: Central/ Wall** | C | | $15 | | $15 | | | | | | |
| 16 | **Range/ refrigerator** | R/F | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | | | | | ($15) | | ($15) | | ($15) |
| 18 | **Washer/Dryer** | L | | | | | | | | | | |
| 19 | **Floor Coverings** | C | | | | | | | | | | |
| 20 | **Window Coverings** | B | | | | | | | | | | |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ($ Fee)** | G/20 | | ($20) | | ($20) | | ($20) | | ($20) | | ($20) |
| 25 | **Extra Storage** | N | | | | | | | | | | |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N/Y | | $5 | | $5 | | | | $5 | | $5 |
| 28 | **Pool/ Recreation Areas** | N/N | | | | | | | | | | |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | | | $25 | | $25 | | $25 | | $25 |
| 34 | **Cooling (in rent?/ type)** | Y/E | | | | | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | | | | | | | $5 | | |
| 37 | **Other Electric** | Y | | $25 | | $25 | | $25 | | $25 | | $25 |
| 38 | **Cold Water/ Sewer** | Y/Y | | | | | | | | | | |
| 39 | **Trash /Recycling** | Y | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 2 | | 2 | | 2 | | 2 | | 2 |
| 41 | **Sum Adjustments B to D** | | | ($23) | | ($23) | | ($35) | | ($35) | | ($35) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | ***Net/ Gross Adjmts B to E*** | | | *$68* | | *$98* | | *$99* | | *$108* | | *$108* |
| | **Adjusted Rent (5+ 43)** | | **$622** | | **$627** | | **$609** | | **$618** | | **$638** | |
| 45 | Adj Rent/Last rent | | | 104% | | 109% | | 105% | | 107% | | 106% |
| | **Estimated Market Rent** | **$620** | **$0.89** | | | | | | | | | |

Appraiser's Signature — Date: 3/18/04

Grid was prepared: Manually — Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* | *Unit Type* **Two Bedroom** | *Subject's FHA #:*

| # | *Subject*<br>Statesman Apartments<br>16705-16825 Van Aken Blvd<br>Shaker Heights, Cuyahoga Cnty | Data on Subject | *Comp #1*<br>Shaker Dale Apts.<br>3747 Warrensville Ctr. Rd.<br>Shaker Hts. Cuy Cnty | | *Comp #2*<br>Shaker Dale North Apts<br>3733 Warrensville Ctr. Rd.<br>Shaker Hts. Cuy Cnty | | *Comp #3*<br>Warren Garden Apts<br>3610 Warrensville Ctr. Rd.<br>Shaker Hts. Cuy Cnty | | *Comp #4*<br>Shaker Park Apts<br>19220 Van Aken Blvd<br>Shaker Hts. Cuy Cnty | | *Comp #5*<br>Shaker Terrace Apts<br>19806 Van Aken Blvd<br>Shaker Hts. Cuy Cnty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | | | | | | | | | |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | — | | — | | — | | — | | — |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$570** | $0.68 | **$570** | $0.68 | **$620** | $0.72 | **$650** | $0.62 | **$790** | $0.68 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | WU/2 | | — | | — | | — | | — | | — |
| 7 | **Yr. Built/Yr. Renovated** | 1957-58 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | G/G | | $50 | | $50 | | $50 | | ($25) | | ($25) |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | — | | — | | — | | — | | — |
| 11 | **# Bedrooms** | 2 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | | | | | | | | | ($15) |
| 13 | **Unit Interior Sq. Ft.** | 780 | | ($9) | | ($9) | | ($13) | | ($40) | | ($58) |
| 14 | **Balcony/ Patio** | N | | | | | | | | | | |
| 15 | **AC: Central/ Wall** | C | | $15 | | $15 | | — | | — | | — |
| 16 | **Range/ refrigerator** | R/F | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | | | | | ($15) | | ($15) | | ($15) |
| 18 | **Washer/Dryer** | L | | | | | | | | | | |
| 19 | **Floor Coverings** | C | | — | | — | | — | | — | | — |
| 20 | **Window Coverings** | B | | — | | — | | — | | — | | — |
| 21 | **Cable/ Satellite/Internet** | C | | — | | — | | — | | — | | — |
| 22 | **Special Features** | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ($ Fee)** | G/20 | | ($20) | | ($20) | | ($20) | | ($20) | | ($20) |
| 25 | **Extra Storage** | N | | | | | | | | | | |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N/Y | | $5 | | $5 | | | | $5 | | $5 |
| 28 | **Pool/ Recreation Areas** | N/N | | — | | — | | — | | — | | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | | — | | — | | — | | — | | — |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | — | | $20 | | $20 | | $20 | | $20 |
| 34 | **Cooling (in rent?/ type)** | Y/E | | — | | — | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | — | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | | | | | | | $5 | | |
| 37 | **Other Electric** | Y | | $20 | | $20 | | $20 | | $20 | | |
| 38 | **Cold Water/ Sewer** | Y/Y | | — | | — | | | | | | |
| 39 | **Trash /Recycling** | Y | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 2 | | 2 | | 3 | | 4 | | |
| 41 | **Sum Adjustments B to D** | | | ($29) | | ($29) | | ($48) | | ($100) | | ($133) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | ***Net/ Gross Adjmts B to E*** | | | *$119* | | *$144* | | *$148* | | *$160* | | *$188* |
| 44 | Adjusted Rent (5+ 43) | | $631 | | $656 | | $672 | | $610 | | $712 | |
| 45 | Adj Rent/Last rent | | | 111% | | 115% | | 108% | | 94% | | 90% |
| | Estimated Market Rent | $660 | $0.85 | | | | | | | | | |

Appraiser's Signature     Date 3/18/04

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* — *Unit Type*: **Two Bedroom** — *Subject's FHA #:*

| # | | Subject: Statesman Apartments, 16705-16825 Van Aken Blvd, Shaker Heights, Cuyahoga Cnty — Data on Subject | Comp #1: Shaker Dale Apts, 3747 Warrensville Ctr. Rd, Shaker Hts, Cuy Cnty — Data | Comp #1 $ Adj | Comp #2: Shaker Dale North Apts, 3733 Warrensville Ctr. Rd, Shaker Hts, Cuy Cnty — Data | Comp #2 $ Adj | Comp #3: Warren Garden Apts, 3610 Warrensville Ctr. Rd, Shaker Hts, Cuy Cnty — Data | Comp #3 $ Adj | Comp #4: Shaker Park Apts, 19220 Van Aken Blvd, Shaker Hts, Cuy Cnty — Data | Comp #4 $ Adj | Comp #5: Shaker Terrace Apts, 19806 Van Aken Blvd, Shaker Hts, Cuy Cnty — Data | Comp #5 $ Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | | | | | | | | | |
| 2 | **Date Last Leased (mo/yr)** | | | | | | | | | | | |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $575 | $0.68 | $570 | $0.68 | $635 | $0.73 | $670 | $0.64 | $790 | $0.68 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | WU/2 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1957-58 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | G/G | | $50 | | $50 | | $50 | | ($25) | | ($25) |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | | | | | | | | | |
| 11 | **# Bedrooms** | 2 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | | | | | | | | | ($15) |
| 13 | **Unit Interior Sq. Ft.** | 780 | | ($9) | | ($9) | | ($13) | | ($40) | | ($58) |
| 14 | **Balcony/ Patio** | N | | | | | | | | | | |
| 15 | **AC: Central/ Wall** | C | | $15 | | $15 | | | | | | |
| 16 | **Range/ refrigerator** | R/F | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | | | | | ($15) | | ($15) | | ($15) |
| 18 | **Washer/Dryer** | L | | | | | | | | | | |
| 19 | **Floor Coverings** | C | | | | | | | | | | |
| 20 | **Window Coverings** | B | | | | | | | | | | |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ($ Fee)** | G/20 | | ($20) | | ($20) | | ($20) | | ($20) | | ($20) |
| 25 | **Extra Storage** | N | | | | | | | | | | |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N/Y | | $5 | | $5 | | | | $5 | | $5 |
| 28 | **Pool/ Recreation Areas** | N/N | | | | | | | | | | |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | | | $20 | | $20 | | $20 | | $20 |
| 34 | **Cooling (in rent?/ type)** | Y/E | | | | | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | | | | | | | $5 | | |
| 37 | **Other Electric** | N | | $20 | | $20 | | $20 | | $20 | | $20 |
| 38 | **Cold Water/ Sewer** | Y/Y | | | | | | | | | | |
| 39 | **Trash /Recycling** | Y | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 2 | | 2 | | 3 | | 4 | | 5 |
| 41 | **Sum Adjustments B to D** | | | ($29) | | ($29) | | ($48) | | ($100) | | ($133) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | $119 | | $144 | | $148 | | $160 | | $188 |
| 44 | Adjusted Rent (5+ 43) | | $636 | | $656 | | $687 | | $630 | | $712 | |
| 45 | Adj Rent/Last rent | | | 111% | | 115% | | 108% | | 94% | | 90% |
| 46 | Estimated Market Rent | $670 | $0.86 | | | | | | | | | |

[signature] 3/18/04

Appraiser's Signature — Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **Two Bedroom** *Subject's FHA #:*

| # | Item | Data on Subject | Comp #1 | Comp #1 Adj | Comp #2 | Comp #2 Adj | Comp #3 | Comp #3 Adj | Comp #4 | Comp #4 Adj | Comp #5 | Comp #5 Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Subject*: Statesman Apartments, 16705-16825 Van Aken Blvd, Shaker Heights, Cuyahoga Cnty | | Shaker Dale Apts., 3747 Warrensville Ctr. Rd., Shaker Hts. Cuy Cnty | | Shaker Dale North Apts, 3733 Warrensville Ctr. Rd., Shaker Hts. Cuy Cnty | | Warren Garden Apts, 3610 Warrensville Ctr. Rd., Shaker Hts. Cuy Cnty | | Shaker Park Apts, 19220 Van Aken Blvd, Shaker Hts. Cuy Cnty | | Shaker Terrace Apts, 19806 Van Aken Blvd, Shaker Hts. Cuy Cnty | |
| 1 | **$ Last Rent / Restricted?** | | | | | | | | | | | |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | — | | — | | — | | — | | — |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$585** | $0.70 | **$575** | $0.68 | **$645** | $0.75 | **$670** | $0.64 | **$780** | $0.67 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | WU/2 | | — | | — | | — | | — | | — |
| 7 | **Yr. Built/Yr. Renovated** | 1957-58 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | G/G | | $50 | | $50 | | $50 | | ($25) | | ($25) |
| 9 | **Neighborhood** | G | | — | | — | | — | | — | | — |
| 10 | **Same Market? Miles to Subj** | | | | | | | | | | | |
| 11 | **# Bedrooms** | 2 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | | | | | | | | | ($15) |
| 13 | **Unit Interior Sq. Ft.** | 780 | | ($9) | | ($9) | | ($13) | | ($40) | | ($58) |
| 14 | **Balcony/ Patio** | N | | | | | | | | | | — |
| 15 | **AC: Central/ Wall** | C | | $15 | | $15 | | — | | — | | — |
| 16 | **Range/ refrigerator** | R/F | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | | | | | ($15) | | ($15) | | ($15) |
| 18 | **Washer/Dryer** | L | | | | | | | | | | |
| 19 | **Floor Coverings** | C | | — | | — | | — | | — | | — |
| 20 | **Window Coverings** | B | | — | | — | | — | | — | | — |
| 21 | **Cable/ Satellite/Internet** | C | | — | | — | | — | | — | | — |
| 22 | **Special Features** | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ($ Fee)** | G/20 | | ($20) | | ($20) | | ($20) | | ($20) | | ($20) |
| 25 | **Extra Storage** | N | | | | | | | | | | |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N/Y | | $5 | | $5 | | | | $5 | | $5 |
| 28 | **Pool/ Recreation Areas** | N/N | | — | | — | | — | | — | | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | | — | | — | | — | | — | | — |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | | | $25 | | $25 | | $25 | | [illegible] |
| 34 | **Cooling (in rent?/ type)** | Y/E | | — | | — | | $5 | | $5 | | |
| 35 | **Cooking (in rent?/ type)** | Y/E | | | | $5 | | $5 | | $5 | | |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | | | | | | | $5 | | |
| 37 | **Other Electric** | Y | | $25 | | $25 | | $25 | | $25 | | $25 |
| 38 | **Cold Water/ Sewer** | Y/Y | | — | | — | | — | | | | — |
| 39 | **Trash /Recycling** | Y | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 2 | | 2 | | 3 | | 4 | | 5 |
| 41 | **Sum Adjustments B to D** | | | ($29) | | ($29) | | ($48) | | ($100) | | ($133) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | ***Net/ Gross Adjmts B to E*** | | | *$124* | | *$154* | | *$158* | | *$170* | | *$198* |
| 44 | Adjusted Rent (5+ 43) | | $651 | | $671 | | $707 | | $640 | | $712 | |
| 45 | Adj Rent/Last rent | | | 111% | | 117% | | 110% | | 96% | | 91% |
| | Estimated Market Rent | $685 | $0.88 | | | | | | | | | |

Appraiser's Signature ________ Date 3/18/04

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* *Unit Type* **Two Bredroom** *Subject's FHA #:*

| # | *Subject*<br>Statesman Apartments<br>16705-16825 Van Aken Blvd<br>Shaker Heights, Cuyahoga Cnty | Data on Subject | *Comp #1*<br>Shaker Dale Apts.<br>3747 Warrensville Ctr. Rd.<br>Shaker Hts. Cuy Cnty | | *Comp #2*<br>Shaker Dale North Apts<br>3733 Warrensville Ctr. Rd.<br>Shaker Hts. Cuy Cnty | | *Comp #3*<br>Warren Garden Apts<br>3610 Warrensville Ctr. Rd.<br>Shaker Hts. Cuy Cnty | | *Comp #4*<br>Shaker Park Apts<br>19220 Van Aken Blvd<br>Shaker Hts. Cuy Cnty | | *Comp #5*<br>Shaker Terrace Apts<br>19806 Van Aken Blvd<br>Shaker Hts. Cuy Cnty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | **Date Last Leased (mo/yr)** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 3 | **Rent Concessions** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 4 | **Occupancy for Unit Type** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $590 | $0.70 | $575 | $0.68 | $650 | $0.75 | $675 | $0.65 | $775 | $0.66 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | WU/2 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 7 | **Yr. Built/Yr. Renovated** | 1957-58 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | **Condition /Street Appeal** | G/G | [redacted] | $50 | [redacted] | $50 | [redacted] | $50 | [redacted] | ($25) | [redacted] | ($25) |
| 9 | **Neighborhood** | G | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 10 | **Same Market? Miles to Subj** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 11 | **# Bedrooms** | 2 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | **# Baths** | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | ($15) |
| 13 | **Unit Interior Sq. Ft.** | 780 | [redacted] | ($9) | [redacted] | ($9) | [redacted] | ($13) | [redacted] | ($40) | [redacted] | ($58) |
| 14 | **Balcony/ Patio** | N | [redacted] | | [redacted] | | [redacted] | — | [redacted] | — | [redacted] | — |
| 15 | **AC: Central/ Wall** | C | [redacted] | $15 | [redacted] | $15 | [redacted] | — | [redacted] | — | [redacted] | — |
| 16 | **Range/ refrigerator** | R/F | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | **Microwave/ Dishwasher** | N/N | [redacted] | | [redacted] | | [redacted] | ($15) | [redacted] | ($15) | [redacted] | ($15) |
| 18 | **Washer/Dryer** | L | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 19 | **Floor Coverings** | C | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 20 | **Window Coverings** | B | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 21 | **Cable/ Satellite/Internet** | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | **Special Features** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 24 | **Parking ( $ Fee)** | G/20 | [redacted] | ($20) | [redacted] | ($20) | [redacted] | ($20) | [redacted] | ($20) | [redacted] | ($20) |
| 25 | **Extra Storage** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 26 | **Security** | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | **Clubhouse/ Meeting Rooms** | N/Y | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | $5 | [redacted] | $5 |
| 28 | **Pool/ Recreation Areas** | N/N | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 30 | **Service Coordination** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | **Non-shelter Services** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 33 | **Heat (in rent?/ type)** | Y/G | [redacted] | — | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 34 | **Cooling (in rent?/ type)** | Y/E | [redacted] | — | [redacted] | | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | [redacted] | | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 37 | **Other Electric** | Y | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 38 | **Cold Water/ Sewer** | Y/Y | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 39 | **Trash /Recycling** | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 40 | **# Adjustments B to D** | | | 2 | | 2 | | 3 | | 4 | | 5 |
| 41 | **Sum Adjustments B to D** | | | ($29) | | ($29) | | ($48) | | ($100) | | ($133) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | *$124* | | *$154* | | *$158* | | *$170* | | *$198* |
| 44 | Adjusted Rent (5+ 43) | | $656 | | $671 | | $712 | | $645 | | $707 | |
| 45 | Adj Rent/Last rent | | | 111% | | 117% | | 110% | | 96% | | 91% |
| | Estimated Market Rent | $690 | $0.88 | | | | | | | | | |

Appraiser's Signature

Date 3/18/04

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8