EXH_ ITS B, & C OF HAP CON RACT

The number of units by size and their applicable rents are reflected in the letter of Notice of Final Approval dated , or in later letters issued by HUD.

The project description is reflected in the latest approved HUD Form 2013 and various site descriptions on file as noted bel

The services, maintenance and utilities to be provided by t Owner are reflected in the latest approved HUD Form 2013 on file as noted below, as well as those additional services, maintenanc and utilities customarily provided in buildings of this type.

The official Final Proposal, together with all contained do ments are on file in the Division of Processing Controls and Rep Cleveland Insuring Office, U. S. Department of HUD, 777 Rockwell Avenue, Cleveland, Ohio 44114.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (Insured Home Mortgage Programs)

AFFIRMATIVE FAIR HOUSING MARKETING PLAN

Exhibit D

COMPLETE FORM AND SUBMIT TO: FAIR HOUSING AND EQUAL OPPORTUNITY DIRECTOR/SPECIALIST AREA/INSURING OFFICE

1. INTRODUCTION:
The Affirmative Fair Housing Marketing Regulations require that each applicant subject to these Regulations carry out an affirmative program to attr[act] prospective buyers or tenants of all minority and non-minority groups to the housing, including Whites *(non-minorities)* and members of minority gr[oups] Negro/Black, Spanish American, American Indian, Oriental, or other minority groups in the Standard Metropolitan Statistical Areas *(SMSA)* or housing market area who may be subject to housing discrimination on the basis of race, color, religion, sex or national origin.

2. APPLICANT AND PROJECT IDENTIFICATION:

A. APPLICANT'S:
NAME: Beach House Development Company
ADDRESS: 600 Beta Drive
Cleveland, Ohio 44143
TELEPHONE NO.: 216/461-1111

B. PROJECT OR APPLICATION NUMBER: OH-12-0002-012
SECTION OF ACT: 221(d)(4) NUMBER OF UNITS: 10[...]
PRICE OR RENTAL RANGE OF UNITS:
FROM $ 474 TO $ 539

C. PROJECT:
NAME: Lakeshore Village
LOCATION/ADDRESS: Euclid Beach
CITY: Cleveland, STATE: Ohio
COUNTY: Cuyahoga ; CENSUS TRACT: 7113.02

D. FOR MULTIFAMILY HOUSING ONLY:
☐ ELDERLY ☒ NON-ELDERLY

E. APPROXIMATE STARTING DATES:
ADVERTISING 3 mos. prior to occupancy OCCUPANCY 12 mos. start of construct[ion]

3. TYPE OF AFFIRMATIVE MARKETING PLAN: ☒ Project Plan; ☐ Annual Plan *(for scattered sites)*.
NOTE: A separate Annual Plan must be developed for each type area in which housing is to be built. Indicate the specific area for which this plan ap[plies]:
☐ Minority Area ☒ White *(non-minority)* Area ☐ Mixed Area *(with ____ % minority residents)*

4. DIRECTION OF MARKETING ACTIVITY:
Each applicant is required to carry out an affirmative marketing program to attract buyers or tenants of all minority and non-minority groups to the housing. The purpose of this program is to assure that any group(s) of persons normally NOT likely to apply for the housing without special outreach efforts *(because of existing neighborhood racial or ethnic patterns, price, and/or other factors)* know about the housing, feel welcome to apply and ha[ve] the opportunity to buy or rent. Indicate below which group(s) are least likely to apply for the housing without special outreach efforts.
☐ White *(non-minority)* ☒ Negro/Black ☐ Spanish American ☐ American Indian ☐ Oriental ☐ Other Minority *(specify)*

5. MARKETING PROGRAM: All advertising will include: a) methods to attract minority and non-minority persons, especially persons in the group(s) checked above; and b) prominent use of the approved Equal Housing Opportunity Logotype, Slogan and/or Statement.
All advertisements will include Equal Opportunity logotype, slogan and statement.

A. COMMERCIAL MEDIA: Check the media to be used to advertise the availability of this housing.
☐ Newspaper(s)/Publication(s) ☐ Radio ☐ TV ☐ Billboard(s) ☐ Others *(specify)*
For the media identified above, provide the requested information: *(If more space is needed attach an additional sheet.)*

| NAME OF MEDIA | STATE IN PERCENTAGES THE RACIAL/ETHNIC IDENTIFICATIONS OF MAJOR READERS/AUDIENCE | | | | | | ADS/BROADCASTS, | |
|---|---|---|---|---|---|---|---|---|
| | White *(non-minority)* | Negro/Black | Spanish American | American Indian | Oriental | Other Minority | Size and/or Duration | Frequen[cy] Inter[val] |
| Cleveland Plain Dealer | 90 | | 10% all others | | | | 2"x3" | week |
| Call Post | 10 | 90 | | | | | 2"x3" | week |
| Sun Press | 90 | | 10% all others | | | | | week |

NOTE: Attach copy of ad or state when it will be submitted. 2 months prior to occupancy

B. BROCHURES, SIGNS AND HUD'S FAIR HOUSING POSTER: 1) Will brochures, leaflets or handouts be used to advertise? ☒ Yes; ☐ No. If yes, a[ttach] a copy or submit when available. 2) For project site sign; indicate sign size 4" x 5"; Logotype size 10 x 10. Attach a photograph of [the] sign or submit when available. 3) HUD's Fair Housing Poster must be conspicuously displayed wherever sales/rentals and showings take place. Fair H[ousing] Posters will be displayed in the ☒ Sales/Rental Office(s); ☐ Real Estate Office(s); ☐ Model Unit(s); ☐ Other *(specify)*

C. COMMUNITY CONTACTS: To further inform the group(s) least likely to apply about the availability of the housing, the applicant agrees to establish [and] maintain contact with the groups/organizations located in the housing market area or SMSA listed below. If more space is needed attach an additional [sheet]. Notify HUD-FHEO of any changes in this list. Submit a copy of correspondence to be mailed to these groups/organizations. *(Provide all requested inform[ation])*

| Name of Group/Organization | Racial/Ethnic Identification | Approximate Date of Contact or Proposed Contact | Person Contacted or to be Contacted | Address and Telephone No. | Method of Contact(s) | Indicate the specific function group/organization will undertake i[n] implementing this pla[n] |
|---|---|---|---|---|---|---|
| | SEE | ATTACHED | LIST | | | |

135

6. FUTURE MARKETING ACTIVITIES *(Rental Units Only)*. Check the block(s) that best describe future marketing activities to fill vacancies as they occur after the project has been initially occupied.
☒ Newspapers/Publications ☐ Radio ☐ TV ☒ Brochures/Leaflets/Handouts ☒ Site Signs ☒ Community Contacts
☐ Others *(specify)* Referrals from agencies serving families.

7. ANTICIPATED OCCUPANCY RESULTS *(State in number of units the racial/ethnic mix anticipated as a result of implementation of this affirmative* [...]
[illegible] 81 [illegible] 27 [illegible] Oriental

*(Give the information requested in the table b[...] for your organization (Developer/Sponsor) or [...] the other companies/organizations identifi[...] applicable, provide total staffing figures, i.e., do not limit staffing to those staff persons connecte[...] with or working on this housing. NOTE: HUD-FHEO should be notified of any changes in the companies named in this chart.)*

| Name of Company, Address and Telephone No. | Job Classification | | STAFFING — Present: Totals | White (non-minority) | Negro/Blk | Spanish Am. | Am. Indian | Oriental | Other Minority | Anticipated: Vacancies | Date of 1st Opening | Recruitment steps taken or to be taken to attract all persons | Company's last tw[...] purionces with th[...] persons least like[...] apply for jobs/hou[...] Indicate name an[...] dress of the housin[...] racial/ethnic m[...]: Housing | J[...] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Developer/Sponsor<br>Beach House Development Company<br>600 Beta Drive<br>Cleveland, Ohio 44143<br>216/461-1111 | Prof. | M | 3 | 1 | | Partnership in process | | | | | | | | |
| | | F | 1 | 1 | | of formation | | | | | | | | |
| | Other | M | 1 | 1 | | * 1 female custodian for male | | | | | | | | |
| | | F | 2 | 2* | | | | | | | | | | |
| B. Advertising *(Answer if different from A)* | Prof. | M | | | | | | | | | | | | |
| | | F | | | | | | | | | | | | |
| | Other | M | | | | | | | | | | | | |
| | | F | | | | | | | | | | | | |
| C. Management and Sales/Rental Staff *(Answer if different from A and/or B)*<br>A.E.C. Management Company<br>600 Beta Drive.<br>Cleveland, Ohio 44143<br>216/461-1111 | ** Prof. | M | 14 | 13 | 1 | ** | Officers | | | | | SEE ATTACHMENT C | | |
| | | F | 15 | 11 | 4 | | 5 male | | (w) | | | | | |
| | Other | M | 1 | | 1 | | 1 female | | (w) | | | | | |
| | | F | 4 | 3 | 1 | | | | | | | | | |

9. **STAFF INSTRUCTIONS:**

Fair Housing Training: All persons engaged in the sales/rental of real property have to be instructed periodically to insure that they are aware and k[...]ledgeable of Fair Housing requirements.

A. Are regular sales/rental staff meetings conducted? ☒ Yes, when? bi-monthly ☐ No.
If yes, is Fair Housing training provided to the sales/rental staff at that meeting? ☒ Yes; ☐ No.

B. If you answered "no" for either of the questions in item 9A, when is Fair Housing training provided to the sales/rental staff?
we also publish monthly Fair Housing Newsletter (see attachment-schedule D)

C. Is a copy of the instructions used or proposed to be used for training sales/rental staff in Fair Housing attached to this plan? ☐ Yes ☐ No: SEE ATTACHED SCHEDULE B
date when information will be submitted

D. Do the instructions include and relate to local, state and Federal Fair Housing Laws, including Executive Order 11063 and this Affirmative Marketing Plan? ☒ Yes. ☐ No; explain.

SEE ATTACHED LETTER OF DESCRIPTION FOR SPONSOR RESPONSIBILITY

10. **ADDITIONAL CONSIDERATIONS:**

Other Efforts: Please describe other efforts you plan, as part of your outreach program, to attract persons in those groups that you have designate[...] least likely to apply for housing in the project under consideration, that are not covered elsewhere in this plan. Efforts to attract female-headed households should be employed.

SEE ATTACHMENT "REACH OUT"

11. The applicant agrees to make any changes in a plan covering a multifamily project, which may reasonably be required, after initial rent-up to assur[e con]tinued compliance with Section 200.620 of HUD's Affirmative Fair Housing Marketing Regulations.

| FOR FHEO'S USE ONLY | | SIGNATURE OF PERSON SUBMITTING PLAN |
|---|---|---|
| APPROVAL BY:<br>SIGNATURE: Geneva C. Scott | DISAPPROVAL BY:<br>SIGNATURE | [signature] |
| NAME (Type or print): JENEVA C. SCOTT | NAME (Type or print) | NAME (Type or print): Jeffrey I. Friedman |
| TITLE: Director, FHEO | TITLE | TITLE AND COMPANY: General Partner, BEACH HOUSE DEVELOPMENT COMPANY |
| DATE: 3-10-80 | DATE | DATE: December 10, 1979 |

| ...e of Group/Organization | Racial/Ethnic Identification | Approximate Date of Contact or Proposed Contact | Person Contacted or to be Contacted | Address and Telephone No. | Method of Contact(s) | Indicate the specific group/organization will take in implementing th... |
|---|---|---|---|---|---|---|
| ...rican Baptist Churches | Black | 5 mos. prior to occupancy | Rev. Stanley P. Borden, Assoc. Minister | 2246 Euclid Ave. Cleveland, Ohio 241-2380 | Phone/Mail | To inform their congrega... membership of the availa... of units and to inform t... of who to contact to obt... additional information. |
| ...ssinia Baptist Church | " | " " " | | 1285 Parkwood Dr. Cleveland, Ohio 791-2492 | " " | " " " " |
| ... Baptist Church | " | " " " | Rev. Emmanuel Branch | 8869 Cedar Road Cleveland, Ohio 421-1516 | " " | " " " " |
| ...h Baptist Church | " | " " " | Rev. L. P. Heard Rev. Emery Woods | 14912 Saranac Cleveland, Ohio 451-6828 | " " | " " " " |
| ...nity Baptist Church | " | " " " | Rev. Richard Mattox, Pastor | 1550 Hayden Cleveland, Ohio 541-6483 | " " | " " " " |
| ...a Baptist Church | " | " " " | | 10611 Superior Cleveland, Ohio 721-3844 | " " | " " " " |
| ...ship Baptist Church | " | " " " | Rev. James Stallworth, Pastor | 5600 Central Cleveland, Ohio 361-0907 | " " | " " " " |
| ... Shepherd Baptist ...ch | " | " " " | Rev. Eddie L. Hawkins, Pastor | 13020 Shaw Cleveland, Ohio 451-5585 | " " | " " " " |
| ...ter Abyssinia ...ist Church | " | " " " | Rev. E. Theophilus Caviness, Pastor | 1161 E. 105th St. Cleveland, Ohio 795-1042 | " " | " " " " |
| ...ter Friendship ...ist Church | " | " " " | Rev. Larry W. Howard, Pastor | 12305 Arlington Cleveland, Ohio 451-5770 | " " | " " " " |

CONTACT SOURCES (A)

| of Group/Organization | Racial/Ethnic Identification | Approximate Date of Contact or Proposed Contact | Person Contacted or to be Contacted | Address and Telephone No. | Method of Contact (s) | Indicate the specific f group/organization will -take in implementing th plan. |
|---|---|---|---|---|---|---|
| -erical Cultural and orical Society | Black | 5 mos. prior to occupancy | | 8716 Harkness Cleveland, Ohio 231-2131 | Phone/Mail | To inform their congrega membership of the avail of units and to inform of who to contact to ob additional information. |
| Councils Association | Black | " " " " | Mr. John Armstrong, President | Park Building Cleve., O. 44114 781-0880 | " " | " " " |
| Neighborhood Center | Black | " " " " | Robert E. Short, Exec. Director | 8555 Hough Ave. Cleve., O. 791-6677 | " " | " " " |
| -in Rose Institute | Mixed | " " " " | Dr. Barbara Silverstone, DSW, Director | Rose Building Cleveland, Ohio 621-7201 | " " | " " " |
| Focus | Black | " " " " | Mr. Willie Griffin Executive Director | 4115 Bridge Ave. Cleve., O. 44113 631-7660 | " " | " " " |
| -n Unity House | Black | " " " " | Gen. David Shabbaz Director | 1167 Hayden Cleve., O. 44110 681-5927 | " " | " " " |
| -oyd Association | Black | " " " " | | 1949 E. 105th St. Cleve., O. 421-5313 | " " | " " " |
| -r for Human Services | Mixed | " " " " | Morris Pengilly Director | 3592 Lee Road Cleveland, Ohio 751-3536 | " " | " " " |

| ame of Group/Organization | Racial/Ethnic Identification | Approximate Date of Contact or Proposed Contact | Person Contacted or to be Contacted | Address and Telephone No. | Method of Contact (s) | Indicate the specific f group/organization will take in implementing th plan. |
|---|---|---|---|---|---|---|
| leveland American Indian enter | American/ Indian | 5 mos. prior to occupancy | Jerome Warcloud., Director | 5500 Lorain Cleveland; Ohio 961-3490 | Phone/Mail | To inform their congreg membership of the avail. of units and to inform of who to contact to ob additional information. |
| ub Socail Barranquitas Y r os | Spanish/ American | " " " " | | 5307 Lorain Clevelad, Ohio | " " | |
| ollinwood Community Services enter | Mixed | 5 mos. prior to occupancy | Shiv Aqqarwal Project Director | 813 E. 152nd St. Cleve.,O. 44110 541-4400 | " " | " " " |
| ast End Neighborhood | Black | " " " " | Ms. Marge Hall, Director | 2749 Woodhill Cleveland, Ohio 791-9378 | " " | " " " |
| riendly Inn Settlement | Black | " " " " | Geraldine Burns Director | 2382 Unwin Cleve., O. 44104 431-7656 | " " | " " " |
| ture Outlook League, Inc. | Black | " " " " | Rev. Chas. Johnson | 10200 Cedar Road Cleveland, Ohio 229-5220 | " " | " " " |
| lenville Neighborhood and ommunity Centers | Black | " " " " | Ms. Catherine R. Tyler, Director | 900 E. 105th St. Cleveland, O | " " | " " " |
| olden Age Centers of reater Cleveland, Inc. | Mixed | " " " " | Mr. Shig Okada, Executive Director | 1685 Magnolia Dr. Cleve.O. 44106 421-7100 | " " | " " " |
| arvard Community Service | Black | " " " " | Ms. Rubie J. Mc Cullough, Director | 18240 Harvard Cleve., O. 44128 991-8585 | " " | " " " " |

| e of Group/Organization | Racial Ethnic Identification | Approximate Date of Contact or Proposed Contact | Contacted or ... Contacted | Address and Telephone No. | Method of Contact (s) | Indicate the specific group/organization wil... take in implementing t... |
| --- | --- | --- | --- | --- | --- | --- |
| h Multi Service Center | Black | 5 mos. prior to occupancy | Margaret Carter<br>Pres. Bd. of Trustees | 8555 Hough Ave.<br>Cleve., Ohio<br>721-0077 | Phone/Mail | To inform their congre... membership of the avai... of units and to inform... of who to contact to c... additional information |
| s: for People | Mixed | " " " " | Rose F. Drake<br>Director | 6500 Hough Ave.<br>Cleve., O. 44103<br>391-2150 | " " | " " " |
| ue Park Center | Black | " " " " | Don Freeman,<br>Director | 6601 Lexington<br>Cleve., O. 44103<br>432-2790 | " " | " " " |
| Harvard Community Assn. | Black | " " " " | | 3970 Lee Road<br>Cleveland, Ohio<br>561-5153 | " " | " " " |
| ington Square Community | Black | " " " " | Willie Starkey<br>Director | 7724 Lexington<br>Cleve, O. 44103<br>391-4100 | " " | " " " |
| p | Black | " " " " | Jas Hardiman | 215 Euclid Ave.<br>Cleveland, Ohio<br>241-2664 | " " | " " " |
| hborhood Housing Service Cleveland | Black/White | " " " " | John Kysela,<br>Director | 11002 Buckeye Road<br>Cleveland, Ohio 44104 | " " | " " " |
| " " (Westside ) | White/Spanish | " " " " | Gerald Mayer<br>Director | 4115 Bridge<br>Clevland, O. 44113<br>961-2096 | " " | " " " |
| or Information Center | Mixed | " " " " | Fred Isaacs<br>Director | 1005 Huron Road<br>Clevo., O. 44113<br>696-4262 | " " | " " " |

| ...of Group/Organization | Identification | Contact or Proposed Contact | ... to be Contacted | ... Telephone No. | ... Contact(s) | ... group/organization will ... take in implementing this |
|---|---|---|---|---|---|---|
| r St. Mark's Baptist | Black | 5 mos. prior to | | 972 E. 123rd St. Cleveland, Ohio 541-5233 | Phone/Mail | To inform their congregatic membership of the availabil of units and to inform the of who to contact to obtain additional information. |
| ville Baptist Church | " | " " " | Rev. E.E. Foreman Pastor | 4797 Lee Road Cleveland, Ohio, 587-0971 | " " | |
| Baptist Church and ...y Center | " | " " " | Rev. Otis Moss, Pastor | 8712 Quincy Cleveland, Ohio 721-3585 | " " | " " " " |
| Baptist Church | " | " " " | Rev. Alfred M. Waller, Sr., Pastor | 5500 Scovill Cleveland, Ohio 881-7337 | " " | " " " " |
| Baptist Church | " | " " " | Rev. A.E. Campbell, Jr. Pastor | 7500 Cedar Road Cleveland, Ohio 881-8236 | " " | " " " " |
| Hill Baptist Church | " | " " " | Rev. A. William Jamerson, Pastor | 2541 E. 37th Cleveland, Ohio 391-4722 | " " | " " " " |
| inity Church | Mixed | " " " | Father Minnich, Pastor | 24821 Columbus Cleveland, Ohio 232-2044 | " " | " " " " |
| ulate Conception | " | " " " | | 4129 Superior Cleveland, Ohio 431-5900 | " " | " " " " |
| ...es Church | " | " " " | Father Randell Woods, Pastor | 8000 Euclid Ave. Cleveland, Ohio 721-6040 | " " | " " " " |
| rancis | " | " " " | Father Martin, Pastor | 7119 Superior Cleveland, Ohio 361-4133 | " " | " " " " |

| ... of Group/Organization | Racial/Ethnic Identification | Approximate Date of Contact or Proposed Contact | Per... to ...tacted or ...acted | Address and Telephone No. | Method of Contact(s) | Indicate the specific ... group/organization will ... take in implementing thi... |
|---|---|---|---|---|---|---|
| ...hilomena Church | Mixed | 5 mos. prior to occupancy | Fath... ...ang, Pastor | 13824 Euclid Ave. Cleveland, Ohio 541-3540 | Phone/Mail | To inform their congregat... membership of the availab... of units and to inform the... of who to contact for additional information. |
| ...omas Aquinas Church | " | " " " | Rev. Daniel McBride, Pastor | 9205 Superior Cleveland, Ohio 721-9002 | " " | " " " " |
| ...de... Episcopal Church | " | " " " | Rev. Dalton D. Downs, Rector | 8614 Euclid Ave. Cleveland, Ohio 421-0524 | " " | " " " " |
| ...rew's Episcopal | " | " " " | Rev. Austin R. Cooper, Rector | 2171 E. 49th St. Cleveland, Ohio ...91-2632 | " " | " " " " |
| ...es' Episcopal | " | " " " | Father Irvin, Pastor | E. 55th & Payne Cleveland, Ohio 431-3252 | " " | " " " " |
| ...ity A M E Church | " | " " " | | 5805 Lexington Cleveland, Ohio 361-0693 | " " | " " " " |
| ...etropolitan C M E | " | " " " | A. Montgomery, Minister | 2131 E. 46th St. Cleveland, Ohio 391-9368 | " " | " " " " |
| ...ohn's A M E Church | " | " " " | Andrew A. Hughey, Minister | 2261 E. 40th St. Cleveland, Ohio 431-2560 | " " | " " " " |
| ...ames' A M E Church | " | " " " | Rev. Alvia A. Shaw, Pastor | 8401 Cedar Road Cleveland, Ohio 231-3562 | " " | " " " " |
| ...er Methodist Church | " | " " " | | 2572 E. Blvd. Cleveland, Ohio 791-2645 | " " | " " " " |

| of Group/Organization | Identification | Contact or Proposed Contact | Person Contacted or to be Contacted | Address and Telephone No. | Method of Contact(s) | Indicate the specific group/organization will take in implementing th |
|---|---|---|---|---|---|---|
| tecostal Church of Christ | Mixed | 5 mos. prior to occupancy | Rev. Charles Watkins, Pastor | 887 Parkwood Dr. Cleveland, Ohio 541-4739 | Phone/Mail | To inform their congregat membership of the availat of units and to inform th of who to contact for additional information. |
| Cleveland Community ter | Black | " " " | Director, Helen Brown | 14108 Euclid Ave. E.Cleveland,Ohio 451-3049 | " " | " " " " |
| ville United rian Church and, unity Center | " | " " " | Rev. Henry Binckney, Pastor | 10504 Helena Cleveland, Ohio 451-8540 | " " | " " " " |
| Mark's Presbyterian rch | " | " " " | | 1319 E. Blvd. Cleveland, Ohio 791-0128 | " " | " " " " |
| ation Army - Hough ti-Purpose Center | " | " " " | Director, Mr. Edward Bailey | 6000 Hough Ave. Cleveland, Ohio 432-0500 | " " | " " " " |
| ple of Isleam | " | " " " | Ali Rashed, Minister | 4115 Lee Road Cleveland, Ohio 295-0794 | " " | " " " " |
| d Baptist ciation | Mixed | " " " | Rev. Stanley Borden, Director | 2246 Euclid Ave. Cleveland, Ohio 241-2380 | " " | " " " " |