| :e of Group/ Organization | Racial/Ethnic Indentification | Approximate Date of Contact or Proposed Contact | Person Contacted or to be Contacted | Address and Telephone No. | Method of Contact(s) | Indicate the specific fu group/organization will take in implementing thi plan. |
|---|---|---|---|---|---|---|
| nish American Committee a Better Community | Spanish/ American | 5 mos. prior to occupancy | Daniel Mazzoiana, Director | 4407 Lorain Ave. Cleve., O. 44102 961-2100 | Phone/Mail | To inform their congrega membership of the availa of units and to inform t who to contact to obtain additional information. |
| n eague of Greater eland | Black | " " " " | William K. Wolfe | 2060 Euclid Ave. Cleveland, Ohio 861-4200 | " " | " " " " |
| ral Area Development p. | Mixed | " " " " | James Calgie | 3708 Central Cleveland, Ohio 431-6088 | " " | " " " " |
| Road Baptist Church | Balck | " " " " | Rev. Wm Sanders, | 3970 Lee Road Cleveland O. 44128 751-2688 | " " | " " " " |
| uyahoga Metropolitan using Authority | Mixed | " " " " | Robert J. Fitzgerald Director | 1441 West 25th St. Cleveland, Ohio 621-8231 | " " | " " " " |

(DESCRIPTION OF SPONSOR RESPONSIBILITY)

Re: Fair Housing Marketing Requirements

To all employees

In order to comply with the requirements of the Department of Housing and Urban Development, be advised that it is the policy of this Company to be in full compliance with all local, state, and federal Fair Housing Laws; including Executive Order 11063, the Civil Rights Act of 1968, and the Affirmative Marketing Plan. Accordingly, in all of your marketing activities, you will refrain from discriminating against any potential tenants on the basis of race, color, religion, sex or national origin. In order to more fully inform you as to these matters, you will find attached hereto a copy of the Affirmative Fair Housing Marketing Plan which has been filed with the Federal Housing Administration.

In order to implement this plan, please note that all advertising which is placed in connection with the renting of this project shall indicate that our policy is one of open occupancy. In determining the media to be used in reaching the potential renting public, minority as well as majority oriented media shall be used. Further, in contacting groups which may be helpful in securing prospective tenants, letters should be sent to all local churches and major minority civic and social groups informing them of the availability of our rental units.

# Rent Schedule
# Low Rent Housing

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

See back of page for Instructions, Public Burden Statement and Privacy Act requirements.

OMB Approval No. 2502-0012 (Exp. C

| Project Name | FHA Project Number | Date Rents Will Be Effective (Mo |
|---|---|---|
| Lakeshore Village | 042-35347 | October 4, 1994 |

## Part A – Apartment Rents

Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Contract Rents: Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date: __/__/__) | Col. 6 Gross Rent (Col. 3 + Col. 5) | Market Rents (Sec. 236 Projects Only): Col. 7 Rent Per Unit | Market Rents (Sec. 236 Projects Only): Col. 8 Monthly Market Rent Potential (Col. 2 x Col. 7) |
|---|---|---|---|---|---|---|---|
| 2BR,LR,DR,K,B | 102 | 662 | 67,524 | 98 | 760 | | |
| 3BR,LR,DR,K,B | 6 | 779 | 4,674 | 118 | 897 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Total Units | Monthly Contract Rent Potential (Add Col. 4)* | | Monthly Market Rent Potential (Add Col. 8)* |
|---|---|---|---|
| | 72,198 | | |
| | Yearly Contract Rent Potential (Col. 4 Sum x 12)* | | Yearly Market Rent Potential (Col. 8 Sum x 12)* |
| | 866,376 | | |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Worksheet you are now submitting. Market Rent Potential applies only o Section 236 Projects.

## Part B – Items Included in Rent

**Equipment/Furnishings in Unit:** (Check those included in rent.)

- [X] Range
- [X] Refrigerator
- [ ] Air Conditioner
- [X] Disposal
- [ ] Dishwasher
- [X] Carpet
- [X] Drapes
- [X] ~~BR shades~~
- [X] kit ex fan
- [ ] ____
- [ ] ____
- [ ] ____

**Utilities: (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item): E=electric; G=gas; F=fuel oil or coal.**

- [X] Heating E
- [X] Cooling E
- [X] Hot Water E
- [X] Cooking E
- [X] Lights, etc. E
- [X] water

Services/Facilities (check those included in rent)

- [X] Parking
- [X] Laundry
- [ ] Swimming Pool
- [ ] Tennis Courts
- [ ] ____
- [ ] ____
- [ ] ____
- [ ] ____
- [ ] Nursing Care
- [ ] Linen/Maid Service
- [ ] ____
- [ ] ____

## Part C – Charges in Addition to Rent (e.g., parking, cable TV, meals)

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

## Part D – Non-Revenue Producing Space

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rent |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Rent Loss Due to Non-Revenue Units | | $ |

## Part E – Commercial Space (retail, offices, garages, etc.)

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4 Rental Rate Per Sq. Ft. (Col. 2 divided by Col. 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Total Commercial Rent Potential | |

## Part F – Maximum Allowable Rent Potential

Enter Maximum Allowable Monthly Rent Potential From Rent Computation Worksheet (to be completed by HUD or lender) $ 72,198

146

Previous editions ... olete



form HUD-92458 (3/94
ref Handbook 4350

**Part G – Information on Mortgagor Entity**

Name of Entity
Beach House Development Company

Type of Entity
- [ ] Individual
- [ ] Corporation
- [ ] General Partnership
- [x] Limited Partnership
- [ ] Joint Tenancy/Tenants in Common
- [ ] Trust
- [ ] Other (specify)

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. Use extra sheets, if needed. If mortgagor is a:
- corporation, list: (1) all officers; (2) all directors; and (3) each stockholder having a 10% or more interest.
- partnership, list: (1) all general partners; and (2) limited partners having a 25% or more interest in the partnership.
- trust, list: (1) all managers, directors or trustees and (2) each beneficiary having at least a 10% beneficial interest in the trust.

| Name and Title | Social Security or EIN Number: |
|---|---|
| Associated Estates Realty Corporation, General Partner, Limited Partner | 34-1747603 |
| Ohio Savings Service Corporation, General Partner | 34-1056576 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H – Owner Certification**

To the best of my knowledge, all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate. **Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name and Title | Authorized Official's Signature and Date |
|---|---|
| Associated Estates Realty Corporation, General Partner Jeffrey I. Friedman, President | [signature] SEP 2 2 1994 |

**Part I – HUD/Lender Approval**

| | |
|---|---|
| Addendum Number: | Branch Chief/Lender Official (Signature and Date) [signature] 1-13-95 |
| HAP Contract Number: | |
| Exhibit Number: 147 | Director, Housing Management Division (Signature and Date) [signature] |
| Loan Servicer (Signature and Date) John Johnston 1-5-95 | |

# Rent Schedule
# Low Rent Housing

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0012 (Exp. 07/31/96

See back of page for Instructions, Public Burden Statement and Privacy Act requirements.

| Project Name | FHA Project Number | Date Rents Will Be Effective (Month Yea |
|---|---|---|
| Lakeshore Village | 042-35347 | October 4, 1994 |

**Part A - Apartment Rents**

Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Contract Rents: Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date __/__/__) | Col. 6 Gross Rent (Col. 3 + Col. 5) | Market Rents (Sec. 236 Projects Only): Col. 7 Rent Per Unit | Market Rents (Sec. 236 Projects Only): Col. 8 Monthly Market Rer Potential (Col. 2 x Col. 7 |
|---|---|---|---|---|---|---|---|
| 2BR, LR, DR, K, B | 102 | 662 | 67,524 | 98 | 760 | | |
| 3BR, LR, DR, K, B | 6 | 779 | 4,674 | 118 | 897 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| Total Units 108 | Monthly Contract Rent Potential (Add Col. 4)* 72,198 | | Monthly Market Rent Potential (Add Col. 8)* |
| | Yearly Contract Rent Potential (Col. 4 Sum x 12)* 866,376 | | Yearly Market Rent Potential (Col. 8 Sum x 12)* |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Workshe you are now submitting. Market Rent Potential applies only on Section 236 Projects.

**Part B- Items Included in Rent**

Equipment/Furnishings In Unit (Check those included in rent)

- [x] Range
- [x] Refrigerator
- [ ] Air Conditioner
- [x] Disposal
- [ ] Dishwasher
- [x] Carpet
- [x] Drapes
- [x] BR Shades
- [x] Kit. Exhaust Fan
- [ ] ______
- [ ] ______
- [ ] ______

Utilities: (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item): E=electric; G=gas; F=fuel oil or coal.

- [x] Heating E
- [x] Cooling E
- [x] Hot Water E
- [x] Cooking E
- [x] Lights, etc. E
- [x] water

Services/Facilities (check those included in rent)

- [x] Parking
- [x] Laundry
- [ ] Swimming Pool
- [ ] Tennis Court
- [ ] ______
- [ ] ______
- [ ] ______
- [ ] ______
- [ ] Nursing Care
- [ ] Linen/Maid Service
- [ ] ______
- [ ] ______

**Part C - Charges In Addition to Rent (e.g., parking, cable TV, meals)**

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Part D - Non-Revenue Producing Space**

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rei |
|---|---|---|
| Superintendent | 2 bedroom | 7,944 |
| | | |
| | | |
| | | |
| | | |
| Total Rent Loss Due to Non-Revenue Unit | | $ 7,944 |

**Part E - Commercial Space (retail, offices, garages, etc.)**

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4 Rental Rat Per Sq. Ft (Col. 2 divided Col. 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Total Commercial Rent Potential | |

**Part F - Maximum Allowable Rent Potential**

Enter Maximum Allowable Monthly Rent Potential From Rent Computation Worksheet (to be completed by HUD or lender) $72198

Previous editions are obsolete

148



form HUD-92458 (3/94)
ref Handbook 4350.1

Name of Entity
Beach House Development Compa

Type of Entity
- [ ] Individual
- [ ] Corporation
- [ ] General Partnership
- [x] Limited Partnership
- [ ] Joint Tenancy/Tenants in Common
- [ ] Trust
- [ ] Other (specify)

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. **Use ext sheets, if needed**. If mortgagor is a:
· corporation, list: (1) all officers; (2) all directors; and (3) each stockholder having a 10% or more interest.
· partnership, list: (1) all general partners; and (2) limited partners having a 25% or more interest in the partnership
· trust, list: (1 ) all managers, directors or trustees and (2) each beneficiary having at least a 10% beneficial interest in the trust

| Name and Title | Social Security or EIN Number: |
|---|---|
| Associated Estates Realty Corpporation, General Partner, Limited Partner | 34-1747603 |
| Ohio Savings Service Corporation, General Partner | 34-1056576 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H - Owner Certification**

To the best of my knowledge, all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate. **Warning: HU** will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name and Title | Authorized Official's Signature and Date |
|---|---|
| JAN 09 1998<br>Associated Estates Realty Corporation, General Partner<br>Jeffrey I. Friedman, President | |

**Part I - ~~HUD/Lender~~ Approval**

| | |
|---|---|
| Addendum Number: | Branch Chief/Lender Official (Signature and Date) |
| HAP Contract Number | |
| Exhibit Number: OH12000212 | Director Housing Management Division (Signature and Date) |
| Loan Servicer (Signature and Date) 1-26-98 | |

Previous editions are obsolete



form HUD-92458 (3/9
ref Handbook 4350

**TAFT, STETTINIUS & HOLLISTER LLP**

3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707
www.taftlaw.com

CINCINNATI, OHIO OFFICE
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838
FAX: 513-381-0205

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
21 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX: 614-221-2007

DAYTON, OHIO OFFICE
SUITE 900
110 NORTH MAIN STREET
DAYTON, OHIO 45402-1786
937-228-2838
FAX: 937-228-2816

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6613

April 2, 2004

Mr. Dennis G. Morton
Director, Cleveland Multifamily Program Center
Cleveland Area Office of HUD
Renaissance Building - Suite 500
1350 Euclid Avenue
Cleveland, Ohio 44115-1815 042-35347

RECEIVED
DEPT. OF HOUSING & URBAN DEV.
APR 05 2004
REFERRED TO ________

Re: Request for Rent Increases Applicable to Project No. OH-12-0002-012
Beach House Development Company - Lakeshore Village
Years 1998 through September 30, 2002

Dear Mr. Morton:

The undersigned represent Beach House Development Company. This is to request the appropriate automatic adjustment contract rent increases for the above Project for years 1998 through September 30, 2002 or the date of the expiration of its original Housing Assistance Payment Contract which expired on or about the latter date. Per CMHA v. U.S., 57 Fed. Cl. 751(2003), the passage of the 1994 Amendments to the Housing Act of 1937 and HUD Directive 95-12 resulted in breaches of HAP Contracts for which HUD is liable in damages.

Beach House Development Company is documenting its request with the following enclosed material:

1. HUD Rent Survey prepared by Richard G. Racek, Jr., MAI containing HUD Forms 92-273 for the Project for each year from 1998 through 2002.

2. Letter of Addendum from Richard G. Racek, Jr. concluding that the adjusted rental rate for two bedroom units in Lakeshore Village as of the date of the Agreement to Enter the Housing Assistance Payment Contract was $290 per month thereby reflecting a $277 initial difference between that and the $567 initial contract rent in the HAP Contract. Said letter concludes that the adjusted rental rate for three bedroom units was $350 per month thereby

K0148263.1

reflecting a $290 initial difference between that and the $640 initial contract rent in the HAP Contract.

3. Owner's Certification.

4. Report of Unit Turnover.

Also enclosed is a summation of the past due increases for the Project amounting to no less than some $400,700, calculated pursuant to the contract with adjustments per the applicable full automatic annual adjustment factor published by your agency. Please note that the enclosed summation for increases include calculation of the comparability limitation and include a 20% materiality component. See, *National Leased Housing Ass'n. v. United States*, (1991) 22 Cl. Ct. 649, 661 and subsequent 1992 and 1994 cases.

Beach House Development Company requests that HUD immediately process and either approve or reject its claims within 60 days from the receipt of the claims. If rejected, Beach House Development Company intends to litigate the matter in the United States Court of Federal Claims.

Sincerely yours,

Fred J. Livingstone

FJL/sks
Enclosures
cc: Martin G. Fishman, Esq.

K0148263.1

**Appendix 3**

**OWNER'S CERTIFICATION OF COMPLIANCE WITH THE REQUIREMENTS OF NOTICE: Annual Adjustment Factor Rent Increase Requirements Pursuant to the Housing Appropriations Act of 1995**

Property Name: Lakeshore Village

FHA Number: 042-35347

Section 8 Contract No: OH12-0002-012

The attached represents a request for a rent increase for the aforementioned property and the following unit type:

2br units and 3br units

I certify as the owner of the property (or the agent empowered to act on behalf of the owner) that all of the items are true:

Operation of all copies of form HUD 92273 were completed by a state certified, general appraiser who does NOT have an identity of interest relationship with the project.

If project funds were used to pay for the completion of form(s) HUD-92273, I certify that I am in compliance with the Contracting Guidelines set forth in Paragraph 6.50 of Handbook 4381.5 REV-2.

If a figure is submitted for the initial difference, this figure is the same dollar difference which existed between the original comparable used in underwriting (of the FMRs) and the contract rents at the time of initial occupancy. If no initial difference is submitted, then I authorize HUD to use 10% of the initial Section 8 contract rent for each unit type as the initial difference.

The figures submitted with this request regarding the number of units in which turnover has occurred since the last HAP anniversary date are complete and accurate.

Under penalties and provisions of Title 18, Unites States Cost, Chapter 47, Section 1001, the statements contained in this request have been examined by me and to the best of my knowledge and belief are true, correct, and complete.

Jeffrey I. Friedman
President and CEO
Associated Estates Realty Corporation, A General Parnter

# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Lakeshore Village Apartments Project No. 042-35347

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since 10/01/1997 (HAP Anniversary Date). (From 1/1/98-12/31/98)

Unit Type: 2BR Total Number of Units: 102

13 Units have incurred turnover
89 Units did not incur turnover

Unit Type: 3br Total Number of Units: 6

0 Units have incurred turnover
6 Units did not incur turnover

Unit Type: ______ Total Number of Units: ______

______ Units have incurred turnover
______ Units did not incur turnover

Unit Type: ______ Total Number of Units ______

______ Units have incurred turnover
______ Units did not incur turnover

Unit Type: ______ Total Number of Units ______

______ Units have incurred turnover
______ Units did not incur turnover