# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Lakeshore Village Apartments Project No. 042-35347

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since
_______________ (HAP Anniversary Date). (From 1/1/99-12/31/99)

Unit Type: 2BR Total Number of Units: 102

21 Units have incurred turnover
81 Units did not incur turnover

Unit Type: 3br Total Number of Units: 6

0 Units have incurred turnover
6 Units did not incur turnover

Unit Type: ________ Total Number of Units: ________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ________

________ Units have incurred turnover
________ Units did not incur turnover

# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Lakeshore Village Apartments    Project No. 042-35347

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since ______________ (HAP Anniversary Date). (From 1/1/00-12/31/00)

Unit Type: 2BR Total Number of Units: 102

19 Units have incurred turnover
83 Units did not incur turnover

Unit Type: 3br Total Number of Units: 6

1 Units have incurred turnover
5 Units did not incur turnover

Unit Type: ________ Total Number of Units: ______________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ______________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ______________

________ Units have incurred turnover
________ Units did not incur turnover

# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Lakeshore Village Apartments Project No. 042-35347

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since ______________ (HAP Anniversary Date). (From 1/1/01-12/31/01)

Unit Type: 2BR Total Number of Units: 102

17 Units have incurred turnover
85 Units did not incur turnover

Unit Type: 3br Total Number of Units: 6

1 Units have incurred turnover
5 Units did not incur turnover

Unit Type: ________ Total Number of Units: ______________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ______________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ______________

________ Units have incurred turnover
________ Units did not incur turnover

# APPENDIX 4

## SAMPLE FORMAT FOR REPORTING UNIT TURNOVER

Project Name: Lakeshore Village Apartments Project No. 042-35347

HAP Contract No.: OH16-0002-012

This form or any other format may be used for reporting the number of turnover occurred since the last HAP contract anniversary date. This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since ____________ (HAP Anniversary Date). (From 1/1/02-9/30/02)

Unit Type: 2BR Total Number of Units: 102

14 Units have incurred turnover
88 Units did not incur turnover

Unit Type: 3br Total Number of Units: 6

0 Units have incurred turnover
6 Units did not incur turnover

Unit Type: ________ Total Number of Units: ____________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ____________

________ Units have incurred turnover
________ Units did not incur turnover

Unit Type: ________ Total Number of Units ____________

________ Units have incurred turnover
________ Units did not incur turnover

**LAKESHORE VILLAGE HAP RENT ANALYSIS-No turnover differences**

Original HAP Expiration 9/30/02
HUD

| Year Applicable - (10/1to9/30) | 2 BR | Pbiction | AdjFactor | AAFRent | Calculation | FinalAAFRnt | CompRent | InitialDiff | Material Factor | Comp. Limit | Rent Used | Difference | Mo. Diff. | Yr. Diff. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1994 | 102 | | | | | | | | | | | | | | |
| 1995 | 102 | 03/07/1995 | 1.028 | | | | | | | | | | | | |
| 1996 | 102 | 11/03/1995 | 1.018 | | | | | | | | | | | | |
| 1997* | 102 | 12/16/1996 | 1.023 | $ 662 | $ 662 | $ 662 | | $ 95 | 1.20 | $ 114 | $ 662 | | | | |
| 1998 | 102 | 03/11/1998 | 1.03 | $ 682 | $ 682 | $ 682 | $ 500 | $ 95 | 1.20 | $ 714 | $ 662 | $ 20 | $ 2,026 | $ 14,180 | ** See assumption 3 below |
| 1999 | 102 | 10/01/1998 | 1.034 | $ 705 | $ 705 | $ 705 | $ 510 | $ 95 | 1.20 | $ 726 | $ 662 | $ 43 | $ 4,390 | $ 52,685 | |
| 2000 | 102 | 12/28/1999 | 1.043 | $ 735 | $ 735 | $ 735 | $ 530 | $ 95 | 1.20 | $ 750 | $ 662 | $ 73 | $ 7,483 | $ 89,793 | |
| 2001 | 102 | 11/07/2000 | 1.013 | $ 745 | $ 745 | $ 745 | $ 550 | $ 95 | 1.20 | $ 774 | $ 662 | $ 83 | $ 8,458 | $ 101,494 | |
| 2002 | 102 | 10/01/2001 | 1.057 | $ 787 | $ 787 | $ 787 | $ 580 | $ 95 | 1.20 | $ 810 | $ 662 | $ 125 | $ 12,789 | $ 116,629 | *** Contract expired 09/30/2002 |
| 2003 | 102 | 01/22/2003 | 1.046 | | $ - | | | $ 95 | 1.20 | | | | | | |
| 2004 | 102 | 09/16/2003 | 1.005 | | | | | $ 95 | | | | | | | |
| Total | | | | | | | | | | | | | | $ 374,781 | |

| Year Applicable (10/1to9/30) | 3 BR | Pbiction | AdjFactor | PrelimAAF | Calculation | FinalAAFRnt | CompRent | InitialDiff | Material Factor | Comp. Limit | Rent Used | Difference | Mo. Diff. | Yr. Diff. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1994 | | | | | | | | | | | | | | | |
| 1995 | 6 | 03/07/1995 | 1.028 | | | | | | | | | | | | |
| 1996 | 6 | 11/03/1995 | 1.018 | $ - | $ - | $ - | | $ 107 | | | | | | | |
| 1997* | 6 | 12/16/1996 | 1.023 | $ 779 | $ 779 | $ 779 | | $ 107 | 1.20 | $ 128 | $ 779 | | | | |
| 1998 | 6 | 03/11/1998 | 1.03 | $ 802 | $ 802 | $ 802 | $ 620 | $ 107 | 1.20 | $ 872 | $ 779 | $ 23 | $ 140 | $ 982 | ** See assumption 3 below |
| 1999 | 6 | 10/01/1998 | 1.034 | $ 830 | $ 830 | $ 830 | $ 630 | $ 107 | 1.20 | $ 884 | $ 779 | $ 51 | $ 304 | $ 3,647 | |
| 2000 | 6 | 12/28/1999 | 1.043 | $ 865 | $ 865 | $ 865 | $ 660 | $ 107 | 1.20 | $ 920 | $ 779 | $ 86 | $ 518 | $ 6,215 | |
| 2001 | 6 | 11/07/2000 | 1.013 | $ 877 | $ 877 | $ 877 | $ 670 | $ 107 | 1.20 | $ 932 | $ 779 | $ 98 | $ 585 | $ 7,025 | |
| 2002 | 6 | 10/01/2001 | 1.057 | $ 927 | $ 927 | $ 927 | $ 720 | $ 107 | 1.20 | $ 992 | $ 779 | $ 148 | $ 885 | $ 8,057 | *** Contract expired 09/30/2002 |
| 2003 | | 01/22/2003 | 1.046 | | | | | $ 107 | | | | | | | |
| 2004 | | 09/16/2003 | 1.005 | | | | | $ 107 | | | | | | | |
| Total 3 BR | | | | | | | | | | | | | | $ 25,926 | |
| Total 2 BR | | | | | | | | | | | | | | $ 374,781 | |
| Grand Total | | | | | | | | | | | | | | $ 400,707 | |

**Assumptions:**

1. Richard Racek, Jr. Rent Survey Used for Comparables
2. Initial Contract Rent Contains 20% Initial Difference; i.e., difference between Contract Rent and Fair Market Rent.
3. Initial difference greater than 20% maximum allowed. Maximum utilized herein.

158

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

DWIGHT A. KUMLER, MAI
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR., MAI
DOUGLAS P. SLOAN, MAI
ERIC M. CALABRESE
PATRICK J. CALABRESE
DANIEL L. SMITH
BRIAN J. TOBEY

March 18, 2004

Associated Estates Management Company
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: Lakeshore Village Rent Survey
Effective January 1, 1983

Dear Mr. Livingstone:

Please be advised that I have reviewed the asking rates and or rent rolls for the following three apartment complexes located in Euclid and Willoughby Hills, Ohio. Provided below are the historical rental rates and their effective dates.

| | |
|---|---|
| Americana Apartments<br>24451 Lakeshore Boulevard<br>Euclid, Ohio | Historic Rental Rates as of September, 1984<br>$344.00 for a 2 Bedroom Unit<br>$408.00 for a 3 Bedroom Unit |
| Watergate Apartments<br>26241 Lakeshore Boulevard<br>Euclid, Ohio | Historic Rental Rates as of March, 1980<br>$319.00 for a 2 Bedroom Unit<br>$399.00 for a 3 Bedroom Unit |
| Winchester I & II Apartments<br>27400 Chardon Road<br>Willoughby Hills, Ohio | Historic Rental Rates as of January, 1980<br>$325.00 for a 2 Bedroom Unit<br>$425.00 for a 3 Bedroom Unit |

The conventional apartment units that are listed in the foregoing developed unadjusted rental rates which are in a range from $319.00 per unit to $344.00 per unit per month for a two bedroom suite and $399.00 per unit to $425.00 per unit per month for a three bedroom suite. Adjusting these suites for the size of the units, the amenities provided, their location and overall desirability, it is concluded that the adjusted rental rate for a two bedroom unit in the buildings on the subject property, as of January 1, 1983 is $290.00 per month and $350 per unit per month for a three bedroom unit.

Associated Estates Management Company
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: Lakeshore Village Rent Survey
Effective January 1, 1983

All accessory data and information upon which the foregoing estimate is based is being retained in my file. If you have any further questions concerning this rental estimate, I would be pleased to discuss with you at your convenience.

Very truly yours,
CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, Jr., MAI

HUD RENT SURVEY
OF

Lakeshore Village
16024 Lake Shore Boulevard
Cleveland, Cuyahoga County, Ohio

PRESENTED IN A SUMMARY FORMAT

FOR: Associated Estates Management Company
c/o Taft Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

BY: Richard G. Racek, Jr., MAI

AS OF: January 1, 1998
January 1, 1999
January 1, 2000
January 1, 2001
January 1, 2002

:ra
6218
5392

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

DWIGHT A. KUMLER, MAI
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR., MAI
DOUGLAS P. SLOAN, MAI
ERIC M. CALABRESE
PATRICK J. CALABRESE
DANIEL L. SMITH
BRIAN J. TOBEY

March 11, 2004

Associated Estates Management Company
c/o Taft Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Lakeshore Village
16024 Lake Shore Boulevard
Cleveland, Cuyahoga County, Ohio

Dear Mr. Livingstone:

As requested, I have made a personal inspection, study and analysis of the above captioned property and the area in which it is located. The results of this HUD Rent Survey are delineated in the accompanying summary report. The subject is a 108 unit, apartment complex that was constructed in 1982. Due to an on-going maintenance program, the overall property is in generally average to fair condition. The improvements comprise five, three story, masonry and frame garden apartment buildings.

The purpose of this HUD Rent Survey is to estimate the market rent for the various unit types. intended use of this summary report is to assist Associated Estates Management Company analyzing the rent schedule of the above captioned property for external reporting purposes in "as is" condition. Market rent is defined within the report (page 7).

My opinion of the market rent for a two bedroom suite within the subject property, in its "as is" condition, as of January 1, 1998, is:

**$500.00 per month**

My opinion of the market rent for a three bedroom suite within the subject property, in its "as is" condition, as of January 1, 1998, is:

**$620.00 per month**

My opinion of the market rent for a two bedroom suite within the subject property, in its "as is" condition, as of January 1, 1999, is:

**$510.00 per month**

My opinion of the market rent for a three bedroom suite within the subject property, in its "as is" condition, as of January 1, 1999, is:

**$630.00 per month**

My opinion of the market rent for a two bedroom suite within the subject property, in its "as is" condition, as of January 1, 2000, is:

**$530.00 per month**

CALABRESE, RACEK AND MARKOS, INC.

Associated Estates Management Company
Cleveland, Ohio 44114-2302 -2- March 11, 2004

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Lakeshore Village
16024 Lake Shore Boulevard
Cleveland, Cuyahoga County, Ohio

My opinion of the market rent for a three bedroom suite within the subject property, in its "as is" condition, as of January 1, 2000, is:

**$660.00 per month**

My opinion of the market rent for a two bedroom suite within the subject property, in its "as is" condition, as of January 1, 2001, is:

**$550.00 per month**

My opinion of the market rent for a three bedroom suite within the subject property, in its "as is" condition, as of January 1, 2001, is:

**$670.00 per month**

My opinion of the market rent for a two bedroom suite within the subject property, in its "as is" condition, as of January 1, 2002, is:

**$580.00 per month**

My opinion of the market rent for a three bedroom suite within the subject property, in its "as is" condition, as of January 1, 2002, is:

**$720.00 per month**

At the time of inspection (March 18, 2002) the property had one vacant suite which was being cleaned for an awaiting tenant. All of the units inspected were of average condition and were reported to be typical of the units within the complex. Additionally, the exterior of the building, as well as the common areas has been adequately maintained and were considered to be in average to fair condition.

The appraiser states that there is no present or contemplated future interest in the real estate that is the subject of this report. Furthermore, it is stated that no other party has influenced the appraiser's final rent conclusion. This rent survey report has been made in conformity with an is subject to the requirements of the Code of Professional Ethics and the Standards of Professional Conduct of the Appraisal Institute, and was completed in accordance with Uniform Standards of Professional Appraisal Practices.

In conclusion, the subject property is considered to have desirable apartment units within its market which should continue to be a viable income producing property into the foreseeable future.

Respectfully submitted,
CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, Jr., MAI
Appraiser

rs
6218
5392



Typical View of Subject Property



Street Scene of Lake Shore Boulevard Facing East



Street Scene of Lake Shore Boulevard Facing West



Typical View of Hallway



Interior View of Typical Living Room



Interior View of Kitchen



Interior View of Typical Bedroom



Interior View of Typical Bathroom



Typical Laundry Room

166