Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the six, three bedroom apartment units within the subject property should have a contract rent of $630.00 per month including all utilities except telephone and cable television, as of January 1, 1999. Thus, the monthly contract rent potential of the three bedroom apartments is developed as follows:

$630.00 x 6 units = $3,780

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 102, two bedroom apartment units within the subject property should have a contract rent of $530.00 per month including all utilities except telephone and cable television, as of January 1, 2000. Thus, the monthly contract rent potential of the two bedroom apartments is developed as follows:

$530.00 x 102 units = $54,060

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the six, three bedroom apartment units within the subject property should have a contract rent of $660.00 per month including all utilities except telephone and cable television, as of January 1, 2000. Thus, the monthly contract rent potential of the three bedroom apartments is developed as follows:

$660.00 x 6 units = $3,960

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 102, two bedroom apartment units within the subject property should have a contract rent of $550.00 per month including all utilities except telephone and cable television, as of January 1, 2001. Thus, the monthly contract rent potential of the two bedroom apartments is developed as follows:

$550.00 x 102 units = $56,100

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the six, three bedroom apartment units within the subject property should have a contract rent of $670.00 per month including all utilities except telephone and cable television, as of January 1, 2001. Thus, the monthly contract rent potential of the three bedroom apartments is developed as follows:

$670.00 x 6 units = $4,020

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 102, two bedroom apartment units within the subject property should have a contract rent of $580.00 per month including all utilities except telephone and cable television, as of January 1, 2002. Thus, the monthly contract rent potential of the two bedroom apartments is developed as follows:

$580.00 x 102 units = $59,160

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the six, three bedroom apartment units within the subject property should have a contract rent of $720.00 per month including all utilities except telephone and cable television, as of January 1, 2002. Thus, the monthly contract rent potential of the three bedroom apartments is developed as follows:

$720.00 x 6 units = $4,320

ADDENDUM TO

Lakeshore Village
16024 Lake Shore Boulevard
Cleveland, Cuyahoga County, Ohio

Attachment 12

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* | *Unit Type* **TWO BEDROOM** | *Subject's FHA #:*

| # | | Subject<br>Lakeshore Village<br>16024 Lakeshore Boulevard<br>Cleveland, Cuyahoga County | Data on Subject | Comp #1<br>Colonial Park Townhomes<br>36 Georgetown Square<br>Euclid, Cuy. Cty | | Comp #2<br>Willo Arms<br>27201 Brush Avenue<br>Euclid, Cuy. Cty. | | Comp #3<br>Water's Edge Apts.<br>23951 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | Comp #4<br>Americana Apts.<br>24451 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | Comp #5<br>Loganberry Ridge<br>26720 Whiteway Drive<br>Richmond Hts., Cuy Cty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | | — | | — | | — | | — | | — |
| 2 | **Date Last Leased (mo/yr)** | | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | | **$575** | $0.64 | **$485** | $0.58 | **$489** | $0.58 | **$550** | $0.59 | **$500** | $0.67 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | | |
| 6 | **Structure / Stories** | | G/3 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | | — | | — | | — | | — | | — |
| 11 | **# Bedrooms** | | 2 | | | | | | | | | | |
| 12 | **# Baths** | | 1 | | ($10) | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | | 756 | | ($22) | | ($13) | | ($13) | | ($28) | | |
| 14 | **Balcony/ Patio** | | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | **AC: Central/ Wall** | | C | | | | | | | | | | — |
| 16 | **Range/ refrigerator** | | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | | L&HU | | $5 | | $5 | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | | C | | | | -- | | | | — | | |
| 20 | **Window Coverings** | | N | | ($5) | | | | ($5) | | | | ($5) |
| 21 | **Cable/ Satellite/Internet** | | C | | | | | | | | | | |
| 22 | **Special Features** | | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | | L | | ($25) | | | | | | | | |
| 25 | **Extra Storage** | | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | | N | | | | | | | | | | |
| 30 | **Service Coordination** | | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | | Y/G | | $20 | | | | | | | | |
| 34 | **Cooling (in rent?/ type)** | | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | | Y/G | | $10 | | | | | | | | |
| 37 | **Other Electric** | | Y | | $20 | | $20 | | $20 | | $20 | | $20 |
| 38 | **Cold Water/ Sewer** | | Y/Y | | $20 | | — | | — | | — | | — |
| 39 | **Trash /Recycling** | | Y/N | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | | 9 | | 7 | | 8 | | 6 | | 6 |
| 41 | **Sum Adjustments B to D** | | | | ($137) | | ($68) | | ($88) | | ($88) | | ($70) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | | *$222* | | *$103* | | *$123* | | *$123* | | *$105* |
| 44 | **Adjusted Rent (5+ 43)** | | | **$523** | | **$452** | | **$436** | | **$497** | | **$465** | |
| 45 | Adj Rent/Last rent | | | | 91% | | 93% | | 89% | | 90% | | 93% |
| 46 | **Estimated Market Rent** | | **$500** | **$0.66** | | | | | | | | | |

[signature] 3/18/14

Appraiser's Signature — Date

Grid was prepared: Manually Using HUD's Excel form

**HUD 92273 - S8**

Attachment 1.

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* *Unit Type* **TWO BEDROOM** *Subject's FHA #:*

| # | *Subject* Lakeshore Village, 16024 Lakeshore Boulevard, Cleveland, Cuyahoga County | Data on Subject | *Comp #1* Colonial Park Townhomes, 36 Georgetown Square, Euclid, Cuy. Cty | | *Comp #2* Willo Arms, 27201 Brush Avenue, Euclid, Cuy. Cty | | *Comp #3* Water's Edge Apts., 23951 Lakeshore Blvd, Euclid, Cuy. Cty | | *Comp #4* Americana Apts., 24451 Lakeshore Blvd, Euclid, Cuy. Cty | | *Comp #5* Loganberry Ridge, 26720 Whiteway Drive, Richmond Hts., Cuy Cty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | — | | — | | — | | — | | — |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$590** | $0.66 | **$485** | $0.58 | **$560** | $0.67 | **$525** | $0.56 | **$525** | $0.70 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| 6 | **Structure / Stories** | G/3 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | — | | — | | — | | — | | — |
| 11 | **# Bedrooms** | 2 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | ($10) | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | 756 | | ($22) | | ($13) | | ($13) | | ($28) | | — |
| 14 | **Balcony/ Patio** | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | **AC: Central/ Wall** | C | | | | | | | | | | |
| 16 | **Range/ refrigerator** | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | L&HU | | $5 | | $5 | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | C | | | | | | | | | | |
| 20 | **Window Coverings** | N | | ($5) | | — | | ($5) | | — | | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ($ Fee)** | L | | ($25) | | | | | | | | |
| 25 | **Extra Storage** | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | $20 | | | | | | | | |
| 34 | **Cooling (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | $10 | | | | | | | | |
| 37 | **Other Electric** | Y | | $20 | | $20 | | $20 | | $20 | | |
| 38 | **Cold Water/ Sewer** | Y/Y | | $20 | | — | | — | | — | | |
| 39 | **Trash /Recycling** | Y/N | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 9 | | 7 | | 8 | | 6 | | 6 |
| 41 | **Sum Adjustments B to D** | | | ($137) | | ($68) | | ($88) | | ($88) | | ($70) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | *$222* | | *$103* | | *$123* | | *$123* | | *$105* |
| 44 | Adjusted Rent (5+ 43) | | **$538** | | **$452** | | **$507** | | **$472** | | **$490** | |
| 45 | Adj Rent/Last rent | | | 91% | | 93% | | 91% | | 90% | | 93% |
| 46 | Estimated Market Rent | **$510** | **$0.67** | | | | | | | | | |

[signature]
Appraiser's Signature

3/18/04
Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* *Unit Type* **TWO BEDROOM** *Subject's FHA #:*

| # | *Subject*<br>Lakeshore Village<br>16024 Lakeshore Boulevard<br>Cleveland, Cuyahoga County | Data on Subject | *Comp #1*<br>Colonial Park Townhomes<br>36 Georgetown Square<br>Euclid, Cuy. Cty | | *Comp #2*<br>Willo Arms<br>27201 Brush Avenue<br>Euclid, Cuy. Cty. | | *Comp #3*<br>Water's Edge Apts.<br>23951 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | *Comp #4*<br>Americana Apts.<br>24451 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | *Comp #5*<br>Loganberry Ridge<br>26720 Whiteway Drive<br>Richmond Hts., Cuy Cty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | | | | | | | | | |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | — | | — | | — | | — | | — |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$600** | $0.67 | **$485** | $0.58 | **$560** | $0.67 | **$550** | $0.59 | **$535** | $0.71 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | G/3 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | — | | — | | — | | — | | — |
| 11 | **# Bedrooms** | 2 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | ($10) | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | 756 | | ($22) | | ($13) | | ($13) | | ($28) | | |
| 14 | **Balcony/ Patio** | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | **AC: Central/ Wall** | C | | — | | | | | | | | — |
| 16 | **Range/ refrigerator** | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | 'L&HU | | $5 | | $5 | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | C | | | | | | | | | | |
| 20 | **Window Coverings** | N | | ($5) | | — | | ($5) | | — | | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | L | | ($25) | | | | | | | | |
| 25 | **Extra Storage** | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | $25 | | | | | | | | |
| 34 | **Cooling (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | $10 | | | | | | | | |
| 37 | **Other Electric** | Y | | $25 | | $25 | | $25 | | $25 | | $25 |
| 38 | **Cold Water/ Sewer** | Y/Y | | $20 | | | | | | | | |
| 39 | **Trash /Recycling** | Y/N | | | | — | | — | | — | | — |
| 40 | **# Adjustments B to D** | | | 9 | | 7 | | 8 | | 6 | | 6 |
| 41 | **Sum Adjustments B to D** | | | ($137) | | ($68) | | ($88) | | ($88) | | ($70) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | *$232* | | *$108* | | *$128* | | *$128* | | *$110* |
| 44 | Adjusted Rent (5+ 43) | | **$558** | | **$457** | | **$512** | | **$502** | | **$505** | |
| 45 | Adj Rent/Last rent | | | 93% | | 94% | | 91% | | 91% | | 94% |
| | Estimated Market Rent | **$530** | **$0.70** | | | | | | | | | |

[signature] 3/18/04

Appraiser's Signature Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* — *Unit Type* **TWO BEDROOM** — *Subject's FHA #:*

| # | *Subject* | Data on Subject | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lakeshore Village | | Colonial Park Townhomes | | Willo Arms | | Water's Edge Apts. | | Americana Apts. | | Loganberry Ridge | |
| | 16024 Lakeshore Boulevard | | 36 Georgetown Square | | 27201 Brush Avenue | | 23951 Lakeshore Blvd | | 24451 Lakeshore Blvd | | 26720 Whiteway Drive | |
| | Cleveland, Cuyahoga County | | Euclid, Cuy. Cty | | Euclid, Cuy. Cty. | | Euclid, Cuy. Cty. | | Euclid, Cuy. Cty. | | Richmond Hts., Cuy Cty | |
| 1 | **$ Last Rent / Restricted?** | | | — | | — | | — | | — | | — |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$615** | $0.68 | **$510** | $0.61 | **$565** | $0.67 | **$555** | $0.59 | **$545** | $0.73 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | G/3 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | G | | — | | — | | — | | — | | — |
| 10 | **Same Market? Miles to Subj** | | | | | | | | | | | |
| 11 | **# Bedrooms** | 2 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | ($10) | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | 756 | | ($22) | | ($13) | | ($13) | | ($28) | | — |
| 14 | **Balcony/ Patio** | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | **AC: Central/ Wall** | C | | | | | | | | | | |
| 16 | **Range/ refrigerator** | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | 'L&HU | | $5 | | $5 | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | C | | | | — | | | | — | | |
| 20 | **Window Coverings** | N | | ($5) | | | | ($5) | | | | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | L | | ($25) | | | | | | | | |
| 25 | **Extra Storage** | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | $25 | | | | | | | | |
| 34 | **Cooling (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | $10 | | | | | | | | |
| 37 | **Other Electric** | Y | | $25 | | $25 | | $25 | | $25 | | $25 |
| 38 | **Cold Water/ Sewer** | Y/Y | | $20 | | | | | | | | |
| 39 | **Trash /Recycling** | Y/N | | | | — | | — | | — | | — |
| 40 | **# Adjustments B to D** | | | 9 | | 7 | | 8 | | 6 | | 6 |
| 41 | **Sum Adjustments B to D** | | | ($137) | | ($68) | | ($88) | | ($88) | | ($70) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | ***Net/ Gross Adjmts B to E*** | | | *$232* | | *$108* | | *$128* | | *$128* | | *$110* |
| 44 | **Adjusted Rent (5+ 43)** | | **$573** | | **$482** | | **$517** | | **$507** | | **$515** | |
| 45 | Adj Rent Last rent | | | 93% | | 95% | | 92% | | 91% | | 94% |
| 46 | **Estimated Market Rent** | **$550** | **$0.73** | | | | | | | | | |

[signature] 3/18/04

Appraiser's Signature — Date

Grid was prepared: Manually Using HUD's Excel form

**HUD 92273 - S8**

 Attachment 12

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* *Unit Type* **TWO BEDROOM** *Subject's FHA #:*

| # | *Subject*<br>Lakeshore Village<br>16024 Lakeshore Boulevard<br>Cleveland, Cuyahoga County | Data on Subject | *Comp #1*<br>Colonial Park Townhomes<br>36 Georgetown Square<br>Euclid, Cuy. Cty | | *Comp #2*<br>Willo Arms<br>27201 Brush Avenue<br>Euclid, Cuy. Cty. | | *Comp #3*<br>Water's Edge Apts.<br>23951 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | *Comp #4*<br>Americana Apts.<br>24451 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | *Comp #5*<br>Loganberry Ridge<br>26720 Whiteway Drive<br>Richmond Hts., Cuy Cty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | — | | — | | — | | — | | — |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $660 | $0.73 | $580 | $0.69 | $645 | $0.77 | $529 | $0.56 | $585 | $0.78 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | G/3 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | — | | — | | — | | — | | — |
| 11 | **# Bedrooms** | 2 | | | | | | | | | | |
| 12 | **# Baths** | 1 | | ($10) | | | | | | | | |
| 13 | **Unit Interior Sq. Ft.** | 756 | | ($22) | | ($13) | | ($13) | | ($28) | | — |
| 14 | **Balcony/ Patio** | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | **AC: Central/ Wall** | C | | | | | | | | | | |
| 16 | **Range/ refrigerator** | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | 'L&HU | | $5 | | $5 | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | C | | | | | | | | | | |
| 20 | **Window Coverings** | N | | ($5) | | — | | ($5) | | — | | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | L | | ($25) | | | | | | | | |
| 25 | **Extra Storage** | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | $25 | | | | | | | | |
| 34 | **Cooling (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | |
| 35 | **Cooking (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | $10 | | | | | | | | |
| 37 | **Other Electric** | Y | | $25 | | $25 | | $25 | | $25 | | [illegible] |
| 38 | **Cold Water/ Sewer** | Y/Y | | $20 | | — | | — | | — | | — |
| 39 | **Trash /Recycling** | Y/N | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 9 | | 7 | | 8 | | 6 | | 6 |
| 41 | **Sum Adjustments B to D** | | | ($137) | | ($68) | | ($88) | | ($88) | | ($70) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | *$232* | | *$108* | | *$128* | | *$128* | | *$110* |
| 44 | Adjusted Rent (5+ 43) | | $618 | | $552 | | $597 | | $481 | | $555 | |
| 45 | Adj Rent/Last rent | | | 94% | | 95% | | 93% | | 91% | | 95% |
| | Estimated Market Rent | $580 | $0.77 | | | | | | | | | |

[signature] Appraiser's Signature

3/18/04 Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** — Unit Type: **THREE BEDROOM** — Subject's FHA #:

| # | Subject: Lakeshore Village, 16024 Lakeshore Boulevard, Cleveland, Cuyahoga County | Data on Subject | Comp #1: Colonial Park Townhomes, 36 Georgetown Square, Euclid, Cuy. Cty | Adj | Comp #2: Willo Arms, 27201 Brush Avenue, Euclid, Cuy. Cty. | Adj | Comp #3: Water's Edge Apts., 23951 Lakeshore Blvd, Euclid, Cuy. Cty. | Adj | Comp #4: Americana Apts., 24451 Lakeshore Blvd, Euclid, Cuy. Cty. | Adj | Comp #5: Loganberry Ridge, 26720 Whiteway Drive, Richmond Hts., Cuy Cty | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ Last Rent / Restricted? | | | — | | — | | — | | — | | — |
| 2 | Date Last Leased (mo/yr) | | | — | | — | | — | | — | | — |
| 3 | Rent Concessions | | | | | | | | | | | |
| 4 | Occupancy for Unit Type | | | | | | | | | | | |
| 5 | Effective Rent & Rent/ sq. ft | | $645 | $0.52 | $550 | $0.52 | $620 | $0.57 | $715 | $0.58 | $675 | $0.70 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| 6 | Structure / Stories | G/3 | | | | | | | | | | |
| 7 | Yr. Built/Yr. Renovated | 1982 | | | | | | | | | | |
| 8 | Condition /Street Appeal | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | Neighborhood | G | | — | | — | | — | | — | | — |
| 10 | Same Market? Miles to Subj | | | | | | | | | | | |
| 11 | # Bedrooms | 3 | | | | | | | | | | |
| 12 | # Baths | 1.5 | | | | | | | | ($15) | | |
| 13 | Unit Interior Sq. Ft. | 1071 | | ($27) | | $3 | | | | ($25) | | $17 |
| 14 | Balcony/ Patio | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | AC: Central/ Wall | C | | | | | | | | | | |
| 16 | Range/ refrigerator | Y/Y | | | | | | | | | | |
| 17 | Microwave/ Dishwasher | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | Washer/Dryer | 'L&HU | | $5 | | — | | $5 | | $5 | | $5 |
| 19 | Floor Coverings | C | | | | — | | | | — | | |
| 20 | Window Coverings | N | | ($5) | | | | ($5) | | | | ($5) |
| 21 | Cable/ Satellite/Internet | C | | | | | | | | | | |
| 22 | Special Features | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | Parking ( $ Fee) | L | | ($25) | | | | | | | | |
| 25 | Extra Storage | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | Security | Y | | | | | | | | | | |
| 27 | Clubhouse/ Meeting Rooms | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | Pool/ Recreation Areas | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | Business Ctr / Nbhd Netwk | N | | | | | | | | | | |
| 30 | Service Coordination | N | | | | | | | | | | |
| 31 | Non-shelter Services | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | Heat (in rent?/ type) | Y/G | | $25 | | $25 | | | | | | |
| 34 | Cooling (in rent?/ type) | Y/E | | $10 | | $10 | | $10 | | $10 | | $10 |
| 35 | Cooking (in rent?/ type) | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | | $15 | | $15 | | | | | | |
| 37 | Other Electric | N | | $25 | | $25 | | $25 | | $25 | | $25 |
| 38 | Cold Water/ Sewer | Y/Y | | $25 | | — | | — | | — | | — |
| 39 | Trash /Recycling | Y/N | | | | | | | | | | |
| 40 | # Adjustments B to D | — | | 8 | | 6 | | 7 | | 7 | | 6 |
| 41 | Sum Adjustments B to D | — | | ($132) | | ($55) | | ($75) | | ($100) | | ($70) |
| 42 | Sum Utility Adjustments | — | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | — | | *$242* | | *$138* | | *$120* | | *$145* | | *$132* |
| 44 | Adjusted Rent (5+ 43) | — | $623 | | $578 | | $590 | | $660 | | $667 | |
| 45 | Adj Rent/Last rent | | | 97% | | 105% | | 95% | | 92% | | 99% |
| | Estimated Market Rent | $620 | $0.58 | | | | | | | | | |

[signature] Appraiser's Signature

3/18/04 Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* *Unit Type* **THREE BEDROOM** *Subject's FHA #:*

| No. | Subject: Lakeshore Village, 16024 Lakeshore Boulevard, Cleveland, Cuyahoga County | Data on Subject | Comp #1: Colonial Park Townhomes, 36 Georgetown Square, Euclid, Cuy. Cty | Comp #1 Adj. | Comp #2: Willo Arms, 27201 Brush Avenue, Euclid, Cuy. Cty. | Comp #2 Adj. | Comp #3: Water's Edge Apts., 23951 Lakeshore Blvd, Euclid, Cuy. Cty. | Comp #3 Adj. | Comp #4: Americana Apts., 24451 Lakeshore Blvd, Euclid, Cuy. Cty. | Comp #4 Adj. | Comp #5: Loganberry Ridge, 26720 Whiteway Drive, Richmond Hts., Cuy Cty | Comp #5 Adj. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | — | | — | | — | | — | | — |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $655 | $0.52 | $595 | $0.57 | $740 | $0.69 | $715 | $0.58 | $675 | $0.70 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| 6 | **Structure / Stories** | G/3 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | — | | — | | — | | — | | — |
| 11 | **# Bedrooms** | 3 | | | | | | | | | | |
| 12 | **# Baths** | 1.5 | | | | | | | | ($15) | | |
| 13 | **Unit Interior Sq. Ft.** | 1071 | | ($27) | | $3 | | | | ($25) | | $17 |
| 14 | **Balcony/ Patio** | N | | ($5) | | ($5) | | ($5) | | ($5) | | |
| 15 | **AC: Central/ Wall** | C | | | | | | | | | | — |
| 16 | **Range/ refrigerator** | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | 'L&HU | | $5 | | | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | C | | | | — | | | | | | |
| 20 | **Window Coverings** | N | | ($5) | | — | | ($5) | | — | | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | L | | ($25) | | | | | | | | |
| 25 | **Extra Storage** | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | $25 | | $25 | | | | | | |
| 34 | **Cooling (in rent?/ type)** | Y/E | | $10 | | $10 | | $10 | | $10 | | |
| 35 | **Cooking (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | $15 | | $15 | | | | | | |
| 37 | **Other Electric** | Y | | $25 | | $25 | | $25 | | $25 | | [illegible] |
| 38 | **Cold Water/ Sewer** | Y/Y | | $25 | | — | | — | | — | | — |
| 39 | **Trash /Recycling** | Y/N | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 8 | | 6 | | 7 | | 7 | | 6 |
| 41 | **Sum Adjustments B to D** | — | | ($132) | | ($55) | | ($75) | | ($100) | | ($70) |
| 42 | **Sum Utility Adjustments** | — | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | — | | *$242* | | *$138* | | *$120* | | *$145* | | *$132* |
| 44 | Adjusted Rent (5+ 43) | — | $633 | | $623 | | $710 | | $660 | | $667 | |
| 45 | Adj Rent/Last rent | | | 97% | | 105% | | 96% | | 92% | | 99% |
| 46 | Estimated Market Rent | $630 | $0.59 | | | | | | | | | |

Appraiser's Signature [signature] Date 3/18/04

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* *Unit Type* **THREE BEDROOM** *Subject's FHA #:*

| | *Subject* | Data on Subject | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lakeshore Village<br>16024 Lakeshore Boulevard<br>Cleveland, Cuyahoga County | | Colonial Park Townhomes<br>36 Georgetown Square<br>Euclid, Cuy. Cty | | Willo Arms<br>27201 Brush Avenue<br>Euclid, Cuy. Cty. | | Water's Edge Apts.<br>23951 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | Americana Apts.<br>24451 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | Loganberry Ridge<br>26720 Whiteway Drive<br>Richmond Hts., Cuy Cty | |
| 1 | **$ Last Rent / Restricted?** | [redacted] | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $675 | $0.54 | $550 | $0.52 | $699 | $0.65 | $725 | $0.59 | $655 | $0.68 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| 6 | **Structure / Stories** | G/3 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | **Yr. Built/Yr. Renovated** | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | G | | — | | — | | — | | — | | — |
| 10 | **Same Market? Miles to Subj** | | | | | | | | | | | |
| 11 | **# Bedrooms** | 3 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | **# Baths** | 1.5 | | | | | | | | ($15) | | |
| 13 | **Unit Interior Sq. Ft.** | 1071 | | ($27) | | $3 | | | | ($25) | | $17 |
| 14 | **Balcony/ Patio** | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | **AC: Central/ Wall** | C | | | | | | | | | | |
| 16 | **Range/ refrigerator** | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | 'L&HU | | $5 | | — | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | C | | | | — | | | | — | | |
| 20 | **Window Coverings** | N | | ($5) | | | | ($5) | | | | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | L | [redacted] | ($25) | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 25 | **Extra Storage** | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | [redacted] | $30 | [redacted] | $30 | [redacted] | | [redacted] | | [redacted] | |
| 34 | **Cooling (in rent?/ type)** | Y/E | | $10 | | $10 | | $10 | | $10 | | $10 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | $15 | | $15 | | | | | | |
| 37 | **Other Electric** | Y | | $30 | | $30 | | $30 | | $30 | | $30 |
| 38 | **Cold Water/ Sewer** | Y/Y | | $25 | | — | | — | | | | |
| 39 | **Trash /Recycling** | Y/N | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 8 | | 6 | | 7 | | 7 | | 6 |
| 41 | **Sum Adjustments B to D** | | | ($132) | | ($55) | | ($75) | | ($100) | | ($70) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | ***Net/ Gross Adjmts B to E*** | | | *$252* | | *$148* | | *$125* | | *$150* | | *$137* |
| 44 | **Adjusted Rent (5+ 43)** | | $663 | | $588 | | $674 | | $675 | | $652 | |
| 45 | Adj Rent/Last rent | | | 98% | | 107% | | 96% | | 93% | | 100% |
| | **Estimated Market Rent** | $660 | $0.62 | | | | | | | | | |

Appraiser's Signature 3/10/04 Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8