Attachment 12

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* — *Unit Type*: THREE BEDROOM — *Subject's FHA #:*

| # | *Subject*<br>Lakeshore Village<br>16024 Lakeshore Boulevard<br>Cleveland, Cuyahoga County | Data on Subject | *Comp #1*<br>Colonial Park Townhomes<br>36 Georgetown Square<br>Euclid, Cuy. Cty | | *Comp #2*<br>Willo Arms<br>27201 Brush Avenue<br>Euclid, Cuy. Cty. | | *Comp #3*<br>Water's Edge Apts.<br>23951 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | *Comp #4*<br>Americana Apts.<br>24451 Lakeshore Blvd<br>Euclid, Cuy. Cty. | | *Comp #5*<br>Loganberry Ridge<br>26720 Whiteway Drive<br>Richmond Hts., Cuy Cty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | — | | — | | — | | — | | — |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$690** | $0.55 | **$590** | $0.56 | **$699** | $0.65 | **$750** | $0.61 | **$655** | $0.68 |
| | *In Parts B thru E, adjust only for differences the subject's market values* | | | | | | | | | | | |
| 6 | **Structure / Stories** | G/3 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | — | | — | | — | | — | | — |
| 11 | **# Bedrooms** | 3 | | | | | | | | | | |
| 12 | **# Baths** | 1.5 | | | | | | | | ($15) | | |
| 13 | **Unit Interior Sq. Ft.** | 1071 | | ($27) | | $3 | | | | ($25) | | $17 |
| 14 | **Balcony/ Patio** | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | **AC: Central/ Wall** | C | | | | | | | | | | |
| 16 | **Range/ refrigerator** | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | L&HU | | $5 | | — | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | C | | | | | | | | | | |
| 20 | **Window Coverings** | N | | ($5) | | — | | ($5) | | — | | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | | | | | | | | | | |
| 22 | **Special Features** | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | L | | ($25) | | | | | | | | |
| 25 | **Extra Storage** | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | N | | | | | | | | | | |
| 30 | **Service Coordination** | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | | $30 | | $30 | | | | | | |
| 34 | **Cooling (in rent?/ type)** | Y/E | | $10 | | $10 | | $10 | | $10 | | $10 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | $15 | | $15 | | | | | | |
| 37 | **Other Electric** | Y | | $30 | | $30 | | $30 | | $30 | | $30 |
| 38 | **Cold Water/ Sewer** | Y/Y | | $25 | | — | | — | | — | | — |
| 39 | **Trash /Recycling** | Y/N | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | 8 | | 6 | | 7 | | 7 | | 6 |
| 41 | **Sum Adjustments B to D** | | | ($132) | | ($55) | | ($75) | | ($100) | | ($70) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| 43 | *Net/ Gross Adjmts B to E* | | | $252 | | $148 | | $125 | | $150 | | $137 |
| | **Adjusted Rent (5+ 43)** | | $678 | | $628 | | $674 | | $700 | | $652 | |
| 45 | Adj Rent/Last rent | | | 98% | | 106% | | 96% | | 93% | | 100% |
| | **Estimated Market Rent** | $670 | $0.63 | | | | | | | | | |

[signature] Appraiser's Signature

3/18/04 Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12

OMB Approval # 2502-0507 (exp. 7/01)

*Rent Comparability Grid* *Unit Type* **THREE BEDROOM** *Subject's FHA #:*

| | | Subject: Lakeshore Village, 16024 Lakeshore Boulevard, Cleveland, Cuyahoga County | Data on Subject | Comp #1: Colonial Park Townhomes, 36 Georgetown Square, Euclid, Cuy. Cty | | Comp #2: Willo Arms, 27201 Brush Avenue, Euclid, Cuy. Cty. | | Comp #3: Water's Edge Apts., 23951 Lakeshore Blvd, Euclid, Cuy. Cty. | | Comp #4: Americana Apts., 24451 Lakeshore Blvd, Euclid, Cuy. Cty. | | Comp #5: Loganberry Ridge, 26720 Whiteway Drive, Richmond Hts., Cuy Cty | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **$ Last Rent / Restricted?** | | | | — | | — | | — | | — | | — |
| 2 | **Date Last Leased (mo/yr)** | | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | | | | | | | | | | |
| 4 | **Occupancy for Unit Type** | | | | | | | | | | | | |
| 5 | **Effective Rent & Rent/ sq. ft** | | | **$745** | $0.60 | **$640** | $0.61 | **$745** | $0.69 | **$779** | $0.63 | **$725** | $0.76 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | | |
| 6 | **Structure / Stories** | | G/3 | | | | | | | | | | |
| 7 | **Yr. Built/Yr. Renovated** | | 1982 | | | | | | | | | | |
| 8 | **Condition /Street Appeal** | | F/F | | ($30) | | ($20) | | ($20) | | ($20) | | ($20) |
| 9 | **Neighborhood** | | G | | | | | | | | | | |
| 10 | **Same Market? Miles to Subj** | | | | — | | — | | — | | — | | — |
| 11 | **# Bedrooms** | | 3 | | | | | | | | | | |
| 12 | **# Baths** | | 1.5 | | | | | | | | ($15) | | |
| 13 | **Unit Interior Sq. Ft.** | | 1071 | | ($27) | | $3 | | | | ($25) | | $17 |
| 14 | **Balcony/ Patio** | | N | | ($5) | | ($5) | | ($5) | | ($5) | | — |
| 15 | **AC: Central/ Wall** | | C | | | | | | | | | | |
| 16 | **Range/ refrigerator** | | Y/Y | | | | | | | | | | |
| 17 | **Microwave/ Dishwasher** | | N/N | | ($10) | | ($10) | | ($10) | | | | ($10) |
| 18 | **Washer/Dryer** | | 'L&HU | | $5 | | — | | $5 | | $5 | | $5 |
| 19 | **Floor Coverings** | | C | | | | — | | | | — | | |
| 20 | **Window Coverings** | | N | | ($5) | | | | ($5) | | | | ($5) |
| 21 | **Cable/ Satellite/Internet** | | C | | | | | | | | | | |
| 22 | **Special Features** | | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | | L | | ($25) | | | | | | | | |
| 25 | **Extra Storage** | | N | | | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 28 | **Pool/ Recreation Areas** | | N/N | | ($25) | | ($10) | | ($25) | | ($25) | | ($25) |
| 29 | **Business Ctr / Nbhd Netwk** | | N | | | | | | | | | | |
| 30 | **Service Coordination** | | N | | | | | | | | | | |
| 31 | **Non-shelter Services** | | N | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | | Y/G | | $30 | | $30 | | | | | | |
| 34 | **Cooling (in rent?/ type)** | | Y/E | | $10 | | $10 | | $10 | | $10 | | $10 |
| 35 | **Cooking (in rent?/ type)** | | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | | Y/G | | $15 | | $15 | | | | | | |
| 37 | **Other Electric** | | Y | | $30 | | $30 | | $30 | | $30 | | $30 |
| 38 | **Cold Water/ Sewer** | | Y/Y | | $25 | | — | | — | | — | | — |
| 39 | **Trash /Recycling** | | Y/N | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | | | 8 | | 6 | | 7 | | 7 | | 6 |
| 41 | **Sum Adjustments B to D** | | | | ($132) | | ($55) | | ($75) | | ($100) | | ($70) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | | |
| 43 | ***Net/ Gross Adjmts B to E*** | | | | *$252* | | *$148* | | *$125* | | *$150* | | *$137* |
| | **Adjusted Rent (5+ 43)** | | | $733 | | $678 | | $720 | | $729 | | $722 | |
| 45 | Adj Rent/Last rent | | | | 98% | | 106% | | 97% | | 94% | | 100% |
| | **Estimated Market Rent** | | $720 | $0.67 | | | | | | | | | |

Appraiser's Signature

3/18/04
Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8


L A K E
Subject
Cleveland Lakefront State Park Euclid Beach
Briardale Greens Golf Course
EUCLID
WICKL
RICHMOND
Cuyahoga County Airport
HEIGHTS
EAST CLEVELAND
Forest Hills Park
CLEVELAND HEIGHTS
EUCLID
SOUTH
LYNDHURST
Mayfield Country Club
Acacia Country Club
Oakwood Country Club
UNIVERSITY HEIGHTS
CEDAR
MAYFIELD
1
2
3
4
5



Rent Comparable 1



Rent Comparable 2



Rent Comparable 3



Rent Comparable 4



Rent Comparable 5

*Attachment #1a*

*Appraiser Certification*

*Project Name:* Lakeshore Village *FHA Project No :* ____________________

***By my signature below, I certify that, to the best of my knowledge and belief:***

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek, Jr inspected the interior and exterior of the subject property. Richard G. Racek, Jr inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ____________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices:

    ____________________.

**Warning: If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.**

Appraiser's Name: Richard G. Racek, Jr. Signature: [signature]

Date: 3/18/04

Permanent License No: 428964 Issuing State: Ohio

Expires: 7/04

Did you prepare the RCS under a temporary license? No *If so, attach a copy of the temporary license.*

# APPRAISER QUALIFICATIONS OF
# RICHARD G. RACEK, JR., MAI

**BUSINESS ADDRESS:**

1110 Euclid Avenue, Suite 300, Cleveland, Ohio 44115

**EDUCATION:**

Graduate, Ohio State University, Class of 1996
B.S. in Business Administration With a Major
in Real Estate and Urban Analysis

**FIELD OF STUDY:**

Real Estate Appraising, Real Estate Law, Real Estate Financing, City and Regional Planning, and Architecture

Appraisal Institute Courses:

| | |
|---|---|
| Appraisal Principles 110 | General Applications 320 |
| Appraisal Procedures 120 | Standards of Prof. Prac. Part A |
| Basic Income Capitalization 310 | Standards of Prof. Prac. Part B |

Advanced Income Capitalization 510
Highest & Best Use and Market Analysis 520
Advanced Sales Comparison & Cost Approaches 530
Report Writing and Valuation Analysis 540
Advanced Applications 550

**EXPERIENCE:**

1996-Present

Real Estate Appraiser
Calabrese, Racek and Markos, Inc.
Cleveland, Ohio

June 1989 - 1996

Real Estate/Intern
Calabrese, Racek and Markos, Inc.
Cleveland, Ohio

**SCOPE OF APPRAISAL EXPERIENCE:**

Comprehensive background in commercial, industrial, residential and multi-family real estate appraisal. Including: various new and proposed commercial and industrial properties in Greater Cleveland and throughout the State of Ohio, including but not limited to offices, strip shopping centers, apartments, heavy industrial complexes, multiple occupancy light industrial complexes, vacant land, residential, restaur auto dealerships and special use properties. Expert testimony has been p at numerous Board of Revisions and the Ohio Board of Tax Appeals. This w been completed at the request of various commercial banks, major insur companies, government agencies, many commercial and industrial corporations, attorneys and private individuals.

**STATE LICENSE/ CERTIFICATES:**

Licensed real estate sales person, State of Ohio
Certified General Real Estate Appraiser, State of Ohio
Certificate #428964

**MEMBERSHIPS:**

MAI - Appraisal Institute

Revised 06/17/03

# APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser: Richard G. Racek, Jr.

2. Class of Certification/Licensure:

X Certified General
___ Certified Residential
___ Licensed Residential
___ Temporary ___ General ___ Licensed

Certification/Licensure Number: 428964

3. Scope: This report X is within the scope of my Certification/License

is not within the scope of my Certification/License

4. Service provided by: X disinterested & unbiased third party
___ interested & biased third party
interested third party on contingent fee basis

5. Signature of person preparing and reporting the appraisal

[signature]

THIS FORM MUST BE INCLUDED IN CONJUNCTION WITH ALL APPRAISAL ASSIGNMENTS OR SPECIALIZED SERVICES PERFORMED BY A STATE-CERTIFIED OR STATE-LICENSED REAL ESTATE APPRAISER.

State of Ohio
Department of Commerce
Division of Real Estate
Appraiser Section
Cleveland OH
(216) 787-3100

federal register

Tuesday
March 7, 1995

# Part II

# Department of Housing and Urban Development

Office of the Secretary

24 CFR Part 888

Section 8 Housing Assistance Payment Programs: Contract Rent Annual Adjustment Factors; Final Rule

12594 Federal Register / Vol. 60, No. 44 / Tuesday, March 7, 1995 / Rules and Regulations

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. N–95–3875; FR–3807–N–01]**

## Section 8 Housing Assistance Payments Program—Contract Rent Annual Adjustment Factors

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of revised contract rent annual adjustment factors.

**SUMMARY:** The United States Housing Act of 1937 requires that the assistance contracts signed by owners participating in the Department's Section 8 Housing Assistance Payments programs provide for annual or more frequent adjustment in the maximum monthly rentals for units covered by the contract to reflect changes based on fair market rents prevailing in a particular market area, or on a reasonable formula. This notice announces revised Annual Adjustment Factors (AAFs), which are based on a formula using data on residential rent and utilities cost changes from the Bureau of Labor Statistics Consumer Price Index (CPI) and the HUD Random Digit Dialing (RDD) rent change surveys.

**EFFECTIVE DATE:** March 7, 1995.

**FOR FURTHER INFORMATION CONTACT:** Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing [(202) 708–0477 (TDD) or (202) 708–0850 (voice)], for questions relating to the Section 8 Voucher, Certificate, and Moderate Rehabilitation programs; Barbara Hunter, Program Planning Division, Office of Multifamily Housing Management [(202) 708–3944 (TDD) or (202) 708–4594 (voice)], for questions relating to all other Section 8 programs; for technical information regarding the development of the schedules for specific areas or the method used for calculating the AAFs, Michael R. Allard, Economic and Market Analysis Division, Office of Policy Development and Research [(202) 708–0577 (TDD) or (202) 708–0770 (voice)]. Mailing address for above persons: Department of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410. (The above-listed telephone numbers are not toll-free.)

**SUPPLEMENTARY INFORMATION:** The Department of Housing and Urban Development Appropriations Act, 1995 (Pub. L. 103–327, approved September 28, 1994) provides that, "For any unit occupied by the same family at the time of the last annual rental adjustment, where the assistance contract provides for the adjustment of the maximum monthly rent by applying an annual adjustment factor and where the rent for a unit is otherwise eligible for an adjustment based on the full amount of the factor, 0.01 shall be subtracted from the amount of the factor, except that the factor shall not be reduced to less than 1.0". Schedule C, tables 1 and 2 contain separate AAFs for a unit occupied by the same family at the last annual adjustment (Table 2), and for a unit occupied by a new family since the last annual adjustment since (Table 1).

The revised AAFs are applicable for adjusting Contract Rents for contract anniversaries falling on or after November 8, 1994, the anniversary date for publication of a new annual adjustment factor.

### Applicability of AAFs to Various Section 8 Programs

In general, AAFs established by this Notice are used to adjust Contract Rents for Section 8 Housing Assistance Payments Program units. However, the specific application of the AAFs should be determined by reference to the HAP Contract and to appropriate program regulations or requirements.

AAFs are not used for the Section 8 Voucher program. Contract Rents for many projects receiving Section 8 subsidies under the Loan Management provisions of 24 CFR part 886, subpart A, and for projects receiving Section 8 subsidies under the Property Disposition provisions of 24 CFR part 886, subpart C, are adjusted, at HUD's option, either by applying the AAFs or by adjusting rents in accordance with 24 CFR 207.19(e).

Under the Section 8 Moderate Rehabilitation program, the public housing agency (PHA) applies the AAF to the base rent, not the Contract Rent.

### AAF Tables

The AAFs for FY 1995 are contained in Schedule C, tables 1 and 2 of this notice.

### AAF Areas

With several exceptions discussed below, the AAFs shown in Schedule C use the Office of Management and Budget's (OMB) most current definitions of metropolitan areas. HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for AAF areas because they closely correspond to housing market area definitions.

The exceptions are for six large metropolitan areas, where HUD considers the area covered by the OMB definitions to be larger than appropriate for use as a housing market area definition. HUD therefore modified the definitions for these areas by deleting some of the counties that OMB had added to its revised definitions. The following counties are deleted from the HUD definitions of AAF areas:

**Metropolitan Area Deleted Counties**

Atlanta, GA—Carroll, Pickens, and Walton Counties.
Chicago, IL—DeKalb, Grundy and Kendall Counties.
Cincinnati-Hamilton, OH-KY-IN—Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky and Ohio County, Indiana.
Dallas, TX—Henderson County.
New Orleans, LA—St. James Parish.
Washington, DC—Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren counties in Virginia.

Separate AAFs are listed in this publication for the above counties. The and the metropolitan area of which the are a part are identified with an asterisk (*) next to the area name. The asterisk denotes that there is a difference between the OMB metropolitan area and the HUD AAF area definitions for these areas.

Based on an evaluation of information submitted by local officials, HUD has determined that Spalding County is part of the Atlanta housing market area. Program units in Spalding County, therefore, will use the Atlanta, GA AAFs.

Each AAF applies to a specified geographical area and to units of all bedroom sizes. AAFs are provided for the metropolitan parts (exclusive of CPI areas) and the nonmetropolitan parts of the ten HUD regions, which, under HUD's reorganization plan have been renamed and are referred to as follows:

Region I (Boston) is now New England
Region II (New York) is now New York/New Jersey
Region III (Philadelphia) is now the Mid-Atlantic
Region IV (Atlanta) is now the Southeast
Region V (Chicago) is now the Midwest
Region VI (Fort Worth) is now the Southwest
Region VII (Kansas City) is now the Great Plains
Region VIII (Denver) is now Rocky Mountain
Region IX (San Francisco) is now Pacific/Hawaii
Region X (Seattle) is now Northwest/Alaska

AAFs, developed from local CPI surveys, also are provided for 103 separate metropolitan AAF areas.

Program participants should refer to the area definitions section at the end of