Case 1:04-cv-00805-CFL Document 22-22 Filed 11/05/2004 Page 1 of 10



Schedule C to make certain that they are using the correct AAFs. Units located in metropolitan areas with a local CPI survey must use the corresponding AAFs listed separately for those metropolitan areas. Units that are located in areas without a local CPI survey must use the appropriate HUD regional Metropolitan or Nonmetropolitan AAFs.

The AAF area definitions shown in Schedule C are listed in alphabetical order by State. The associated HUD region is shown next to each State name. Areas whose AAFs are determined by local CPI surveys are listed first. All CPI defined areas have separate AAF schedules and are shown with their corresponding county definitions or as metropolitan counties. Listed after the CPI defined areas (in those states that have such areas) are the metropolitan and nonmetropolitan counties of each State. In the six New England States, the listings are for counties or parts of counties as defined by towns or cities.

Puerto Rico and the Virgin Islands use the Southeast AAFs. All areas in Hawaii use the AAFs identified in the table as STATE: Hawaii, which are based on the CPI survey for the Honolulu metropolitan area. The Pacific Islands use the Pacific/Hawaii Nonmetropolitan AAFs. The Anchorage metropolitan area uses the AAFs based on the local CPI survey. All other areas in Alaska use the Northwest/Alaska Nonmetropolitan AAFs. Reflecting a decrease in the local CPI survey, the AAFs for the San Diego, CA MSA are shown as 1.00.

**Section 8 Certificate Program AAFs for Manufactured Home Spaces**

The AAFs in this publication identified as "Highest Cost Utility Excluded" are to be used for updating manufactured home space contract rents. The applicable AAF is determined by reference to the geographic listings contained in Schedule C, as described in the preceding section.

**Retroactivity**

Retroactivity is permitted to avoid any detriment to owners because of HUD's delay in the annual publication of the factors, as required by 24 CFR 888.202. Owners of Section 8 units (other than units assisted under the Section 8 Certificate, Moderate Rehabilitation, regular and SRO, Project-based Assistance Certificates, and FmHA programs) who have HAP Contracts with anniversary dates falling on November 8, 1994 through March 7, 1995 may request that the AAFs be applied retroactively to the anniversary date of their HAP Contracts.

The AAFs are not applied retroactively for units assisted under the Section 8 Certificate, Moderate Rehabilitation (both regular and SRO), Project-based Assistance Certificates, and the FmHA programs. The annual adjustments for these units are determined as of any anniversary date using the AAFs most recently published in the **Federal Register** (see 24 CFR 882.108(a)(1)(i) and 884.109(b)(2)).

**RDD Factors**

HUD uses the RDD regional surveys for calculating AAFs. The RDD survey method is based on a sampling procedure that uses computers to select a statistically random sample of rental housing, dial and keep track of the telephone calls and process the responses. RDD surveys are conducted to determine the rent change factors for the metropolitan parts (exclusive of CPI areas) and nonmetropolitan parts of the 10 HUD regions, a total of 20 surveys.

**AAF Formula**

The formula for calculating the AAFs for each area is as follows:

*For areas with CPI surveys:* (1) Changes in the shelter rent and utilities components were calculated based on the most recent CPI annual average change data; (2) the shelter rent factor was calculated by eliminating the effect of heating costs that are included in the rent of some of the units included in the CPI surveys; and (3) the gross rent factors were calculated by weighing the rent and utility components with the 1990 Census corresponding components.

*For areas using RDD surveys:* (1) The change in gross rent was calculated using the most recent RDD survey median gross rent for the respective metropolitan or nonmetropolitan parts of the HUD region; and (2) the change in shelter rent was calculated by subtracting median value of utilities costs from the median gross rent. The median cost of utilities was determined from the units in the RDD sample reporting that all utilities were paid by the tenant.

**Other Matters**

An environmental assessment is unnecessary, since revising Annual Adjustment Factors is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.200(l).

The General Counsel, as the Designated Official under section 6(a) of Executive Order 12612, Federalism, has determined that the policies contained in this Notice do not have federalism implications and, thus, are not subject to review under the Order. The Notice merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

The General Counsel, as the Designated Official under Executive Order 12606, The Family, has also determined that this Notice does not have potential significant impact on family formation, maintenance, and general well-being and, thus, is not subject to review under the Order. The Notice merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

The Catalog of Federal Domestic Assistance program number for Lower Income Housing Assistance programs (Section 8) is 14.156.

Accordingly, the Department publishes these Contract Rent Annual Adjustment Factors for the Section 8 Housing Assistance Payments Program as set forth in the following tables:

Dated: February 7, 1995.

**Henry Cisneros,**

*Secretary*

BILLING CODE 4210-32-P

Case 1:04-cv-00805-CFL Document 22-22 Filed 11/05/2004 Page 2 of 10



SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS FOR UNITS WITH TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1 015 | 1 015 | New England Nonmetropolitan | 1.008 | 1.005 |
| New York/New Jersey Metropolitan | 1 013 | 1 006 | New York/New Jersey Nonmetropolitan | 1.024 | 1.024 |
| Mid-Atlantic Metropolitan | 1 018 | 1.015 | Mid-Atlantic Nonmetropolitan | 1.020 | 1.012 |
| Southeast Metropolitan | 1.016 | 1 013 | Southeast Nonmetropolitan | 1.014 | 1.000 |
| Midwest Metropolitan | 1.029 | 1.030 | Midwest Nonmetropolitan | 1.014 | 1.003 |
| Southwest Metropolitan | 1.038 | 1 039 | Southwest Nonmetropolitan | 1.014 | 1.002 |
| Great Plains Metropolitan | 1.030 | 1.028 | Great Plains Nonmetropolitan | 1.022 | 1.022 |
| Rocky Mountain Metropolitan | 1.062 | 1.067 | Rocky Mountain Nonmetropolitan | 1.014 | 1.013 |
| Pacific/Hawaii Metropolitan | 1.018 | 1.016 | Pacific/Hawaii Nonmetropolitan | 1.014 | 1.011 |
| Northwest/Alaska Metropolitan | 1 038 | 1.040 | Northwest/Alaska Nonmetropolitan | 1.023 | 1.022 |
| STATE Hawaii | 1 037 | 1.032 | PMSA Akron, OH | 1.028 | 1.025 |
| MSA Anchorage, AK | 1.047 | 1.046 | PMSA Ann Arbor, MI | 1.022 | 1.025 |
| *Atlanta, GA | 1 029 | 1.025 | PMSA Atlantic-Cape May, NJ | 1.013 | 1.016 |
| PMSA Baltimore, MD | 1 024 | 1 024 | PMSA Bergen-Passaic, NJ | 1.027 | 1.025 |
| *COUNTY Berkeley, WV | 1 011 | 1 001 | PMSA Boston, MA-NH | 1.010 | 1.004 |
| PMSA Boulder-Longmont, CO | 1 068 | 1.074 | PMSA Brazoria, TX | 1.031 | 1.032 |
| PMSA Bremerton, WA | 1 024 | 1.020 | PMSA Bridgeport, CT | 1.027 | 1.025 |
| PMSA Brockton, MA | 1 010 | 1 004 | *COUNTY Brown, OH | 1.026 | 1.011 |
| PMSA Buffalo-Niagara Falls, NY | 1 037 | 1 028 | *COUNTY Carroll, GA | 1.031 | 1.025 |
| *Chicago, IL | 1 025 | 1 021 | *Cincinnati, OH-KY-IN | 1 021 | 1.013 |
| *COUNTY Clarke, VA | 1 010 | 1 002 | PMSA Cleveland-Lorain-Elyria, OH | 1.028 | 1.025 |

Case 1:04-cv-00805-CFL Document 22-22 Filed 11/05/2004 Page 3 of 10



SCHEDULE C - TABLE 2 CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1 005 | 1 005 | New England Nonmetropolitan | 1 000 | 1 000 |
| New York/New Jersey Metropolitan | 1 003 | 1 000 | New York/New Jersey Nonmetropolitan | 1 014 | 1 014 |
| Mid-Atlantic Metropolitan | 1 008 | 1 005 | Mid-Atlantic Nonmetropolitan | 1 010 | 1 002 |
| Southeast Metropolitan | 1 006 | 1 003 | Southeast Nonmetropolitan | 1 004 | 1.000 |
| Midwest Metropolitan | 1 019 | 1 020 | Midwest Nonmetropolitan | 1 004 | 1.000 |
| Southwest Metropolitan | 1 028 | 1 029 | Southwest Nonmetropolitan | 1 004 | 1.000 |
| Great Plains Metropolitan | 1 020 | 1 018 | Great Plains Nonmetropolitan | 1 012 | 1.012 |
| Rocky Mountain Metropolitan | 1 052 | 1 057 | Rocky Mountain Nonmetropolitan | 1 004 | 1.003 |
| Pacific/Hawaii Metropolitan | 1 008 | 1 006 | Pacific/Hawaii Nonmetropolitan | 1.004 | 1.001 |
| Northwest/Alaska Metropolitan | 1 028 | 1 030 | Northwest/Alaska Nonmetropolitan | 1 013 | 1.012 |
| STATE Hawaii | 1 027 | 1 022 | PMSA Akron, OH | 1 018 | 1 015 |
| MSA Anchorage, AK | 1.037 | 1 036 | PMSA Ann Arbor, MI | 1 012 | 1.015 |
| *Atlanta, GA | 1.019 | 1 015 | PMSA Atlantic-Cape May, NJ | 1 003 | 1 006 |
| PMSA Baltimore, MD | 1.014 | 1 014 | PMSA Bergen-Passaic, NJ | 1 017 | 1 015 |
| *COUNTY Berkeley, WV | 1 001 | 1 000 | PMSA Boston, MA-NH | 1 000 | 1 000 |
| PMSA Boulder-Longmont, CO | 1 058 | 1 064 | PMSA Brazoria, TX | 1 021 | 1.022 |
| PMSA Bremerton, WA | 1 014 | 1 010 | PMSA Bridgeport, CT | 1 017 | 1.015 |
| PMSA Brockton, MA | 1 000 | 1.000 | *COUNTY Brown, OH | 1 016 | 1.001 |
| PMSA Buffalo-Niagara Falls, NY | 1 027 | 1 018 | *COUNTY Carroll, GA | 1.021 | 1.015 |
| *Chicago, IL | 1 015 | 1 011 | *Cincinnati, OH-KY-IN | 1 011 | 1 003 |
| *COUNTY Clarke, VA | 1 000 | 1 000 | PMSA Cleveland-Lorain-Elyria, OH | 1 018 | 1.015 |

federal register

Friday
November 3, 1995

# Part IV

# Department of Housing and Urban Development

## Office of the Secretary

24 CFR Part 888

**Section 8 Housing Assistance Payments Program—Contract Rent Annual Adjustment Factors; Final Rule**

The quality of this microfiche is equivalent
to the condition of the original work.

WILLIAM S. HEIN & CO., INC.

Case 1:04-cv-00805-CFL Document 22-22 Filed 11/05/2004 Page 5 of 10



**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR–3952–N–01]**

## Section 8 Housing Assistance Payments Program—Contract Rent Annual Adjustment Factors

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of revised contract rent annual adjustment factors.

**SUMMARY:** The United States Housing Act of 1937 requires that the assistance contracts signed by owners participating in the Department's Section 8 Housing Assistance Payments programs provide for annual or more frequent adjustment in the maximum monthly rentals for units covered by the contract to reflect changes based on fair market rents prevailing in a particular market area, or on a reasonable formula. This document announces revised Annual Adjustment Factors (AAFs) for assistance contract anniversaries from October 1, 1995. The factors are based on a formula using data on residential rent and utilities cost changes from the most current Bureau of Labor Statistics Consumer Price Index (CPI) and the HUD Random Digit Dialing (RDD) rent change surveys.

**EFFECTIVE DATE:** October 1, 1995.

**FOR FURTHER INFORMATION CONTACT:** Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing [(202) 708–0477 (TDD) or (202) 708–0850 (voice)], for questions relating to the Section 8 Voucher, Certificate, and Moderate Rehabilitation programs; Barbara Hunter, Program Management Division, Office of Multifamily Asset Management and Disposition [(202) 708–3944 (TDD) or (202) 708–4594 (voice)], for questions relating to all other Section 8 programs; for technical information regarding the development of the schedules for specific areas or the method used for calculating the AAFs, Michael R. Allard, Economic and Market Analysis Division, Office of Policy Development and Research [(202) 708–0577 (TDD) or (202) 708–0770 (voice)]. Mailing address for above persons: Department of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410. (The above-listed telephone numbers are not toll-free.)

**SUPPLEMENTARY INFORMATION:** The fiscal year 1995 Department of Housing and Urban Development Appropriations Act (Pub. L. 103–327, approved September 28, 1994) contained special requirements for adjustment of Section 8 contract rents. Congress stipulated that,

> For any unit occupied by the same family at the time of the last annual rental adjustment, where the assistance contract provides for the adjustment of the maximum monthly rent by applying an annual adjustment factor and where the rent for a unit is otherwise eligible for an adjustment based on the full amount of the factor, 0.01 shall be subtracted from the amount of the factor, except that the factor shall not be reduced to less than 1.0.

Under the terms of the fiscal year 1995 appropriation, these amendments modified requirements for adjustment of Section 8 contract rents (under Section 8(c)(2)(A) of the United States Housing Act of 1937, 42 U.S.C. 1437f(c)(2)(A)) in fiscal year 1995 (i.e., until September 30, 1995). Thus these amendments sunset at the end of fiscal year 1995. At this time, the Congress has not yet enacted the regular HUD appropriation for fiscal year 1996. However, the Congress has enacted a continuing resolution to provide temporary funding for continuation of government activities carried out during fiscal year 1996 (until November 13 or enactment of a regular appropriation).

During the period of the continuing resolution, funds must be used in accordance with the same "authority and conditions" provided in the HUD appropriation act for fiscal year 1995.

Since the special rent adjustment requirements were contained in HUD's fiscal year 1995 appropriation act, and affect the use of available funds under the continuing resolution, the adjustment requirements are extended during the period of the continuing resolution. The legislative history of the fiscal year 1996 continuing resolution specifically confirms that the fiscal year 1995 adjustment requirements apply during the period of the fiscal year 1996 continuing resolution. (Colloquy of Senators Feinstein and Hatfield at Congressional Record, p. S 14638, September 29, 1995.)

For all Section 8 programs other than the Section 8 certificate program, HUD expects that the fiscal year 1996 appropriation, when enacted, will probably include the same Section 8 rent adjustment requirements in fiscal year 1996 that applied in fiscal year 1995 (and which were extended during the period of the fiscal year 1996 continuing resolution). For the Section 8 certificate program (both the tenant-based certificate program (24 CFR Part 982) and the project-based certificate program (24 CFR Part 983)), adjustment requirements may be amended to provide that:

> In the case of assistance under the certificate program, 0.01 shall be subtracted from the amount of the annual adjustment factor (except that the factor may not be reduced to less than 1.0), and the adjusted rent shall not exceed the rent for a comparable unassisted unit of similar quality, type, and age in the same market area.

(Section 204(b) of H.R. 2099 as passed by the Senate, September 27, 1995.)

During the continuing resolution period, rents will be adjusted by applying the fiscal year 1996 AAFs published in this notice. However, contract rents will be adjusted under the same procedures that were used in fiscal year 1995 under the terms of the fiscal year 1995 appropriation act. These procedures will be used for HAP contract anniversaries that fall during the period of the fiscal year 1996 continuing resolution—the period of fiscal year 1996 before enactment of the regular appropriation. For contract anniversaries that fall after enactment of the regular HUD appropriation for fiscal year 1996, contract rents will be adjusted in accordance with requirements of the appropriation as enacted.

In fiscal year 1995 HUD published two separate AAF tables. In this AAF notice for fiscal year 1996, HUD is again publishing two separate AAF tables. The AAFs for fiscal year 1996 are contained in Schedule C, tables 1 and 2 of this notice. Each AAF in table 2 is computed by subtracting 0.01 from the amount of the annual adjustment factors in table 1.

### Applicability of AAFs to Various Section 8 Programs

AAFs established by this Notice are used to adjust contract rents for Section 8 Housing Assistance Payments Program units. However, the specific application of the AAFs should be determined by reference to the HAP contract and to appropriate program regulations or requirements.

AAFs are not used for the Section 8 voucher program. Contract rents for some projects receiving Section 8 subsidies under the loan management provisions of 24 CFR part 886, subpart A, and for projects receiving Section 8 subsidies under the property disposition provisions of 24 CFR part 886, subpart C, are adjusted, at HUD's option, either by applying the AAFs or by adjusting rents in accordance with 24 CFR 207.19(e).

Under the Section 8 moderate rehabilitation program, the public housing agency (PHA) applies the AAF to the base rent component of the contract rent, not the full contract rent.

The quality of this microfiche is equivalent to the condition of the original work.

WILLIAM S. HEIN & CO., INC.

**Adjustment Procedures Under Fiscal Year 1996 Appropriation**

This section briefly summarizes procedures for contract rent adjustment:

(1) During the period of the fiscal year 1996 continuing resolution, and

(2) Under the appropriation for fiscal year 1996, when enacted.

The discussion of adjustment under the fiscal year 1996 appropriation assumes that:

—Except for the certificate program, the fiscal year 1996 appropriation will extend to fiscal year 1996 the same adjustment requirements that were contained in the fiscal year 95 appropriations (108 Stat. 2315).

—For the Section 8 certificate program, the fiscal year 96 appropriation will enact the special certificate program adjustment requirements as quoted above (from the Senate-passed appropriation bill).

If the enacted appropriation differs from these assumptions, contract rent adjustments will be made in accordance with requirements of the law as enacted.

The discussion in this **Federal Register** notice is intended to provide a broad orientation on procedures for adjustment under the fiscal year 1996 appropriations. Technical details and requirements will be described in HUD notices (by the HUD office of housing and the HUD office of public and Indian housing).

Because of statutory and structural distinctions between the various Section 8 programs, there are separate procedures for three program categories:

**Category 1: Section 8 New Construction, Substantial Rehabilitation and Moderate Rehabilitation Programs**

For category 1 programs, comparability applies if the pre-adjustment gross rent is above the published FMR. The Table 1 AAF factor is applied before determining comparability (rent reasonableness). If the comparable rent level (plus any initial difference) is lower than the adjusted contract rent amount (by application of the table 1 AAF), the comparable rent level (plus any initial difference) will be applied. (However, the pre-adjustment contract rent will not be decreased by application of comparability.)

In all other cases (i.e., unless contract rent is reduced by comparability):

—The table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.

—The table 2 AAF is used for a unit occupied by the same family since the last annual anniversary.

**Category 2: The Loan Management Program (Part 886, Subpart A) or Property Disposition Program (Part 886 Subpart C), Where Rents Are Adjusted by Applying the AAF**

At this time, rent adjustment in the Category 2 programs is not subject to comparability. (Comparability will again apply if HUD establishes regulations for conducting comparability studies under 42 U.S.C. 1437f(c)(2)(C).) Rents are adjusted by applying the full amount of the applicable AAF under this notice.

The applicable AAF is determined as follows:

—The table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.

—The table 2 AAF is used for a unit occupied by the same family since the last annual anniversary.

**Category 3: Section 8 Certificate Program**

*3.A Adjustment During Period of Continuing Resolution: Tenant-Based Certificate Program (Part 982)*

In the tenant-based certificate program:

—Comparability always applies, and

—The unit is always occupied by the same family since the last annual anniversary of the HAP contract (since a separate HAP contract is executed for each family).

In the tenant-based certificate program, the following procedures are used for adjustment of contract rents for anniversaries that fall during the period of the continuing resolution:

—The table 1 AAF factor is applied before determining comparability (rent reasonableness). If the comparable rent level is lower than the adjusted amount (by application of the table 1 AAF), the comparable rent level will be applied.

—The table 2 AAF is used in all other cases (i.e., unless contract rent is reduced by comparability).

*3.B Adjustment During Period of Continuing Resolution: Project-Based Certificate Program*

During the period of the continuing resolution, use same adjustment procedures as Category 2.

*3.C Adjustment After Enactment of Regular Appropriation Tenant-Based and Project-Based Certificate Programs*

After the enactment of the regular appropriation, the same adjustment procedure is used for rent adjustment in the tenant-based and project-based certificate programs. The following procedures are used:

—The table 2 AAF factor is *always* applied before determining comparability (rent reasonableness).

—Comparability *always* applies.

If the comparable rent level is lower than the adjusted amount (by application of the table 2 AAF), the comparable rent level will be applied.

**AAF Tables**

The AAFs for fiscal year 1996 are contained in Schedule C, tables 1 and 2 of this notice.

**AAF Areas**

Each AAF applies to a specified geographical area and to units of all bedroom sizes. AAFs are provided:

(1) for the metropolitan parts of the ten HUD regions exclusive of CPI areas;

(2) for the nonmetropolitan parts of these regions, and

(3) for 102 separate metropolitan AAF areas for which local CPI survey data are available.

With the several exceptions discussed below, the AAFs shown in Schedule C use the Office of Management and Budget's (OMB) most current definitions of metropolitan areas. HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for AAF areas because of their close correspondence to housing market area definitions.

The exceptions are for large metropolitan areas, where HUD considers the area covered by the OMB definitions to be larger than appropriate for use as a housing market area definition. HUD therefore modified the definitions for these areas by deleting some of the counties that OMB had added to its revised definitions. The following counties are deleted from the HUD definitions of AAF areas:

**Metropolitan Area—Deleted Counties**

Atlanta, GA—Carroll, Pickens, and Walton Counties.

Chicago, IL—DeKalb, Grundy and Kendall Counties.

Cincinnati–Hamilton, OH–KY–IN—Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana.

Dallas, TX—Henderson County.

Flagstaff, AZ–UT—Kane County, UT.

New Orleans, LA—St. James Parish.

Washington, DC–VA–MD–WV—Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren counties in Virginia.

Separate AAFs are listed in this publication for the above counties. They and the metropolitan area of which they are a part are identified with an asterisk

Case 1:04-cv-00805-CFL Document 22-22 Filed 11/05/2004 Page 7 of 10



(*) next to the area name. The asterisk denotes that there is a difference between the OMB metropolitan area and the HUD AAF area definitions for these areas.

Program participants should refer to the area definitions section at the end of Schedule C to make certain that they are using the correct AAFs. Units located in metropolitan areas with a local CPI survey must use the corresponding AAFs listed separately for those metropolitan areas. Units that are located in areas without a local CPI survey must use the appropriate HUD regional Metropolitan or Nonmetropolitan AAFs.

The AAF area definitions shown in Schedule C are listed in alphabetical order by State. The associated HUD region is shown next to each State name. Areas whose AAFs are determined by local CPI surveys are listed first. All CPI defined areas have separate AAF schedules and are shown with their corresponding county definitions or as metropolitan counties. Listed after the CPI defined areas (in those states that have such areas) are the metropolitan and nonmetropolitan counties of each State. In the six New England States, the listings are for counties or parts of counties as defined by towns or cities.

Puerto Rico and the Virgin Islands use the Southeast AAFs. All areas in Hawaii use the AAFs identified in the table as STATE: Hawaii, which are based on the CPI survey for the Honolulu metropolitan area. The Pacific Islands use the Pacific/Hawaii Nonmetropolitan AAFs. The Anchorage metropolitan area uses the AAFs based on the local CPI survey. All other areas in Alaska use the Northwest/Alaska Nonmetropolitan AAFs.

**Section 8 Certificate Program AAFs for Manufactured Home Spaces**

The AAFs in this publication identified as "Highest Cost Utility Excluded" are to be used to adjust manufactured home space contract rents. The applicable AAF is determined by reference to the geographic listings contained in Schedule C, as described in the preceding section.

**How Factors Are Calculated**

*AAF Formula*

AAFs for each area were calculated as follows:

For Areas With CPI Surveys:

(1) Changes in the shelter rent and utilities components were calculated based on the most recent CPI annual average change data;

(2) The shelter rent factor was calculated by eliminating the effect of heating costs that are included in the rent of some of the units included in the CPI surveys; and

(3) The gross rent factors were calculated by weighing the rent and utility components with the 1990 Census corresponding components.

For Areas Without CPI Surveys:

(1) HUD used RDD regional surveys to calculate AAFs. The RDD survey method is based on a sampling procedure that uses computers to select a statistically random sample of rental housing, dial and keep track of the telephone calls and process the responses. RDD surveys are conducted to determine the rent change factors for the metropolitan parts (exclusive of CPI areas) and nonmetropolitan parts of the 10 HUD regions, a total of 20 surveys.

(2) the change in gross rent was calculated using the most recent RDD survey median gross rent for the respective metropolitan or nonmetropolitan parts of the HUD region; and

(3) the change in shelter rent was calculated by subtracting median value of utilities costs from the median gross rent. The median cost of utilities was determined from the units in the RDD sample reporting that all utilities were paid by the tenant.

*Other Matters*

An environmental assessment is unnecessary, since revising Annual Adjustment Factors is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.200(l).

The General Counsel, as the Designated Official under section 6(a) of Executive Order 12612, *Federalism*, has determined that the policies contained in this Notice do not have federalism implications and, thus, are not subject to review under the Order. The Notice merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

The General Counsel, as the Designated Official under Executive Order 12606, *The Family*, has also determined that this Notice does not have potential significant impact on family formation, maintenance, and general well-being and, thus, is not subject to review under the Order. The Notice merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

The Catalog of Federal Domestic Assistance program number for Lower Income Housing Assistance programs (Section 8) is 14.156.

Accordingly, the Department publishes these Annual Adjustment Factors for the Section 8 Housing Assistance Payments Programs as set forth in the following tables:

Dated: September 21, 1995.

**Henry Cisneros,**

*Secretary.*

BILLING CODE 4210-32-P

The quality of this microfiche is equivalent
to the condition of the original work.

WILLIAM S. HEIN & CO., INC.

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS FOR UNITS WITH TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 072195

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.007 | 1.004 | New England Nonmetropolitan | 1.010 | 1.008 |
| New York/New Jersey Metropolitan | 1.030 | 1.034 | New York/New Jersey Nonmetropolitan | 1.014 | 1.014 |
| Mid-Atlantic Metropolitan | 1.031 | 1.033 | Mid-Atlantic Nonmetropolitan | 1.028 | 1.023 |
| Southeast Metropolitan | 1.033 | 1.040 | Southeast Nonmetropolitan | 1.015 | 1.020 |
| Midwest Metropolitan | 1.023 | 1.033 | Midwest Nonmetropolitan | 1.008 | 1.014 |
| Southwest Metropolitan | 1.021 | 1.026 | Southwest Nonmetropolitan | 1.029 | 1.042 |
| Great Plains Metropolitan | 1.027 | 1.040 | Great Plains Nonmetropolitan | 1.009 | 1.022 |
| Rocky Mountain Metropolitan | 1.071 | 1.080 | Rocky Mountain Nonmetropolitan | 1.019 | 1.020 |
| Pacific/Hawaii Metropolitan | 1.022 | 1.024 | Pacific/Hawaii Nonmetropolitan | 1.028 | 1.034 |
| Northwest/Alaska Metropolitan | 1.045 | 1.046 | Northwest/Alaska Nonmetropolitan | 1.028 | 1.030 |
| STATE Hawaii | 1.025 | 1.025 | PMSA Akron, OH | 1.018 | 1.017 |
| MSA Anchorage, AK | 1.027 | 1.035 | PMSA Ann Arbor, MI | 1.017 | 1.020 |
| *Atlanta, GA | 1.028 | 1.031 | PMSA Atlantic-Cape May, NJ | 1.014 | 1.013 |
| PMSA Baltimore, MD | 1.013 | 1.013 | PMSA Bergen-Passaic, NJ | 1.024 | 1.026 |
| *COUNTY Berkeley, WV | 1.017 | 1.018 | PMSA Boston, MA-NH | 1.008 | 1.006 |
| PMSA Boulder-Longmont, CO | 1.053 | 1.055 | PMSA Brazoria, TX | 1.025 | 1.030 |
| PMSA Bremerton, WA | 1.027 | 1.021 | PMSA Bridgeport, CT | 1.024 | 1.027 |
| PMSA Brockton, MA | 1.009 | 1.006 | *COUNTY Brown, OH | 1.028 | 1.023 |
| PMSA Buffalo-Niagara Falls, NY | 1.020 | 1.014 | *COUNTY Carroll, GA | 1.025 | 1.031 |
| *Chicago, IL | 1.024 | 1.039 | *Cincinnati, OH-KY-IN | 1.026 | 1.024 |
| *COUNTY Clarke, VA | 1.017 | 1.018 | PMSA Cleveland-Lorain-Elyria, OH | 1.018 | 1.017 |

Case 1:04-cv-00805-CFL Document 22-22 Filed 11/05/2004 Page 9 of 10



SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 072195

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.000 | 1.000 | New England Nonmetropolitan | 1.000 | 1.000 |
| New York/New Jersey Metropolitan | 1.020 | 1.024 | New York/New Jersey Nonmetropolitan | 1.004 | 1.004 |
| Mid-Atlantic Metropolitan | 1.022 | 1.023 | Mid-Atlantic Nonmetropolitan | 1.018 | 1.013 |
| Southeast Metropolitan | 1.023 | 1.030 | Southeast Nonmetropolitan | 1.005 | 1.010 |
| Midwest Metropolitan | 1.013 | 1.023 | Midwest Nonmetropolitan | 1.000 | 1.005 |
| Southwest Metropolitan | 1.011 | 1.016 | Southwest Nonmetropolitan | 1.019 | 1.032 |
| Great Plains Metropolitan | 1.017 | 1.030 | Great Plains Nonmetropolitan | 1.000 | 1.012 |
| Rocky Mountain Metropolitan | 1.061 | 1.070 | Rocky Mountain Nonmetropolitan | 1.009 | 1.010 |
| Pacific/Hawaii Metropolitan | 1.012 | 1.014 | Pacific/Hawaii Nonmetropolitan | 1.018 | 1.024 |
| Northwest/Alaska Metropolitan | 1.035 | 1.036 | Northwest/Alaska Nonmetropolitan | 1.018 | 1.020 |
| STATE, Hawaii | 1.015 | 1.015 | PMSA Akron, OH | 1.008 | 1.007 |
| MSA Anchorage, AK | 1.017 | 1.025 | PMSA Ann Arbor, MI | 1.007 | 1.010 |
| *Atlanta, GA | 1.018 | 1.021 | PMSA Atlantic-Cape May, NJ | 1.004 | 1.003 |
| PMSA Baltimore, MD | 1.003 | 1.003 | PMSA Bergen-Passaic, NJ | 1.014 | 1.016 |
| *COUNTY Berkeley, WV | 1.007 | 1.008 | PMSA Boston, MA-NH | 1.000 | 1.000 |
| PMSA Boulder-Longmont, CO | 1.043 | 1.045 | PMSA Brazoria, TX | 1.015 | 1.020 |
| PMSA Bremerton, WA | 1.017 | 1.011 | PMSA Bridgeport, CT | 1.014 | 1.017 |
| PMSA Brockton, MA | 1.000 | 1.000 | *COUNTY Brown, OH | 1.018 | 1.013 |
| PMSA Buffalo-Niagara Falls, NY | 1.010 | 1.004 | *COUNTY Carroll, GA | 1.016 | 1.021 |
| *Chicago, IL | 1.014 | 1.022 | *Cincinnati, OH-KY-IN | 1.016 | 1.014 |
| *COUNTY Clarke, VA | 1.007 | 1.008 | PMSA Cleveland-Lorain-Elyria, OH | 1.008 | 1.007 |

federal register

Monday
December 16, 1996

## Part IV

# Department of Housing and Urban Development

Office of the Secretary

24 CFR Part 888

**Section 8 Housing Assistance Payments Program; Contract Rent Annual Adjustment Factors, Fiscal Year 1997; Final Rule**