**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR–4157–N–01]**

# Section 8 Housing Assistance Payments Program; Contract Rent Annual Adjustment Factors Fiscal Year 1997

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Revised contract rent annual adjustment factors.

**SUMMARY:** The United States Housing Act of 1937 requires that the assistance contracts signed by owners participating in the Department's Section 8 Housing Assistance Payments programs provide for annual or more frequent adjustment in the maximum monthly rentals for units covered by the contract to reflect changes based on Fair Market Rents (FMRs) prevailing in a particular market area, or on a reasonable formula. This document announces revised Annual Adjustment Factors (AAFs) for assistance contract anniversaries from October 1, 1996. The factors are based on a formula using data on residential rent and utilities cost changes from the most current Bureau of Labor Statistics Consumer Price Index (CPI) survey and from HUD Random Digit Dialing (RDD) rent change surveys.

**EFFECTIVE DATE:** October 1, 1996.

**FOR FURTHER INFORMATION CONTACT:** Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing [(202) 708–0477], for questions relating to the Section 8 Voucher, Certificate, and Moderate Rehabilitation programs; Barbara D. Hunter, Program Management Division, Office of Multifamily Asset Management and Disposition [(202) 708–4162], for questions relating to all other Section 8 programs; Alan Fox, Economic and Market Analysis Division, Office of Policy Development and Research [(202) 708–0590; e-mail alan—fox@hud.gov], for technical information regarding the development of the schedules for specific areas or the methods used for calculating the AAFs. Mailing address for above persons: Department of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410. Hearing-or speech-impaired persons may contact the Federal Information Relay Service at 1–800–877–8339 (TTY) (Other than the "800" TDD number, the above-listed telephone numbers are not toll-free.)

**SUPPLEMENTARY INFORMATION:**

A special requirement for determining the AAF used for the adjustment of Section 8 contract rents is applicable in Federal Fiscal Year 1997 (October 1, 1996 to September 30, 1997.) In FY 1997, the law provides (42 U.S.C. 1437f(c)(2)(A), as amended in 108 Stat. 2315 (9/28/94) and 110 Stat 2874 (9/26/96)):

> Except for assistance under the certificate program, for any unit occupied by the same family at the time of the last annual rental adjustment, where the assistance contract provides for the adjustment of the maximum monthly rent by applying an annual adjustment factor and where the rent for a unit is otherwise eligible for an adjustment based on the full amount of the factor, 0.01 shall be subtracted from the amount of the factor, except that the factor shall not be reduced to less than 1.0. In the case of assistance under the certificate program, 0.01 shall be subtracted from the amount of the annual adjustment factor (except that the factor shall not be reduced to less than 1.0), and the adjusted rent shall not exceed the rent for a comparable unassisted unit of similar quality, type, and age in the market area.

This provision was amended by the FY 1997 appropriation (Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act of 1997, Pub. L. 104–204, approved September 26, 1996, 110 Stat. 2874). To implement the law, HUD is again publishing two separate AAF tables, contained in Schedule C, tables 1 and 2 of this document. Each AAF in table 2 is computed by subtracting 0.01 from the annual adjustment factor in table 1.

## Applicability of AAFs to Various Section 8 Programs

AAFs established by this document are used to adjust contract rents for Section 8 Housing Assistance Payments Program units. However, the specific application of the AAFs is determined by the law, the HAP contract, and appropriate program regulations or requirements.

AAFs are not used for the Section 8 voucher program.

Contract rents for some projects receiving Section 8 subsidies under the loan management program (24 CFR part 886, subpart A) and for projects receiving Section 8 subsidies under the property disposition program (24 CFR part 886, subpart C) are adjusted, at HUD's option, either by applying the AAFs or by adjusting rents in accordance with 24 CFR 207.19(e).

Under the Section 8 moderate rehabilitation program (both the regular program and the single room occupancy program), the public housing agency (PHA) applies the AAF to the base rent component of the contract rent, not the full contract rent.

## Adjustment Procedures Under Fiscal Year 1997 Appropriation

The discussion in this Federal Register document is intended to provide a broad orientation on procedures for adjustment under the FY 1997 appropriations. Technical details and requirements will be described in HUD notices (by the HUD Office of Housing and the HUD Office of Public and Indian Housing).

Because of statutory and structural distinctions between the various Section 8 programs, separate procedures are used for three program categories:

### *Category 1: Section 8 New Construction, Substantial Rehabilitation and Moderate Rehabilitation Programs*

In the Section 8 New Construction and Substantial Rehabilitation programs, the published AAF factor is applied to the pre-adjustment contract rent. In the Section 8 Moderate Rehabilitation program, the published AAF is applied to the pre-adjustment base rent.

For category 1 programs, the Table 1 AAF factor is applied before determining comparability (rent reasonableness.) Comparability applies if the pre-adjustment gross rent (pre-adjustment contract rent plus any allowances for tenant-paid utilities) is above the published FMR.

If the comparable rent level (plus any initial difference) is lower than the contract rent as adjusted by application of the table 1 AAF, the comparable rent level (plus any initial difference) will be the new contract rent. However, the pre-adjustment contract rent will not be decreased by application of comparability.

In all other cases (i.e., unless contract rent is reduced by comparability):

—The table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.

—The table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

### *Category 2: The Loan Management Program (Part 886, Subpart A) or Property Disposition Program (Part 886 Subpart C), Where Rents are Adjusted by Applying the AAF*

At this time, rent adjustment in the Category 2 programs is not subject to comparability. (Comparability will again apply if HUD establishes regulations for conducting comparability studies under 42 U.S.C. 1437f(c)(2)(C).) Rents are adjusted by applying the full amount of

Case 1:04-cv-00805-CFL Document 22-23 Filed 11/05/2004 Page 2 of 10



the applicable AAF under this document.

The applicable AAF is determined as follows:

—The table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
—The table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 3: Section 8 Certificate Program*

The same adjustment procedure is used for rent adjustment in both the tenant-based and project-based certificate programs. The following procedures are used:

—The Table 2 factor is always used in the Section 8 certificate program; the Table 1 factor is not used in this program.
—The Table 2 AAF factor is always applied before determining comparability (rent reasonableness).
—Comparability always applies. If the comparable rent level is lower than the contract rent as adjusted (by application of the Table 2 AAF), the comparable rent level will be the new contract rent. However, under the old form of HAP contract the housing authority may not reduce the rent below the initial rent.

*AAF Tables*

The AAFs for fiscal year 1996 are contained in Schedule C, tables 1 and 2 of this document. Two columns are shown in this table. The first column is to be used for units where the highest cost utility is included in the contract rent. The second column is to be used where it is excluded from the contract rent.

*AAF Areas*

Each AAF applies to a specified geographic area and to units of all bedroom sizes. AAFs are provided:

(1) For the metropolitan parts of the ten HUD regions exclusive of CPI areas; (2) for the nonmetropolitan parts of these regions, and (3) for 102 separate metropolitan AAF areas for which local CPI survey data are available.

With the exceptions discussed below, the AAFs shown in Schedule C use the Office of Management and Budget's (OMB) most current definitions of metropolitan areas. HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for AAF areas because of their close correspondence to housing market area definitions.

The exceptions are for certain large metropolitan areas, where HUD considers the area covered by the OMB definition to be larger than appropriate for use as a housing market area definition. In those areas, HUD has deleted some of the counties that OMB had added to its revised definitions. The following counties are deleted from the HUD definitions of AAF areas:

**Metropolitan Area and Deleted Counties**

Atlanta, GA: Carroll, Pickens, and Walton Counties.
Chicago, IL: DeKalb, Grundy and Kendall Counties.
Cincinnati-Hamilton, OH–KY–IN: Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana.
Dallas, TX: Henderson County.
Flagstaff, AZ–UT: Kane County, UT.
New Orleans, LA: St. James Parish.
Washington, DC–VA–MD–WV: Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren counties in Virginia.

Separate AAFs are listed in this publication for the above counties. They and the metropolitan area of which they are a part are identified with an asterisk (*) next to the area name. The asterisk denotes that there is a difference between the OMB metropolitan area and the HUD AAF area definition for these areas.

To make certain that they are using the correct AAFs, users should refer to the area definitions section at the end of Schedule C. For units located in metropolitan areas with a local CPI survey, AAFs are listed separately. For units located in areas without a local CPI survey, the appropriate HUD regional Metropolitan or Nonmetropolitan AAFs are used.

The AAF area definitions shown in Schedule C are listed in alphabetical order by State. The associated HUD region is shown next to each State name. Areas whose AAFs are determined by local CPI surveys are listed first. All metropolitan CPI areas have separate AAF schedules and are shown with their corresponding county definitions or as metropolitan counties. Listed after the metropolitan CPI areas (in those states that have such areas) are the non-CPI metropolitan and nonmetropolitan counties of each State. In the six New England States, the listings are for counties or parts of counties as defined by towns or cities.

Puerto Rico and the Virgin Islands use the Southeast AAFs. All areas in Hawaii use the AAFs identified in the table as "STATE: Hawaii," which are based on the CPI survey for the Honolulu metropolitan area. The Pacific Islands use the Pacific/Hawaii Nonmetropolitan AAFs. The Anchorage metropolitan area uses the AAFs based on the local CPI survey; all other areas in Alaska use the Northwest/Alaska Nonmetropolitan AAFs.

**Section 8 Certificate Program AAFS For Manufactured Home Spaces**

The AAFs in this publication identified as "Highest Cost Utility Excluded" are to be used to adjust manufactured home space contract rents. The applicable AAF is determined by reference to the geographic listings contained in Schedule C, as described in the preceding section.

**How Factors Are Calculated**

*For Areas With CPI Surveys:*

(1) Changes in the shelter rent and utilities components were calculated based on the most recent CPI annual average change data.

(2) The "Highest Cost Utility Excluded" column in Schedule C was calculated by eliminating the effect of heating costs that are included in the rent of some of the units included in the CPI surveys.

(3) The Highest Cost Utility Included" column in Schedule C was calculated by weighing the rent and utility components with the corresponding components from the 1990 Census.

*For Areas Without CPI Surveys:*

(1) HUD used RDD regional surveys to calculate AAFs. The RDD survey method is based on a sampling procedure that uses computers to select a statistically random sample of rental housing, dial and keep track of the telephone calls, and process the responses. RDD surveys are conducted to determine the rent change factors for the metropolitan parts (exclusive of CPI areas) and nonmetropolitan parts of the 10 HUD regions, a total of 20 surveys.

(2) The change in rent including the highest cost utility was calculated using the ratio of the most recent RDD survey median gross rents for the respective metropolitan or nonmetropolitan parts of the HUD region.

(3) The change in rent excluding the highest cost utility was calculated by subtracting the median value of utilities costs from the median gross rent. The median cost of utilities was determined from the units in the RDD sample which reported that all utilities were paid by the tenant.

*Other Matters*

Environmental Impact

An environmental assessment is unnecessary, since revising Annual Adjustment Factors is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.200(l).

Executive Order 12612, Federalism

The General Counsel, as the Designated Official under section 6(a) of Executive Order 12612, Federalism, has determined that the policies contained in this document do not have federalism implications and, thus, are not subject to review under the Order. The document merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

Executive Order 12606, The Family

The General Counsel, as the Designated Official under Executive Order 12606, The Family, has also determined that this document does not have potential significant impact on family formation, maintenance, and general well-being and, thus, is not subject to review under the Order. The document merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

The Catalog of Federal Domestic Assistance program number for Lower Income Housing Assistance programs (Section 8) is 14.156.

Accordingly, the Department publishes these Annual Adjustment Factors for the Section 8 Housing Assistance Payments Programs as set forth in the following tables:

Dated: December 2, 1996.

**Henry Cisneros,**

*Secretary.*

BILLING CODE 4210–32–P

Case 1:04-cv-00805-CFL Document 22-23 Filed 11/05/2004 Page 4 of 10



SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 111396

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|
| New England Metropolitan | 1.008 | 1.013 |
| New York/New Jersey Metropolitan | 1.004 | 1.002 |
| Mid-Atlantic Metropolitan | 1.026 | 1.036 |
| Southeast Metropolitan | 1.030 | 1.030 |
| Midwest Metropolitan | 1.022 | 1.027 |
| Southwest Metropolitan | 1.028 | 1.025 |
| Great Plains Metropolitan | 1.025 | 1.026 |
| Rocky Mountain Metropolitan | 1.058 | 1.062 |
| Pacific/Hawaii Metropolitan | 1.020 | 1.021 |
| Northwest/Alaska Metropolitan | 1.018 | 1.020 |
| STATE Hawaii | 1.009 | 1.006 |
| MSA Anchorage, AK | 1.014 | 1.017 |
| *Atlanta, GA | 1.043 | 1.057 |
| PMSA Baltimore, MD | 1.008 | 1.011 |
| *COUNTY Berkeley, WV | 1.019 | 1.022 |
| PMSA Boulder-Longmont, CO | 1.045 | 1.051 |
| PMSA Bremerton, WA | 1.018 | 1.018 |
| PMSA Brockton, MA | 1.029 | 1.034 |
| PMSA Buffalo-Niagara Falls, NY | 1.022 | 1.031 |
| *Chicago, IL | 1.040 | 1.043 |
| *COUNTY Clarke, VA | 1.019 | 1.022 |
| New England Nonmetropolitan | 1.023 | 1.035 |
| New York/New Jersey Nonmetropolitan | 1.024 | 1.026 |
| Mid-Atlantic Nonmetropolitan | 1.011 | 1.017 |
| Southeast Nonmetropolitan | 1.012 | 1.004 |
| Midwest Nonmetropolitan | 1.019 | 1.025 |
| Southwest Nonmetropolitan | 1.009 | 1.000 |
| Great Plains Nonmetropolitan | 1.021 | 1.011 |
| Rocky Mountain Nonmetropolitan | 1.040 | 1.037 |
| Pacific/Hawaii Nonmetropolitan | 1.014 | 1.012 |
| Northwest/Alaska Nonmetropolitan | 1.025 | 1.025 |
| PMSA Akron, OH | 1.023 | 1.032 |
| PMSA Ann Arbor, MI | 1.015 | 1.018 |
| PMSA Atlantic-Cape May, NJ | 1.016 | 1.014 |
| PMSA Bergen-Passaic, NJ | 1.026 | 1.028 |
| PMSA Boston, MA-NH | 1.029 | 1.034 |
| PMSA Brazoria, TX | 1.009 | 1.028 |
| PMSA Bridgeport, CT | 1.025 | 1.029 |
| *COUNTY Brown, OH | 1.021 | 1.040 |
| *COUNTY Carroll, GA | 1.035 | 1.057 |
| *Cincinnati, OH-KY-IN | 1.027 | 1.036 |
| PMSA Cleveland-Lorain-Elyria, OH | 1.023 | 1.032 |

Case 1:04-cv-00805-CFL Document 22-23 Filed 11/05/2004 Page 5 of 10



SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 111396

| | HIGHEST COST INCLUDED | UTILITY EXCLUDED | | HIGHEST COST INCLUDED | UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.000 | 1.003 | New England Nonmetropolitan | 1.013 | 1.025 |
| New York/New Jersey Metropolitan | 1.000 | 1.000 | New York/New Jersey Nonmetropolitan | 1.014 | 1.016 |
| Mid-Atlantic Metropolitan | 1.016 | 1.026 | Mid-Atlantic Nonmetropolitan | 1.001 | 1.007 |
| Southeast Metropolitan | 1.020 | 1.020 | Southeast Nonmetropolitan | 1.002 | 1.000 |
| Midwest Metropolitan | 1.012 | 1.017 | Midwest Nonmetropolitan | 1.009 | 1.015 |
| Southwest Metropolitan | 1.018 | 1.015 | Southwest Nonmetropolitan | 1.000 | 1.000 |
| Great Plains Metropolitan | 1.015 | 1.016 | Great Plains Nonmetropolitan | 1.011 | 1.001 |
| Rocky Mountain Metropolitan | 1.048 | 1.052 | Rocky Mountain Nonmetropolitan | 1.030 | 1.027 |
| Pacific/Hawaii Metropolitan | 1.010 | 1.011 | Pacific/Hawaii Nonmetropolitan | 1.004 | 1.002 |
| Northwest/Alaska Metropolitan | 1.008 | 1.010 | Northwest/Alaska Nonmetropolitan | 1.015 | 1.015 |
| STATE Hawaii | 1.000 | 1.000 | PMSA Akron, OH | 1.013 | 1.022 |
| MSA Anchorage, AK | 1.004 | 1.007 | PMSA Ann Arbor, MI | 1.005 | 1.008 |
| *Atlanta, GA | 1.033 | 1.047 | PMSA Atlantic-Cape May, NJ | 1.006 | 1.004 |
| PMSA Baltimore, MD | 1.000 | 1.001 | PMSA Bergen-Passaic, NJ | 1.016 | 1.018 |
| *COUNTY Berkeley, WV | 1.009 | 1.012 | PMSA Boston, MA-NH | 1.019 | 1.024 |
| PMSA Boulder-Longmont, CO | 1.035 | 1.041 | PMSA Brazoria, TX | 1.000 | 1.018 |
| PMSA Bremerton, WA | 1.008 | 1.008 | PMSA Bridgeport, CT | 1.015 | 1.019 |
| PMSA Brockton, MA | 1.019 | 1.024 | *COUNTY Brown, OH | 1.011 | 1.030 |
| PMSA Buffalo-Niagara Falls, NY | 1.013 | 1.021 | *COUNTY Carroll, GA | 1.025 | 1.047 |
| *Chicago, IL | 1.030 | 1.033 | *Cincinnati, OH-KY-IN | 1.017 | 1.026 |
| *COUNTY Clarke, VA | 1.009 | 1.012 | PMSA Cleveland-Lorain-Elyria, OH | 1.013 | 1.022 |

federal register

Wednesday
March 11, 1998

## Part II

# Department of Housing and Urban Development

24 CFR Part 888

Section 8 Housing Assistance Payments Program—Contract Rent Annual Adjustment Factors Fiscal Year 1998; Rule

Case 1:04-cv-00805-CFL Document 22-23 Filed 11/05/2004 Page 7 of 10



**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

**[Docket No. FR–4305–N–01]**

## Section 8 Housing Assistance Payments Program—Contract Rent Annual Adjustment Factors Fiscal Year 1998

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of revised contract rent Annual Adjustment Factors.

**SUMMARY:** The United States Housing Act of 1937 requires that assistance contracts signed by owners participating in the Department's Section 8 housing assistance payments programs provide for annual adjustment in the monthly rentals for units covered by the contract. This notice announces revised Annual Adjustment Factors (AAFs) for adjustment of contract rents on assistance contract anniversaries. The factors are based on a formula using data on residential rent and utilities cost changes from the most current Bureau of Labor Statistics Consumer Price Index (CPI) survey and from HUD Random Digit Dialing (RDD) rent change surveys.

**EFFECTIVE DATE:** March 11, 1998.

**FOR FURTHER INFORMATION CONTACT:** Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing [(202) 708–0477], for questions relating to the Section 8 Voucher, Certificate, and Moderate Rehabilitation programs; Allison Manning, Office of Special Needs Assistance Programs, Office of Community Planning and Development, [(202) 708–1234] for questions regarding the Single Room Occupancy Moderate Rehabilitation program; Frank M. Malone, Acting Director, Office of Asset Management and Disposition, Office of Housing [(202) 708–3730], for questions relating to all other Section 8 programs; and Alan Fox, Economic and Market Analysis Division, Office of Policy Development and Research [(202) 708–0590; e-mail alan__fox@hud.gov], for technical information regarding the development of the schedules for specific areas or the methods used for calculating the AAFs. Mailing address for above persons: Department of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410. Hearing- or speech-impaired persons may contact the Federal Information Relay Service at 1–800–877–8339 (TTY) (Other than the "800" TTY number, the above-listed telephone numbers are not toll-free.)

**SUPPLEMENTARY INFORMATION:**

### Applicability of AAFs to Various Section 8 Programs

AAFs established by this Notice are used to adjust contract rents for units assisted in the Section 8 housing assistance payments programs. However, the specific application of the AAFs is determined by the law, the HAP contract, and appropriate program regulations or requirements.

AAFs are not used for the Section 8 voucher program.

AAFs are not used for budget-based rent adjustments. Contract rents for projects receiving Section 8 subsidies under the loan management program (24 CFR part 886, subpart A) and for projects receiving Section 8 subsidies under the property disposition program (24 CFR part 886, subpart C) are adjusted, at HUD's option, either by applying the AAFs or by budget-based adjustments in accordance with 24 CFR 207.19(e). Budget-based adjustments are used for most Section 8/202 projects.

Under the Section 8 moderate rehabilitation program (both the regular program and the single room occupancy program), the public housing agency (PHA) applies the AAF to the base rent component of the contract rent, not the full contract rent.

### Use of Reduced AAF

As required by Section 8(c)(2)(A) of the United States Housing Act of 1937 (42 U.S.C. 1437f(c)(2)(A)), the AAF is reduced by .01:

—In the Section 8 certificate program, for all units.
—In other Section 8 programs, for a unit occupied by the same family at the time of the last annual rent adjustment (and where the rent is not reduced by application of comparability (rent reasonableness)).

The law provides that:

"Except for assistance under the certificate program, for any unit occupied by the same family at the time of the last annual rental adjustment, where the assistance contract provides for the adjustment of the maximum monthly rent by applying an annual adjustment factor and where the rent for a unit is otherwise eligible for an adjustment based on the full amount of the factor, 0.01 shall be subtracted from the amount of the factor, except that the factor shall not be reduced to less than 1.0. In the case of assistance under the certificate program, 0.01 shall be subtracted from the amount of the annual adjustment factor (except that the factor shall not be reduced to less than 1.0), and the adjusted rent shall not exceed the rent for a comparable unassisted unit of similar quality, type, and age in the market area." 42 U.S.C. 1437f(c)(2)(A).

This statutory language is now permanent law. Section 201(c) of the HUD appropriation for fiscal year 1998 provides that these provisions are effective through fiscal year 1998 (Pub. L. 105–65, approved October 27, 1997, Administrative Provisions). Section 2004 of the Balanced Budget Act of 1997 provides that these provisions are in effect through fiscal year 1999 and thereafter (Pub. L. 105–33, approved August 5, 1997).

To implement the law, HUD is again publishing two separate AAF Tables, contained in Schedule C, Tables 1 and 2 of this notice. Each AAF in Table 2 is computed by subtracting 0.01 from the annual adjustment factor in Table 1.

### Adjustment Procedures

The discussion in this Federal Register Notice is intended to provide a broad orientation on adjustment procedures. Technical details and requirements will be described in HUD notices (issued by the Office of Housing and the Office of Public and Indian Housing).

Because of statutory and structural distinctions among the various Section 8 programs, there are separate rent adjustment procedures for three program categories:

—The Section 8 new construction and substantial rehabilitation programs (including the Section 8 state agency program); and the moderate rehabilitation programs (including the moderate rehabilitation single room occupancy program).
—The Section 8 loan management (LM) Program (Part 886, Subpart A) and property disposition (PD) Program (Part 886 Subpart C).
—The Section 8 certificate program (including the project-based certificate (PBC) program).

*Category 1: Section 8 New Construction, Substantial Rehabilitation and Moderate Rehabilitation Programs*

In the Section 8 New Construction and Substantial Rehabilitation programs, the published AAF factor is applied to the pre-adjustment contract rent. In the Section 8 Moderate Rehabilitation program, the published AAF is applied to the pre-adjustment base rent.

For category 1 programs, the Table 1 AAF factor is applied before determining comparability (rent reasonableness). Comparability applies if the pre-adjustment gross rent (pre-adjustment contract rent plus any allowance for tenant-paid utilities) is above the published FMR.

If the comparable rent level (plus any initial difference) is lower than the contract rent as adjusted by application of the Table 1 AAF, the comparable rent level (plus any initial difference) will be the new contract rent. However, the pre-adjustment contract rent will not be decreased by application of comparability.

In all other cases (i.e., unless contract rent is reduced by comparability):

—The Table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.

—The Table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 2: The Loan Management Program (LM; Part 886, Subpart A) and Property Disposition Program (PD; Part 886, Subpart C)*

At this time, rent adjustment by the AAF in the Category 2 programs is not subject to comparability. (Comparability will again apply if HUD establishes regulations for conducting comparability studies under 42 U.S.C. 1437f(c)(2)(C).) Rents are adjusted by applying the full amount of the applicable AAF under this notice.

The applicable AAF is determined as follows:

—The Table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.

—The Table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 3: Section 8 Certificate Program*

The same adjustment procedure is used for rent adjustment in both the tenant-based and project-based certificate programs. The following procedures are used:

—The Table 2 AAF is always used in the Section 8 certificate program; the Table 1 AAF is not used in this program.

—The Table 2 AAF is always applied before determining comparability (rent reasonableness).

—Comparability always applies. If the comparable rent level is lower than the contract rent as adjusted by application of the Table 2 AAF, the comparable rent level will be the new contract rent.

(These procedures do not apply to an over-FMR tenancy in the Section 8 certificate program.)

AAF Tables

The AAFs for fiscal year 1998 are contained in Schedule C, Tables 1 and 2 of this notice. Two columns are shown in this Table. The first column is to be used for units where the highest cost utility is included in the contract rent. The second column is to be used where it is excluded from the contract rent (where the tenant pays for the utility).

AAF Areas

Each AAF applies to a specified geographic area and to units of all bedroom sizes. AAFs are provided:

(1) For the metropolitan parts of the ten HUD regions exclusive of CPI areas; (2) for the nonmetropolitan parts of these regions, and (3) for 99 separate metropolitan AAF areas for which local CPI survey data are available.

With the exceptions discussed below, the AAFs shown in Schedule C use the Office of Management and Budget's (OMB) most current definitions of metropolitan areas. HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for AAF areas because of their close correspondence to housing market area definitions.

The exceptions are for certain large metropolitan areas, where HUD considers the area covered by the OMB definition to be larger than appropriate for use as a housing market area definition. In those areas, HUD has deleted some of the counties that OMB had added to its revised definitions. The following counties are deleted from the HUD definitions of AAF areas:

| Metropolitan area | Deleted counties |
|---|---|
| Chicago, IL | DeKalb, Grundy and Kendall Counties. |
| Cincinnati-Hamilton, OH–KY–IN | Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana. |
| Dallas, TX | Henderson County. |
| Flagstaff, AZ–UT | Kane County, UT. |
| New Orleans, LA | St. James Parish. |
| Washington, DC–VA–MD–WV | Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren Counties in Virginia. |

Separate AAFs are listed in this publication for the above counties. They and the metropolitan area of which they are a part are identified with an asterisk (*) next to the area name. The asterisk indicates that there is a difference between the OMB metropolitan area and the HUD AAF area definition for these areas.

To make certain that they are using the correct AAFs, users should refer to the area definitions section at the end of Schedule C. For units located in metropolitan areas with a local CPI survey, AAFs are listed separately. For units located in areas without a local CPI survey, the appropriate HUD regional Metropolitan or Nonmetropolitan AAFs are used.

The AAF area definitions shown in Schedule C are listed in alphabetical order by State. The associated HUD region is shown next to each State name. Areas whose AAFs are determined by local CPI surveys are listed first. All metropolitan CPI areas have separate AAF schedules and are shown with their corresponding county definitions or as metropolitan counties. Listed after the metropolitan CPI areas (in those states that have such areas) are the non-CPI metropolitan and nonmetropolitan counties of each State. In the six New England States, the listings are for counties or parts of counties as defined by towns or cities.

Puerto Rico and the Virgin Islands use the Southeast AAFs. All areas in Hawaii use the AAFs identified in the Table as "STATE: Hawaii," which are based on the CPI survey for the Honolulu metropolitan area. The Pacific Islands use the Pacific/Hawaii Nonmetropolitan AAFs. The Anchorage metropolitan area uses the AAFs based on the local CPI survey; all other areas in Alaska use the Northwest/Alaska Nonmetropolitan AAFs.

Section 8 Certificate Program AAFs for Manufactured Home Spaces

The AAFs in this publication identified as "Highest Cost Utility Excluded" are to be used to adjust manufactured home space contract rents. The applicable AAF is determined by reference to the

Case 1:04-cv-00805-CFL Document 22-23 Filed 11/05/2004 Page 9 of 10



geographic listings contained in Schedule C, as described in the preceding section.

**How Factors Are Calculated**

*For Areas With CPI Surveys*

(1) Changes in the shelter rent and utilities components were calculated based on the most recent CPI annual average change data.

(2) The "Highest Cost Utility Included" column in Schedule C was calculated by weighing the rent and utility components with the corresponding components from the 1990 Census.

(3) The "Highest Cost Utility Excluded" column in Schedule C was calculated by eliminating the effect of heating costs that are included in the rent of some of the units in the CPI surveys.

*For Areas Without CPI Surveys*

(1) HUD used random digit dialing (RDD) regional surveys to calculate AAFs. The RDD survey method is based on a sampling procedure that uses computers to select a statistically random sample of rental housing, dial and keep track of the telephone calls, and process the responses. RDD surveys are conducted to determine the rent change factors for the metropolitan parts (exclusive of CPI areas) and nonmetropolitan parts of the 10 HUD regions, a total of 20 surveys.

(2) The change in rent with the highest cost utility included in the rent was calculated using the average of the ratios of gross rent in the current year RDD survey divided by the previous year's for the respective metropolitan or nonmetropolitan parts of the HUD region.

(3) The change in rent with the highest cost utility excluded (i.e., paid separately by the tenant) was calculated in the same manner, after subtracting the median values of utilities costs from the gross rents in the two years. The median cost of utilities was determined from the units in the RDD sample which reported that all utilities were paid by the tenant.

*Other Matters*

Environmental Impact

An environmental assessment is unnecessary, since revising Annual Adjustment Factors is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.19(c)(6).

Executive Order 12612, Federalism

The General Counsel, as the Designated Official under section 6(a) of Executive Order 12612, Federalism, has determined that the policies contained in this Notice do not have federalism implications and, thus, are not subject to review under the Order. The Notice merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

The Catalog of Federal Domestic Assistance program number for Lower Income Housing Assistance programs (Section 8) is 14.156.

Accordingly, the Department publishes these Annual Adjustment Factors for the Section 8 Housing Assistance Payments Programs as set forth in the following Tables:

Dated: February 20, 1998.

**Andrew Cuomo,**

*Secretary.*

BILLING CODE 4210–32–U

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 090597

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.013 | 1.013 | New England Nonmetropolitan | 1.017 | 1.016 |
| New York/New Jersey Metropolitan | 1.016 | 1.016 | New York/New Jersey Nonmetropolitan | 1.016 | 1.017 |
| Mid-Atlantic Metropolitan | 1.019 | 1.017 | Mid-Atlantic Nonmetropolitan | 1.023 | 1.022 |
| Southeast Metropolitan | 1.026 | 1.026 | Southeast Nonmetropolitan | 1.021 | 1.017 |
| Midwest Metropolitan | 1.025 | 1.026 | Midwest Nonmetropolitan | 1.023 | 1.021 |
| Southwest Metropolitan | 1.026 | 1.026 | Southwest Nonmetropolitan | 1.022 | 1.018 |
| Great Plains Metropolitan | 1.017 | 1.014 | Great Plains Nonmetropolitan | 1.019 | 1.017 |
| Rocky Mountain Metropolitan | 1.032 | 1.040 | Rocky Mountain Nonmetropolitan | 1.017 | 1.025 |
| Pacific/Hawaii Metropolitan | 1.014 | 1.020 | Pacific/Hawaii Nonmetropolitan | 1.009 | 1.018 |
| Northwest/Alaska Metropolitan | 1.015 | 1.019 | Northwest/Alaska Nonmetropolitan | 1.018 | 1.023 |
| STATE Hawaii | 1.004 | 1.002 | PMSA Akron, OH | 1.030 | 1.028 |
| MSA Anchorage, AK | 1.017 | 1.020 | PMSA Ann Arbor, MI | 1.033 | 1.032 |
| MSA Atlanta, GA | 1.056 | 1.057 | PMSA Atlantic-Cape May, NJ | 1.022 | 1.020 |
| PMSA Baltimore, MD | 1.024 | 1.018 | PMSA Bergen-Passaic, NJ | 1.029 | 1.028 |
| *COUNTY Berkeley, WV | 1.023 | 1.023 | PMSA Boston, MA-NH | 1.042 | 1.044 |
| PMSA Boulder-Longmont, CO | 1.053 | 1.059 | PMSA Brazoria, TX | 1.027 | 1.021 |
| PMSA Bremerton, WA | 1.029 | 1.028 | PMSA Bridgeport, CT | 1.029 | 1.027 |
| PMSA Brockton, MA | 1.042 | 1.044 | *COUNTY Brown, OH | 1.021 | 1.017 |
| PMSA Buffalo-Niagara Falls, NY | 1.029 | 1.021 | *Chicago, IL | 1.032 | 1.028 |
| *Cincinnati, OH-KY-IN | 1.020 | 1.018 | *COUNTY Clarke, VA | 1.023 | 1.023 |
| PMSA Cleveland-Lorain-Elyria, OH | 1.030 | 1.028 | *COUNTY Culpeper, VA | 1.023 | 1.023 |