**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

**[Docket No. FR–4715–N–01]**

## Section 8 Housing Assistance Payments Program—Contract Rent Annual Adjustment Factors, Fiscal Year 2002

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of revised contract rent annual adjustment factors.

**SUMMARY:** This Notice announces revised Annual Adjustment Factors (AAFs) for adjustment of Section 8 contract rents on housing assistance payment contract anniversaries from October 1, 2001. The AAFs are based on a formula using data on residential rent and utility cost changes from the most current Bureau of Labor Statistics Consumer Price Index (CPI) survey and from HUD's Random Digit Dialing (RDD) rent change surveys.

**EFFECTIVE DATE:** October 1, 2001.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Director, Real Estate and Housing Performance Division, Office of Public and Assisted Housing Delivery, can respond to questions relating to the Section 8 Voucher, Certificate, and Moderate Rehabilitation programs; Allison Manning, Office of Special Needs Assistance Programs, Office of Community Planning and Development, (202) 708–1234 for questions regarding the Single Room Occupancy Moderate Rehabilitation program; and Beverly Miller, Director, Office of Multifamily Asset Management, Office of Housing (202) 708–3730 for questions relating to all other Section 8 programs. Lynn A. Rodgers, Economic and Market Analysis Division, Office of Policy Development and Research (202) 708–0590, is the contact for technical information regarding the development of the schedules for specific areas or the methods used for calculating the AAFs. The mailing address for the above person is: Department of Housing and Urban Development, 451 Seventh Street, SW., Washington, DC 20410. Hearing- or speech-impaired persons may contact the Federal Information Relay Service at 1–800–877–8339 (TTY). (Other than the "800" TTY number, the above-listed telephone numbers are not toll-free.)

**SUPPLEMENTARY INFORMATION:** This Notice explains how AAFs are applied to various Section 8 programs. The first section of the Notice identifies to which programs and under what circumstances AAFs apply. The second section explains when and how to apply the statutory 1 percent reduction to AAFs. The third section describes the actual adjustment procedures. Next the Notice explains the content and applicability of the two AAF tables included in this Notice and provides detailed information on the geographical coverage of each AAF area. The Notice closes with a brief explanation of how HUD calculates AAFs.

### I. Section 8 Programs That Use the AAFS

AAFs established by this Notice are used to adjust contract rents for units assisted in certain Section 8 housing assistance payments programs, during the term of the HAP contract. Two categories of Section 8 program use the AAFs:

Category 1—The Section 8 new construction and substantial rehabilitation programs and the moderate rehabilitation program.

Category 2—The Section 8 loan management (LM) and property disposition (PD) programs.

Category 3—The Section 8 project-based certificate program (for outstanding pre-conversion HAP contracts).

Each Section 8 program category uses the AAFs differently. The specific application of the AAFs is determined by the law, the HAP contract, and appropriate program regulations or requirements.

AAFs are not used in the following cases:

- *Renewal Rents* AAFs are not used to determine renewal rents after expiration of the original Section 8 project-based HAP contract (either for projects where the Section 8 HAP contract is renewed under a restructuring plan adopted under 24 CFR part 401; or renewed without restructuring under 24 CFR part 402). In general, renewal rents are based on the applicable state-by-state operating cost adjustment factor (OCAF) published by HUD; the OCAF is applied to the previous year's contract rent minus debt service.
- *Voucher Program* AAFs are not used for any purpose in the Section 8 voucher program.
- *Budget-based Rents* AAFs are not used for budget-based rent adjustments. Contract rents for projects receiving Section 8 subsidies under the loan management program (24 CFR part 886, subpart A) and for projects receiving Section 8 subsidies under the property disposition program (24 CFR part 886, subpart C) are adjusted, at HUD's option, either by applying the AAFs or by budget-based adjustments in accordance with 24 CFR 207.19(e). Budget-based adjustments are used for most Section 8/202 projects.
- *Certificate Program* In the past, AAFs were used to adjust contract rent in the tenant-based certificate program (including manufactured home space rentals in the certificate program). However, this program has now been terminated. All tenancies have now been converted to the Voucher Program. AAFs are still used for adjustment of contract rent for outstanding HAP contracts under the project-based certificate program executed before conversion to the voucher program.

Under the Section 8 moderate rehabilitation program (both the regular program and the single room occupancy program), the public housing agency (PHA) applies the AAF to the base rent component of the contract rent, not the full contract rent. For the other covered programs, the AAF is applied to the whole amount of the pre-adjustment contract rent.

### II. Use of Reduced AAF

In accordance with Section 8(c)(2)(A) of the United States Housing Act of 1937 (42 U.S.C. 1437f(c)(2)(A)), the AAF is reduced by .01:

—For all tenancies assisted in the Section 8 project-based certificate program.

—In other Section 8 programs, for a unit occupied by the same family at the time of the last annual rent adjustment (and where the rent is not reduced by application of comparability (rent reasonableness)).

The law provides that:

> Except for assistance under the certificate program, for any unit occupied by the same family at the time of the last annual rental adjustment, where the assistance contract provides for the adjustment of the maximum monthly rent by applying an annual adjustment factor and where the rent for a unit is otherwise eligible for an adjustment based on the full amount of the factor, 0.01 shall be subtracted from the amount of the factor, except that the factor shall not be reduced to less than 1.0. In the case of assistance under the certificate program, 0.01 shall be subtracted from the amount of the annual adjustment factor (except that the factor shall not be reduced to less than 1.0), and the adjusted rent shall not exceed the rent for a comparable unassisted unit of similar quality, type, and age in the market area. 42 U.S.C. 1437f(c)(2)(A).

To implement the law, HUD publishes two separate AAF Tables, contained in Schedule C, Tables 1 and 2 of this notice. Each AAF in Table 2 has been computed by subtracting 0.01 from the annual adjustment factor in Table 1.

**III. Adjustment Procedures**

This section of the notice is intended to provide a broad description of adjustment procedures. Technical details and requirements are described in HUD notices. The notices are issued by the Office of Housing and the Office of Public and Indian Housing.

Because of statutory and structural distinctions among the various Section 8 programs, there are separate rent adjustment procedures for three program categories:

—The Section 8 new construction and substantial rehabilitation programs (including the Section 8 state agency program); and the moderate rehabilitation programs (including the moderate rehabilitation single room occupancy program).
—The Section 8 loan management (LM) Program (part 886, subpart A) and property disposition (PD) Program (part 886 subpart C).
—The project-based certificate [PBC] program (where the AHAP was entered prior to January 16, 2001).

*Category 1: Section 8 New Construction, Substantial Rehabilitation and Moderate Rehabilitation Programs*

In the Section 8 New Construction and Substantial Rehabilitation programs, the published AAF factor is applied to the pre-adjustment contract rent. In the Section 8 Moderate Rehabilitation program, the published AAF is applied to the pre-adjustment base rent.

For category 1 programs, the Table 1 AAF factor is applied before determining comparability (rent reasonableness). Comparability applies if the pre-adjustment gross rent (pre-adjustment contract rent plus any allowance for tenant-paid utilities) is above the published FMR.

If the comparable rent level (plus any initial difference) is lower than the contract rent as adjusted by application of the Table 1 AAF, the comparable rent level (plus any initial difference) will be the new contract rent. However, the pre-adjustment contract rent will not be decreased by application of comparability.

In all other cases (*i.e.*, unless the contract rent is reduced by comparability):

—The Table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
—The Table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 2: The Loan Management Program (LM; Part 886, Subpart A) and Property Disposition Program (PD; Part 886 Subpart C)*

At this time, rent adjustment by the AAF in the Category 2 programs is not subject to comparability. (Comparability will again apply if HUD establishes regulations for conducting comparability studies under 42 U.S.C. 1437f(c)(2)(C).) Rents are adjusted by applying the full amount of the applicable AAF under this notice.

The applicable AAF is determined as follows:

—The Table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
—The Table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 3: Section 8 Project-Based Certificate Program*

The following procedures are used to adjust contract rent for outstanding pre-conversion HAP contracts in the Section 8 Project-based Certificate program:

—The Table 2 AAF is always used; the Table 1 AAF is not used.
—The Table 2 AAF is always applied before determining comparability (rent reasonableness).
—Comparability always applies. If the comparable rent level is lower than the rent to owner (contract rent) as adjusted by application of the Table 2 AAF, the comparable rent level will be the new rent to owner.

AAF Tables

The AAFs are contained in Schedule C, Tables 1 and 2 of this notice. There are two columns in each table. The first column is used to adjust contract rent for units where the highest cost utility is included in the contract rent—*i.e.*, where the owner pays for the highest cost utility. The second column is used where the highest cost utility is not included in the contract rent—*i.e.*, where the tenant pays for the highest cost utility.

AAF Areas

Each AAF applies to a specified geographic area and to units of all bedroom sizes. AAFs are provided:

—For the metropolitan parts of the ten HUD regions exclusive of CPI areas;
—For the nonmetropolitan parts of these regions; and
—For separate metropolitan AAF areas for which local CPI survey data are available.

With the exceptions discussed below, the AAFs shown in Schedule C use the Office of Management and Budget's (OMB) most current definitions of metropolitan areas. HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for AAF areas because of their close correspondence to housing market area definitions.

The exceptions are for certain large metropolitan areas, where HUD considers the area covered by the OMB definition to be larger than appropriate for use as a housing market area definition. In those areas, HUD has deleted some of the counties that OMB had added to its revised definitions. The following counties are deleted from the HUD definitions of AAF areas:

*Metropolitan Area and Deleted Counties*

Chicago, IL: DeKalb, Grundy and Kendall Counties.
Cincinnati-Hamilton, OH–KY–IN: Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana.
Dallas, TX: Henderson County.
Flagstaff, AZ–UT: Kane County, UT.
New Orleans, LA: St. James Parish.
Washington, DC–VA–MD–WV: Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren counties in Virginia.

Separate AAFs are listed in this publication for the above counties. They and the metropolitan area of which they are a part are identified with an asterisk (*) next to the area name. The asterisk indicates that there is a difference between the OMB metropolitan area and the HUD AAF area definition for these areas.

To make certain that they are using the correct AAFs, users should refer to the area definitions section at the end of Schedule C. For units located in metropolitan areas with a local CPI survey, AAFs are listed separately. For units located in areas without a local CPI survey, the appropriate HUD regional Metropolitan or Nonmetropolitan AAFs are used.

The AAF area definitions shown in Schedule C are listed in alphabetical order by State. The associated HUD region is shown next to each State name. Areas whose AAFs are determined by local CPI surveys are listed first. All metropolitan CPI areas have separate AAF schedules and are shown with their corresponding county definitions or as metropolitan counties. Listed after the metropolitan CPI areas (in those states that have such areas) are the non-CPI metropolitan and nonmetropolitan counties of each State. In the six New England States, the

listings are for counties or parts of counties as defined by towns or cities.

Puerto Rico and the Virgin Islands use the Southeast AAFs. All areas in Hawaii use the AAFs identified in the Table as "STATE: Hawaii," which are based on the CPI survey for the Honolulu metropolitan area. The Pacific Islands use the Pacific/Hawaii Nonmetropolitan AAFs. The Anchorage metropolitan area uses the AAFs based on the local CPI survey; all other areas in Alaska use the Northwest/Alaska Nonmetropolitan AAFs.

How Factors Are Calculated

*For Areas With CPI Surveys:*

(1) Changes in the shelter rent and utilities components were calculated based on the most recent CPI annual average change data.

(2) The "Highest Cost Utility Included" column in Schedule C was calculated by weighting the rent and utility components with the corresponding components from the 1990 Census.

(3) The "Highest Cost Utility Excluded" column in Schedule C was calculated by eliminating the effect of heating costs that are included in the rent of some of the units in the CPI surveys.

*For Areas Without CPI Surveys:*

(1) HUD used random digit dialing (RDD) regional surveys to calculate AAFs. The RDD survey method is based on a sampling procedure that uses computers to select a statistically random sample of rental housing, dial and keep track of the telephone calls, and process the responses. RDD surveys are conducted to determine the rent change factors for the metropolitan parts (exclusive of CPI areas) and nonmetropolitan parts of the 10 HUD regions, a total of 20 surveys.

(2) The change in rent with the highest cost utility included in the rent was calculated using the average of the ratios of gross rent in the current year RDD survey divided by the previous year's for the respective metropolitan or nonmetropolitan parts of the HUD region.

(3) The change in rent with the highest cost utility excluded (*i.e.*, paid separately by the tenant) was calculated in the same manner, after subtracting the median values of utilities costs from the gross rents in the two years. The median cost of utilities was determined from the units in the RDD sample which reported that all utilities were paid by the tenant.

Accordingly, the Department publishes these Annual Adjustment Factors for the Section 8 Housing Assistance Payments Programs as set forth in the following Tables:

Dated: November 6, 2001.

**Mel Martinez,**

*Secretary.*

BILLING CODE 4210–62–P

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 092501

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.035 | 1.024 | New England Nonmetropolitan | 1.041 | 1.028 |
| New York/New Jersey Metropolitan | 1.022 | 1.014 | New York/New Jersey Nonmetropolitan | 1.025 | 1.013 |
| Mid-Atlantic Metropolitan | 1.032 | 1.024 | Mid-Atlantic Nonmetropolitan | 1.039 | 1.022 |
| Southeast Metropolitan | 1.029 | 1.025 | Southeast Nonmetropolitan | 1.026 | 1.015 |
| Midwest Metropolitan | 1.034 | 1.022 | Midwest Nonmetropolitan | 1.040 | 1.021 |
| Southwest Metropolitan | 1.034 | 1.025 | Southwest Nonmetropolitan | 1.043 | 1.019 |
| Great Plains Metropolitan | 1.026 | 1.017 | Great Plains Nonmetropolitan | 1.040 | 1.024 |
| Rocky Mountain Metropolitan | 1.033 | 1.022 | Rocky Mountain Nonmetropolitan | 1.034 | 1.019 |
| Pacific/Hawaii Metropolitan | 1.034 | 1.030 | Pacific/Hawaii Nonmetropolitan | 1.031 | 1.019 |
| Northwest/Alaska Metropolitan | 1.023 | 1.017 | Northwest/Alaska Nonmetropolitan | 1.025 | 1.017 |
| STATE Hawaii | 1.001 | 1.000 | PMSA Akron, OH | 1.059 | 1.022 |
| MSA Anchorage, AK | 1.023 | 1.029 | PMSA Ann Arbor, MI | 1.039 | 1.043 |
| MSA Atlanta, GA | 1.046 | 1.032 | PMSA Atlantic-Cape May, NJ | 1.034 | 1.030 |
| PMSA Baltimore, MD | 1.041 | 1.035 | PMSA Bergen-Passaic, NJ | 1.047 | 1.039 |
| •COUNTY Berkeley, WV | 1.043 | 1.034 | PMSA Boston, MA-NH | 1.074 | 1.063 |
| PMSA Boulder-Longmont, CO | 1.072 | 1.062 | PMSA Brazoria, TX | 1.038 | 1.028 |
| PMSA Bremerton, WA | 1.047 | 1.037 | PMSA Bridgeport, CT | 1.049 | 1.036 |
| PMSA Brockton, MA | 1.075 | 1.063 | •COUNTY Brown, OH | 1.038 | 1.028 |
| •Chicago, IL | 1.051 | 1.023 | •Cincinnati, OH-KY-IN | 1.034 | 1.029 |
| •COUNTY Clarke, VA | 1.043 | 1.034 | PMSA Cleveland-Lorain-Elyria, OH | 1.057 | 1.022 |
| •COUNTY Culpeper, VA | 1.042 | 1.034 | •Dallas, TX | 1.046 | 1.038 |

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 092501

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.025 | 1.014 | New England Nonmetropolitan | 1.031 | 1.018 |
| New York/New Jersey Metropolitan | 1.013 | 1.004 | New York/New Je.sey Nonmetropolitan | 1.015 | 1.003 |
| Mid-Atlantic Metropolitan | 1.022 | 1.014 | Mid-Atlantic Nonmetropolitan | 1.029 | 1.013 |
| Southeast Metropolitan | 1.019 | 1.015 | Southeast Nonmetropolitan | 1.016 | 1.005 |
| Midwest Metropolitan | 1.024 | 1.012 | Midwest Nonmetropolitan | 1.030 | 1.011 |
| Southwest Metropolitan | 1.024 | 1.015 | Southwest Nonmetropolitan | 1.033 | 1.009 |
| Great Plains Metropolitan | 1.016 | 1.007 | Great Plains Nonmetropolitan | 1.030 | 1.014 |
| Rocky Mountain Metropolitan | 1.023 | 1.013 | Rocky Mountain Nonmetropolitan | 1.024 | 1.009 |
| Pacific/Hawaii Metropolitan | 1.024 | 1.020 | Pacific/Hawaii Nonmetropolitan | 1.021 | 1.009 |
| Northwest/Alaska Metropolitan | 1.013 | 1.008 | Northwest/Alaska Nonmetropolitan | 1.015 | 1.007 |
| STATE Hawaii | 1.000 | 1.000 | PMSA Akron, OH | 1.049 | 1.012 |
| MSA Anchorage, AK | 1.013 | 1.019 | PMSA Ann Arbor, MI | 1.029 | 1.033 |
| MSA Atlanta, GA | 1.036 | 1.022 | PMSA Atlantic-Cape May, NJ | 1.024 | 1.020 |
| PMSA Baltimore, MD | 1.031 | 1.025 | PMSA Bergen-Passaic, NJ | 1.037 | 1.029 |
| *COUNTY Berkeley, WV | 1.033 | 1.024 | PMSA Boston, MA-NH | 1.064 | 1.053 |
| PMSA Boulder-Longmont, CO | 1.062 | 1.052 | PMSA Brazoria, TX | 1.028 | 1.018 |
| PMSA Bremerton, WA | 1.038 | 1.027 | PMSA Bridgeport, CT | 1.039 | 1.026 |
| PMSA Brockton, MA | 1.065 | 1.053 | *COUNTY Brown, OH | 1.028 | 1.018 |
| *Chicago, IL | 1.041 | 1.013 | *Cincinnati, OH-KY-IN | 1.024 | 1.019 |
| *COUNTY Clarke, VA | 1.033 | 1.024 | PMSA Cleveland-Lorain-Elyria, OH | 1.047 | 1.012 |
| *COUNTY Culpeper, VA | 1.032 | 1.024 | *Dallas, TX | 1.036 | 1.028 |

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR-3699-N-04]**

## Section 8 Housing Assistance Payments Program; Fair Market Rent Schedules for Use in the Rental Certificate Program, Loan Management and Property Disposition Programs, Moderate Rehabilitation Single Room Occupancy Program and Rental Voucher Program

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Final fiscal year (FY) 1995 fair market rents.

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish Fair Market Rents (FMRs) annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate program (part 882, subparts A and B), including space rentals by owners of manufactured homes under the Section 8 Rental Certificate program (part 882, subpart F) and project-based Certificate assistance (part 882, subpart G); the Section 8 Moderate Rehabilitation program (part 882, subparts D and E); Section 8 housing assisted under part 886, subparts A and C (Section 8 Loan Management and Property Disposition programs); and to determine payment standard schedules in the Rental Voucher program (part 887).

There have been several Federal Register publications leading to this final publication of the FY 1995 FMRs at the 40th percentile rent level. On June 23, 1994, HUD published separate sets of proposed FMRs at the 45th and the 40th percentile rent levels. The proposed 40th percentile FMRs were included in that publication to alert the public that the Administration was considering lowering the FMR standard as a cost saving measure. On July 13, the FMR comment period was extended to October 14 to give small PHAs in nonmetropolitan areas the opportunity to use HUD's recently issued rental housing survey guide. Because of the extended comment period, HUD could not review the comments in time to meet the October 1 deadline for publishing the final FMRs. On September 28, therefore, HUD published final 45th percentile FMRs for all areas at the proposed FMR levels and announced that there would be a later publication that would include revised FMRs for the areas whose rental housing surveys were still being evaluated.

On March 2, 1995, HUD published the proposed rule to revise 24 CFR part 888 to change the FMR rent standard from the 45th to 40th percentile rent level. The comment period ended on April 3, 1995, and, in a separate **Federal Register** publication on August 15, 1995, the changes were published.

This document concludes the process by providing final FY 1995 FMRs at the 40th percentile level. Included in this publication are increased FMRs for 131 areas that submitted rental housing surveys that HUD determined provided a sufficient basis for revising the FMRs. Five areas also are being added to Schedule D on the basis of surveys submitted on manufactured home space rentals in these areas. In addition, HUD has increased the FMRs for 325 nonmetropolitan counties after discovering that the original analysis of 1990 Census data comparing low rent nonmetropolitan counties with minimum rent values computed for States had led to an unintended result. HUD is continuing to study this issue, and is considering a further change in the way the State minimums are determined in the FY 1996 proposed FMRs.

**EFFECTIVE DATE:** The FMRs published in this document are effective on September 14, 1995.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Rental Assistance Division, Office of Elderly and Assisted Housing, telephone (202) 708-0477 or TDD: (202) 708-0850. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708-0577 or TDD: (202) 708-0770. (These are not toll-free numbers.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used to Develop FMRs

*FMR Standard*

The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Public housing units and newly built units less than two years old are excluded.

*Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. Three sources of survey data were used for the base-year estimates. They are: (1) the 1990 Census; (2) RDD telephone surveys conducted of individual FMR areas since the 1990 Census; and (3) the post-1990 Census American Housing Surveys (AHSs) available at the time the FMR estimates were prepared. The base-year FMRs were then updated using Consumer Price Index (CPI) data for rents and utilities or the HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 103 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD geographic regions (a total of 20 separate factors). The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

The decennial Census provides statistically reliable rent data for use in establishing base-year FMRs. AHSs are conducted by the Bureau of the Census for HUD and have accuracy comparable to the decennial Census. These surveys enable HUD to develop between-census revisions for the largest metropolitan areas on a revolving schedule. The RDD telephone survey technique is based on a sampling procedure that uses computers to select random samples of rental housing, dial and keep track of the telephone numbers and tabulate the responses.

*Manufactured Home Space FMRs*

Manufactured home space FMRs are established at 30 percent of the

Case 1:04-cv-00805-CFL Document 22-26 Filed 11/05/2004 Page 7 of 10

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N O R T H   D A K O T A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Bismarck, ND MSA | 281 | 315 | 419 | 584 | 689 | Burleigh, Morton |
| Fargo-Moorhead, ND-MN MSA | 275 | 380 | 458 | 636 | 681 | Cass |
| Grand Forks, ND-MN MSA | 285 | 340 | 446 | 616 | 687 | Grand Forks |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Adams | 159 | 229 | 290 | 383 | 477 |
| Benson | 235 | 239 | 318 | 399 | 491 |
| Bottineau | 163 | 225 | 300 | 418 | 420 |
| Burke | 225 | 253 | 285 | 365 | 468 |
| Dickey | 225 | 244 | 285 | 379 | 400 |
| Dunn | 158 | 255 | 286 | 358 | 401 |
| Emmons | 155 | 249 | 280 | 389 | 458 |
| Golden Valley | 195 | 265 | 354 | 442 | 494 |
| Griggs | 158 | 257 | 288 | 360 | 468 |
| Kidder | 157 | 213 | 285 | 363 | 400 |
| Logan | 152 | 210 | 280 | 390 | 454 |
| McIntosh | 160 | 229 | 292 | 364 | 409 |
| Mclean | 219 | 229 | 285 | 385 | 468 |
| Mountrail | 229 | 246 | 291 | 402 | 457 |
| Oliver | 157 | 222 | 285 | 357 | 466 |
| Pierce | 176 | 241 | 322 | 448 | 493 |
| Ransom | 210 | 234 | 313 | 391 | 439 |
| Richland | 217 | 256 | 341 | 427 | 504 |
| Sargent | 158 | 215 | 287 | 365 | 404 |
| Sioux | 155 | 250 | 280 | 351 | 393 |
| Stark | 168 | 230 | 306 | 426 | 502 |
| Stutsman | 248 | 252 | 339 | 472 | 555 |
| Traill | 217 | 276 | 324 | 412 | 458 |
| Ward | 207 | 284 | 379 | 512 | 610 |
| Williams | 183 | 224 | 290 | 404 | 478 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Barnes | 191 | 260 | 346 | 452 | 494 |
| Billings | 225 | 253 | 285 | 396 | 400 |
| Bowman | 157 | 236 | 285 | 396 | 417 |
| Cavalier | 195 | 266 | 355 | 443 | 547 |
| Divide | 186 | 217 | 290 | 383 | 407 |
| Eddy | 158 | 256 | 287 | 400 | 415 |
| Foster | 186 | 252 | 337 | 422 | 472 |
| Grant | 154 | 230 | 280 | 392 | 406 |
| Hettinger | 162 | 213 | 285 | 372 | 461 |
| Lamoure | 225 | 253 | 285 | 357 | 400 |
| Mchenry | 157 | 213 | 285 | 396 | 446 |
| Mckenzie | 153 | 227 | 280 | 390 | 444 |
| Mercer | 167 | 234 | 305 | 425 | 502 |
| Nelson | 157 | 213 | 285 | 357 | 468 |
| Pembina | 180 | 252 | 329 | 441 | 525 |
| Ramsey | 212 | 284 | 379 | 475 | 620 |
| Renville | 239 | 241 | 314 | 438 | 517 |
| Rolette | 224 | 285 | 344 | 429 | 482 |
| Sheridan | 157 | 253 | 285 | 365 | 468 |
| Slope | 157 | 253 | 285 | 377 | 400 |
| Steele | 153 | 210 | 280 | 381 | 446 |
| Towner | 236 | 265 | 354 | 442 | 581 |
| Walsh | 275 | 294 | 365 | 457 | 511 |
| Wells | 220 | 223 | 294 | 368 | 483 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 320 | 390 | 500 | 625 | 701 | Portage, Summit |
| Brown County, OH | 261 | 285 | 372 | 496 | 522 | Brown |
| Canton-Massillon, OH MSA | 247 | 338 | 433 | 542 | 607 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 282 | 363 | 485 | 650 | 702 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 321 | 405 | 501 | 637 | 718 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 311 | 369 | 472 | 600 | 690 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 080895

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR–3933–N–02]**

**Fair Market Rents for Section 8 Housing Assistance Payments Program—Fiscal Year 1996**

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Final fiscal year (FY) 1996 fair market rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

On March 2, 1995 (60 FR 11870), HUD published a proposed rule to revise 24 CFR part 888 to change the FMR rent standard from the 45th to 40th percentile rent level. That change was published in the **Federal Register** on August 15, 1995 (60 FR 42222), and made effective on September 14, 1995.

HUD also published proposed FY 1996 FMRs on August 15, 1995 (60 FR 42290). Because of the delay in publishing the proposed FMRs, the public comment period will extend beyond the October 1 statutory date for publishing final FMRs. Therefore, there will be two notices of final FMRs. Today's document provides final FY 1996 FMRs at the level of the proposed FMRs, except for the small number of areas with proposed FMR reductions that will have their FMRs held at the FY 1995 40th percentile level pending evaluation of public comments. The second publication of final FY 1996 FMRs, which will announce revised FMRs for the areas that submitted successful public comments, will occur early next year.

**EFFECTIVE DATE:** October 1, 1995.

**FOR FURTHER INFORMATION CONTACT:** Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing, telephone (202) 708–0477. (TDD: (202) 708–0850). For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0577 (TDD: (202) 708–0770). (These are not toll-free numbers.)

**SUPPLEMENTARY INFORMATION:**

## I. Background

Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

## II. Publication of FMRs

Section 8(c) of the Act requires the Secretary of HUD to publish FMRs periodically, but not less frequently than annually. The Department's regulations provide that HUD will develop FMRs by publishing proposed FMRs for public comment and after evaluating the public comments, publish the final FMRs (see 24 CFR 888.115). The final FY 1996 FMR schedules at the end of this document list the FMR levels for the Rental Certificate program (Schedule B) and for the areas where modifications have been approved for the manufactured home space FMRs (Schedule D).

## III. Method Used to Develop FMRs

### *FMR Standard*

The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

### *Data Sources*

HUD uses the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) the 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) the Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) the Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 102 metropolitan FMR areas. RDD Regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

### *FY 1996 FMRs*

This document makes effective revised FMRs that reflect estimated 40th percentile rent levels trended to April 1, 1996. The FMRs have been calculated separately for each bedroom size category based on 1990 Census data. For most FMR areas, the ratios developed from the Census for that area were applied to the two-bedroom FMR estimate to derive the FMRs for the other bedroom size categories. Exceptions have been made for areas with local bedroom size rent intervals below an acceptable range. For those areas the bedroom size intervals selected were the minimums determined after outliers had been excluded from the distribution of bedroom ratios for all metropolitan areas. Higher ratios continue to be used for three-bedroom and larger size units than would result from using the actual market relationships. This is done to assist the largest, most difficult to house families in finding program-eligible units.

Case 1:04-cv-00805-CFL Document 22-26 Filed 11/05/2004 Page 9 of 10



SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



## N O R T H D A K O T A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Bismarck, ND MSA | 301 | 337 | 449 | 625 | 738 | Burleigh, Morton |
| Fargo-Moorhead, ND-MN MSA | 295 | 407 | 491 | 681 | 729 | Cass |
| Grand Forks, ND-MN MSA | 305 | 364 | 478 | 660 | 736 | Grand Forks |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Adams | 211 | 263 | 341 | 443 | 517 |
| Benson | 239 | 263 | 341 | 443 | 517 |
| Bottineau | 211 | 263 | 341 | 443 | 517 |
| Burke | 229 | 263 | 341 | 443 | 517 |
| Dickey | 229 | 263 | 341 | 443 | 517 |
| Dunn | 211 | 263 | 341 | 443 | 517 |
| Emmons | 211 | 263 | 341 | 443 | 517 |
| Golden Valley | 211 | 270 | 361 | 450 | 517 |
| Griggs | 211 | 263 | 341 | 443 | 517 |
| Kidder | 211 | 263 | 341 | 443 | 517 |
| Logan | 211 | 263 | 341 | 443 | 517 |
| McIntosh | 211 | 263 | 341 | 443 | 517 |
| Mclean | 223 | 263 | 341 | 443 | 517 |
| Mountrail | 233 | 263 | 341 | 443 | 517 |
| Oliver | 211 | 263 | 341 | 443 | 517 |
| Pierce | 211 | 263 | 341 | 457 | 517 |
| Ransom | 214 | 263 | 341 | 443 | 517 |
| Richland | 221 | 263 | 348 | 443 | 517 |
| Sargent | 211 | 263 | 341 | 443 | 517 |
| Sioux | 211 | 263 | 341 | 443 | 517 |
| Stark | 211 | 263 | 341 | 443 | 517 |
| Stutsman | 253 | 263 | 345 | 481 | 566 |
| Traill | 221 | 281 | 341 | 443 | 517 |
| Ward | 211 | 289 | 386 | 522 | 622 |
| Williams | 211 | 263 | 341 | 443 | 517 |
| Barnes | 211 | 265 | 353 | 461 | 517 |
| Billings | 229 | 263 | 341 | 443 | 517 |
| Bowman | 211 | 263 | 341 | 443 | 517 |
| Cavalier | 211 | 271 | 362 | 451 | 557 |
| Divide | 211 | 263 | 341 | 443 | 517 |
| Eddy | 211 | 263 | 341 | 443 | 517 |
| Foster | 211 | 263 | 343 | 443 | 517 |
| Grant | 211 | 263 | 341 | 443 | 517 |
| Hettinger | 211 | 263 | 341 | 443 | 517 |
| Lamoure | 229 | 263 | 341 | 443 | 517 |
| Mchenry | 211 | 263 | 341 | 443 | 517 |
| Mckenzie | 211 | 263 | 341 | 443 | 517 |
| Mercer | 211 | 263 | 341 | 443 | 517 |
| Nelson | 211 | 263 | 341 | 443 | 517 |
| Pembina | 211 | 263 | 341 | 449 | 535 |
| Ramsey | 216 | 289 | 386 | 484 | 632 |
| Renville | 244 | 263 | 341 | 446 | 527 |
| Rolette | 228 | 290 | 351 | 443 | 517 |
| Sheridan | 211 | 263 | 341 | 443 | 517 |
| Slope | 211 | 263 | 341 | 443 | 517 |
| Steele | 211 | 263 | 341 | 443 | 517 |
| Towner | 241 | 270 | 361 | 450 | 592 |
| Walsh | 280 | 300 | 372 | 466 | 521 |
| Wells | 224 | 263 | 341 | 443 | 517 |

## O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 326 | 397 | 509 | 636 | 713 | Portage, Summit |
| Brown County, OH | 268 | 315 | 395 | 510 | 563 | Brown |
| Canton-Massillon, OH MSA | 266 | 346 | 443 | 554 | 621 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 289 | 372 | 498 | 667 | 720 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 327 | 412 | 510 | 648 | 731 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 318 | 377 | 483 | 614 | 706 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 091195

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR–3933–N–03]**

## Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1996

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of final fiscal year (FY) 1996 fair market rents.

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish Fair Market Rents (FMRs) annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate Program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

Today's notice provides final FY 1996 FMRs for all areas. It includes revised FMRs for 6 areas for which the FMRs have been increased as a result of HUD-contracted RDD surveys received in late October. The 6 areas are: Gallatin County, MT; the Johnson City-Kingsport-Bristol, TN–VA; Lexington, KY; Lincoln, NE; Macon, GA; and Raleigh-Durham-Chapel Hill, NC FMR areas.

Today's notice also makes effective the FMR reductions for 26 areas that were proposed in the August 15 notice based on the results of the most recent Random Digit Dialing and American Housing Surveys.

**EFFECTIVE DATE:** The FMRs published in this notice are effective on February 21, 1996.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Operations Division, Office of Rental Assistance, telephone (202) 708–0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0577. Hearing- or speech-impaired persons may use the Telecommunications Devices for the Deaf (TDD) by contacting the Federal Information Relay Service at 1–800–877–8339. (Other than the "800" TDD number, telephone numbers are not toll free.).

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used to Develop FMRs

FMR Standard: The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

Data Sources: HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) the 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) the Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) the Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 102 metropolitan FMR areas. RDD Regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

RDD surveys have a high degree of statistical accuracy; there is a 95 percent likelihood that the recent mover rent estimates developed using this approach are within 3 to 4 percent of the actual rent value. Virtually all of the RDD survey FMR estimates will be within 5 percent of the actual value.

State Minimum FMRs: Starting with the FY 1996 FMRs, HUD implemented a new minimum FMR policy in response to numerous public concerns that FMRs in rural areas were too low to operate the program successfully. As a result, FMRs are not established at the higher of the local FMR or the State-wide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

### Public Comments

In response to the August 15, 1995, proposed FMRs, HUD received 78 public comments covering 59 FMR areas. Rental housing survey information was included for 18 of the FMR areas covered by comments. HUD carefully evaluated all of the survey data submitted and, based on that review, is revising the FMRs for 10 of the 18 areas. The information submitted for the 41 areas that did not provide rental housing survey data was not considered sufficient to provide a basis for revising the FMRs.

Of the 10 FMR areas with approved FMR revisions, 6 submitted RDD surveys conducted by the Public Housing Agency (PHA) or by a professional survey firm, and 4 submitted traditional landlord/owner type surveys. The 6 areas that used the RDD survey method were: the Austin-San Marcos, TX; Boston, MA; Lake Charles, LA; Oakland, CA; Santa Rosa, CA; and the Washington, DC FMR areas. The 4 areas with successful traditional surveys were: the Kenai Peninsular Borough and the Matanuska-Susitna Borough in Alaska and Archuleta County and Laplata County in Colorado.