**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

**[Docket No. FR-4232-N-02]**

## Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1998

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of Final Fiscal Year (FY) 1998 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate Program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

Today's notice provides final FY 1998 FMRs for all areas. It includes increased FMRs for 16 areas that submitted public comments and for 3 areas as a result of HUD-contracted Random Digit Dialing (RDD) surveys conducted through August, 1997.

Today's notice also makes effective FMR reductions for 20 areas that were proposed for reduction in the April 30, 1997 notice (62 FR 23552), based on the results of recent RDD and American Housing Surveys (AHSs).

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 1997.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Director, Operations Division, Office of Rental Assistance, telephone (202) 708-0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Alan Fox, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708-9426, Extension 328 (e-mail: alan_fox@hud.gov). Hearing- or speech-impaired persons may contact the Federal Information Relay Service at 1-800-877-8339 (TTY). (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used To Develop FMRs

*FMR Standard*

FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

*Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) The 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) The Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 99 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

*State Minimum FMRs*

In response to public concern that FMRs in rural areas were too low to operate the program successfully, HUD implemented a minimum FMR policy starting with the FY 1996 FMRs. FMRs are now established at the higher of the local 40th percentile rent level or the Statewide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

### Public Comments

In response to the April 30, 1997 proposed FMRs, HUD received public comments covering 41 FMR areas. Rental housing survey information was provided for 26 of those FMR areas. All of the survey information submitted was evaluated and, based on that review, the FMRs for 16 areas are being revised. The information submitted for the other FMR areas was not considered sufficient to provide a basis for revising the FMRs. An RDD survey sponsored by local Public Housing Agencies (PHAs) for the Los Angeles FMR area found results that were the same as what had been proposed based on the HUD RDD survey.

The 16 FMR areas with approved FMR revisions are as follows: Orange County and Stockton-Lodi, CA; Lafayette, LA; Addison, Bennington, Chittenden, Lamoille, Orange, Rutland, Washington, Windham, and Windsor Counties, VT; Burlington, VT; Berkeley, Morgan, and Jefferson Counties, WV.

PHAs and other interested parties should be aware that FMR comments received too late for adjusting the current year's final FMRs will be held for use in the following year. In such cases HUD will trend the survey results to the date of the FMR estimate. If the PHA is concerned that rents are changing rapidly, surveys should be timed to be received as close as possible to HUD's deadline for public comments.

### AHS and RDD Surveys

This notice makes effective the FMRs for 20 areas proposed with reductions based on recent RDD or AHS surveys. One of those areas, the Stockton-Lodi, CA MSA, submitted information that

Case 1:04-cv-00805-CFL Document 22-28 Filed 11/05/2004 Page 2 of 10



SCHEDULE B - 40TH PERCENTI RENTS FOR EXISTING HOUSING PAGE 37

N O R T H D A K O T A cont

| NONMETROPOLITAN COUNTIES | 0 BR | [illegible] | [illegible] | [illegible]R | 4 BR |
|---|---|---|---|---|---|
| Griggs | 223 | 27[illegible] | [illegible] | 469 | 547 |
| Kidder | 223 | 279 | [illegible] | 469 | 547 |
| Logan | 223 | 279 | 36[illegible] | 469 | 547 |
| McIntosh | 223 | 279 | 361 | 469 | 547 |
| McLean | 236 | 279 | 361 | 469 | 547 |
| Mountrail | 246 | 279 | 361 | 469 | 547 |
| Oliver | 223 | 279 | 361 | 469 | 547 |
| Pierce | 223 | 279 | 361 | 483 | 547 |
| Ransom | 227 | 279 | 361 | 469 | 547 |
| Richland | 234 | 279 | 368 | 469 | 547 |
| Sargent | 223 | 279 | 361 | 469 | 547 |
| Sioux | 223 | 279 | 361 | 469 | 547 |
| Stark | 223 | 279 | 361 | 469 | 547 |
| Stutsman | 267 | 279 | 365 | 508 | 599 |
| Traill | 234 | 297 | 361 | 469 | 547 |
| Ward | 223 | 306 | 408 | 552 | 658 |
| Williams | 223 | 279 | 361 | 469 | 547 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Hettinger | 223 | 279 | 361 | 469 | 547 |
| Lamoure | 242 | 279 | 361 | 469 | 547 |
| Mchenry | 223 | 279 | 361 | 469 | 547 |
| Mckenzie | 223 | 279 | 361 | 469 | 547 |
| Mercer | 223 | 279 | 361 | 469 | 547 |
| Nelson | 223 | 279 | 361 | 469 | 547 |
| Pembina | 223 | 279 | 361 | 475 | 565 |
| Ramsey | 229 | 306 | 408 | 511 | 668 |
| Renville | 258 | 279 | 361 | 472 | 557 |
| Rolette | 241 | 307 | 371 | 469 | 547 |
| Sheridan | 223 | 279 | 361 | 469 | 547 |
| Slope | 223 | 279 | 361 | 469 | 547 |
| Steele | 223 | 279 | 361 | 469 | 547 |
| Towner | 255 | 286 | 381 | 476 | 626 |
| Walsh | 296 | 317 | 393 | 493 | 551 |
| Wells | 237 | 279 | 361 | 469 | 547 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 344 | 418 | 536 | 670 | 752 | Portage, Summit |
| Brown County, OH | 280 | 329 | 411 | 532 | 587 | Brown |
| Canton-Massillon, OH MSA | 279 | 363 | 464 | 580 | 651 | Carroll, tark |
| Cincinnati, OH-KY-IN | 303 | 390 | 521 | 699 | 755 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 345 | 434 | 537 | 683 | 770 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 358 | 423 | 543 | 690 | 793 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |
| Dayton-Springfield, OH MSA | 344 | 385 | 492 | 635 | 713 | Clark, Greene, Miami, Montgomery |
| Hamilton-Middletown, OH PMSA | 305 | 434 | 556 | 695 | 778 | Butler |
| Huntington-Ashland, WV-KY-OH MSA | 297 | 348 | 429 | 547 | 602 | Lawrence |
| Lima, OH MSA | 279 | 334 | 440 | 561 | 616 | Allen, Auglaize |
| Mansfield, OH MSA | 279 | 334 | 425 | 531 | 595 | Crawford, Richland |
| Parkersburg-Marietta, WV-OH MSA | 299 | 358 | 410 | 531 | 576 | Washington |
| Steubenville-Weirton, OH-WV MSA | 279 | 329 | 412 | 526 | 586 | Jefferson |
| Toledo, OH MSA | 349 | 424 | 519 | 668 | 725 | Fulton, Lucas, Wood |
| Wheeling, WV-OH MSA | 305 | 333 | 412 | 526 | 586 | Belmont |
| Youngstown-Warren, OH MSA | 292 | 344 | 431 | 542 | 617 | Columbiana, Mahoning, Trumbull |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 091697

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

**[Docket No. FR–4362–N–02]**

## Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1999

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of Final Fiscal Year (FY) 1999 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate Program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

Today's notice provides final FY 1999 FMRs for all areas. It includes increased FMRs for nine areas that submitted public comments and for two areas as a result of HUD-contracted Random Digit Dialing (RDD) surveys conducted through July 1998. In addition, it includes increases for mobile home space FMRs in the five areas that submitted comments.

Today's notice also makes effective FMR reductions for 12 areas that were proposed for reduction in the May 5, 1998 notice (63 FR 24846), based on the results of recent RDD and American Housing Surveys (AHSs).

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 1998.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Director, Real Estate and Housing Performance Division, Office of Public and Assisted Housing Delivery, telephone (202) 708–0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Alan Fox, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0614, Extension 5863 (e-mail: alan____fox@hud.gov). Hearing-or speech-impaired persons may contact the Federal Information Relay Service at 1–800–877–8339 (TTY). (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used To Develop FMRs

*FMR Standard*

FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

*Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) The 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) The Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 99 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

### State Minimum FMRs

FMRs are established at the higher of the local 40th percentile rent level or the Statewide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

### Bedroom Size Adjustments

FMRs have been calculated separately for each bedroom size category. For areas whose FMRs are based on the State minimums, the rents for each bedroom size are the higher of the rent for the area or the Statewide average of nonmetropolitan counties for that bedroom size. For all other FMR areas, the bedroom intervals are based on data for the specific area. Exceptions have been made for some areas with local bedroom size rent intervals below an acceptable range. For those areas the intervals selected were the minimums determined after outliers had been excluded from the distribution of bedroom intervals for all metropolitan areas. Higher ratios continue to be used for three-bedroom and larger size units than would result from using the actual market relationships. This is done to assist the largest, most difficult to house families in finding program-eligible units. The FMRs for unit sizes larger than 4 bedroom are calculated by adding 15 percent to the 4 bedroom FMR for each extra bedroom. For example, the FMR for a 5 bedroom unit is 1.15 times the 4 bedroom FMR, and the FMR for a 6 bedroom unit is 1.30 times the 4 bedroom FMR. FMRs for single-room-occupancy (SRO) units are 0.75 times the 0 bedroom FMR.

### Public Comments

In response to the May 5, 1998 proposed FMRs, HUD received public comments covering 38 FMR areas. Rental housing survey information was provided for 17 of those FMR areas. All of the survey information submitted was evaluated and, based on that review, the FMRs for 9 areas are being revised. The

Case 1:04-cv-00805-CFL Document 22-28 Filed 11/05/2004 Page 4 of 10



SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N O R T H   D A K O T A continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Griggs | 227 | 285 | 368 | 478 | 558 |
| Kidder | 227 | 285 | 368 | 478 | 558 |
| Logan | 227 | 285 | 368 | 478 | 558 |
| McIntosh | 227 | 285 | 368 | 478 | 558 |
| Mclean | 241 | 285 | 368 | 478 | 558 |
| Mountrail | 251 | 285 | 368 | 478 | 558 |
| Oliver | 227 | 285 | 368 | 478 | 558 |
| Pierce | 227 | 285 | 368 | 493 | 558 |
| Ransom | 232 | 285 | 368 | 478 | 558 |
| Richland | 239 | 285 | 375 | 478 | 558 |
| Sargent | 227 | 285 | 368 | 478 | 558 |
| Sioux | 227 | 285 | 368 | 478 | 558 |
| Stark | 227 | 285 | 368 | 478 | 558 |
| Stutsman | 272 | 285 | 372 | 518 | 611 |
| Traill | 239 | 303 | 368 | 478 | 558 |
| Ward | 227 | 312 | 416 | 563 | 671 |
| Williams | 227 | 285 | 368 | 478 | 558 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Hettinger | 227 | 285 | 368 | 478 | 558 |
| Lamoure | 247 | 285 | 368 | 478 | 558 |
| Mchenry | 227 | 285 | 368 | 478 | 558 |
| Mckenzie | 227 | 285 | 368 | 478 | 558 |
| Mercer | 227 | 285 | 368 | 478 | 558 |
| Nelson | 227 | 285 | 368 | 478 | 558 |
| Pembina | 227 | 285 | 368 | 485 | 576 |
| Ramsey | 234 | 312 | 416 | 521 | 681 |
| Renville | 263 | 285 | 368 | 481 | 568 |
| Rolette | 246 | 313 | 378 | 478 | 558 |
| Sheridan | 227 | 285 | 368 | 478 | 558 |
| Slope | 227 | 285 | 368 | 478 | 558 |
| Steele | 227 | 285 | 368 | 478 | 558 |
| Towner | 260 | 292 | 389 | 486 | 639 |
| Walsh | 302 | 323 | 401 | 503 | 562 |
| Wells | 242 | 285 | 368 | 478 | 558 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 356 | 432 | 554 | 693 | 778 | Portage, Summit |
| Brown County, OH | 286 | 336 | 419 | 543 | 599 | Brown |
| Canton-Massillon, OH MSA | 284 | 370 | 472 | 590 | 663 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 309 | 397 | 531 | 712 | 769 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 382 | 480 | 594 | 755 | 851 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 364 | 431 | 553 | 702 | 807 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |
| Dayton-Springfield, OH MSA | 379 | 424 | 542 | 700 | 785 | Clark, Greene, Miami, Montgomery |
| Hamilton-Middletown, OH PMSA | 311 | 442 | 566 | 708 | 793 | Butler |
| Huntington-Ashland, WV-KY-OH MSA | 302 | 354 | 437 | 557 | 613 | Lawrence |
| Lima, OH MSA | 284 | 340 | 448 | 571 | 627 | Allen, Auglaize |
| Mansfield, OH MSA | 284 | 340 | 433 | 541 | 606 | Crawford, Richland |
| Parkersburg-Marietta, WV-OH MSA | 304 | 364 | 417 | 541 | 586 | Washington |
| Steubenville-Weirton, OH-WV MSA | 284 | 335 | 419 | 535 | 597 | Jefferson |
| Toledo, OH MSA | 355 | 432 | 528 | 680 | 738 | Fulton, Lucas, Wood |
| Wheeling, WV-OH MSA | 310 | 339 | 419 | 535 | 597 | Belmont |
| Youngstown-Warren, OH MSA | 297 | 350 | 439 | 552 | 628 | Columbiana, Mahoning, Trumbull |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 090898

Federal Register / Vol. 64, No. 190 / Friday, October 1, 1999 / Rules and Regulations

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

[Docket No. FR–4496–N–02]

# Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 2000

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of Final Fiscal Year (FY) 2000 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 housing choice voucher program, the Moderate Rehabilitation Single Room Occupancy program, the project-based voucher program, and any other programs requiring their use. Today's notice provides final FY 2000 FMRs for all areas.

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 1999.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Operations Division, Office of Rental Assistance, telephone (202) 708–0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Alan Fox, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0590, Extension 5863 (e-mail: alan__fox@hud.gov). Hearing- or speech-impaired persons may use the Telecommunications Devices for the Deaf (TTY) by contacting the Federal Information Relay Service at 1–800–877–8339. (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Housing assistance payments are limited by FMRs established by HUD for different areas. In the voucher program, the FMR is used to determine the "payment standard" (the maximum monthly subsidy) for assisted families (see Section 982.503.) In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

## Method Used to Develop FMRs

### *FMR Standard*

FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

### *Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) The 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) The Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 99 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

### State Minimum FMRs

FMRs are established at the higher of the local 40th percentile rent level or the Statewide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

### Bedroom Size Adjustments

FMRs have been calculated separately for each bedroom size category. For areas whose FMRs are based on the State minimums, the rents for each bedroom size are the higher of the rent for the area or the Statewide average of nonmetropolitan counties for that bedroom size. For all other FMR areas, the bedroom intervals are based on data for the specific area. Exceptions have been made for some areas with local bedroom size rent intervals below an acceptable range. For those areas the intervals selected were the minimums determined after outliers had been excluded from the distribution of bedroom intervals for all metropolitan areas. Higher ratios continue to be used for three-bedroom and larger size units than would result from using the actual market relationships. This is done to assist the largest, most difficult to house families in finding program-eligible units. The FMRs for unit sizes larger than 4 bedroom are calculated by adding 15 percent to the 4 bedroom FMR for each extra bedroom. For example, the FMR for a 5 bedroom unit is 1.15 times the 4 bedroom FMR, and the FMR for a 6 bedroom unit is 1.30 times the 4 bedroom FMR. FMRs for single-room-occupancy (SRO) units are 0.75 times the 0 bedroom FMR.

### Public Comments

In response to the May 7, 1999 proposed FMRs, HUD received public comments covering 21 FMR areas. Rental housing survey information was provided for 12 of those FMR areas. All of the survey information submitted was evaluated and, based on that review, the FMRs for 10 areas are being revised. The information submitted for the other FMR areas was not considered sufficient to provide a basis for revising the FMRs.

Areas with approved FMR increases:

Sacramento, CA
San Benito County, CA
San Diego, CA
San Francisco, CA
Waterloo-Cedar Falls, IA
Rochester, MN
Moore County, NC

Many comments were received from the Cape Cod, Massachusetts area in

Case 1:04-cv-00805-CFL Document 22-28 Filed 11/05/2004 Page 6 of 10



SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N O R T H   D A K O T A   continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Griggs | 229 | 288 | 371 | 482 | 563 |
| Kidder | 229 | 288 | 371 | 482 | 563 |
| Logan | 229 | 288 | 371 | 482 | 563 |
| McIntosh | 229 | 288 | 371 | 482 | 563 |
| Mclean | 243 | 288 | 371 | 482 | 563 |
| Mountrail | 253 | 288 | 371 | 482 | 563 |
| Oliver | 229 | 288 | 371 | 482 | 563 |
| Pierce | 229 | 288 | 371 | 497 | 563 |
| Ransom | 234 | 288 | 371 | 482 | 563 |
| Richland | 241 | 288 | 378 | 482 | 563 |
| Sargent | 229 | 288 | 371 | 482 | 563 |
| Sioux | 229 | 288 | 371 | 482 | 563 |
| Stark | 229 | 288 | 371 | 482 | 563 |
| Stutsman | 274 | 288 | 375 | 523 | 616 |
| Traill | 241 | 306 | 371 | 482 | 563 |
| Ward | 229 | 315 | 420 | 568 | 677 |
| Williams | 229 | 288 | 371 | 482 | 563 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Hettinger | 229 | 288 | 371 | 482 | 563 |
| Lamoure | 249 | 288 | 371 | 482 | 563 |
| Mchenry | 229 | 288 | 371 | 482 | 563 |
| Mckenzie | 229 | 288 | 371 | 482 | 563 |
| Mercer | 229 | 288 | 371 | 482 | 563 |
| Nelson | 229 | 288 | 371 | 482 | 563 |
| Pembina | 229 | 288 | 371 | 489 | 581 |
| Ramsey | 236 | 315 | 420 | 526 | 687 |
| Renville | 265 | 288 | 371 | 485 | 573 |
| Rolette | 248 | 316 | 381 | 482 | 563 |
| Sheridan | 229 | 288 | 371 | 482 | 563 |
| Slope | 229 | 288 | 371 | 482 | 563 |
| Steele | 229 | 288 | 371 | 482 | 563 |
| Towner | 262 | 295 | 392 | 490 | 645 |
| Walsh | 305 | 326 | 405 | 507 | 567 |
| Wells | 244 | 288 | 371 | 482 | 563 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 371 | 450 | 578 | 723 | 811 | Portage, Summit |
| Brown County, OH | 293 | 345 | 430 | 557 | 614 | Brown |
| Canton-Massillon, OH MSA | 288 | 375 | 478 | 598 | 672 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 316 | 406 | 544 | 729 | 787 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 398 | 500 | 619 | 787 | 887 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 393 | 465 | 597 | 758 | 871 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |
| Dayton-Springfield, OH MSA | 384 | 430 | 549 | 709 | 795 | Clark, Greene, Miami, Montgomery |
| Hamilton-Middletown, OH PMSA | 318 | 453 | 580 | 725 | 812 | Butler |
| Huntington-Ashland, WV-KY-OH MSA | 304 | 357 | 440 | 561 | 618 | Lawrence |
| Lima, OH MSA | 288 | 345 | 454 | 579 | 635 | Allen, Auglaize |
| Mansfield, OH MSA | 288 | 345 | 439 | 548 | 614 | Crawford, Richland |
| Parkersburg-Marietta, WV-OH MSA | 306 | 367 | 420 | 545 | 591 | Washington |
| Steubenville-Weirton, OH-WV MSA | 288 | 339 | 425 | 542 | 605 | Jefferson |
| Toledo, OH MSA | 360 | 438 | 535 | 689 | 748 | Fulton, Lucas, Wood |
| Wheeling, WV-OH MSA | 314 | 344 | 425 | 542 | 605 | Belmont |
| Youngstown-Warren, OH MSA | 301 | 355 | 445 | 559 | 636 | Columbiana, Mahoning, Trumbull |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR.

092299

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

**[Docket No. FR-4589-N-02]**

## Fair Market Rents for Fiscal Year 2001

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of Final Fiscal Year (FY) 2001 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used to establish payment standards for the Housing Choice Voucher program; to determine initial contract rents in new commitments for Section 8 project-based assistance (e.g., the project-based voucher program); to determine whether comparability applies to adjustment of contract rents during the term of an existing HAP contract in the Section 8 new construction, substantial rehabilitation and moderate rehabilitation programs; and as a limit on renewal rents for certain Section 8 projects. The FMRs also apply to any other programs requiring their use. Today's notice establishes final FY 2001 FMRs for all areas. These FMRs reflect the estimated 40th percentile rent levels trended to April 1, 2001.

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 2000.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Operations Division, Office of Rental Assistance, telephone (202) 708-0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Lynn A. Rodgers, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708-0590, Extension 5735 (e-mail: Lynn_A._Rodgers @hud.gov). Hearing-or speech-impaired persons may use the Telecommunications Devices for the Deaf (TTY) by contacting the Federal Information Relay Service at 1-800-877-8339. (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting safe and habitable housing. Housing assistance payments are limited by FMRs established by HUD for different areas. In the voucher program, the FMR is used to determine the "payment standard" (the maximum monthly subsidy) for assisted families (see 24 CFR Section 982.503.) In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used To Develop FMRs

#### *FMR Standard*

FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

#### *Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) The 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) The Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 99 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

### State Minimum FMRs

FMRs are established at the higher of the local 40th percentile rent level or the Statewide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

### Bedroom Size Adjustments

FMRs have been calculated separately for each bedroom size category. For areas whose FMRs are based on the State minimums, the rents for each bedroom size are the higher of the rent for the area or the Statewide average of nonmetropolitan counties for that bedroom size.

For all other FMR areas, the FMRs, including determination of the intervals between the FMRs for bedroom size category, are generally based on data for the specific area. Although intervals are generally based on data for the specific area, exceptions have been made for some areas with local bedroom size rent intervals below an acceptable range. For those areas the intervals used were the minimum bedroom intervals (determined after excluding outliers) from the distribution of bedroom intervals for all metropolitan areas.

Higher intervals continue to be used for three-bedroom and larger size units than would result from using the actual market relationships. This is done to assist the largest, most difficult to house families in finding program-eligible units. The FMRs for unit sizes larger than 4 bedroom are calculated by adding 15 percent to the 4 bedroom FMR for each extra bedroom. For example, the FMR for a 5 bedroom unit is 1.15 times the 4 bedroom FMR, and the FMR for a 6 bedroom unit is 1.30 times the 4 bedroom FMR. FMRs for single-room-occupancy (SRO) units are 0.75 times the 0 bedroom FMR.

### Public Comments

In response to the April 28, 2000 proposed FMRs, HUD received public comments covering 33 FMR areas. Rental housing survey information was provided for 22 of those FMR areas. All of the survey information submitted was evaluated. Based on that review, HUD

57698 Federal Register / Vol. 65, No. 186 / Monday, September 25, 2000 / Rules and Regulations

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N O R T H   D A K O T A continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Griggs | 231 | 290 | 374 | 486 | 568 |
| Kidder | 231 | 290 | 374 | 486 | 568 |
| Logan | 231 | 290 | 374 | 486 | 568 |
| McIntosh | 231 | 290 | 374 | 486 | 568 |
| Mclean | 245 | 290 | 374 | 486 | 568 |
| Mountrail | 255 | 290 | 374 | 486 | 568 |
| Oliver | 231 | 290 | 374 | 486 | 568 |
| Pierce | 231 | 290 | 374 | 501 | 568 |
| Ransom | 236 | 290 | 374 | 486 | 568 |
| Richland | 243 | 290 | 381 | 486 | 568 |
| Sargent | 231 | 290 | 374 | 486 | 568 |
| Sioux | 231 | 290 | 374 | 486 | 568 |
| Stark | 231 | 290 | 374 | 486 | 568 |
| Stutsman | 276 | 290 | 378 | 527 | 621 |
| Traill | 243 | 309 | 374 | 486 | 568 |
| Ward | 231 | 318 | 424 | 573 | 683 |
| Williams | 231 | 290 | 374 | 486 | 568 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Hettinger | 231 | 290 | 374 | 486 | 568 |
| Lamoure | 251 | 290 | 374 | 486 | 568 |
| Mchenry | 231 | 290 | 374 | 486 | 568 |
| Mckenzie | 231 | 290 | 374 | 486 | 568 |
| Mercer | 231 | 290 | 374 | 486 | 568 |
| Nelson | 231 | 290 | 374 | 486 | 568 |
| Pembina | 231 | 290 | 374 | 493 | 586 |
| Ramsey | 238 | 318 | 424 | 531 | 693 |
| Renville | 267 | 290 | 374 | 489 | 578 |
| Rolette | 250 | 319 | 384 | 486 | 568 |
| Sheridan | 231 | 290 | 374 | 486 | 568 |
| Slope | 231 | 290 | 374 | 486 | 568 |
| Steele | 231 | 290 | 374 | 486 | 568 |
| Towner | 264 | 298 | 395 | 494 | 651 |
| Walsh | 308 | 329 | 408 | 511 | 572 |
| Wells | 246 | 290 | 374 | 486 | 568 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 387 | 469 | 602 | 753 | 845 | Portage, Summit |
| Brown County, OH | 301 | 354 | 441 | 571 | 630 | Brown |
| Canton-Massillon, OH MSA | 292 | 380 | 484 | 606 | 681 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 324 | 416 | 557 | 746 | 806 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 415 | 521 | 645 | 820 | 924 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 398 | 471 | 605 | 768 | 883 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |
| Dayton-Springfield, OH MSA | 389 | 436 | 556 | 718 | 806 | Clark, Greene, Miami, Montgomery |
| Hamilton-Middletown, OH PMSA | 326 | 464 | 594 | 743 | 832 | Butler |
| Huntington-Ashland, WV-KY-OH MSA | 307 | 360 | 444 | 566 | 624 | Lawrence |
| Lima, OH MSA | 292 | 350 | 460 | 587 | 643 | Allen, Auglaize |
| Mansfield, OH MSA | 292 | 350 | 445 | 555 | 622 | Crawford, Richland |
| Parkersburg-Marietta, WV-OH MSA | 309 | 371 | 424 | 550 | 597 | Washington |
| Steubenville-Weirton, OH-WV MSA | 292 | 344 | 431 | 549 | 613 | Jefferson |
| Toledo, OH MSA | 365 | 444 | 542 | 698 | 758 | Fulton, Lucas, Wood |
| Wheeling, WV-OH MSA | 318 | 349 | 431 | 549 | 613 | Belmont |
| Youngstown-Warren, OH MSA | 342 | 403 | 505 | 634 | 722 | Columbiana, Mahoning, Trumbull |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 082900

50024 Federal Register / Vol. 66, No. 190 / Monday, October 1, 2001 / Rules and Regulations

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

[Docket No. FR–4680–N–02]

# Fair Market Rents for the Housing Choice Voucher Program and Moderate Rehabilitation Single Room Occupancy Program—Fiscal Year 2002

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of Final Fiscal Year (FY) 2002 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Housing Choice Voucher program, the Moderate Rehabilitation Single Room Occupancy program, the project-based voucher program, and any other programs requiring their use. Today's notice provides final FY 2002 FMRs for all areas that reflect the estimated 40th and 50th percentile rent levels trended to April 1, 2002.

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 2001.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Director, Real Estate and Housing Performance Division, Office of Public and Assisted Housing Delivery, is responsible for fair market rent implementation policies. His telephone number is (202) 708–0477. For technical information on the methodology used to develop fair market rents or a listing of all fair market rents, please call HUD USER at 1–800–245–2691 or access the information on the HUD Web site, http:\\www.huduser.org/datasets/fmr.html. Further questions on the methodology may be addressed to Marie L. Lihn, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0590, Extension 5866 (e-mail: Marie L. Lihn@hud.gov). Hearing- or speech-impaired persons may use the Telecommunications Devices for the Deaf (TTY) by contacting the Federal Information Relay Service at 1–800–877–8339. (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Housing assistance payments are limited by FMRs established by HUD for different areas. In the voucher program, the FMR is used to determine the "payment standard" (the maximum monthly subsidy) for assisted families (see Section 982.503). In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

## How HUD Sets FMRs

### *HUD Standard for Setting the FMR*

FMRs are gross rent estimates that include both shelter rent paid by the tenant to the landlord and the cost of tenant-paid utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units in neighborhoods and low enough to serve as many families as possible. FMRs are set at a percentile within the rent distribution of standard quality rental housing units in each FMR area (see 24 CFR 888.113, as amended by interim rule published October 2, 2000 at 65 FR 58870, effective December 1, 2000). FMRs are based on the distribution of rents for units that are occupied by recent movers—renter households who moved into their units within the past 15 months. Rents for units less than two years old and public housing units are not included. Rents for subsidized housing units are adjusted by adding back the amount of the subsidy.

HUD sets FMRs either at the 40th percentile rent or at the 50th percentile rent. For most FMR areas, the FMR is set at the 40th percentile rent—that is, the rent for 40 percent of standard rental housing units is at or below this dollar amount. For some FMR areas, the FMR is set at the 50th percentile rent—that is, the median rent—the rent for 50 percent of standard units is at or below this dollar amount.

### *When HUD Sets FMRs at the 50th Percentile Rent*

On October 2, 2000 (65 FR 58870), HUD published an interim rule (effective December 1, 2000) that provides authority for HUD to set 50th percentile FMRS in metropolitan areas where a higher FMR (i.e., exceeding the 40th percentile FMR) is needed to promote residential choice, help families move closer to areas of job growth, and deconcentrate poverty. The rule provides (§ 888.113(c)) that HUD will set FMRs at the 50th percentile rent for all unit sizes in each metropolitan FMR area that meets all of the following criteria:

- The FMR area contains at least 100 census tracts;
- 70 percent or fewer of the census tracts with at least 10 two bedroom rental units are census tracts in which at least 30 percent of the two bedroom rental units have gross rents at or below the two bedroom FMR set at the 40th percentile rent; and
- 25 percent or more of the tenant-based rental program participants in the FMR area reside in the 5 percent of the census tracts within the FMR area that have the largest number of program participants.

On January 2, 2001 (66 FR 162), HUD first established 50th percentile FMRs for 39 fair market rent areas, based on the criteria specified in the interim rule.

Schedule B of this Notice lists the FY 2002 FMRs for all areas of the United States including:

- the 39 FMR areas where the FMR is set at the 50th percentile rent, and
- FMR areas, where the FMR is set at the 40th percentile rent.

An asterisk in Schedule B identifies each of the 39 FMR areas for which HUD has set 50th percentile FMRs. HUD has set 50th percentile FMRs for the following metropolitan FMR areas:

Albuquerque, NM
Atlanta, GA
Austin-San Marcos, TX
Baton Rouge, LA
Bergen-Passaic, NJ
Buffalo-Niagara Falls, NY
Chicago, IL
Cleveland-Lorain-Elyria, OH
Dallas, TX
Denver, CO
Detroit, MI
Fort Lauderdale, FL
Fort Worth-Arlington, TX
Grand Rapids-Muskegon-Holland, MI
Houston, TX
Kansas City, MO–KS
Las Vegas, NV–AZ
Miami, FL
Minneapolis-St. Paul, MN–WI
Newark, NJ
Norfolk-Virginia Beach-Newport News, VA–NC
Oakland, CA
Oklahoma City, OK
Orange County, CA
Philadelphia, PA–NJ
Phoenix-Mesa, AZ
Richmond-Petersburg, VA
Sacramento, CA
Salt Lake City-Ogden, UT
San Antonio, TX
San Diego, CA
San Jose, CA
St. Louis, MO–IL
Tampa-St. Petersburg-Clearwater, FL
Tulsa, OK
Ventura, CA

Federal Register / Vol. 66, No. 190 / Monday, October 1, 2001 / Rules and Regulations 50065

SCHEDULE B - FAIR MARKET RENTS FOR EXISTING HOUSING



N O R T H   D A K O T A continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Griggs | 239 | 300 | 387 | 503 | 587 |
| Kidder | 239 | 300 | 387 | 503 | 587 |
| Logan | 239 | 300 | 387 | 503 | 587 |
| Mcintosh | 239 | 300 | 387 | 503 | 587 |
| Mclean | 253 | 300 | 387 | 503 | 587 |
| Mountrail | 264 | 300 | 387 | 503 | 587 |
| Oliver | 239 | 300 | 387 | 503 | 587 |
| Pierce | 239 | 300 | 387 | 518 | 587 |
| Ransom | 244 | 300 | 387 | 503 | 587 |
| Richland | 251 | 300 | 394 | 503 | 587 |
| Sargent | 239 | 300 | 387 | 503 | 587 |
| Sioux | 239 | 300 | 387 | 503 | 587 |
| Stark | 239 | 300 | 387 | 503 | 587 |
| Stutsman | 285 | 300 | 391 | 545 | 642 |
| Traill | 251 | 320 | 387 | 503 | 587 |
| Ward | 239 | 329 | 438 | 592 | 706 |
| Williams | 239 | 300 | 387 | 503 | 587 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Hettinger | 239 | 300 | 387 | 503 | 587 |
| Lamoure | 260 | 300 | 387 | 503 | 587 |
| Mchenry | 239 | 300 | 387 | 503 | 587 |
| Mckenzie | 239 | 300 | 387 | 503 | 587 |
| Mercer | 239 | 300 | 387 | 503 | 587 |
| Nelson | 239 | 300 | 387 | 503 | 587 |
| Pembina | 239 | 300 | 387 | 510 | 606 |
| Ramsey | 246 | 329 | 438 | 549 | 717 |
| Renville | 276 | 300 | 387 | 506 | 598 |
| Rolette | 258 | 330 | 397 | 503 | 587 |
| Sheridan | 239 | 300 | 387 | 503 | 587 |
| Slope | 239 | 300 | 387 | 503 | 587 |
| Steele | 239 | 300 | 387 | 503 | 587 |
| Towner | 273 | 308 | 408 | 511 | 673 |
| Walsh | 318 | 340 | 422 | 528 | 591 |
| Wells | 254 | 300 | 387 | 503 | 587 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 410 | 497 | 638 | 798 | 895 | Portage, Summit |
| Brown County, OH | 312 | 367 | 458 | 593 | 654 | Brown |
| Canton-Massillon, OH MSA | 302 | 393 | 501 | 627 | 704 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 335 | 430 | 576 | 772 | 834 | Clermont, Hamilton, Warren |
| *Cleveland-Lorain-Elyria, OH PMSA | 467 | 587 | 726 | 924 | 1040 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 412 | 487 | 626 | 794 | 913 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |
| Dayton-Springfield, OH MSA | 402 | 451 | 575 | 743 | 834 | Clark, Greene, Miami, Montgomery |
| Hamilton-Middletown, OH PMSA | 337 | 480 | 615 | 769 | 861 | Butler |
| Huntington-Ashland, WV-KY-OH MSA | 317 | 372 | 458 | 584 | 644 | Lawrence |
| Lima, OH MSA | 302 | 362 | 476 | 607 | 665 | Allen, Auglaize |
| Mansfield, OH MSA | 302 | 362 | 460 | 574 | 643 | Crawford, Richland |
| Parkersburg-Marietta, WV-OH MSA | 319 | 383 | 438 | 568 | 616 | Washington |
| Steubenville-Weirton, OH-WV MSA | 302 | 356 | 446 | 568 | 634 | Jefferson |
| Toledo, OH MSA | 377 | 459 | 561 | 722 | 784 | Fulton, Lucas, Wood |
| Wheeling, WV-OH MSA | 329 | 361 | 446 | 568 | 634 | Belmont |
| Youngstown-Warren, OH MSA | 354 | 417 | 522 | 656 | 747 | Columbiana, Mahoning, Trumbull |

*-50th percentile FMRs are indicated by an * before the MSA name.
Note: The FMRs for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom.

083101