IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-805-C
No. 04-806-C

(Filed: April 11, 2005)

STATESMAN II APARTMENTS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

BEACH HOUSE DEVELOPMENT CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

It is hereby **ORDERED** that:

A hearing on the parties' cross-motions for summary judgment shall be held on May 4, 2005, commencing at 2:00 p.m., at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

s/ Charles F. Lettow
Charles F. Lettow
Judge