IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Nos. 04-805C; 04-806C (consolidated) |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 20, 2005 Opinion and Order, plaintiffs, Statesman II Apartments, Inc., and Beach House Development Company, and defendant, the United States, respectfully submit the following joint status report:

The parties propose the following schedule for the pretrial activities contemplated by RCFC, Appendix A, ¶¶ 5, 12 (last sentence):

1. All discovery (other than discovery with respect to expert witnesses), including interrogatories, document production requests, requests for admission, and depositions of fact witnesses, shall be completed no later than December 9, 2005.

2. The expert testimony disclosures required by RCFC 26(a)(2)(A) & (B) shall be made no later than December 16, 2005.

3. The expert testimony disclosures required by RCFC 26(a)(2)(C) shall be made no later than January 13, 2006.

4. Depositions of expert(s) shall be completed no later than January 27, 2006.

5. After completion of the expert(s)' depositions, the parties may file supplemental summary judgment motions with leave of the Court.

6. The meeting of counsel required by RCFC, Appendix A, ¶ 13, shall take place no later than February 17, 2006.

7. Plaintiffs shall file the memorandum of contentions of fact and law required by RCFC, Appendix A, ¶ 14(a), together with plaintiffs' witness list and exhibit list required by RCFC, Appendix A, ¶¶ 15(a), 16, on or before March 10, 2006.

8. Defendant shall file the memorandum of contentions of fact and law required by RCFC, Appendix A, ¶ 14(b), together with defendant's witness list and exhibit list required by RCFC, Appendix A, ¶¶ 15(a), 16, on or before March 31, 2006.

9. The final pretrial conference contemplated by RCFC 16(d) shall be conducted on April 11, 2006, in Washington, D.C.

10. Trial, not to exceed four days, will be held in Cleveland, Ohio, beginning on April 25, 2006.

11. As discovery progresses, the parties may adjust the deadlines in paragraphs 1 through 6 above by mutual consent so long as such changes do not disturb the overall schedule set by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax)(202) 514-8624

Attorneys for Defendant

s/Fred J. Livingstone
FRED J. LIVINGSTONE, ESQ.
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Tele: (216) 241-2838
(fax)(216) 241-3707

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Tele: (216) 241-2838
(fax)(216) 241-3707
Attorney for Plaintiffs

AUGUST 19, 2005