IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-805C; 04-806C (consolidated)

(Filed: September 2, 2005)

STATESMAN II APARTMENTS, INC., *et al.*,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The Court acknowledges the Joint Status Report filed by the parties on August 19, 2005. Pursuant to that report and to Rule 16 of the Rules of the Court of Federal Claims ("RCFC"), the Court enters the following plan and schedule for further proceedings in this case.

| Event | Deadline |
|---|---|
| 1. Discovery | |
| All discovery, other than for expert witnesses | December 9, 2005 |
| 2. Supplemental Expert Discovery | |
| Expert reports (RCFC 26(a)(2)(A) & (B)) | December 16, 2005 |
| Rebuttal expert reports (RCFC 26(a)(2)(C)) | January 13, 2006 |
| Deposition of experts | January 27, 2006 |
| 3. Pre-Trial | |
| Supplemental summary judgment motions | Only with leave of court |
| Meeting of counsel and exchange of exhibit lists (RCFC App. A, ¶ 13) | February 17, 2006 |

| | |
|---|---|
| Plaintiffs' memorandum of contentions of fact and law, witness list, and exhibit list (RCFC App. A, ¶¶ 14-16) | March 10, 2006 |
| Defendant's responsive memorandum, witness list, and exhibit list (RCFC App. A, ¶¶ 14-16) | March 31, 2006 |
| Final pre-trial conference (RCFC 16(d)) | April 11, 2006 at 10:00 a.m. in Washington, D.C. |

4. Trial

| | |
|---|---|
| Commencement of trial | April 25, 2006 at 9:30 a.m. in Cleveland, OH (four days) |

S/ Charles Lettow
Charles F. Lettow
Judge