IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **STATESMAN II APARTMENTS, INC., ET AL.,** | ) | CASE NOS. 04-805C and No. 04-806C (Consolidated) |
| Plaintiffs, | ) | JUDGE LETTOW |
| v. | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **NOTICE OF DEPOSITION UNDER RULE 30(b)(6) OF THE RULES OF THE U.S. COURT OF FEDERAL CLAIMS** |
| Defendant. | ) | |

PLEASE TAKE NOTICE that, under Rule 30(b)(6) of the Rules of the U.S. Court of Federal Claims, Plaintiffs, Statesman II Apartments, Inc. and Beach House Development Company, will take the deposition(s) upon oral examination of the person(s) most knowledgeable respecting the following subject matters:

1. Explanation and analysis of all documents produced by Defendant in response to Plaintiffs' discovery requests in this case;

2. Explanation and analysis of all forms used by the U.S. Department of Housing and Urban Development ("HUD"), from 1975 through the present, relating to the determination of (1) initial difference and (2) material difference in Housing Assistance Payment Contracts ("HAP Contracts");

3. HUD's determination of the initial differences in Plaintiffs' HAP Contracts;

4. HUD's determination of initial differences in HAP Contracts in HUD's Cleveland office from 1975 through 1983;

5. HUD's application of the overall limitation as pertaining to Plaintiffs' HAP Contracts; and

6. HUD's application of the overall limitation in HAP Contracts in HUD's Cleveland office from 1984 through the present.

The deposition(s) shall commence, before an officer authorized by law to take depositions, on November 7, 2005, at 9:00 a.m., at Taft, Stettinius & Hollister LLP, 200 Public Square, 3500 BP Tower, Cleveland, Ohio 44114-2302, and shall continue until completed.

Dated: October 24, 2005

Respectfully submitted,

/s/ Fred J. Livingstone

Fred J. Livingstone (0009528)
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

*Attorney for Plaintiff*
*Statesman II Apartments, Inc.*,

Of Counsel:

Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2005, a copy of the foregoing *Plaintiffs' Notice of Deposition under Rule 30(b)(6) of the Rules of the U.S. Court of Federal Claims*, was electronically filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Fred J. Livingstone

Fred J. Livingstone (0009528)
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

Attorney for Plaintiff
Statesman II Apartments, Inc.,

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax