IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **STATESMAN II APARTMENTS, INC., ET AL.,** | ) | CASE NOS. 04-805C and No. 04-806C (Consolidated) |
| Plaintiffs, | ) | JUDGE LETTOW |
| v. | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **PLAINTIFFS' EXHIBIT LIST** |
| Defendant. | ) | |

Plaintiffs, Statesman II Apartments, Inc. ("Statesman") and Beach House Development Company ("Beach House"), anticipate introducing the following exhibits at the April 25, 2006 trial:

**General**

1. Statesman's Housing Assistance Payment Contract ("HAP Contract") (Plaintiffs' Proposed Stipulations, ¶ 8, Ex. 1).

2. Beach House's HAP Contract. (Plaintiffs' Proposed Stipulations, ¶ 10, Ex. 2).

3. Initial HUD Forms 2264 for Statesman and Beach House. (Exhibits 3 and 4 to November 30, 2005 Schwegler Deposition, STA-HUD 1240-1245 and 1246-1265).

4. Initial HUD Form 92273 for Statesman. (Exhibit 3 to November 30, 2005 Schwegler Deposition).

5. Table of Contents and excerpts from the *Greater Cleveland and Northeast Ohio Apartment Guide* from 1998 through 2002.

6. *Cleveland Plain Dealer*, Classified Advertisements Section, from the following dates: May 13, 1980, June 14, 1980, January 23, 1982, and October 23, 1982.

**Historical Rents and Richard G. Racek, Jr., MAI**

7. Curriculum Vitae of Richard G. Racek, Jr., MAI. [Included in Exhibits 7 & 8]

8. Map of Northeast Ohio. (Exhibit A to Richard G. Racek, Jr., MAI's January 10, 2006 deposition).

9. Rent Survey Report of Statesman Apartments dated March 12, 2004, prepared by Richard G. Racek, Jr., MAI (STA-RAC 0145-0179). (Exhibit 3 to 12/08/2005 Racek Deposition).

10. Rent Survey Report of Statesman Apartments dated December 15, 2005, prepared by Richard G. Racek, Jr., MAI (STA-RAC 0138-0203). (Exhibit 3 to 1/10/2006 Racek Deposition).

11. Letter Report dated March 18, 2004, from Richard G. Racek, Jr., MAI to Fred J. Livingstone regarding rents effective January 1, 1981 for 03/12/2004 Rent Survey for Statesman Apartments (STA-RAC 0143). (Exhibit 5 to 12/08/2005 Racek Deposition).

12. Letter Report dated December 16, 2005, from Richard G. Racek, Jr., MAI to Fred J. Livingstone regarding weighted averages for 12/15/05 Rent Survey for Statesman Apartments (STA-RAC 0136-0137) (Exhibit 4 to 1/10/2006 Racek Deposition).

13. Rent Survey Report of Lakeshore Village Apartments, for 1998-2002 dated March 11, 2004. (Statesman 0337-0370) (Exhibit 4 to December 8, 2005 Racek Deposition).

14. March 18, 2004 Letter Report regarding Lakeshore Village Rent Survey, effective January 1, 1983. (Statesman 0335-0336) (Exhibit 6 to December 8, 2005 Racek Deposition).

15. Historic rent calculations for Lakeshore prepared by Richard G. Racek. (STA-RAC 0013).

16. Letter Report dated December 16, 2005, from Richard G. Racek, Jr., MAI to Fred J. Livingstone regarding Rent Survey for Statesman Apartments, effective January 1, 1981 (STA-RAC 0134-0135) (Exhibit 5 to 1/10/2006 Racek Deposition).

17. Calculations used by Richard G. Racek, Jr., MAI to calculate market rents for Statesman Apartments, effective January 1, 1981 (STA-RAC 0003) (Exhibit 7 to 12/08/2005 Racek Deposition).

18. Calculations used by Richard G. Racek, Jr., MAI to calculate market rents for Statesman Apartments, effective January 1, 1981 (STA-RAC 0205) (Exhibit 6 to 1/10/2006 Racek Deposition).

19. Rent Comparability Grids prepared by Richard G. Racek, Jr., MAI for Colony Apartments and Shaker Terrace Apartments used by Racek in rent survey for Statesman Apartments, effective January 1, 1981 (STA-RAC 0206-0212) (Exhibit 7 to 1/10/2006 Racek Deposition).

20. Richard G. Racek, Jr., MAI's calculations of historic rent for Statesman, excluding utilities.

21. Richard G. Racek, Jr., MAI's calculations of historic rent for Lakeshore Village, excluding utilities.

22. Richard G. Racek, Jr., MAI's calculations of Statesman comparable rent including/excluding utilities.

23. Richard G. Racek, Jr., MAI's calculations of Lakeshore Village comparable rent including/excluding utilities.

24. Classified ad. (STA-RAC 0014-0015).

25. Winchester Rental Schedule. (STA-RAC 0017-0020).

26. Fact Sheet American Apartments. (STA-RAC 0021).

27. Watergate Rent Roll. (STA-RAC 0022-0107).

28. Property Profile. (STA-RAC 0109).

29. Auditor's property cards and Racek notes. (STA-RAC 0110-0131).

30. Comparability Grids for Colony Apartments and Shaker Apartments prepared by Richard G. Racek, Jr. as back up for 12/15/05 Rent Survey for Statesman.

31. Classified ad. (Statesman 0180).

32. Rapid Reply Letter of Mary Schwegler. (STA-HUD 0815).

33. Estimate of Market Rent by Comparison, dated July 12, 1989. (STA-HUD 0809-10).

34. Note from Mary Schwegler dated September 14, 1989. (STA-HUD 0032-33; Exhibit F to January 10, 2006 Schwegler deposition).

35. Deposition of Susan Donahue taken November 30, 2005, pursuant to RCFC 30(b)(6).

36. Deposition of Mary Schwegler taken November 30, 2005, pursuant to RCFC 30(b)(6).

37. Deposition of Sylvester DiFiore taken November 30, 2005, pursuant to RCFC 30(b)(6).

38. Deposition of Mary Schwegler taken January 10, 2005, pursuant to RCFC 30(b)(6).

**Susan Donahue and Memoranda**

39. Memorandum from Maurice L. Barksdale dated January 7, 1985. (Exhibit 5 to Susan Donahue's deposition).

40. Memorandum from Silvio De Bartolomeis dated January 14, 1986. Exhibit 6 to Donahue's deposition).

41. Memorandum from Thomas T. Demery to Donahue of June 30, 1987. (Exhibit 8 to Donahue's deposition).

42. Procedures for processing Section 8 annual rent adjustments from Thomas T. Demery and processing and implementing Section 8 annual rent adjustments. (STA-HUD 420-502; Exhibit 8 to Donahue's deposition).

43. Section 8 annual rent adjustments and comparability reviews, video tape transcript. (STA-HUD 1097-1156).

44. Section 8 annual rent adjustment video tape training parts 1 and 2. (Videos furnished by counsel for Defendant).

**HUD Regulations**

45. 24 C.F.R. Part 880 (1979) (Section HAP Program-New Construction).

46. 24 C.F.R. Part 880 (1980) (Section HAP Program-New Construction).

47. 24 C.F.R. Part 881 (1979) (Section HAP Program-Substantial Rehabilitation).

48. 24 C.F.R. Part 881 (1980) (Section HAP Program-Substantial Rehabilitation).

**HUD Handbooks**

49. HUD Handbook 7420.1 CHG (May 1978) (Section 8 HAP Program New Construction Processing Handbook) (Table of Contents, Chapter 9, Appendix 13) (STA-HUD 0055-59; STA-HUD 0097-0143; STA-HUD 0212-0243).

50. HUD Handbook 7420.1 REV-1 (February 1981) (Section 8 HAP Program – New Construction Processing Handbook) (Table of Contents, Chapters 1 and 9, Appendix 1) (STA-HUD 0294-0419).

51. HUD Handbook 7420.2 CHG (May 1978) (Section 8 HAP Program Substantial Rehablitation Processing Handbook) (Table of Contents, Chapter 9, Appendix 13) (STA-HUD 1266-1353).

**Guidebooks**

52. Voucher Program Guidebook 7420.10G (April 2001) (Chapter 9, Rent Reasonableness, 9-1 through 9-12).

**Notices**

53. HUD Notice 95-12. (Exhibit 9 to DiFiore's Deposition).

**Contract Rent Annual Adjustment Factors (AAFs)**

54. AAFs, Fiscal Year 1996 (60 Fed. Reg. 55934-55957) (11/3/95).

55. AAFs, Fiscal Year 1997 (61 Fed. Reg. 66132-66156) (12/16/96).

56. AAFs, Fiscal Year 1998 (63 Fed. Reg. 11956-11972) (3/11/98).

57. AAFs, Fiscal Year 1999 (63 Fed. Reg. 51224-51247) (9/24/98).

58. AAFs, Fiscal Year 2000 (64 Fed. Reg. 72730-72754) (12/28/99).

59. AAFs, Fiscal Year 2001 (65 Fed. Reg. 66888-66912) (11/7/00).

60. AAFs, Fiscal Year 2002 (66 Fed. Reg. 59052-59078) (11/26/01).

61. AAFs, Fiscal Year 2003 (68 Fed. Reg. 3116-3140) (1/22/03).

Dated: March 10, 2006

Respectfully submitted,

/s/ Fred J. Livingstone
Fred J. Livingstone (0009528)
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

*Attorney for Plaintiffs*

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Fred J. Livingstone
Fred J. Livingstone (0009528)
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

Attorney for Plaintiffs

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax