IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **STATESMAN II APARTMENTS, INC., ET AL.,** | ) | CASE NOS. 04-805C and No. 04-806C (Consolidated) |
| Plaintiffs, | ) | JUDGE LETTOW |
| v. | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **PLAINTIFFS' WITNESS LIST** |
| Defendant. | ) | |

As explained in Plaintiffs' Memorandum of Contentions of Fact and Law, Plaintiffs are entitled to the presumptive rent under the HAP Contracts, and there is no need for a trial in this case because Defendant failed to apply a reasonable overall limitation under Section 1.8d of the HAP Contract. Should the Court decide to hold a trial, however, Plaintiffs anticipate introducing testimony from the following witnesses at the April 25, 2006 trial:

1. Richard G. Racek, Jr., MAI
Calabrese, Racek and Markos, Inc.
Real Estate Services
1110 Euclid Avenue, Suite 300
Cleveland, OH 44115-1603
PH (216) 696-5442 ext 133

Topics of Testimony:

- Appraisal Qualifications
- Historic Rent for Statesman
- Historic Rent for Lakeshore
- Cleveland Rental Patterns
- Location of Comparables

Plaintiffs intend to introduce Mr. Racek's testimony as part of their case. They anticipate needing about 90 minutes for his direct examination.

2. Susan Donahue
Housing Project Officer
Office of Housing
Department of HUD
451 7th Street, S.W., Room 6134
Washington, D.C. 20410
PH (202) 708-1142 ext 2461

Topics of Testimony:

- History of HUD's policy on Material Difference
- HUD's Definition of Material Difference
- HUD's Definition of and Reasons for Initial Difference
- Steps in Adjustment of Rent

Plaintiffs intend to introduce Ms. Donahue's testimony as part of their case. They anticipate needing about 120 minutes for their cross-examination of Ms. Donahue as part of their case.

3. Mary Schwegler
Supervisory Project Manager
Multifamily Program Center
Cleveland HUD Office
1350 Euclid Avenue, Suite 500
Cleveland, OH 44115-1815
PH (216) 522-4058

Topics of Testimony:

- Qualifications as Appraiser
- Directive 95-12 – HUD's Policy on Material Difference
- Definition of and Reasons for Initial Difference
- Statesman and Lakeshore Initial Contract Rent
- Statesman and Lakeshore Initial Difference
- HUD's Policy on Initial Difference

- Regulations and Handbooks – Comparison of New Construction and Substantial Rehabilitation on subjects of contract rent, PBE, Initial Difference, Material Difference, and adjustment of rent
- Comparable properties for rent survey purposes
- AAAF Factors

Plaintiff may introduce the testimony of Ms. Schwegler if the need arises at trial. If they call her to testify, Plaintiffs anticipate needing about 120 minutes for her cross-examination as part of Plaintiffs' case.

4. Sylvester DiFiore
Cleveland HUD Office
1350 Euclid Avenue, Suite 500
Cleveland, OH 44115-1815
PH (216) 522-4058

Topics of Testimony:

- Directive 95-12 – HUD's Policy on Material Difference
- Steps in Annual Adjustment of Rent
- Definitions of and Reasons for Initial Difference
- HUD's Policy if Initial Difference is Unknown
- HUD's Policy on Material Difference
- Statesman and Lakeshore Initial Difference
- Statesman and Lakeshore Material Difference
- AAAF Factors

Plaintiff may introduce the testimony of Mr. DiFiore if the need arises at trial. If they call him to testify, Plaintiffs anticipate needing about 90 minutes for his cross-examination as part of Plaintiffs' case.

Dated: March 10, 2006

Respectfully submitted,

/s/ Fred J. Livingstone
Fred J. Livingstone (0009528)
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

Attorney for Plaintiffs

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Fred J. Livingstone
Fred J. Livingstone (0009528)
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

Attorney for Plaintiff
Statesman II Apartments, Inc.,

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax