IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Nos. 04-805C, 04-806C (consolidated) |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
CORRECTED COPY OF JOINT STIPULATIONS OF FACT

Defendant, the United States, respectfully requests leave of this Court to file the "Joint Stipulations of Fact – Corrected Copy" appended to this application for leave to file. The two columns of rents for comparable unassisted units set forth in ¶ 36 of the "Joint Stipulations of Fact" filed on March 10, 2006, are erroneously titled "One-Bedroom Units" and "Two-Bedroom Units." Those columns should be titled "Two-Bedroom Units" and "Three-Bedroom Units." This inadvertent error has been corrected in the "Joint Stipulations of Fact – Corrected Copy" appended to this application for leave to file. Plaintiffs do not oppose this application for leave to file the "Joint Stipulations of Fact – Corrected Copy."

For the foregoing reason, defendant's unopposed motion for leave of this Court to file the "Joint Stipulations of Fact – Corrected Copy" appended to this motion should be granted and the "Joint Stipulations of Fact – Corrected Copy" should be filed in the above-captioned action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(FAX)(202) 514-8624

Attorneys for Defendant

OF COUNSEL:

C. ALLEN VILLAFUERTE
Trial Attorney
Office of General Counsel
Department of Housing
and Urban Development
Washington, DC

MARCH 15, 2006