IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-805C; 04-806C (consolidated)

(Filed: March 21, 2006)

STATESMAN II APARTMENTS, INC., *et al.*,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Leave to File Corrected Copy of Joint Stipulations of Fact, filed March 15, 2006. Good cause having been shown, defendant's motion is GRANTED. The Joint Stipulation of Fact - Corrected Copy, appended to defendant's motion, is deemed to have been filed March 24, 2006.

It is so ORDERED.

S/ Charles Lettow
Charles F. Lettow
Judge