IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Nos. 04-805C, 04-806C (consolidated) |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S TRIAL WITNESS LIST

Pursuant to paragraph 15(a) of Appendix A to the Rules of the Court of Federal Claims and ¶ 3 of the Court's September 2, 2005 Scheduling Order, defendant, the United States, provides the following list of witnesses to be called at trial for case-in-chief purposes:[1]

1. **Ms. Susan Donahue***
Housing Project Officer
Office of Housing
Department of HUD
451 7th Street, S.W., Room 6134
Washington, D.C. 20410
Tele: (202) 708-1142 (x2461)

Topics of Testimony:

- Initial difference to be preserved in Section 8 HAP contract rent adjustments.
- DX 17[2]

---

[1] Witnesses whose names are followed by an asterisk are witnesses who defendant expects to present at trial. Witnesses whose names are not followed by an asterisk are witnesses who defendant may call at trial if the need arises.

[2] "DX ____" refers to the referenced exhibit(s) enumerated in "Defendant's Trial Exhibit List" dated March 31, 2006.

2. **Ms. Mary Schwegler***
Supervisory Project Manager
Multifamily Program Center
Cleveland HUD Office
1350 Euclid Avenue, Suite 500
Cleveland, OH 44115-1815
Tele: (216) 522-4058

Topics of Testimony:

- Fair Market Rents
- Form HUD-92273 ("Estimates of Market Rent by Comparison").
- FHA Form 2264 ("Rental Housing Project Income Analysis and Appraisal") and related FHA Form 2264-A ("Supplement to Project Analysis").
- DX 1-DX 3; DX 13-DX 16; DX 19-DX 26.
- Opinions and basis and reasons therefor set forth in "Defendant's Supplemental Responses to Plaintiffs' Interrogatories Nos. 5 and 6" dated December 16, 2005.

3. **Mr. Alan Wolan***
Staff Appraiser
Multifamily Program Center
Cleveland HUD Office
1350 Euclid Avenue, Suite 500
Cleveland, OH 44115-1815
Tele: (216) 522-4058

Topics of Testimony:

- Form HUD-92273 ("Estimates of Market Rent by Comparison").
- DX 19; DX 20.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(FAX)(202) 514-8624

Attorneys for Defendant

OF COUNSEL:

C. ALLEN VILLAFUERTE
Trial Attorney
Office of General Counsel
Department of Housing
and Urban Development
Washington, DC

MARCH 31, 2006