IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Nos. 04-805C, 04-806C (consolidated) |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION IN LIMINE**

Defendant, the United States, respectfully requests that Exhibit Nos. 54, 55, and 56 on "Plaintiffs' Exhibit List" dated March 10, 2006, be excluded from the trial of this action. A motion *in limine* "is a preliminary motion that serves as a gatekeeping function and permits the trial judge to eliminate from further consideration evidentiary submissions that clearly would be inadmissible for any purpose." PR Contractors, Inc. v. United States, 69 Fed. Cl. 468, 469 (2006).

The three trial exhibits in question are Federal Register notices that pertain to contract rent annual adjustment factors for the years 1995, 1996, and 1997 published by the Department of Housing and Urban Development. The Court has ruled that "in considering the damages for breach during the years 1998 and thereafter, the court is foreclosed from taking into account any adjustments of rent that might have been due during the years 1995 through 1997." Statesman II Apartments, Inc. v. United States, 66 Fed. Cl. 608, 626 (2005). The contract rent adjustment data contained in these trial exhibits are thus irrelevant to the calculation of damages and inadmissible for any other purpose.

For the foregoing reason, defendant's motion *in limine* should be granted and Exhibit Nos. 54, 55, and 56 on "Plaintiffs' Exhibit List" dated March 10, 2006, should be excluded from the trial of this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(FAX)(202) 514-8624

Attorneys for Defendant

OF COUNSEL:

C. ALLEN VILLAFUERTE
Trial Attorney
Office of General Counsel
Department of Housing
and Urban Development
Washington, DC

MARCH 31, 2006