# DEFENDANT'S APPENDIX

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **STATESMAN II APARTMENTS, INC., ET AL.,** | ) | CASE NOS. 04-805C and No. 04-806C (Consolidated) |
| Plaintiffs, | ) | JUDGE LETTOW |
| v. | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **PLAINTIFFS' DESIGNATION OF EXPERT WITNESS** |
| Defendant. | ) | |

Plaintiffs, Statesman II Apartments, Inc. and Beach House Development Company, hereby designate Richard Racek, Jr. as an expert witness. Mr. Racek's reports, including his qualifications and curriculum vitae, were produced to Defendant at bates-labels Statesman 0143-0179 and Statesman 0335-0370. The attached Exhibit 1 contains a list of the cases in which Mr. Racek has testified as an expert witness.

Mr. Racek has been paid $3000.00 per project for his past services. His hourly rate for deposition and testimony is $200.00 per hour from 9:00 a.m. to 5:00 p.m. and $400.00 per hour before 9:00 a.m. and after 5:00 p.m.

Plaintiffs reserve the right to name additional expert witnesses within the time deadlines that were set by the Court.

Dated: November 8, 2005

Respectfully submitted,

Fred J. Livingstone (0009528)
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

*Attorney for Plaintiff*
*Statesman II Apartments, Inc.*,

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2005, a copy of the foregoing *Plaintiffs' Designation of Expert Witness*, was served upon all counsel of record via facsimile.

Respectfully submitted,

Fred J. Livingstone (0009528)
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

Attorney for Plaintiff
Statesman II Apartments, Inc.,

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

DWIGHT A. KUMLER, MAI
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR., MAI
DOUGLAS P. SLOAN, MAI
DANIEL L. SMITH, MAI
ERIC M. CALABRESE
PATRICK J. CALABRESE
BRIAN J. TOBEY

November 8, 2005

Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention : Fred J. Livingstone, Esq.

RE: Ohio Board of Tax Appeal Testimony

Dear Mr. Livingstone:

Provided below are various cases in which testimony was provided at the Ohio Board of Tax Appeals:

1. Society National Bank vs. The Franklin County Board of Revision

2. First Federal Savings & Loan Association of Wooster vs. The Wayne County Board of Revision

3. National City Bank vs. The Cuyahoga County Board of Revision

4. ARI, An Ohio General Partnership vs. The Portage County Board of Revision

5. Saxon Village Ltd. vs. The Summit County Board of Revision

Provided above are the cases that I have testified to at the Ohio Board of Tax Appeals. I have also provided testimony in excess of 100 cases at various County Boards of Revision around the state of Ohio.

If you require any additional information, please do not hesitate to contact me at your earliest convenience.

Very truly yours,
CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, Jr. MAI

EXHIBIT