IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Nos. 04-805C, 04-806C (consolidated) |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S TRIAL EXHIBIT LIST (CORRECTED COPY)**

Pursuant to paragraph 16 of Appendix A to the Rules of the Court of Federal Claims and ¶ 3 of the Court's September 2, 2005 Scheduling Order, defendant, the United States, provides the following list of trial exhibits to be offered at trial for case-in-chief, other than those exhibits to be used exclusively for impeachment:[1/]

**Fair Market Rents**

1. Fair Market Rents for Cleveland, Ohio market area, effective October 1, 1979 (45 Fed. Reg. 2534, 2560 (1/11/80)).*

2. Fair Market Rents for Cleveland, Ohio market area, effective October 1, 1980 (45 Fed. Reg. 58040, 58064 (8/29/80)).*

3. Fair Market Rents for Cleveland, Ohio market area, effective retroactive to October 1, 1981 (46 Fed. Reg. 57838, 57839, 57860 (11/25/81); 46 Fed. Reg. 63256 (12/31/81)).*

---

[1] Exhibits followed by an asterisk are exhibits that defendant expects to offer into evidence at trial. Exhibits not followed by an asterisk are exhibits that defendant may offer at trial if the need arises.

**Contract Rent Annual Adjustment Factors (AAFs)**

4. AAFs, Fiscal Year 1999 (63 Fed. Reg. 51224-51247) (9/24/98)).*

5. AAFs, Fiscal Year 2000 (64 Fed. Reg. 72730-72754) (12/28/99)).*

6. AAFs, Fiscal Year 2001 (65 Fed. Reg. 66888-66912) (11/7/00)).*

7. AAFs, Fiscal Year 2002 (66 Fed. Reg. 59052-59078) (11/26/01)).*

8. AAFs, Fiscal Year 2003 (68 Fed. Reg. 3116-3140) (1/22/03)).*

**HUD Regulations**

9. 24 C.F.R. Part 880 (1979) (Section HAP Program–New Construction).*

10. 24 C.F.R. Part 880 (1980) (Section HAP Program–New Construction).

11. 24 C.F.R. Part 881 (1979) (Section HAP Program–Substantial Rehabilitation).*

12. 24 C.F.R. Part 881 (1980) (Section HAP Program–Substantial Rehabilitation).

**HUD Handbooks**

13. HUD Handbook 7420.1 CHG (May 1978) (Section 8 HAP Program New Construction Processing Handbook) (Table of Contents, Chapter 9, Appendix 13).*

14. HUD Handbook 7420.1 REV-1 (February 1981) (Section 8 HAP Program – New Construction Processing Handbook) (Table of Contents, Chapters 1 and 9, Appendix 1).*

15. HUD Handbook 7420.2 CHG (May 1978) (Section 8 HAP Program Substantial Rehabilitation Processing Handbook) (Table of Contents, Chapter 9, Appendix 13).*

**Miscellaneous HUD Documents**

16. HUD Multifamily Underwriting Forms Catalog (November 1993) (pp. 92273-1 to 92273-13).*

17. Memorandum dated January 14, 1986, from Silvio J. DeBartolomeis, Deputy Assistant Secretary for Multifamily Housing Programs, for Regional Directors of Housing, et al., re: Questions and Answers on Section 8 Annual Rent Adjustments.*

18. Notice H 95-12 (HUD) (3/7/95).*

**Statesman II Apartments, Inc. (Statesman Apartments)**

19. Form HUD-92273 ("Estimates of Market Rent by Comparison") for one-bedroom units at Statesman Apartments prepared by HUD Cleveland Service Office in conjunction with Statesman Apartments Development Company II's application for mortgage insurance (firm commitment).*

20. Form HUD-92273 ("Estimates of Market Rent by Comparison") for two-bedroom units at Statesman Apartments prepared by HUD Cleveland Service Office in conjunction with Statesman Apartments Development Company II's application for mortgage insurance (firm commitment).*

21. FHA Form 2264 ("Rental Housing Project Income Analysis and Appraisal") and FHA Form 2264-A ("Supplement to Project Analysis") (Statesman Apartments Development Company II copy).*

22. FHA Form 2264 ("Rental Housing Project Income Analysis and Appraisal") and FHA Form 2264-A ("Supplement to Project Analysis") prepared by HUD Cleveland Service Office in conjunction with Statesman Apartments Development Company II's application for mortgage insurance (firm commitment) (HUD copy).*

23. HAP Contract between Statesman Apartments Development Company II and the United States, acting through HUD, for Statesman Apartments.*

**Beach House Development Company (Lakeshore Village)**

24. FHA Form 2264 ("Rental Housing Project Income Analysis and Appraisal") and FHA Form 2264-A ("Supplement to Project Analysis") prepared by HUD Cleveland Service Office in conjunction with Beach House's application for mortgage insurance (firm commitment) (Beach House copy).*

25. FHA Form 2264 ("Rental Housing Project Income Analysis and Appraisal") and FHA Form 2264-A ("Supplement to Project Analysis") prepared by HUD Cleveland Service Office in conjunction with Beach House's application for mortgage insurance (firm commitment) (HUD copy).*

26. HAP Contract between Beach House and the United States, acting through HUD, for Lakeshore Village.*

**Racek Reports And Related Materials**

A. Statesman Apartments

27. Rent Survey of Statesman Apartments dated December 15, 2005, prepared by Richard G. Racek, Jr., MAI (Racek).

28. Letter dated December 16, 2005, from Racek to plaintiffs' counsel re: 12/15/05 Rent Survey for Statesman Apartments.

29. Letter dated December 16, 2005, from Racek to plaintiffs' counsel re: rent survey for Statesman Apartments effective January 1, 1981.

30. Summary of calculations by which Racek arrived at estimates of market rents for Statesman Apartments effective January 1, 1981.

31. Rent Comparability Grids prepared by Racek for Colony Apartments and Shaker Terrace Apartments comparables used by Racek in rent survey for Statesman Apartments effective January 1, 1981.

32. Rent Comparability Grid prepared by Racek for Colony Apartments, Shaker Dale Apartments, Shaker Dale North Apartments, Warren Garden Apartments, and Shaker Shamrock rental housing properties.

33. Calculations by Racek of comparable unassisted rents for Statesman Apartments (including/excluding utilities) for 1998-2000.

34. Calculations by Racek of comparable unassisted rents for Statesman Apartments (excluding utilities) effective January 1, 1981.

B. Lakeshore Village

35. Rent Survey of Lakeshore Village dated March 11, 2005, prepared by Racek.

36. Letter dated March 18, 2004, from Racek to plaintiffs' counsel re: rent survey for Lakeshore Village effective January 1, 1983.

37. Summary of calculations by which Racek arrived at estimates of market rents for Lakeshore Village effective January 1, 1983.

38. Rent Comparability Grid prepared by Racek for Winchester and Watergate rental housing properties.

39. Calculations by Racek of comparable unassisted rents for Lakeshore Village (including/excluding utilities) for 1998-2002.

40. Calculations by Racek of comparable unassisted rents for Lakeshore Village (excluding utilities) effective January 1, 1983.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(FAX)(202) 514-8624

Attorneys for Defendant

OF COUNSEL:

C. ALLEN VILLAFUERTE
Trial Attorney
Office of General Counsel
Department of Housing
and Urban Development
Washington, DC

MARCH 31, 2006