IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STATESMAN II APARTMENTS, INC., et al., Plaintiffs, | |
| v. | Nos. 04-805C; 04-806C (consolidated) |
| | (Judge Lettow) |
| THE UNITED STATES, Defendant. | |

**JOINT SUPPLEMENTAL STIPULATIONS OF FACT**

Pursuant to ¶ 17 of Appendix A to the Rules of the Court of Federal Claims, plaintiffs, Statesman II Apartments, Inc., and Beach House Development Company, and defendant, the United States, agree and stipulate as follows:

1. For the one-bedroom dwelling units in Statesman Apartments covered by the Statesman II HAP Contract, the difference between the original comparable unassisted rent and the initial HAP contract rent to be preserved in applying the overall limitation provision to contract rent adjustments is $34.

2. For the two-bedroom dwelling units in Statesman Apartments covered by the Statesman II HAP Contract, the difference between the original comparable unassisted rent and the initial HAP contract rent to be preserved in applying the overall limitation provision to contract rent adjustments is $39.

3. For the two-bedroom dwelling units in Lakeshore Village covered by the Beach House HAP Contract, the difference between the original comparable unassisted rent and the initial HAP contract rent to be preserved in applying the overall limitation provision to contract rent adjustments is $71.

4. For the three-bedroom dwelling units in Lakeshore Village covered by the Beach House HAP Contract, the difference between the original comparable unassisted rent and the initial HAP contract rent to be preserved in applying the overall limitation provision to contract rent adjustments is $81.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax)(202) 514-8624

Attorneys for Defendant

FRED J. LIVINGSTONE, ESQ.
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Tele: (216) 241-2838
(fax)(216) 241-3707

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Tele: (216) 241-2838
(fax)(216) 241-3707
Attorney for Plaintiffs

APRIL 11, 2006