IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-805C; 04-806C (consolidated)

(Filed: April 11, 2006)

STATESMAN II APARTMENTS, INC., *et al.*,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court held a final pre-trial conference on April 11, 2006. At that conference, the parties announced their intention to file supplemental joint stipulations of fact that resolve the remaining issues of disputed fact in the case. Consequently, the trial in this case, scheduled to begin on April 25, 2006, in Cleveland, Ohio, is cancelled. In due course, the court will issue an opinion and order applying the law to the stipulated facts.

Pending before the court is Defendant's Motion In Limine, filed March 31, 2006, and Defendant's Motion to Exclude Expert Testimony, filed March 31, 2006. For the reasons stated on the record at the final pre-trial conference and because of the filing of the supplemental joint stipulations of fact and the consequent cancellation of the previously-scheduled trial, both motions are DENIED.

It is so ORDERED.

S/ Charles Lettow
Charles F. Lettow
Judge