IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Nos. 04-805C; 04-806C (consolidated) |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT REPORT REGARDING DAMAGES**

Pursuant to the Court's June 29, 2006 Opinion and Order, plaintiffs, Statesman II Apartments, Inc., and Beach House Development Company, and defendant, the United States, respectfully submit the following joint report regarding damages:

The Court's June 29, 2006 Opinion and Order directs that "[t]he parties shall calculate damages in accordance with the instructions set out [in the Opinion and Order]" and file a report with the Court on or before August 15, 2006, "providing the results of their calculations." Slip op. at 12.

The damages for plaintiff Statesman II Apartments, Inc., calculated by the parties in accordance with the Court's instructions, are as follows:

| | |
|---|---|
| Section 8 rent subsidy: | $31,756 |
| Market rent survey costs: | 3,000 |
| Total Damages: | $34,756 |

The damages for plaintiff Beach House Development Company, calculated by the parties in accordance with the Court's instructions, are as follows:

| | |
|---|---|
| Section 8 rent subsidy: | $ 0 |
| Market rent survey costs: | 3,000 |
| Total Damages: | $ 3,000 |

The Court's June 29, 2006 Opinion and Order also directs that "the parties shall address interest due under Section 12 of the Contract Disputes Act, 41 U.S.C. § 611." Slip op. at 12. Plaintiffs and defendant respectfully state that the Contract Disputes Act (CDA) does not apply to plaintiffs' Housing Assistance Payments (HAP) contracts because the HAP contracts are not the kind of contract to which the CDA applies.[1] Therefore, plaintiffs are not entitled to an award of interest under 41 U.S.C. § 611.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Fred J. Livingstone
FRED J. LIVINGSTONE, ESQ.
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Tele: (216) 241-2838
(fax)(216) 241-3707

Attorney for Plaintiffs

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax)(202) 514-8624

Attorneys for Defendant

AUGUST 14, 2006

[1] See 41 U.S.C. § 602(a) (2000); Blanco-Mora Enterprises, Inc., HUD BCA No. 94-G-136-C5, 94-3 BCA ¶ 26,974; Kurtis R. Mayer and Pamela Mayer, d.b.a. Mayer Built Homes, HUD BCA No. 83-823-C20, 84-2 BCA ¶ 17,494.