IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 04-805C & 04-806C (consolidated)

(Filed: September 6, 2006)

STATESMAN II APARTMENTS, INC., *et al.*,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Stay of Proceedings, filed on August 30, 2006. The parties request that the court stay proceedings in this case for thirty days, to September 29, 2006, to permit defendant to evaluate a recent settlement proposal by plaintiffs' counsel. The parties' motion is DENIED, but the parties may continue settlement discussions and shall file a Joint Status Report providing the status of such discussions on or before October 20, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge