IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STATESMAN II APARTMENTS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Nos. 04-805C; 04-806C (consolidated) |
| v. | ) |
| | ) (Judge Lettow) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 6, 2006 Order, plaintiffs, Statesman II Apartments, Inc., and Beach House Development Company, and defendant, the United States, respectfully submit the following report regarding the status of settlement discussions:

The parties are exploring a settlement proposal by plaintiffs' counsel which involves the claims in the above-captioned action and claims by parties represented by plaintiffs' counsel that are the subject of a pending action in the United States District Court for the Northern District of Ohio. The claims of the plaintiffs in the district court action are the subject of a pending mediation. A mediator has been selected in the district court action and the plaintiffs in that action have provided financial data in support of their settlement proposal to the Department of Housing and Urban Development (HUD) for its consideration. The plaintiffs in the district court suit are awaiting HUD's response to their settlement proposal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Fred J. Livingstone
FRED J. LIVINGSTONE, ESQ.
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Tele: (216) 241-2838
(fax)(216) 241-3707

Attorney for Plaintiffs

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP

OCTOBER 18, 2006

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax)(202) 514-8624

Attorneys for Defendant