IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATESMAN II APARTMENTS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Nos. 04-805C; 04-806C (consolidated) |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Statesman II Apartments, Inc., and Beach House Development Company, and defendant, the United States, respectfully state that the parties are continuing to explore a global settlement of the above-captioned action and claims of parties represented by plaintiffs' counsel that are the subject of litigation in the United States District Court for the Northern District of Ohio.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Fred J. Livingstone
FRED J. LIVINGSTONE, ESQ.
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Tele: (216) 241-2838
(fax)(216) 241-3707

Attorney for Plaintiffs

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax)(202) 514-8624

Attorneys for Defendant

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf
Taft, Stettinius & Hollister LLP

JANUARY 5, 2007