IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 04-805C & 04-806C (consolidated)

(Filed: January 5, 2007)

STATESMAN II APARTMENTS, INC., *et al.*,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges receipt of the parties' Joint Status Report ("JSR"), filed January 5, 2007. The parties indicate that they are continuing settlement discussions. The parties shall file a further JSR providing the status of their discussions on or before April 10, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge