IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 04-805C & 04-806C (consolidated)

(Filed: April 18, 2007)

STATESMAN II APARTMENTS, INC., *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER FOR ENTRY OF FINAL JUDGMENT

The court acknowledges receipt of the parties' Joint Stipulation for Entry of Judgment, filed April 16, 2007. The parties state that they have reached a settlement in these two consolidated cases and that they jointly consent to the entry of final judgment according to the terms of the joint stipulation. Therefore, in accord with the terms of the joint stipulation, the court directs the clerk to enter final judgment in favor of Statesman II Apartments, Inc., plaintiff in No. 04-805C, in the amount of $34,756, inclusive of interest, and in favor of Beach House Development Company, plaintiff in No. 04-806C, in the amount of $3,000, inclusive of interest.

No costs.

It is so ORDERED.

s/ Charles F. Lettow
Judge