# In the United States Court of Federal Claims

**Nos. 04-805 C & 04-806 C (consolidated)**

**STATESMAN II APARTMENTS, INC., ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' April 16, 2007 Joint Stipulation for Entry of Judgment, and the court's Order for Entry of Final Judgment, filed April 18, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Statesman II Apartments, Inc., recover of and from the United States, in Case No. 04-805C, the sum of $34,756.00, inclusive of interest, and plaintiff, Beach House Development Company, recover of and from the United States, in Case No. 04-806C, the sum of $3,000.00, inclusive of interest. No costs.

Brian Bishop
Clerk of Court

**April 23, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.