United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 17, 2007

Fred Joseph Livingstone, Esq.
Taft, Stettinus & Hollister
200 Public Square
3500 BP Tower
Cleveland, OH 44114-2302

In re: Statesman II Apartments, Inc. et al. v. United States, Nos. 04-805 C & 04-806 C (consolidated)

Dear Mr. Livingstone:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 27, 2007, in favor of plaintiffs in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes
Chief Deputy Clerk Operations

Enclosures

cc: John Edgar Kosloske, Esq., Dept. Of Justice